UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-CV-61295

MARIO FELICIANO and
AUGUSTIN MILAN,

    Plaintiffs,

v.

SAFE HURRICANE SHUTTERS, INC.,
a Florida Corporation d/b/a
ADVANCED HURRICANE PROTECTION,
EDWARD LEIVA, STEVE HEIDELBERGER,
and FRANCIS McCARROLL,

    Defendants.
_____/

## FINAL JUDGMENT

    **THIS CAUSE** is before the Court upon the Court's separately entered Order Granting Plaintiff's Motion for Imposition of Liquidated Damages [DE 208]. Accordingly, it is **ORDERED AND ADJUDGED** that Judgment is hereby entered in favor of Plaintiff Mario Feliciano and against Defendants Safe Hurricane Shutters, Inc., d/b/a Advanced Hurricane Protection, Edward Leiva, Steve Heidelberger, and Francis McCarroll, jointly and severally, for **$41,698.76,** plus interest thereon at the rate of 0.18% per annum from the date of this Final Judgment, for which let execution issue. It is **FURTHER ORDERED AND ADJUDGED** that Judgment is hereby entered in favor of Plaintiff Augustin Milan (a.k.a. Agustin Milan) and against Defendants Safe Hurricane Shutters, Inc., d/b/a Advanced Hurricane Protection, Edward Leiva, Steve Heidelberger, and Francis McCarroll, jointly and severally, for **$2,625.00**, plus interest thereon at the rate of 0.18% per annum from the date of this Final Judgment, for which let execution issue. The Clerk shall **CLOSE** this case and **DENY** any pending motions as **MOOT**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of June, 2011.

_____
JAMES I. COHN
United States District Judge