**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NUMBER 07-61295-CIV-GONZALEZ/COHN**

1
2
3

4  **REINALDO RAMON LAMONICA,**          **COURTROOM C**
**AUGUSTIN MILAN,**
5  **ANGELES LAMONICA SOLER,**
**MARIO FELICIANO,**
6  **GUILLERMO ALBOREZ, and**
**JULIO ALBOREZ,**

7
                        Plaintiffs,          **FORT LAUDERDALE, FLORIDA**
8
            vs.
9
**SAFE HURRICANE SHUTTERS, INC.,**          **APRIL 11, 2011**
10 **EDWARD LEIVA, STEVE HEIDELBERGER,**
**and FRANCIS M<sup>c</sup>CARROLL,**
11
                        Defendants.          **{Pages 1 - 177}**
12  _____

13               **JURY TRIAL - VOLUME I OF VI**
            **BEFORE THE HONORABLE JOSE A. GONZALEZ, JR.,**
14               **SENIOR UNITED STATES DISTRICT JUDGE**
15  _____

16  **APPEARANCES:**

**FOR THE PLAINTIFFS:**

17                                **K. DAVID KELLY, ESQ.**
                                *J.H. Zidell, PA*
18                                300 71st Street, Suite 605
                                Miami Beach, FL  33141
19                                T: 305.865.6766; F: 305.865.7167
                                david.kelly@rocketmail.com
20
**FOR THE DEFENDANTS:**
21  (Safe Hurricane                **CHRIS KLEPPIN, ESQ.**
    Shutters, Inc.,                *Glasser, Boreth & Kleppin*
22  Steve Heidelberger,            8751 W. Broward Boulevard
    and Francis M<sup>c</sup>Carroll)  Plantation, FL  33324
23                                T: 954.424.1933; F: 954.474.7405
                                glabor@aol.com
24

25

 1  **FOR THE DEFENDANT:**          **EDWARD LEIVA, PRO SE**
    (Edward Leiva)

 2

 3  **REPORTED BY:**
                                   **JILL MICHELLE HARDY-HOBBS, CCR, FPR**
                                   *Official United States Court Reporter*
 4                                 400 North Miami Avenue, Suite 08S33
                                   Miami, FL  33128      T: 305.523.5022
 5                                 Jill_hardy-hobbs@flsd.uscourts.gov

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                         **TABLE OF CONTENTS**

2                                                              **PAGE**

3

4    Batson challenge by Mr. Kleppin......................    70

5    Opening statement by Mr. Kelly......................    88

6    Opening statement by Mr. Kelly......................    95

7    Opening statement by Mr. Leiva......................    113

8

9                              * * *

10

11        **INDEX TO EXAMINATION OF PLAINTIFFS' WITNESSES**

12                                                              **PAGE**

13   **YERKO AGUIRRE**

14   Direct examination by Mr. Kelly......................    115

15   Cross-examination by Mr. Kleppin.....................    131

16

17

18

19

20

21

22

23

24

25

1    **(Call to the Order of the Court)**

09:40  2    **THE COURT:**  Good morning.  Be seated please.  Reinaldo

09:40  3  Ramon Lamonica, et al., plaintiff versus Safe Hurricane

09:40  4  Shutters, Inc.  Could I have your appearances, please.

09:40  5    **MR. KELLY:**  Good morning, Your Honor.  David Kelly

09:40  6  with J.H. Zidell, PA on behalf of all the plaintiffs.

09:40  7    **THE COURT:**  Okay.

09:40  8    **MR. KLEPPIN:**  May it please the Court, Your Honor;

09:40  9  Chris Kleppin on behalf of Safe Hurricane Shutters, Inc. And

09:40  10  Steve Heidelberger and Frank M$^c$Carroll.

09:40  11    **THE COURT:**  Okay.

09:40  12    **MR. LEIVA:**  Edward Leiva on behalf of Edward Leiva.

09:40  13    **THE COURT:**  I'm sorry.

09:40  14    **MR. LEIVA:**  What's that?

09:40  15    **THE COURT:**  Would you spell your last name for me,

09:40  16  please.

09:40  17    **MR. KLEPPIN:**  Yes, Your Honor.  K-l-e double p as in

09:40  18  Paul --

09:40  19    **THE COURT:**  K --

09:40  20    **MR. KLEPPIN:**  -- l-e --

09:40  21    **THE COURT:**  -- l-e --

09:40  22    **MR. KLEPPIN:**  -- double p as in Paul --

09:40  23    **THE COURT:**  Okay.

09:40  24    **MR. KLEPPIN:**  -- i-n as in Nancy.

09:40  25    **THE COURT:**  Okay.  Yes, sir.

09:40  1      MR. LEIVA:  Edward Leiva on behalf of Edward Leiva,

09:40  2  pro se.

09:40  3      THE COURT:  All right.  Is the plaintiff ready?

09:41  4      MR. KELLY:  Yes.  The plaintiffs are, Your Honor.

09:41  5      THE COURT:  Is the defendant ready -- are the

09:41  6  defendants ready?

09:41  7      MR. KLEPPIN:  Well, we just have a couple of

09:41  8  preliminary matters to bring to your attention, Your Honor.

09:41  9      THE COURT:  All right, sir.

09:41  10      MR. KLEPPIN:  The first one is that Mr. Heidelberger

09:41  11  needs dialysis.  It's not every day; but he'll need a treatment

09:41  12  Monday, and he'll need a treatment Wednesday.  We arranged for

09:41  13  the very last treatment time that the company provides, and

09:41  14  that is at -- they wanted him there at 3:00 o'clock.  That's

09:41  15  the last appointment, but we said if he -- if we could leave at

09:41  16  3:00 and he got there at 3:20/3:30.  Is that okay?

09:41  17      THE COURT:  That's Wednesday?

09:41  18      MR. KLEPPIN:  Well, that would be today and Wednesday.

09:41  19      THE COURT:  Okay.

09:41  20      MR. KLEPPIN:  And they said they would accommodate

09:41  21  that, which they're extending their hours a little bit; but we

09:41  22  told them this is a Federal Court matter and we want to get in

09:41  23  as much time as we can.

09:41  24      THE COURT:  So you want to quit at 3:00 today?

09:42  25      MR. KLEPPIN:  We do, Your Honor.  Yes.

APRIL 11, 2011

JURY TRIAL - VOLUME I OF VI

09:42  1          THE COURT:  Okay.  We can do that.

09:42  2          MR. KLEPPIN:  We really thank you, Your Honor.

09:42  3          THE COURT:  And Wednesday we can do that.

09:42  4          MR. KLEPPIN:  Right.  But we do not need to do that

09:42  5   Tuesday.

09:42  6          THE COURT:  Okay.  Well, Tuesday I need to leave

09:42  7   early, so --

09:42  8          MR. KLEPPIN:  Okay.

09:42  9          THE COURT:  Okay.  So Wednesday at 3:00 and today at

09:42 10   3:00.

09:42 11          MR. KLEPPIN:  Yes, Your Honor.

09:42 12          THE COURT:  All right.

09:42 13          MR. KLEPPIN:  And the other issue is Ed Leiva is

09:42 14   representing himself, and he's going to give an opening

09:42 15   statement.  And he might want some time for voir dire with the

09:42 16   potential jurors, and he will also be examining the witnesses I

09:42 17   believe.

09:42 18          THE COURT:  All right.

09:42 19          MR. KLEPPIN:  I just wanted to point that out to you,

09:42 20   okay?

09:42 21          THE COURT:  Yes, sir.  How many witnesses do you

09:42 22   anticipate calling, Mr. Kelly?

09:42 23          MR. KELLY:  I believe -- I anticipate these two

09:43 24   plaintiffs in person, two of the individual defendants, and two

09:43 25   additional witnesses.  I believe six is what I had.

APRIL 11, 2011

09:43  1          **THE COURT:**  Okay.  And when do you expect to conclude?

09:43  2          **MR. KELLY:**  Well, I believe this could be a three- to

09:43  3   four-day trial.  I don't know the impact, though, because now

09:43  4   we have the short day today; and then Your Honor has to leave.

09:43  5   I'm hoping by Wednesday -- I'm sorry -- by Friday I'm hoping.

09:43  6          **THE COURT:**  Okay.  What do you think?

09:43  7          **MR. KLEPPIN:**  Well, I think Mr. Kelly, Your Honor, is

09:43  8   talking about the entire length of the trial.  I don't think

09:43  9   he's talking about just his case.  I'll certainly have him

09:43  10  correct me if I'm mistaken.  Certainly I believe this trial

09:43  11  will conclude this week.

09:43  12         **THE COURT:**  Okay.

09:43  13         **MR. KLEPPIN:**  I would be very surprised if it did not.

09:43  14         **THE COURT:**  All right.

09:43  15         **MR. KLEPPIN:**  I would -- I would expect, though, it's

09:43  16  probably not going to conclude until Thursday afternoon.

09:43  17         **THE COURT:**  Well, that's all right.  I just want to

09:43  18  get some idea.

09:43  19         **MR. KLEPPIN:**  Sure.  My case is probably -- because I

09:43  20  intend to get a lot of my case in through Mr. Kelly's case

09:44  21  since I would be calling some of those same witnesses my case

09:44  22  will probably be less in terms of time than Mr. Kelly's or I'd

09:44  23  probably have a day of just my case, Your Honor --

09:44  24         **THE COURT:**  Okay.

09:44  25         **MR. KLEPPIN:**  -- approximately.

APRIL 11, 2011

09:44  1    **THE COURT:**  All right, gentlemen.  We're going to

09:44  2    bring in the venire.  I'm going to put eight jurors in the box.

09:44  3    Juror number 1 will take the first seat in the front row and

09:44  4    fill this way, and we'll fill four chairs.  Juror number 5 will

09:44  5    take the first seat in the back roll.  We'll fill this way

09:44  6    until we have filed four chairs.

09:44  7        The Court will conduct the preliminary voir dire

09:44  8    examination of the prospective jurors.  I'll then pass them to

09:44  9    you, Mr. Kelly, for your inquiry.  I will then pass them to

09:44  10   you, Mr. Kleppin, for your inquiry.  I will then pass them to

09:44  11   you, Mr. -- is it Leiva?

09:44  12       **MR. LEIVA:**  Yes.

09:44  13       **THE COURT:**  Leiva?

09:44  14       **MR. LEIVA:**  Yes, Your Honor.  Leiva.

09:44  15       **THE COURT:**  Leiva?

09:44  16       **MR. LEIVA:**  Yes.

09:44  17       **THE COURT:**  Okay.  Leiva.  I'll pass them to you, Mr.

09:44  18   Leiva, for your inquiry.  At the conclusion of the first round

09:45  19   of questioning the Court will hear challenges for cause for the

09:45  20   plaintiff and challenges for cause for the defendant.

09:45  21       Mr. Leiva, I ask that you confer with Mr. Kleppin

09:45  22   there, and Mr. Kleppin can announce the preemptory challenges

09:45  23   for the defense, all of them.  The preemptory challenges are

09:45  24   for the plaintiff four, for the defendants four.  There is no

09:45  25   backstriking, so once a juror is accepted by the parties that

09:45  1    juror will thereafter remain in the box and may not thereafter

09:45  2    be challenged.  We will proceed in that fashion until we have

09:45  3    selected the eight jurors who will serve on the trial.

09:45  4           MR. KLEPPIN:  Just one question, Your Honor.

09:45  5           THE COURT:  Yes, sir.

09:45  6           MR. KLEPPIN:  So you're basically giving the defense

09:45  7    collectively four peremptories?

09:45  8           THE COURT:  Right.

09:45  9           MR. KLEPPIN:  Okay.  With respect to voir dire,

09:45  10   letting us address the jury, does -- is that time split 50/50

09:45  11   or can Mr. Leiva have the same time that we have?

09:45  12          THE COURT:  For the plaintiff --

09:45  13          MR. KLEPPIN:  You allow 15 or 20 minutes or something

09:45  14   like that.

09:46  15          THE COURT:  -- 20 minutes.

09:46  16          MR. KLEPPIN:  20 minutes.

09:46  17          THE COURT:  For the defendant 20 minutes.  10 and 10.

09:46  18   Okay?

09:46  19          MR. KLEPPIN:  Well, if Mr. Leiva wanted to cede me

09:46  20   five minutes, could we --

09:46  21          THE COURT:  He can do that.

09:46  22          MR. KLEPPIN:  -- can we work that out?

09:46  23          THE COURT:  Of course.

09:46  24          MR. KLEPPIN:  Thank you, Your Honor.  He owns the 10

09:46  25   minutes.  He can use it or throw it away or do whatever he

JURY TRIAL - VOLUME I OF VI

09:46  1   wants to with it.  It's his 10 minutes.

09:46  2           Okay, madam clerk, bring in the jury, please.

09:47  3       **(Court and law clerk confer sotto voce)**

09:47  4           **MR. KLEPPIN:**  Your Honor --

09:47  5           **THE COURT:**  Yes.

09:47  6           **MR. KLEPPIN:**  -- do you plan on impaneling eight

09:47  7   jurors for this?

09:47  8           **THE COURT:**  Yeah.

09:51  9       **(Prospective Jurors In)**

09:52  10          **THE COURT:**  All right.  Calling Case Number

09:52  11  07-61295-Civil of the United States District Court for the

09:52  12  Southern District of Florida.  Lamonica, et al., plaintiff

09:52  13  versus Safe Hurricane Shutters, Inc., defendants.

09:52  14          Is the plaintiff ready?

09:52  15          **MR. KELLY:**  Yes, Your Honor.  The plaintiffs are

09:52  16  ready.

09:52  17          **THE COURT:**  Is the -- are the defendants ready?

09:52  18          **MR. KLEPPIN:**  Yes, Your Honor.

09:52  19          **THE COURT:**  Ladies and Gentlemen, I welcome you to the

09:52  20  United States District Court for the Southern District of

09:52  21  Florida.  Will all of you please stand and be sworn.

09:52  22          **THE CLERK:**  Please raise your right hand.

09:52  23               **JURY PANEL MEMBERS SWORN.**

09:53  24          **THE COURT:**  Be seated, please.  Ladies and Gentlemen,

09:53  25  as your names are called, would you please come forward and

09:53   1   take a seat in the jury box beginning with the first seat in

09:53   2   the front row there and filling up this way until we have

09:53   3   filled four chairs.

09:53   4        Juror number 5 will occupy the first seat in the back

09:53   5   row, and we'll again fill up this way until we have filled the

09:53   6   second set of four chairs.  The jury -- the case for your

09:53   7   consideration today is a civil case; and by reason of that, the

09:53   8   jury will consist of eight members.  In order to get into the

09:53   9   jury box, you will have to come through that gate there in the

09:53   10  middle.  Go this way past the lectern.  Go past this gate to my

09:53   11  left, which is on your right, and then walk back down into the

09:53   12  jury box.

09:53   13       So, Madam Clerk, having said all of that, would you

09:53   14  please draw eight names.

09:53   15       THE CLERK:  Juror number 9, Candelaria Portugal,

09:54   16  P-o-r-t-u-g-a-l.

09:54   17       THE COURT:  You take the first seat in the front row,

09:54   18  please.

09:54   19       THE CLERK:  Juror number 3.  Paola Verde, V-e-r-d-e.

09:54   20  Juror number 10, Patricia Dittman, D-i-t-t-m-a-n.  Juror number

09:54   21  14, Monica Hovart, H-o-v-a-r-t.  Juror number 12, Adriana

09:54   22  Velasco, V-e-l-a-s-c-o.

09:54   23       THE COURT:  All right.  That's the first seat in the

09:54   24  back row.

09:54   25       THE CLERK:  Juror number 17, Jennifer Veasey,

09:54  1    V-e-a-s-e-y.  Juror number 1, Gail Sutton-Pauling, S-u-t-t-o-n

09:55  2    hyphen P-a-u-l-i-n-g.  Juror number 19, Ellys Rodriguez,

09:55  3    R-o-d-r-i-g-u-e-z.

09:55  4         **THE COURT:**  Now we have -- okay.  Members of the

09:55  5    prospective jury, the case for your consideration today is

09:55  6    styled Reinaldo Ramon Lamonica, et al. who is one of the

09:55  7    plaintiffs in this case versus Safe Hurricane Shutters, Inc.

09:55  8    and Edward Leiva who are the defendants in this case.

09:55  9         This case comes before -- this is a case brought

09:55  10   pursuant to the Fair Labor Standards Act, and the Fair Labor

09:56  11   Standards Act requires employers who meet its preconditions to

09:56  12   pay workers a minimum wage and to provide overtime pay where

09:56  13   workers exceed 40 hours a week.

09:56  14        In this case the plaintiffs allege that the defendants

09:56  15   are in violations of the provisions of the Fair Labor Standards

09:56  16   Act and they bring this action to recover the money damages

09:56  17   that they say they have suffered as a consequence.

09:56  18        The defendants deny this, and they deny that they are

09:56  19   in violation of the Act for a number of reasons which you will

09:56  20   hear as the trial progresses.

09:56  21        At this time I would like to introduce to you the

09:56  22   lawyers who will be representing the respective parties in this

09:56  23   case and also the parties themselves.  The plaintiff in this --

09:56  24   the plaintiffs in this case are represented by Mr. David Kelly.

09:56  25   Mr. Kelly is the gentleman standing here at the plaintiffs'

09:56  1    table.  He represents the plaintiffs in this case.

09:56  2           And you may introduce your clients to the Court and to

09:57  3    the jury, Mr. Kelly.

09:57  4           **MR. KELLY:**  Good morning.  My name is Dave Kelly.  As

09:57  5    his Honor had just told you, with me today -- there are other

09:57  6    plaintiffs in the case that I will address, but with me today

09:57  7    is Mario Feliciano and Augustin Milan.  Thank you.

09:57  8           **THE COURT:**  The defendants in this case are

09:57  9    represented.  Some of the defendants in this case are

09:57  10   represented by Mr. Kleppin who is the gentleman standing here

09:57  11   at the defense table.  And also Mr. Leiva --

09:57  12          **MR. LEIVA:**  Leiva.

09:57  13          **THE COURT:**  Leiva.  I'm sorry.  I'll get it straight

09:57  14   eventually.  Mr. Leiva is also a defendant in case.  Mr. Leiva

09:57  15   represents himself in connection with this matter.  And Mr.

09:57  16   Kleppin represents the other defendants.  And you may introduce

09:57  17   them to the Court and to the jury, Mr. Kleppin.

09:57  18          **MR. KLEPPIN:**  Thank you, Your Honor.  Chris Kleppin

09:57  19   representing the defendants.  And with me is Steve Heidelberger

09:58  20   next to me, and just over from him is Frank M$^c$Carroll.

09:58  21          **THE COURT:**  All right.  At this time, Ladies and

09:58  22   Gentlemen, both the Court and the lawyers have an opportunity

09:58  23   to inquire of each of you concerning your qualifications to

09:58  24   serve as jurors in the trial of this particular case.  Some of

09:58  25   the questions which we will put to you this morning will be

09:58  1    personal questions.  They are not designed to embarrass you.

09:58  2    They are not designed to pry into your personal life; but they

09:58  3    are designed to satisfy the litigants and the Court that on

09:58  4    this particular case, you can, in fact, be a fair and impartial

09:58  5    juror by reason of the fact that you're not acquainted with or

09:58  6    related to any of the parties; that you don't have any prior

09:58  7    knowledge of any of the facts or circumstances that bring us

09:58  8    together here this morning and that you have no interest

09:58  9    whatsoever in the outcome of this case except to see to it that

09:58  10   a fair and impartial verdict is returned.

09:58  11         So having said all of that we'll begin to question Ms.

09:59  12   Portugal by asking you to tell us, please, where you live.

09:59  13         **JUROR PORTUGAL:**  I live on 5018 Northeast 19th Avenue,

09:59  14   Pompano Beach.

09:59  15         **THE COURT:**  We don't need to know your address.  You

09:59  16   live in Pompano Beach?

09:59  17         **JUROR PORTUGAL:**  Yes.

09:59  18         **THE COURT:**  How long have you lived there?

09:59  19         **JUROR PORTUGAL:**  37 years.

09:59  20         **THE COURT:**  Where were you born?

09:59  21         **JUROR PORTUGAL:**  Mexico.

09:59  22         **THE COURT:**  Where in Mexico?

09:59  23         **JUROR PORTUGAL:**  (Inaudible).

09:59  24         **THE COURT:**  And when did you come to the United

09:59  25   States?

| 09:59 | 1 | **JUROR PORTUGAL:** When? In 1973. |
| 09:59 | 2 | **THE COURT:** What is your occupation? |
| 09:59 | 3 | **JUROR PORTUGAL:** Right now I'm working at TJ maxx. |
| 09:59 | 4 | **THE COURT:** Okay. And what do you do there? |
| 09:59 | 5 | **JUROR PORTUGAL:** I'm a sales associate. |
| 09:59 | 6 | **THE COURT:** Okay. How long have you worked there? |
| 09:59 | 7 | **JUROR PORTUGAL:** Four years. |
| 09:59 | 8 | **THE COURT:** Okay. And what store do you work with? |
| 09:59 | 9 | **JUROR PORTUGAL:** Lighthouse Point. TJ maxx, |
| 09:59 | 10 | Lighthouse Point. |
| 09:59 | 11 | **THE COURT:** And are you married or single? |
| 09:59 | 12 | **JUROR PORTUGAL:** Married. |
| 09:59 | 13 | **THE COURT:** What does your husband do? |
| 09:59 | 14 | **JUROR PORTUGAL:** He's a cook at the Medical Center, a |
| 09:59 | 15 | cook at the Medical Center. |
| 10:00 | 16 | **THE COURT:** And do you have any children? |
| 10:00 | 17 | **JUROR PORTUGAL:** Yes. |
| 10:00 | 18 | **THE COURT:** How many? |
| 10:00 | 19 | **JUROR PORTUGAL:** Three. |
| 10:00 | 20 | **THE COURT:** What do they do? What are their |
| 10:00 | 21 | occupations? |
| 10:00 | 22 | **JUROR PORTUGAL:** One is married. One is a student, |
| 10:00 | 23 | and one is single. |
| 10:00 | 24 | **THE COURT:** Have you been a juror before? |
| 10:00 | 25 | **JUROR PORTUGAL:** No. |

10:00  1          THE COURT:  And what is the extent of your formal
10:00  2  education?
10:00  3          JUROR PORTUGAL:  I'm a medical assistant.
10:00  4          THE COURT:  Okay.  Where did you take your training?
10:00  5          JUROR PORTUGAL:  Excuse me?
10:00  6          THE COURT:  Where did you go to school for that?
10:00  7          JUROR PORTUGAL:  Where?  Florida, in (inaudible)
10:00  8  Institute.
10:00  9          THE COURT:  Okay.  And would you pass that to Ms.
10:00 10  Verde.  Where is your home, please?
10:00 11          JUROR VERDE:  Hallandale.
10:00 12          THE COURT:  How long have you lived in south Florida?
10:00 13          JUROR VERDE:  20 years.
10:00 14          THE COURT:  Where were you born?
10:00 15          JUROR VERDE:  Colombia.
10:00 16          THE COURT:  And when did you come to this country?
10:00 17          JUROR VERDE:  91.
10:00 18          THE COURT:  And what is your business or occupation?
10:00 19          JUROR VERDE:  Market Stone Corporation.  I'm in
10:01 20  accounting, customer service.
10:01 21          THE COURT:  Okay.  How long have you worked there?
10:01 22          JUROR VERDE:  It's been a year and a half.
10:01 23          THE COURT:  And were you employed before that?
10:01 24          JUROR VERDE:  The Newport Beachside Resort in Sunny
10:01 25  Isles.

10:01  1          THE COURT:  Are you married?

10:01  2          JUROR VERDE:  Divorced.

10:01  3          THE COURT:  Do you have any children?

10:01  4          JUROR VERDE:  One.

10:01  5          THE COURT:  How old?

10:01  6          JUROR VERDE:  He's four.

10:01  7          THE COURT:  And have you been a juror before?

10:01  8          JUROR VERDE:  No.

10:01  9          THE COURT:  And what is the extent of your formal

10:01 10   education?

10:01 11          JUROR VERDE:  I did an associates degree at BCC.

10:01 12          THE COURT:  Okay.  What did you study there?

10:01 13          JUROR VERDE:  Business management.

10:01 14          THE COURT:  Thank you.

10:01 15          Ms. Dittman, where is your home?

10:01 16          JUROR DITTMAN:  Coral Springs.

10:01 17          THE COURT:  And how long have you lived in South

10:01 18   Florida?

10:01 19          JUROR DITTMAN:  About 23 years.

10:01 20          THE COURT:  Where were you born?

10:01 21          JUROR DITTMAN:  Connecticut.

10:01 22          THE COURT:  And what is your business or occupation?

10:01 23          JUROR DITTMAN:  I'm a doctorate of nursing at Nova

10:01 24   Southeastern University.

10:01 25          THE COURT:  You're a professor?

APRIL 11, 2011

10:01   1        **JUROR DITTMAN:**  I am.

10:01   2        **THE COURT:**  Okay.  And what -- tell us about your

10:01   3   formal education.  What does that consist of?

10:01   4        **JUROR DITTMAN:**  I have a PhD in nursing.

10:01   5        **THE COURT:**  From what institution?

10:02   6        **JUROR DITTMAN:**  From Florida Atlantic University.

10:02   7        **THE COURT:**  And where did you get -- where did you

10:02   8   take your undergraduate education?

10:02   9        **JUROR DITTMAN:**  My undergraduate was from Salve Regina

10:02  10   University in Newport, Rhode Island, and my master's from

10:02  11   Florida Atlantic University.

10:02  12        **THE COURT:**  Okay.  Are you married or single?

10:02  13        **JUROR DITTMAN:**  I'm married.

10:02  14        **THE COURT:**  And what does your husband do?

10:02  15        **JUROR DITTMAN:**  My husband is a police officer for

10:02  16   Fort Lauderdale and on loan to the Federal Task Force,

10:02  17   Terrorism Task Force for the FBI.

10:02  18        **THE COURT:**  Do you have any children?

10:02  19        **JUROR DITTMAN:**  I have one.

10:02  20        **THE COURT:**  A son or a daughter?

10:02  21        **JUROR DITTMAN:**  A son.

10:02  22        **THE COURT:**  What does he do?

10:02  23        **JUROR DITTMAN:**  He's 26, and he is a master's student

10:02  24   at FIU in bioinformatics.

10:02  25        **THE COURT:**  Okay.  And have you been a juror before?

JURY TRIAL - VOLUME I OF VI

10:02 1          **JUROR DITTMAN:**  I have not.

10:02 2          **THE COURT:**  Thank you.

10:02 3          And, Ms. Hovart, tell us where your home is, please.

10:02 4          **MS. HOVART:**  Lighthouse Point.

10:02 5          **THE COURT:**  How long have you lived in south Florida?

10:03 6          **MS. HOVART:**  I've been back for four years, but I was

10:03 7     gone for ten.

10:03 8          **THE COURT:**  Where were you born?

10:03 9          **MS. HOVART:**  Michigan.

10:03 10         **THE COURT:**  And what is your occupation or business?

10:03 11         **MS. HOVART:**  I stay at home.

10:03 12         **THE COURT:**  You're a homemaker?

10:03 13         **MS. HOVART:**  Yes.

10:03 14         **THE COURT:**  You're married?

10:03 15         **MS. HOVART:**  Yes.

10:03 16         **THE COURT:**  And what is your husband's occupation?

10:03 17         **MS. HOVART:**  He works for JM Family, Southeast Toyota.

10:03 18         **THE COURT:**  What does he do there?

10:03 19         **MS. HOVART:**  District manager.

10:03 20         **THE COURT:**  Okay.  And do you have any children?

10:03 21         **MS. HOVART:**  Four.

10:03 22         **THE COURT:**  How old are they?

10:03 23         **MS. HOVART:**  12, 11, 11, and 7.

10:03 24         **THE COURT:**  What school do they go to?

10:03 25         **MS. HOVART:**  Saint Coleman in Pompano.

APRIL 11, 2011

10:03  1          THE COURT:  All of them?

10:03  2          MS. HOVART:  Uh-huh (affirmative).  Well, three of

10:03  3   them.  One of them this year is at Deerfield Middle.

10:03  4          THE COURT:  Okay.  And have you been a juror before?

10:03  5          MS. HOVART:  No.

10:03  6          THE COURT:  What's the extent of your formal

10:03  7   education?

10:03  8          MS. HOVART:  Bachelor's degree in marketing.

10:03  9          THE COURT:  From where?

10:03  10         MS. HOVART:  The University of Tampa.

10:03  11         THE COURT:  Okay.  And would you pass that just

10:03  12  directly behind you to Ms. Rodriguez.

10:04  13         Ms. Rodriguez, where do you live.

10:04  14         JUROR RODRIGUEZ:  Hollywood.

10:04  15         THE COURT:  How long have you lived in south Florida?

10:04  16         JUROR RODRIGUEZ:  16 years.

10:04  17         THE COURT:  Where were you born?

10:04  18         JUROR RODRIGUEZ:  In the Dominican Republic.

10:04  19         THE COURT:  And when did you come to this country?

10:04  20         JUROR RODRIGUEZ:  1971.

10:04  21         THE COURT:  What is your occupation?

10:04  22         JUROR RODRIGUEZ:  I'm a stock clerk at Publix

10:04  23  supermarket.

10:04  24         THE COURT:  How long have you worked for Publix?

10:04  25         JUROR RODRIGUEZ:  16 years.

10:04  1          **THE COURT:**  What store do you work at?

10:04  2          **JUROR RODRIGUEZ:**  88 Young Circle.

10:04  3          **THE COURT:**  Okay.  And are you married or single?

10:04  4          **JUROR RODRIGUEZ:**  Single.

10:04  5          **THE COURT:**  Have you ever been married?

10:04  6          **JUROR RODRIGUEZ:**  Yes.

10:04  7          **THE COURT:**  Do you have any children?

10:04  8          **JUROR RODRIGUEZ:**  Yes.

10:04  9          **THE COURT:**  How many?

10:04  10          **JUROR RODRIGUEZ:**  Two.

10:04  11          **THE COURT:**  And how old are they?

10:04  12          **JUROR RODRIGUEZ:**  My oldest one is 23.  My youngest

10:04  13  one is 13.

10:04  14          **THE COURT:**  And what do they do?

10:04  15          **JUROR RODRIGUEZ:**  My oldest one works with me at

10:04  16  Publix, and my youngest one goes to school; seventh grade.

10:04  17          **THE COURT:**  Okay.  And what's the extent of your

10:04  18  formal education?

10:04  19          **JUROR RODRIGUEZ:**  I did a year of business

10:04  20  administration in Providence, Rhode Island.  And I graduated

10:04  21  from hairdresser.

10:04  22          **THE COURT:**  Okay.  Thank you very much.

10:04  23          Ms. Sutton-Pauling, your home is where?

10:05  24          **JUROR SUTTON-PAULING:**  In Pompano Beach.

10:05  25          **THE COURT:**  And how long have you lived there?

10:05  1          **JUROR SUTTON-PAULING:**  About 33 years.

10:05  2          **THE COURT:**  Where were you born?

10:05  3          **JUROR SUTTON-PAULING:**  Fort Lauderdale.

10:05  4          **THE COURT:**  Good for you.  And what's the extent of

10:05  5  your education?

10:05  6          **JUROR SUTTON-PAULING:**  I have a Master's degree --

10:05  7          **THE COURT:**  From where?

10:05  8          **JUROR SUTTON-PAULING:**  -- in public administration

10:05  9  from Florida A&M University.

10:05 10          **THE COURT:**  Okay.  And what's your occupation?

10:05 11          **JUROR SUTTON-PAULING:**  I'm a financial analyst.

10:05 12          **THE COURT:**  Who do you work for?

10:05 13          **JUROR SUTTON-PAULING:**  John Knox Village of Florida,

10:05 14  CCRC.

10:05 15          **THE COURT:**  Okay.  How long have you worked there?

10:05 16          **JUROR SUTTON-PAULING:**  About four years now.

10:05 17          **THE COURT:**  Are you married?

10:05 18          **JUROR SUTTON-PAULING:**  I am.

10:05 19          **THE COURT:**  And what does your husband do?

10:05 20          **JUROR SUTTON-PAULING:**  He is a teacher in West Palm

10:05 21  Beach.

10:05 22          **THE COURT:**  What does he teach?

10:05 23          **JUROR SUTTON-PAULING:**  He teaches pre-algebra IB.

10:05 24          **THE COURT:**  Okay.  Do you have any children?

10:05 25          **JUROR SUTTON-PAULING:**  I do.  I have two.

10:05  1          THE COURT:  How old are they?

10:05  2          JUROR SUTTON-PAULING:  A seven-year-old boy and a

10:05  3   three-year-old little girl.

10:05  4          THE COURT:  And have you been a juror before?

10:05  5          JUROR SUTTON-PAULING:  I have not.

10:05  6          THE COURT:  All right.  Thank you, ma'am.

10:05  7          Ms. Veasey, where is your home, please?

10:05  8          JUROR VEASEY:  Coral Springs.

10:05  9          THE COURT:  And how long have you lived in south

10:05 10   Florida.

10:05 11          JUROR VEASEY:  Well, I've been back three years after

10:06 12   a ten-year relocation.

10:06 13          THE COURT:  All right.  Where were you born?

10:06 14          JUROR VEASEY:  Hollywood.

10:06 15          THE COURT:  And what is your occupation?

10:06 16          JUROR VEASEY:  I'm currently an executive assistant

10:06 17   for the chief operating officer at a medical group.

10:06 18          THE COURT:  And what's the name of the group?

10:06 19          JUROR VEASEY:  Digestive Care.

10:06 20          THE COURT:  Okay.  And where are they located?

10:06 21          JUROR VEASEY:  Their principal office is in Coral

10:06 22   Springs.

10:06 23          THE COURT:  All right.  How long have you worked

10:06 24   there?

10:06 25          JUROR VEASEY:  Two-and-a-half years.

10:06  1          THE COURT:  And are you single or married?

10:06  2          JUROR VEASEY:  Divorced.

10:06  3          THE COURT:  Do you have any children?

10:06  4          JUROR VEASEY:  I do.

10:06  5          THE COURT:  How old?

10:06  6          JUROR VEASEY:  Eight and nine.

10:06  7          THE COURT:  And they're boys or girls or one of each?

10:06  8          JUROR VEASEY:  One of each.

10:06  9          THE COURT:  Okay.  And what's the extent of your

10:06 10  formal education?

10:06 11          JUROR VEASEY:  I have some college.  I studied civil

10:06 12  engineering at the University of Miami and interior design at

10:06 13  the Art Institute of Fort Lauderdale.

10:06 14          THE COURT:  Okay.  And have you been a juror before?

10:06 15          JUROR VEASEY:  I have not.

10:06 16          THE COURT:  Thank you.  And, Ms. Velasco, where do you

10:06 17  live?

10:06 18          JUROR VELASCO:  Pembroke Pines.

10:06 19          THE COURT:  How long have you lived in south Florida?

10:06 20          JUROR VELASCO:  13 years.

10:06 21          THE COURT:  Where were you born?

10:06 22          JUROR VELASCO:  Colombia.

10:06 23          THE COURT:  And -- where?

10:06 24          JUROR VELASCO:  Colombia in Bogota.

10:06 25          THE COURT:  And when did you come to the country?

10:07  1          JUROR VELASCO:  In 1992.

10:07  2          THE COURT:  What's your occupation?

10:07  3          JUROR VELASCO:  At this moment I'm between jobs

10:07  4  looking for a job.

10:07  5          THE COURT:  By whom were you last employed?

10:07  6          JUROR VELASCO:  Comp USA.

10:07  7          THE COURT:  And what did you do there?

10:07  8          JUROR VELASCO:  I was an operations manager.

10:07  9          THE COURT:  All right.  Are you married or single?

10:07 10          JUROR VELASCO:  Single.

10:07 11          THE COURT:  Have you ever been married?

10:07 12          JUROR VELASCO:  Yes.  I'm divorced.

10:07 13          THE COURT:  Do you have any children?

10:07 14          JUROR VELASCO:  Yes.  One daughter.

10:07 15          THE COURT:  And how old is she?

10:07 16          JUROR VELASCO:  She's 20.

10:07 17          THE COURT:  And what does she do?

10:07 18          JUROR VELASCO:  She goes to the University of Florida.

10:07 19          THE COURT:  What's she studying?

10:07 20          JUROR VELASCO:  Business and history.

10:07 21          THE COURT:  Have you been a juror before?

10:07 22          JUROR VELASCO:  I have not.

10:07 23          THE COURT:  Okay.  Ladies, the next series of

10:07 24  questions I'm going to put to you collectively so, first of

10:07 25  all, do any of you know Mr. Kelly who represents the plaintiffs

10:07  1    in this case?  Do any of you know either of the plaintiffs who
10:07  2    are present in court?  Do any of you know Mr. Chris Kleppin who
10:08  3    represents some of the defendants in this case?  Mr. Leiva who
10:08  4    is also a defendant in this case, do any of you know him?  Do
10:08  5    you know Mr. Heidelberger or Mr. M$^c$Carroll who were introduced
10:08  6    to you earlier?  No.

10:08  7         Have any of you ever -- are any of you familiar with
10:08  8    any of the provisions of the Fair Labor Standards Act except to
10:08  9    know that there is such a thing?  Okay.  Have -- do any of you
10:08  10   have any conscientious convictions based upon religious,
10:08  11   personal, philosophical, or any grounds that would prevent you
10:08  12   from serving as a juror in this case, listening to the evidence
10:08  13   and the testimony in this case and arriving at a verdict in
10:08  14   this case based upon the evidence and the law that you'll hear
10:08  15   during the course of this trial?

10:08  16        Okay.  Mr. Kelly, you may inquire.

10:08  17        **MR. KELLY:**  Thank you, Your Honor.  Good morning.
10:09  18   Thank you for your time today on behalf of myself and my
10:09  19   clients.  I just want to take a few moments just to get an idea
10:09  20   of how you might serve as prospective jurors.  And it's one of
10:09  21   the only opportunities I'll get to speak directly to you, so I
10:09  22   want to try to take full advantage of this.

10:09  23        I just want to ask -- just to get a show of hands --
10:09  24   is there anybody in this jury pool right now that if the law
10:09  25   told you something that you didn't personally agree with, would

10:09  1     you have a problem with following the law even though perhaps

10:09  2     you don't like what the law says?  If you would, if you think

10:09  3     that sometimes your personal convictions would overshadow what

10:09  4     the law commanded you to do in this case, would you follow your

10:09  5     personal convictions or would you follow the law?  I want a

10:09  6     show of hands of anybody that would ignore the law and follow

10:10  7     their personal convictions, a show of hands of anybody.  I just

10:10  8     want to ask you.  Don't be shy.  If you can think of an

10:10  9     instance where you might do that, I want to know because I want

10:10  10     to know how you might act later in the case after you hear all

10:10  11     the evidence.

10:10  12          Ms. Velasco, I wanted to ask you -- you previously

10:10  13     worked -- you were a manager of operations; is that correct?

10:10  14          **JUROR VELASCO:**  Yes.

10:10  15          **MR. KELLY:**  Were you at that time paid a salary or

10:10  16     hourly?

10:10  17          **JUROR VELASCO:**  A salary.

10:10  18          **MR. KELLY:**  Did you have to manage -- did you

10:10  19     supervise employees in that position?

10:10  20          **JUROR VELASCO:**  Yes, I did.

10:10  21          **MR. KELLY:**  Did you ever in that position ever have to

10:11  22     deal with any disputes over wages that you can recall?

10:11  23          **JUROR VELASCO:**  No.

10:11  24          **MR. KELLY:**  Would you have any -- with respect to

10:11  25     keeping track of an employee's wages and the amounts that

10:11  1    they're supposed to be paid under the law, would you personally

10:11  2    have any problem finding that it's the employer's burden or

10:11  3    duty to maintain accurate time records to keep track of the

10:11  4    hours that employees are supposed to work?

10:11  5        **JUROR VELASCO:**  Well, as operations manager, I had to

10:11  6    keep track of the times that the employees worked.  And we --

10:11  7    at that company they use a clock, and basically there was no

10:12  8    big problems.  Just I had to make adjustments when people

10:12  9    forgot to clock in or clock out but not really disputes.

10:12 10        **MR. KELLY:**  So the system from what you recall worked

10:12 11    pretty work and kept track --

10:12 12        **JUROR VELASCO:**  Yes.

10:12 13        **MR. KELLY:**  -- of the hours accurately?  I just want

10:12 14    to ask a general question to the entire pool.  Would anybody

10:12 15    have any difficulty if the evidence justified it finding

10:12 16    individual defendants liable along with the corporation if the

10:12 17    evidence justified it?  Would you have -- would anybody have a

10:13 18    problem with finding personal individuals responsible for the

10:13 19    wages of the workers along with the corporation if the evidence

10:13 20    justified it?

10:13 21        Has anybody -- I mean if at all -- I mean you've

10:13 22    probably heard perhaps about corporations and so forth and so

10:13 23    on.  But if at all and that rings a bell in your mind or a

10:13 24    light bulb goes off and you might have a problem with that, I

10:13 25    want to know; and I want to know why.  Okay.

APRIL 11, 2011

10:13  1          Has anybody -- I just want to be very pointed with the

10:13  2  question.  Has anybody ever -- just raise your hand if you have

10:13  3  -- ever had a dispute or an argument with an employer or an

10:13  4  employee if you were in a supervisor capacity regarding wages

10:13  5  or hours that were worked?  Has anybody ever complained

10:13  6  personally to a supervisor or had a dispute?  I'm not even

10:14  7  talking about in court.  I'm just saying informally.  Any

10:14  8  problem with that?

10:14  9          Ms. Pauling, I just want to ask you if -- do you

10:14  10  believe that an employer and an employee can make an agreement

10:14  11  or have an agreement or an understanding that and be held to it

10:14  12  even though the law says that they don't have to be; that

10:14  13  that's not what the law is?

10:14  14          **JUROR SUTTON-PAULING:**  If they can have a mutual

10:14  15  agreement --

10:14  16          **MR. KELLY:**  Right.

10:14  17          **JUROR SUTTON-PAULING:**  -- outside of what the law

10:14  18  says?

10:14  19          **MR. KELLY:**  Right.

10:14  20          **JUROR SUTTON-PAULING:**  Yeah.

10:14  21          **MR. KELLY:**  Okay.  So you believe that although the

10:14  22  law says one thing that you believe it's okay that if an

10:14  23  employer and an employee say --

10:14  24          **JUROR SUTTON-PAULING:**  Oh, no.  No, no, no.  If the

10:14  25  law says this, that's what they need to go by.

10:15  1      **MR. KELLY:**  Okay.  Can I get a show of hands of all of

10:15  2  you within the last five years who were paid on an hourly basis

10:15  3  in any type of job?

10:15  4      **JUROR SUTTON-PAULING:**  Hourly?

10:15  5      **MR. KELLY:**  Yes, hourly.  If you were ever -- in the

10:15  6  last five years if any of you were paid on an hourly basis,

10:15  7  could you raise your hand.  I just want to see who.  And then

10:15  8  if you were paid salary can you raise your hand for those who

10:15  9  are salary.  Okay.

10:15 10      Can anybody tell me -- I want anybody to raise their

10:15 11  hand if you believe that you have an understanding of what the

10:15 12  difference is in the burdens of proof verses a civil case and

10:16 13  verses a criminal case.  I think that the Court had explained

10:16 14  it.  We're here today in a civil case.  This is not a criminal

10:16 15  case.  So we're in a civil proceeding right now.  And you

10:16 16  probably heard in criminal cases beyond a reasonable doubt.

10:16 17  And if you want to send somebody to jail or something worse or

10:16 18  perhaps lesser, to find them criminally liable, you have to

10:16 19  find beyond a reasonable doubt.  Do you know -- does anybody

10:16 20  know what the standard is in the civil case?  Yes?

10:16 21      **PROSPECTIVE JUROR:**  Based on evidence given, it's

10:16 22  whether it's likely that one party intended harm to the other.

10:16 23  Preponderance of evidence I believe it's called.

10:16 24      **MR. KELLY:**  Preponderance of the evidence.

10:16 25      **THE COURT:**  That's very good.  You can pass the Bar

10:16  1  exam.

10:16  2              **PROSPECTIVE JUROR:**  Google.

10:16  3              **MR. KELLY:**  Given that this is a civil case, would

10:16  4  anybody have a problem with a case that perhaps is very close

10:16  5  and, for example, say the plaintiffs tip the scales just a

10:17  6  little bit in their favor and that was to be a preponderance

10:17  7  because it was just a little bit more in their favor, they

10:17  8  proved their case a little bit more to the other side of the

10:17  9  scales than the defendant and it was real close, would anybody

10:17  10  have a problem in entering a judgment against the defendants in

10:17  11  that case even if it was very close?

10:17  12              This is just a general question.  Is anybody -- if you

10:17  13  have any inhibitions at all, I'd just -- I would ask that you

10:17  14  raise your hand and express it to us.  Is there anything that

10:17  15  you can think of that we should know about that might somehow

10:18  16  impact on your ability to serve as a juror, not only with

10:18  17  respect to fairness, with respect to your attention?  Is there

10:18  18  anything going on right now that you think is going to divert

10:18  19  your attention from this trial and make you want to get out of

10:18  20  here unnecessarily fast or -- just anything you can think of.

10:18  21  It's a general question, but I want to know.  We all have our

10:18  22  own lives.  So is there somebody?  Raise your hand, please.

10:18  23  Yes?

10:18  24              **PROSPECTIVE JUROR:**  I have my four kids to take care

10:18  25  of.

10:18  1          MR. KELLY:  I can relate to that.

10:18  2          PROSPECTIVE JUROR:  All the driving around.  2:30 out

10:18  3  of here.

10:18  4          MR. KELLY:  And anybody else?  Yes?

10:18  5          PROSPECTIVE JUROR:  Well, I have to pick up my son by

10:18  6  3:30.  Unfortunately there's no one else that I can rely on.

10:18  7          MR. KELLY:  Yes?

10:18  8          PROSPECTIVE JUROR:  2:00 o'clock.  I pick up my

10:18  9  daughter from school at 2:00 o'clock.

10:19 10          MR. KELLY:  Anybody else?

10:19 11          MS. DITTMAN:  I just have an issue where we're

10:19 12  selecting a future professor this week in my area of specialty.

10:19 13          MR. KELLY:  Let me ask you, is that -- is it very

10:19 14  crucial that you be available or that you expend a certain

10:19 15  amount of time in that process or --

10:19 16          PROSPECTIVE JUROR:  It would be good if I was there,

10:19 17  yes.

10:19 18          MR. KELLY:  Anybody else?  I'm going to turn it over

10:19 19  to the defendants at this time.

10:19 20          THE COURT:  All right.  Mr. Kleppin, you may inquire

10:19 21  sir.

10:19 22          MR. KLEPPIN:  Thank you, Your Honor.  May I use the

10:19 23  podium?

10:19 24          THE COURT:  Yes, of course.

10:19 25          MR. KLEPPIN:  Good morning.  Have any of you ever had

10:20  1   a family member who has sued their employer?  Has any of you

10:20  2   ever yourself sued your employer before for any issue?  Has

10:20  3   anyone ever thought about suing their employer?  Okay.  No

10:20  4   hands are going up; but there's some chuckling, so maybe we'll

10:20  5   leave that one alone.

10:20  6          Do you understand that the plaintiff has to prove his

10:20  7   case; that the defendants don't have to prove anything?  And

10:20  8   until the plaintiff proves its case, you find for the

10:20  9   defendant.  Does anyone have any problem with that standard of

10:20 10   proof?

10:20 11          Does anyone think that just because someone has

10:20 12   brought a lawsuit there must be something wrong here, there

10:21 13   must be something going on, and these plaintiffs must be wrong

10:21 14   and they must be entitled to something?  Let me see a show of

10:21 15   hands on that.  Anybody.

10:21 16          With respect to the stop times that we just heard, if

10:21 17   the trial stops at 3:00 o'clock, does that interfere with the

10:21 18   people that needed to pick up children or whatever by 3:30?

10:21 19   That would be near the realm of where people wouldn't have a

10:21 20   conflict.  If that 3:00 o'clock stop time does not care for the

10:21 21   conflict that you had that maybe was brought out when Mr. Kelly

10:21 22   was asking you questions, just raise your hand.

10:21 23          The next question is, you know, sometimes -- it

10:21 24   happens with sporting events.  It can happen with any sort of

10:21 25   competition between people, in this case a court case, where

10:22  1    before the game or before the Court case begins -- and

10:22  2    sometimes this can happen in a criminal case too where the

10:22  3    Government's bringing criminal charges against an individual.

10:22  4    Very often we have feelings where we think, ah, you know,

10:22  5    they've charged him with something.  He's probably guilty.  Or,

10:22  6    you know, the Packers and the Steelers are playing.  I'm a

10:22  7    little bit on the side of the Packers.  Does anybody before

10:22  8    they hear any evidence in this case, for whatever reason does

10:22  9    anybody side just a little bit, just a little maybe identify

10:22 10    with the plaintiff in this case?  Anybody.  Would anybody

10:22 11    before you hear any evidence just start out just a little bit

10:22 12    on the side of a wage earner or a laborer in a dispute against

10:22 13    their employer?

10:22 14            Ms. Rodriguez, you're thinking about that I see, and

10:23 15    you're looking up.  Just a little before you hear anything do

10:23 16    you sort of identify with the plaintiffs?  Is that fair to say?

10:23 17    I'm sorry?

10:23 18            JUROR RODRIGUEZ:  I will wait till I hear everything

10:23 19    first.  I don't have no problem.  I will wait.

10:23 20            MR. KELLY:  You'll wait?

10:23 21            JUROR RODRIGUEZ:  I'll wait.  Yes.

10:23 22            MR. KELLY:  Okay.  Not just a little, though?

10:23 23            JUROR RODRIGUEZ:  Not just a little.  I'll wait.

10:23 24            MR. KELLY:  Okay.  What about you, Ms. Portugal?  Do

10:23 25    you feel the same way or before you hear anything, are you just

10:23 1    a little bit on the side of the plaintiffs from what you've

10:23 2    seen that there's --

10:23 3            **JUROR SUTTON-PAULING:**  I'll wait.

10:23 4        **MR. KELLY:**  I'm sorry?

10:23 5            **JUROR SUTTON-PAULING:**  Wait.

10:23 6        **MR. KELLY:**  You'll wait also?

10:23 7            **JUROR SUTTON-PAULING:**  Yes.

10:23 8        **MR. KELLY:**  You haven't moved a little bit towards one

10:23 9    side or the other?

10:23 10           **JUROR SUTTON-PAULING:**  No.

10:24 11       **MR. LEIVA:**  Hello.  My name is Edward Leiva.  I'm not

10:24 12   a professional lawyer.  I'm defending myself in this case.  The

10:24 13   circumstances are that I cannot afford a lawyer, so I'm doing

10:25 14   it on my own.  I'm comfortable with everybody really, anybody,

10:25 15   because I believe that the truth will set me free.

10:25 16           The only question I have, if somebody lie under oath

10:25 17   should be found guilty of perjury.  That's a question.  Are you

10:25 18   comfortable with that?  They should be found guilty of perjury

10:25 19   if they lie under oath.  Thank you.  That's all I want to say.

10:25 20       **THE COURT:**  All right.  Thank you, Mr. Leiva.  Are

10:25 21   there any challenges for cause for the plaintiffs?

10:25 22       **MR. KELLY:**  I think -- Your Honor, I think Ms. Dittman

10:25 23   -- she did raise concerns, professional concerns about an

10:25 24   important professional matter that she has to attend to this

10:26 25   week; and it might interfere with her ability to --

10:26  1        THE COURT:  That challenge for cause is denied.

10:26  2   Challenges for cause for the defendants?  Would you be good

10:26  3   enough to announce all the challenges for the respective

10:26  4   defendants, for your clients as well as for Mr. Leiva?

10:26  5        MR. KLEPPIN:  Yes, Your Honor.  No challenges for

10:26  6   cause, Your Honor, from the defense.

10:26  7        THE COURT:  Preemptory challenges for the plaintiffs?

10:26  8        MR. KELLY:  Yes, Your Honor.  Ms. Dittman.

10:26  9        THE COURT:  All right.  Dr. Dittman, you may step

10:26 10   down.  Have a seat in the courtroom, please.

10:26 11        MR. KELLY:  Do all four of them at once?

10:26 12        THE COURT:  Do you have any others?  There's no

10:26 13   backstriking.

10:26 14        MR. KELLY:  I think Ms. Pauling.

10:27 15        THE COURT:  Okay.  Ms. Pauling, thank you, ma'am.  You

10:27 16   may step down.  Have a seat in the courtroom.

10:27 17        MR. KELLY:  Can I confer with my client just a moment,

10:27 18   Your Honor?

10:27 19        THE COURT:  Sure.

10:27 20        MR. KELLY:  Thank you.

10:27 21     **(Plaintiffs' counsel and plaintiffs confer sotto voce)**

10:27 22        MR. KELLY:  Your Honor, we'll let Ms. Hovart go.

10:27 23        THE COURT:  Okay.  Ms. Hovart, you may step down.

10:28 24   Please have a seat in the courtroom.

10:28 25        MR. KELLY:  Can I reserve my other one for later?

APRIL 11, 2011

10:28  1          THE COURT:  All right.  Preemptory challenges for the

10:28  2   defendants?

10:28  3          MR. KLEPPIN:  The defense will strike juror number 1,

10:28  4   Your Honor.

10:28  5          THE COURT:  Ms. Portugal, you may step down and have a

10:29  6   seat in the courtroom, please.

10:29  7          All right.  Would you please draw four names.

10:29  8          THE CLERK:  Juror number 15, Renee Michels,

10:29  9   M-i-c-h-e-l-s.  Juror number 2, Herbert Bruce, B-r-u-c-e.

10:29  10  Juror number 5, Howard Bartley, B-a-r-t-l-e-y.  Juror number

10:29  11  25, Maria Puig, P-u-i-g.

10:30  12         THE COURT:  Do you say Michaels or Michels?

10:30  13         JUROR MICHELS:  It's actually Michels-Ford.

10:30  14         THE COURT:  And tell us where you live.

10:30  15         JUROR MICHELS:  Pembroke Pines.

10:30  16         THE COURT:  And how long have you lived there?

10:30  17         JUROR MICHELS:  My whole life.

10:30  18         THE COURT:  You were born in Pembroke Pines?

10:30  19         JUROR MICHELS:  I was born in Memorial Hospital.

10:30  20         THE COURT:  How about that.  And what's your

10:30  21  occupation?

10:30  22         JUROR MICHELS:  I work for American Express as a

10:30  23  relationship manager.

10:30  24         THE COURT:  How long have you worked there?

10:30  25         JUROR MICHELS:  23 years.

10:30  1          THE COURT:  And are you single or married?

10:30  2          JUROR MICHELS:  Married.

10:30  3          THE COURT:  What does your husband do?

10:30  4          JUROR MICHELS:  My husband's disabled.

10:30  5          THE COURT:  All right.  And do you have any children?

10:30  6          JUROR MICHELS:  Two girls.

10:30  7          THE COURT:  How old are they?

10:30  8          JUROR MICHELS:  16 and 11.

10:30  9          THE COURT:  Where do they go to school?

10:30 10          JUROR MICHELS:  West Broward and Chapel Trail

10:31 11  Elementary.

10:31 12          THE COURT:  Okay.  And have you been a juror before?

10:31 13          JUROR MICHELS:  No.

10:31 14          THE COURT:  And what's the extent of your formal

10:31 15  education?

10:31 16          JUROR MICHELS:  I have a bachelor's from the

10:31 17  University of South Florida and a master's from Nova.

10:31 18          THE COURT:  And what is your bachelor's degree in?

10:31 19          JUROR MICHELS:  Mass communications.

10:31 20          THE COURT:  And your master's degree?

10:31 21          JUROR MICHELS:  Finance.

10:31 22          THE COURT:  Okay.  And you heard the questions asked

10:31 23  here earlier this morning by the lawyers and myself.  Did those

10:31 24  questions bring anything to your mind that you think you should

10:31 25  share with us that would have some bearing upon your ability to

10:31  1   serve as a juror on this case?

10:31  2          JUROR MICHELS:  My husband was disabled in a

10:31  3   work-related accident, and it was a ten-year period where he

10:31  4   was out of work due to this accident and a trial that occurred

10:31  5   in the end of 2009.

10:31  6          THE COURT:  Okay.  And do you think that would that

10:31  7   affect -- that experience that you had, do you think that would

10:31  8   affect your ability to sit on this case?

10:31  9          JUROR MICHELS:  It very well could, yes.

10:31  10         THE COURT:  Why do you say that?

10:31  11         JUROR MICHELS:  The experience was not really the

10:32  12  best.

10:32  13         THE COURT:  Okay.  Can you be a little more specific?

10:32  14         JUROR MICHELS:  Yeah.  I mean two-and-a-half days of

10:32  15  seating a six-person jury, five weeks of testimony --

10:32  16         THE COURT:  Okay.

10:32  17         JUROR MICHELS:  -- and an outcome that was not really

10:32  18  what --

10:32  19         THE COURT:  You weren't satisfied with the way it

10:32  20  worked?

10:32  21         JUROR MICHELS:  Yeah.

10:32  22         THE COURT:  Okay.  All right.  Thank you.  Let's go

10:32  23  down to Mr. Bruce.  Where do you live, Mr. Bruce?

10:32  24         JUROR BRUCE:  I live in Pembroke Pines.

10:32  25         THE COURT:  How long have you lived there?

10:32  1          JUROR BRUCE:  22 years.

10:32  2          THE COURT:  Where were you born?

10:32  3          JUROR BRUCE:  Washington, D.C.

10:32  4          THE COURT:  And what's your occupation?

10:32  5          JUROR BRUCE:  I'm a warehouse clerk at Nova

10:32  6  University.

10:32  7          THE COURT:  All right.  And how long have you worked

10:32  8  for Nova?

10:32  9          JUROR BRUCE:  I've worked for Nova for six years.

10:32  10         THE COURT:  Okay.  Are you married or single?

10:32  11         JUROR BRUCE:  Single.

10:32  12         THE COURT:  Have you ever been married?

10:32  13         JUROR BRUCE:  No.

10:32  14         THE COURT:  What's the extent of your education?

10:32  15         JUROR BRUCE:  I'm an undergraduate student at Nova

10:32  16  University.

10:32  17         THE COURT:  Okay.  What are you studying?

10:32  18         JUROR BRUCE:  Science.

10:32  19         THE COURT:  And what year are you?

10:32  20         JUROR BRUCE:  I'm in my second year.

10:32  21         THE COURT:  Okay.  And have you been a juror before?

10:33  22         JUROR BRUCE:  No.

10:33  23         THE COURT:  I'll ask you -- you heard the questions

10:33  24  that were asked earlier by the lawyers and myself.  Did those

10:33  25  questions bring anything to your attention or to your mind that

10:33  1   you think you should share with us concerning your ability to

10:33  2   serve as a juror on this case?

10:33  3          **JUROR BRUCE:**  No.

10:33  4          **THE COURT:**  Do you think you could be a fair juror in

10:33  5   this case?

10:33  6          **JUROR BRUCE:**  Yes.

10:33  7          **THE COURT:**  All right, sir.  Thank you.  Mr. Bartley?

10:33  8          **JUROR BARTLEY:**  Yes, sir.

10:33  9          **THE COURT:**  Tell us where you live.

10:33 10          **JUROR BARTLEY:**  Lauderdale Lakes.

10:33 11          **THE COURT:**  How long have you lived there?

10:33 12          **JUROR BARTLEY:**  25 years.

10:33 13          **THE COURT:**  Where were you born?

      14          **JUROR BARTLEY:**  Jamaica.

      15          **THE COURT:**  Where in Jamaica?

      16          **JUROR BARTLEY:**  Clarendon, Jamaica.

      17          **THE COURT:**  Where?

      18          **JUROR BARTLEY:**  Clarendon.

10:33 19          **THE COURT:**  Okay.  And when did you come to the United

10:33 20   States?

10:33 21          **JUROR BARTLEY:**  1980.

10:33 22          **THE COURT:**  What's your occupation or business?

10:33 23          **JUROR BARTLEY:**  I'm a cabinetmaker.

10:33 24          **THE COURT:**  Okay.  Are you self-employed or do you

10:33 25   work for somebody?

| | | |
|---|---|---|
| 10:33 | 1 | **JUROR BARTLEY:** I work with somebody. |
| 10:33 | 2 | **THE COURT:** Who do you work for? |
| 10:33 | 3 | **JUROR BARTLEY:** Fort Lauderdale Woodwork |
| 10:33 | 4 | Incorporation. |
| 10:33 | 5 | **THE COURT:** Where did you learn to be a cabinetmaker? |
| 10:33 | 6 | **JUROR BARTLEY:** I started in Jamaica. |
| 10:33 | 7 | **THE COURT:** That was my grandfather's occupation. |
| 10:33 | 8 | **JUROR BARTLEY:** Oh, really. |
| 10:33 | 9 | **THE COURT:** He was a cabinetmaker. |
| 10:33 | 10 | **JUROR BARTLEY:** Okay. |
| 10:34 | 11 | **THE COURT:** In Spain, not in this country. |
| 10:34 | 12 | **JUROR BARTLEY:** Oh, okay. |
| 10:34 | 13 | **THE COURT:** Are you married or single? |
| 10:34 | 14 | **JUROR BARTLEY:** I'm single. |
| 10:34 | 15 | **THE COURT:** Have you ever been married? |
| 10:34 | 16 | **JUROR BARTLEY:** Yes. |
| 10:34 | 17 | **THE COURT:** Do you have any children? |
| 10:34 | 18 | **JUROR BARTLEY:** Yeah; one. |
| 10:34 | 19 | **THE COURT:** A son or daughter? |
| 10:34 | 20 | **JUROR BARTLEY:** Son. |
| 10:34 | 21 | **THE COURT:** What does he do? |
| 10:34 | 22 | **JUROR BARTLEY:** Right now he's going to school |
| 10:34 | 23 | learning electrician. |
| 10:34 | 24 | **THE COURT:** And how far did you go in school? |
| 10:34 | 25 | **JUROR BARTLEY:** I went to high school. |

10:34  1          THE COURT:  Where?

10:34  2          JUROR BARTLEY:  I started in Jamaica.

10:34  3          THE COURT:  In Jamaica?

10:34  4          JUROR BARTLEY:  Right.

10:34  5          THE COURT:  Have you been a juror before?

10:34  6          JUROR BARTLEY:  No.

10:34  7          THE COURT:  You heard the questions asked early today

10:34  8  -- this morning, Mr. Bartley.  Do you think you could be a fair

10:34  9  juror in this case?

10:34 10          JUROR BARTLEY:  I'm not sure about that because I've

10:34 11  got a little dispute with my boss about the same thing this

10:34 12  case is about right now.

10:34 13          THE COURT:  Okay.  Which boss is that?  The place

10:34 14  where you work now?

10:34 15          JUROR BARTLEY:  Yes.

10:34 16          THE COURT:  And when did you have that dispute?

10:34 17          JUROR BARTLEY:  Well, it's going on for about six

10:34 18  months now, you know.

10:34 19          THE COURT:  Okay.  All right.  Okay.  Let's see.  And

10:34 20  pass that back to Ms. Puig.  Did I say that right?

10:34 21          JUROR PUIG:  Puig.

10:35 22          THE COURT:  Puig.  Ms. Puig, tell us where you were

10:35 23  born.

10:35 24          JUROR PUIG:  Cuba.

10:35 25          THE COURT:  Where in Cuba?

APRIL 11, 2011

10:35  1          **JUROR PUIG:**  Cienfuegos.

10:35  2          **THE COURT:**  And when did you come to this country?

10:35  3          **JUROR PUIG:**  1962.

10:35  4          **THE COURT:**  And where do you live now?

10:35  5          **JUROR PUIG:**  Pembroke Pines.

10:35  6          **THE COURT:**  My goodness.  Everybody's here from

10:35  7  Pembroke Pines.  What's your occupation?

10:35  8          **JUROR PUIG:**  I'm unemployed right now.

10:35  9          **THE COURT:**  What type of work do you do?

10:35  10         **JUROR PUIG:**  Accounting.

10:35  11         **THE COURT:**  Who was your last employer?

10:35  12         **JUROR PUIG:**  Northwestern Management.

10:35  13         **THE COURT:**  And what's the extent of your formal

10:35  14  education?

10:35  15         **JUROR PUIG:**  Associates degree.

10:35  16         **THE COURT:**  From where?

10:35  17         **JUROR PUIG:**  Miami-Dade.

10:35  18         **THE COURT:**  And what did you study there?

10:35  19         **JUROR PUIG:**  Accounting.

10:35  20         **THE COURT:**  And are you married or single?

10:35  21         **JUROR PUIG:**  Single.

10:35  22         **THE COURT:**  Have you ever been married?

10:35  23         **JUROR PUIG:**  No.

10:35  24         **THE COURT:**  And have you been a juror before?

10:35  25         **JUROR PUIG:**  Yes.

10:35  1          THE COURT:  How long ago?

10:35  2          JUROR PUIG:  Many years ago in Miami.

10:35  3          THE COURT:  Okay.  And was it a civil case or a

10:35  4  criminal case?

10:35  5          JUROR PUIG:  I don't remember.

10:35  6          THE COURT:  Okay.

10:35  7          JUROR PUIG:  It was a very long time ago.

10:35  8          THE COURT:  Now, you heard -- again, I ask you the

10:35  9  questions that were asked earlier.  Do you think you could be a

10:36 10  fair juror in this case?

10:36 11          JUROR PUIG:  Yes.

10:36 12          THE COURT:  All right.  Mr. Bartley, I'm going to let

10:36 13  you step down.  Have a seat in the courtroom.  I'll excuse Mr.

10:36 14  Bartley for cause, and I'll ask you to draw one name.

10:36 15          THE CLERK:  Jury number 4, Vladimir Kocijan,

10:36 16  K-o-c-i-j-a-n.

10:36 17          THE COURT:  Good morning, Mr. Kocijan.  Good morning.

10:36 18          JUROR KOCIJAN:  Good morning, sir.

10:36 19          THE COURT:  Where do you live?

10:36 20          JUROR KOCIJAN:  In Pompano.

10:37 21          THE COURT:  How long have you lived there?

10:37 22          JUROR KOCIJAN:  15 years.

10:37 23          THE COURT:  Can you put that up closer.  How long have

10:37 24  you lived there?

10:37 25          JUROR KOCIJAN:  15 years.

10:37  1          THE COURT:  Where were you born?

10:37  2          JUROR KOCIJAN:  Slovenia.

10:37  3          THE COURT:  Where?

10:37  4          JUROR KOCIJAN:  Slovenia, Yugoslavia.

10:37  5          THE COURT:  Okay.  And when did you come to this

10:37  6  country?  Do you have trouble hearing?

10:37  7          JUROR KOCIJAN:  Yes.

10:37  8          THE COURT:  Okay.  Do you have a hearing aid?

10:37  9          JUROR KOCIJAN:  No.

10:37 10          THE COURT:  Yes or no?

10:37 11          JUROR KOCIJAN:  No.

10:37 12          THE COURT:  No?  Okay.  Have you been able to hear the

10:37 13  questions that were asked here earlier today?

10:37 14          JUROR KOCIJAN:  Well, some.  Some don't.

10:37 15          THE COURT:  Okay.  Do you have a problem with your

10:37 16  hearing?

10:37 17          JUROR KOCIJAN:  Well, maybe understanding.

10:37 18          THE COURT:  Oh, you also have a problem with language?

10:37 19          JUROR KOCIJAN:  Well, to the point.

10:37 20          THE COURT:  Okay.  If there's no objection, I think

10:37 21  I'll let him step down.  He seems to have a problem.  Have a

10:37 22  seat.  I'll excuse him for cause.  And have a seat in the

10:37 23  courtroom, Mr. Kocijan.

10:37 24          Draw another name, please.

10:38 25          THE CLERK:  Juror number 20, Vickie Obey, O-b-e-y.

10:38  1          THE COURT:  Do you say Obey or Obey?

10:38  2          JUROR OBEY:  Obey.

10:38  3          THE COURT:  Obey.  All right.  Ms. Obey, tell us where

10:38  4   you live.

10:38  5          JUROR OBEY:  Pompano Beach, Florida.

10:38  6          THE COURT:  And how long have you lived there?

10:38  7          JUROR OBEY:  26 years.

10:38  8          THE COURT:  Where were you born?

10:38  9          JUROR OBEY:  Norfolk, Virginia.

10:38 10          THE COURT:  Put that up there.

10:38 11          JUROR OBEY:  Norfolk, Virginia.

10:38 12          THE COURT:  Okay.  And what's your occupation?

10:38 13          JUROR OBEY:  I work at United Retail, women clothing

10:38 14   store.

10:38 15          THE COURT:  How long have you worked there?

10:39 16          JUROR OBEY:  Part-time I worked there seven years.  I

10:39 17   just became a manager.

10:39 18          THE COURT:  Okay.  Are you married or single?

10:39 19          JUROR OBEY:  I'm a widow.

10:39 20          THE COURT:  Do you have any children?

10:39 21          JUROR OBEY:  Yes.

10:39 22          THE COURT:  How many?

10:39 23          JUROR OBEY:  I have four.  Two girls and two boys.

10:39 24          THE COURT:  And what do they do?

10:39 25          JUROR OBEY:  My son, he works in detailing.  My

10:39  1    daughter is a nurse's register at Mount Sinai.  My other

10:39  2    daughter is a teacher's assistant, and my son is a mechanic.

10:39  3            THE COURT:  Okay.  Have you been a JUROR before?

10:39  4            JUROR OBEY:  No.

10:39  5            THE COURT:  And how -- what's the extent of your

10:39  6    formal education?

10:39  7            JUROR OBEY:  I just have a high school diploma.

10:39  8            THE COURT:  What high school did you go to?

10:39  9            JUROR OBEY:  Granby High School, Norfolk, Virginia.

10:39  10           THE COURT:  Okay.  And you heard the questions that

10:39  11   were asked here earlier this morning, Ms. Obey.  Do you think

10:39  12   you could be a fair JUROR in this case?

10:39  13           JUROR OBEY:  Yes.

10:39  14           THE COURT:  All right.  You may inquire, Mr. Kelly, of

10:39  15   the new panel members.

10:39  16           MR. KELLY:  Ms. Obey, I know you probably want to take

10:40  17   a moment just to think before you answer; but was there any

10:40  18   hesitation at all as to what may -- regarding your current

10:40  19   position that might influence your decision at all or your

10:40  20   reasoning in this particular case that you can think of?

10:40  21           JUROR OBEY:  You want to know why I hesitated?

10:40  22           MR. KELLY:  Sure.

10:40  23           JUROR OBEY:  Okay.  Well, no.  I just wanted to make

10:40  24   sure, you know, 'cause, like I say, I'm an hourly worker but

10:40  25   who isn't so unfortunate to be an hourly worker so, hey, I

APRIL 11, 2011

10:40  1   could be fair.

10:40  2       **THE COURT:**  But you were recently promoted to a

10:40  3   management position?

10:40  4       **JUROR OBEY:**  Yes.

10:40  5       **THE COURT:**  And are you now a salaried employee?

10:40  6       **JUROR OBEY:**  Not yet.

10:40  7       **THE COURT:**  Okay.  Have you ever been involved in your

10:40  8   current position or in previous positions with any type of

10:40  9   disputes with employees over hours worked and pay, anything

10:40 10   like that?

10:40 11       **JUROR OBEY:**  No.

10:40 12       **MR. KELLY:**  So are you involved at all in now keeping

10:40 13   track of workers' hours and making sure their hours are

10:40 14   correctly documented?

10:41 15       **JUROR OBEY:**  I'm in charge of putting them into the

10:41 16   computer on Saturdays.

10:41 17       **MR. KELLY:**  Okay.  But do you -- if the evidence would

10:41 18   show that a worker or a plaintiff was working more than 40

10:41 19   hours one week and wasn't being paid, do you believe that that

10:41 20   judgment should be for that worker?

10:41 21       **JUROR OBEY:**  Well, sure, if they worked.

10:41 22       **MR. KELLY:**  Do you believe that -- would you have a

10:41 23   problem with any law that might say that it's the employer's

10:41 24   responsibility to maintain complete and accurate time records?

10:41 25   Would it seem fair or unfair to you?

APRIL 11, 2011

10:41  1          **JUROR OBEY:**  Can you reword that for me.

10:41  2          **MR. KELLY:**  Sure, sure.  If you were told that there

10:41  3  were laws out there that required the employer -- the employer

10:41  4  -- not the employee to keep track of those time records and

10:41  5  make sure that they're complete and accurate and if not that

10:41  6  could work negatively toward that employer, would you consider

10:42  7  that to be an unfair thing against the employer?

10:42  8          **JUROR OBEY:**  No.

10:42  9          **MR. KELLY:**  Okay.

10:42 10          **JUROR OBEY:**  It's their money so they need to keep

10:42 11  track of who's working.

10:42 12          **MR. KELLY:**  Ms. Puig, you have an accounting

10:42 13  background; is that correct?

10:42 14          **JUROR PUIG:**  Accounting.

10:42 15          **MR. KELLY:**  Have you ever been involved in any type of

10:42 16  supervisory position or management position?

10:42 17          **JUROR PUIG:**  Yes.

10:42 18          **MR. KELLY:**  Okay.  Could you tell me about that.

10:42 19          **JUROR PUIG:**  Years ago I used to do payroll, and

10:42 20  basically I did accounts receivable and accounts payable.  That

10:42 21  was on my last job.

10:42 22          **MR. KELLY:**  Were you ever involved not only in a

10:42 23  lawsuit but even informally in any way with any type of claims

10:42 24  by any workers that their hours or their pay wasn't being

10:42 25  correctly calculated or paid?

APRIL 11, 2011

10:42  1      **JUROR PUIG:**  No.  But the employees always had an

10:42  2  excuse to say they had worked more time than they really did;

10:42  3  but they had a timecard, and the timecard was calculated

10:43  4  correctly.  So most of the time, yes, they were correct.

10:43  5      **MR. KELLY:**  Do you have any personal reservations at

10:43  6  all with respect to an employee that might claim that they're

10:43  7  not being paid correctly by their employer?

10:43  8      **JUROR PUIG:**  No.  If they worked their hours and they

10:43  9  were paid correctly, there shouldn't be an issue.

10:43  10     **MR. KELLY:**  Okay.  Is there anything -- now, I want to

10:43  11 ask you, Ms. Puig, and also Ms. Obey.  And I think that the

10:43  12 Judge did reiterate it, but I want to just ask pointed,

10:43  13 directly one more time.  Is there anything in this that you

10:43  14 want to tell us in your personal life or your personal beliefs

10:43  15 that could affect your ability not only to serve as a juror and

10:43  16 make a fair decision but just be -- would you be distracted in

10:43  17 any way for any reason?

10:43  18     **JUROR PUIG:**  No.

10:43  19     **THE COURT:**  Ms. Obey?

10:43  20     **JUROR OBEY:**  (Shakes head negatively).

10:43  21     **MR. KELLY:**  Thank you.

10:43  22     **THE COURT:**  Okay.  Mr. Kleppin, you may inquire.

10:44  23     **MR. KLEPPIN:**  Thank you, Your Honor.  Good morning.

10:44  24 Ms. Michels, I asked a question you saw there to the last panel

10:44  25 a few minutes ago where if there's a dispute between employer

10:44   1   and employee and before you hear any evidence, would you be on

10:44   2   just one side or the other maybe just a little because of your

10:44   3   life's experiences?  And there's certainly nothing wrong with

10:44   4   being on one side or the other before a case starts because you

10:44   5   feel a certain way, and those feelings can certainly be

10:44   6   legitimate.

10:44   7         Before this case starts, you're quite a bit on the

10:44   8   side of the employee, wouldn't you agree, because of what's

10:44   9   happened with your husband and the experience with the Court

10:44 10   case?  It's not just a little.  It's quite a bit.

10:44 11       **JUROR MICHELS:**  My husband's experience or our family

10:45 12   experience was very different from what you're presenting here;

10:45 13   but I'm not saying I'm more in favor of the employee verses the

10:45 14   employee, but it's just different.  This is a different

10:45 15   situation.

10:45 16       **MR. KLEPPIN:**  Is it fair to say that your family, you,

10:45 17   your husband, your family are quite upset with the employer or

10:45 18   former employer of your husband to say the least?

10:45 19       **JUROR MICHELS:**  I actually work for that employer, so

10:45 20   no.  I mean I'm -- it's still our major breadwinner of the

10:45 21   house, so no.  I mean we're not upset totally with the

10:45 22   employer.  The experience overall was not favorable.

10:45 23       **MR. KLEPPIN:**  And does the experience not being

10:45 24   favorable lead you to believe that all else being equal, you

10:45 25   just hear that there's an employer, an employee.  There's a

10:45   1    dispute.  Are you just on the side of the employee a little

10:45   2    bit?  Isn't that fair to say?

10:45   3           JUROR MICHELS:  No.  I think you're trying to put

10:45   4    words in my mouth.  And, no, I don't think that's fair to say.

10:46   5    I think it's more the experience of this whole thing that is

10:46   6    not that good for me.

10:46   7           MR. KLEPPIN:  You don't like court in general after

10:46   8    what you went through with your husband's case?

10:46   9           JUROR MICHELS:  Yeah.  I don't like lawyers.  Sorry.

10:46  10           THE COURT:  Well, there's a truthful answer.  And I

10:46  11    might say you're probably not alone in that.

10:46  12           MR. KLEPPIN:  How far is this going to go today?  But

10:46  13    really --

10:46  14           THE COURT:  See, there's a lawyer on both sides here,

10:46  15    so it kind of cancels that out.  Okay.

10:46  16           MR. KLEPPIN:  But is it fair to say that the

10:46  17    experience was quite negative that you went through?

10:46  18           JUROR MICHELS:  Yes.

10:46  19           MR. KLEPPIN:  Did the case not turn out the way you

10:46  20    and your husband wanted it to?

10:46  21           JUROR MICHELS:  It did not turn out the way we wanted

10:46  22    it to, but the entire experience was extremely negative

10:46  23    regardless of what the outcome was, so --

10:47  24           MR. KLEPPIN:  And so does that -- just in general does

10:47  25    that -- does this court case where there's employees suing an

10:47  1    employer make you re-visit some of that pain?

10:47  2         JUROR MICHELS:  Sure.

10:47  3         MR. KLEPPIN:  And can't that then be -- those feelings

10:47  4    then, don't those come to the fore now when you're dealing with

10:47  5    this case?  You're going to be sitting on a jury.  And I

10:47  6    represent businessmen here and an employer.  And while this

10:47  7    case is -- they didn't hurt anybody, and no one's hurt

10:47  8    physically or disabled from an accident; but nevertheless

10:47  9    there's people suing them for a lot of money.  And I'm just

10:47 10    wanting to know before, because you're going to be back there

10:47 11    deliberating, before you hear anything.  Isn't it fair to say

10:47 12    with what you've gone through you're just a little bit on the

10:47 13    side of these employees?  You sympathize with them just a

10:47 14    little?

10:47 15         JUROR MICHELS:  You know, it's really more of the

10:47 16    David and Goliath thing.  So, you know, if that's what you want

10:48 17    to call it.

10:48 18         MR. KLEPPIN:  Right.

10:48 19         JUROR MICHELS:  That's it.

10:48 20         MR. KLEPPIN:  And so it's a David and Goliath thing.

10:48 21    That's kind of how you see it.  Businessmen with a business

10:48 22    that they financed, a manager.  There's a dispute now between

10:48 23    pay.  Before you hear anything -- and you hear low paid hourly

10:48 24    workers are suing the Goliath -- you're on the side of the

10:48 25    plaintiff really before you hear anything; isn't that true?

APRIL 11, 2011

10:48  1          MS. MICHELS:  Well, I'd like to tell you no, but --

10:48  2          **MR. KLEPPIN:**  But you can't?

10:48  3          MS. MICHELS:  -- you're going to see it.

10:48  4          **MR. KLEPPIN:**  So it's clear.  You're on the side of

10:48  5  the plaintiff before you hear anything because of just where

10:48  6  you are with your life's experiences, and that's okay.  I'm not

10:48  7  -- you have a good reason for that.  I'm not judging you.  But

10:48  8  nevertheless --

10:48  9          **THE COURT:**  I can save you some time.  I'm not going

10:48 10  to excuse her for cause.

10:48 11          **MR. KLEPPIN:**  You're not?

10:48 12          **THE COURT:**  I'm not.

10:48 13          **MR. KLEPPIN:**  Okay.

10:48 14          **THE COURT:**  But you can go on.

10:48 15          **MR. KLEPPIN:**  But -- okay.  The question is before you

10:48 16  hear any evidence, you identify and you're on the side of the

10:49 17  plaintiffs.  It's clear.

10:49 18          **MS. MICHELS:**  Okay.  You know, I can tell you I'm not;

10:49 19  and I've said it a couple of times, but you're a lawyer.

10:49 20          **THE COURT:**  He doesn't like your answer.

10:49 21          **MS. MICHELS:**  Right.  Exactly.  And he's going for the

10:49 22  answer he wants, so --

10:49 23          **THE COURT:**  I understand.  That's why I told him I

10:49 24  wasn't going to excuse you for cause.

10:49 25          **MR. KLEPPIN:**  I do not like or dislike any answers

10:49  1    that any of you are giving.  They're just your answers.  I'm

10:49  2    just asking questions, and I'm just trying to see where we are

10:49  3    here.  That's all.

10:49  4         Would anybody -- you know, there's been some questions

10:49  5    about time records.  Would anybody just because there aren't

10:49  6    time records -- and the law isn't that if there's no time

10:49  7    records, you must find for the plaintiff.  Would somebody just

10:49  8    because you've heard what Mr. Kelly has said about time records

10:49  9    just find for the plaintiffs just because there's no time

10:49 10    records even if the law is not that?

10:49 11         Ms. Obey, would you?

10:50 12         **JUROR OBEY:**  (Shakes head negatively.)  No.

10:50 13         **MR. KLEPPIN:**  So if the law is regardless of whether

10:50 14    there's time records or not the plaintiffs have to prove their

10:50 15    case that overtime was worked each work week and calculate that

10:50 16    out, you'd make them prove that to you?

10:50 17         **JUROR OBEY:**  Uh-huh (affirmative).

10:50 18         **MR. KLEPPIN:**  Would you, Mr. Bruce?

10:50 19         MR. BRUCE:  Well, where I work at -- where I work we

10:50 20    do 75 work hours, and anything over 75 is clocked in as

10:50 21    overtime.  So everything is taken care of by a timecard, so

10:50 22    I've never had that experience; but I believe it's the

10:50 23    employer's responsibility to take care of your work hours.

10:50 24         **MR. KLEPPIN:**  Okay.  But if -- regardless of the

10:50 25    employer having a burden to keep time records the law isn't

APRIL 11, 2011

10:50  1   that if time records aren't kept, the plaintiff just wins and

10:50  2   you can award something.  They have to prove each work week

10:50  3   that they actually worked overtime?

10:50  4          **JUROR BRUCE:**  Yes.

10:50  5          **MR. KLEPPIN:**  Do you have any problem holding them to

10:50  6   that standard of proof?

10:51  7          **JUROR BRUCE:**  No.

10:51  8          **MR. KLEPPIN:**  You wouldn't just, Oh, well, there's no

10:51  9   time records so we're finding for the plaintiff here?

10:51 10          **JUROR BRUCE:**  No.

10:51 11          **MR. KLEPPIN:**  Have you ever had a family member who

10:51 12   sued an employer?

10:51 13          **JUROR BRUCE:**  No.

10:51 14          **MR. KLEPPIN:**  Have you ever sued an employer yourself?

10:51 15          **JUROR BRUCE:**  No.

10:51 16          **MR. KLEPPIN:**  And before the case starts, you're not

10:51 17   on one side or the other --

10:51 18          **JUROR BRUCE:**  No.

10:51 19          **MR. KLEPPIN:**  -- just a little?

10:51 20          **JUROR BRUCE:**  No.

10:51 21          **MR. KLEPPIN:**  Do you believe that just because someone

10:51 22   has brought a lawsuit there must be some merit?  We're here in

10:51 23   a courtroom, and this is Federal Court.  There must be

10:51 24   something going on here where people are owed money?

10:51 25          **JUROR BRUCE:**  No.

10:51  1          MR. KLEPPIN:  Do you, Ms. Obey?

10:51  2          JUROR OBEY:  No.

10:51  3          MR. KLEPPIN:  Do you, Ms. Puig?

10:51  4          JUROR PUIG:  No.  No.

10:51  5          MR. KLEPPIN:  Do you believe that just because someone

10:51  6  sued there must be something going on here?

10:51  7          JUROR PUIG:  No.

10:51  8          MR. KLEPPIN:  And before you hear any evidence, you're

10:51  9  not on one side or the other --

10:52 10          JUROR BRUCE:  No.

10:52 11          MR. KLEPPIN:  -- just a little bit?

10:52 12          JUROR BRUCE:  No.

10:52 13          THE COURT:  Do you have anything else?

10:52 14          MR. KLEPPIN:  No, Your Honor; not at this time.

10:52 15          THE COURT:  Mr. Leiva, you may examine.  Do you have

10:52 16  any questions?

10:52 17          MR. LEIVA:  I don't have any questions.  I'm very

10:52 18  comfortable with juror number 1.

10:52 19          THE COURT:  Okay.  Challenges for cause for the

10:53 20  plaintiffs?

10:53 21          MR. KELLY:  I just want to confer with my clients for

10:53 22  a moment, Your Honor.

10:53 23          THE COURT:  Okay.

10:53 24      **(Plaintiffs' counsel and plaintiffs confer sotto voce)**

10:53 25          MR. KELLY:  No peremptories right now, Your Honor.

10:53  1          THE COURT:  Challenges for cause for the defendant?

10:53  2          MR. KLEPPIN:  Ms. Michels, Your Honor, juror number 1.

10:53  3          THE COURT:  All right.  That challenge for cause is

10:53  4   denied.

10:53  5          Preemptory challenges for the plaintiff?

10:53  6          MR. KELLY:  We'll reserve our one, Your Honor.

10:53  7          THE COURT:  Okay.  Preemptory challenges for the

10:53  8   defendant?

10:53  9          MR. KLEPPIN:  Ms. Michels, Your Honor.

10:53 10          THE COURT:  Okay.  Ms. Michels, you may step down.

10:54 11   Have a seat in the courtroom, please.

10:54 12          Draw one name.

10:54 13          MR. KLEPPIN:  Your Honor, we have some other

10:54 14   peremptories.

10:54 15          THE COURT:  Oh, I'm sorry.  Go ahead.

10:54 16          MR. KLEPPIN:  Mr. Bruce and Ms. Obey.

10:54 17          THE COURT:  Okay.  Mr. Bruce and Ms. Obey, you may

10:54 18   step down.  Have a seat in the courtroom.

10:54 19          THE CLERK:  Juror number 22, Adam Haimo, H-a-i-m-o.

10:54 20   Juror number 28, Lee Kalvaitis, K-a-l-v-a-i-t-i-s.  Juror

10:55 21   number 7, Abby Smiley, S-m-i-l-e-y.

10:55 22          THE COURT:  I'm sorry.  What was that number, the last

10:55 23   one?

10:55 24          THE CLERK:  7.

10:55 25          THE COURT:  Okay.  Mr. Haimo, where is your home, sir?

APRIL 11, 2011

| | | |
|---|---|---|
| 10:55 | 1 | **JUROR HAIMO:**  Good morning, Your Honor.  Davie. |
| 10:55 | 2 | **THE COURT:**  How long have you lived there? |
| 10:55 | 3 | **JUROR HAIMO:**  I lived there about a year but south |
| 10:55 | 4 | Florida 28/29 years. |
| 10:55 | 5 | **THE COURT:**  Where were you born? |
| 10:55 | 6 | **JUROR HAIMO:**  Anniston, Alabama. |
| 10:55 | 7 | **THE COURT:**  And what's your occupation? |
| 10:55 | 8 | **JUROR HAIMO:**  I'm an attorney. |
| 10:55 | 9 | **THE COURT:**  And where do you practice? |
| 10:55 | 10 | **JUROR HAIMO:**  I'm a commercial litigation lawyer at |
| 10:55 | 11 | Bilzin Sumberg in Miami. |
| 10:55 | 12 | **THE COURT:**  Okay.  Where did you take your -- what law |
| 10:56 | 13 | school did you attend? |
| 10:56 | 14 | **JUROR HAIMO:**  I went to Washington University in St. |
| 10:56 | 15 | Louis. |
| 10:56 | 16 | **THE COURT:**  Wow, you must have been a smart guy.  It's |
| 10:56 | 17 | hard to get in there.  And where did you go to undergraduate |
| 10:56 | 18 | school? |
| 10:56 | 19 | **JUROR HAIMO:**  I went to Brandeis. |
| 10:56 | 20 | **THE COURT:**  Okay.  That's even harder.  All right. |
| 10:56 | 21 | And how long have you been a lawyer? |
| 10:56 | 22 | **JUROR HAIMO:**  Ten years. |
| 10:56 | 23 | **THE COURT:**  Okay.  Are you married or single? |
| 10:56 | 24 | **JUROR HAIMO:**  Married. |
| 10:56 | 25 | **THE COURT:**  What is your wife's occupation? |

10:56  1            **JUROR HAIMO:**  She's also an attorney.

10:56  2            **THE COURT:**  And where does she practice?

10:56  3            **JUROR HAIMO:**  Until about a week ago she was with

10:56  4    Adorno & Yoss.

10:56  5            **THE COURT:**  And what type of law does she practice?

10:56  6            **JUROR HAIMO:**  She also does commercial litigation.

10:56  7            **THE COURT:**  Do you have any children?

10:56  8            **JUROR HAIMO:**  Two.

10:56  9            **THE COURT:**  How old are they?

10:56 10            **JUROR HAIMO:**  Four and two.

10:56 11            **THE COURT:**  And have you been a juror before?

10:56 12            **JUROR HAIMO:**  No, I've not.

10:56 13            **THE COURT:**  You heard again the questions asked here

10:56 14    earlier.  Do you think you could be a fair juror in this case?

10:56 15            **JUROR HAIMO:**  I could be fair.

10:56 16            **THE COURT:**  All right.  Thank you very much.  And

10:56 17    we'll go down to Ms. Smiley.

10:56 18            **JUROR SMILEY:**  Good morning.

10:56 19            **THE COURT:**  Where do you live, Ms. Smiley?

10:57 20            **JUROR SMILEY:**  Coral Springs.

10:57 21            **THE COURT:**  How long have you lived there.

10:57 22            **JUROR SMILEY:**  23 years.

10:57 23            **THE COURT:**  Where were you born?

10:57 24            **JUROR SMILEY:**  In New York.

10:57 25            **THE COURT:**  New York City?

10:57  1          JUROR SMILEY:  In the Bronx actually.

10:57  2          THE COURT:  And what's your occupation?

10:57  3          JUROR SMILEY:  I'm a homemaker.

10:57  4          THE COURT:  Are you -- you're married?

10:57  5          JUROR SMILEY:  Yes.

10:57  6          THE COURT:  What does your husband do?

10:57  7          JUROR SMILEY:  He's in banking.

10:57  8          THE COURT:  Where does he work?

10:57  9          JUROR SMILEY:  He works in Aventura.

10:57 10          THE COURT:  Who does he work for?

10:57 11          JUROR SMILEY:  It was Turnberry Bank, but now it's a

10:57 12  different name.  It's going to be a different name.

10:57 13          THE COURT:  Okay.  And what exactly does he do at the

10:57 14  bank?

10:57 15          JUROR SMILEY:  He's in special assets.

10:57 16          THE COURT:  What does that mean?

10:57 17          JUROR SMILEY:  He's right now going over all the bad

10:57 18  loans.

10:57 19          THE COURT:  Oh, okay.  Well, he's a busy man?

10:57 20          JUROR SMILEY:  Very busy, yes.

10:57 21          THE COURT:  Do you have any children?

10:57 22          JUROR SMILEY:  Yes.  Two sons and one granddaughter.

10:57 23          THE COURT:  And what do your sons do?

10:57 24          JUROR SMILEY:  One son is in banking.  He works for

10:57 25  SunTrust.  And the other son works for JM Lexus.

APRIL 11, 2011

10:58  1          THE COURT:  And have you been a juror before?

10:58  2          JUROR SMILEY:  Yes; but not in this court.  The one

10:58  3     down the street.

10:58  4          THE COURT:  How long ago?

10:58  5          JUROR SMILEY:  Two years ago.

10:58  6          THE COURT:  What kind of case was it?  Was it a

10:58  7     criminal case or a civil case?

10:58  8          JUROR SMILEY:  No; civil.

10:58  9          THE COURT:  Civil.  Did you reach a verdict?

10:58 10          JUROR SMILEY:  The last one I was on I was released.

10:58 11     The one before we reached a verdict, yes.

10:58 12          THE COURT:  And what's the extent of your education?

10:58 13          JUROR SMILEY:  I have a bachelor of education from the

10:58 14     University of Miami.

10:58 15          THE COURT:  Okay.  Did you ever teach?

10:58 16          JUROR SMILEY:  A couple of years ago I taught in a

10:58 17     preschool.

10:58 18          THE COURT:  And -- okay.  Now, you heard the questions

10:58 19     here earlier today.  Do you think you could be a fair juror in

10:58 20     this case?

10:58 21          JUROR SMILEY:  Yes.

10:58 22          THE COURT:  All right.  Thank you.

10:58 23          Ms. Kalvaitis, tell us where you live, please.

10:58 24          JUROR KALVAITIS:  Fort Lauderdale.

10:58 25          THE COURT:  And how long have you lived in south

JURY TRIAL - VOLUME I OF VI

| | | |
|---|---|---|
| 10:58 | 1 | Florida? |
| 10:58 | 2 | JUROR KALVAITIS:  For 40 years. |
| 10:58 | 3 | THE COURT:  Where were you born? |
| 10:58 | 4 | JUROR KALVAITIS:  Connecticut. |
| 10:58 | 5 | THE COURT:  And what is your occupation or business? |
| 10:58 | 6 | JUROR KALVAITIS:  Well, I'm retired.  I'm a retired |
| 10:58 | 7 | teacher. |
| 10:58 | 8 | THE COURT:  Where did you teach? |
| 10:58 | 9 | JUROR KALVAITIS:  Oh, at several schools in Broward |
| 10:58 | 10 | County. |
| 10:59 | 11 | THE COURT:  All right.  What did you teach? |
| 10:59 | 12 | JUROR KALVAITIS:  Science. |
| 10:59 | 13 | THE COURT:  Okay.  And how long have you been retired? |
| 10:59 | 14 | JUROR KALVAITIS:  I taught 40 years.  I've just been |
| 10:59 | 15 | retired now for two years. |
| 10:59 | 16 | THE COURT:  Okay.  Do you miss teaching? |
| 10:59 | 17 | JUROR KALVAITIS:  Yes.  I actually do. |
| 10:59 | 18 | THE COURT:  Okay.  Do you ever think about going back? |
| 10:59 | 19 | JUROR KALVAITIS:  No. |
| 10:59 | 20 | THE COURT:  You don't miss it that much? |
| 10:59 | 21 | JUROR KALVAITIS:  No. |
| 10:59 | 22 | THE COURT:  Are you married or single? |
| 10:59 | 23 | JUROR KALVAITIS:  Divorced. |
| 10:59 | 24 | THE COURT:  Do you have any children? |
| 10:59 | 25 | JUROR KALVAITIS:  Yes; two. |

10:59  1        THE COURT:  Tell me about your children.  What do they

10:59  2   do?

10:59  3        JUROR KALVAITIS:  I have a daughter who is 37, and she

10:59  4   is a guidance director in the northern -- in Port St. Lucie.

10:59  5   And I have a son who is realtor in Fort Lauderdale.

10:59  6        THE COURT:  Okay.  And where did you take your

10:59  7   teacher's training?

10:59  8        JUROR KALVAITIS:  In Connecticut I got my bachelor's

10:59  9   and then I came down here and got my master's and went on to my

10:59 10   doctorate.

10:59 11        THE COURT:  Okay.  You have a bachelor's from what

10:59 12   school?

10:59 13        JUROR KALVAITIS:  University of Connecticut.  And then

10:59 14   I have a master's at the University of Hartford up there.  And

11:00 15   then I came down here, FAU doctorate.

11:00 16        THE COURT:  You heard the questions asked earlier this

11:00 17   morning.  Do you think you could be a fair juror in this case?

11:00 18        JUROR KALVAITIS:  I think I could.

11:00 19        THE COURT:  Okay.  You may inquire, Mr. Kelly.

11:00 20        MR. KELLY:  I just want to start off with a general

11:00 21   question.  I think you may have heard it.  Is there anything

11:00 22   that any of the jurors that have just been brought into the

11:00 23   pool can identify that might interfere with your ability to

11:00 24   give your full attention to the case?  Like if you're an

11:00 25   attorney, maybe you've got a lot of deadlines or something like

11:00  1   that.

11:00  2              Mr. Haimo, is there anything you would add?

11:00  3         JUROR HAIMO:  I'm an attorney.  I have a number of

11:00  4   deadlines and client obligations obviously, so it would be

11:00  5   challenging to focus.

11:00  6         JUROR KALVAITIS:  I don't have any.  I'm retired.

11:01  7         MR. KELLY:  Is there any reason though that might --

11:01  8   say anything personal that might interfere with your ability to

11:01  9   give your total attention to the case right now you think that

11:01 10   might --

11:01 11         JUROR KALVAITIS:  No.  Everything is fine.

11:01 12         MR. KELLY:  Okay.  Ms. Smiley?

11:01 13         JUROR SMILEY:  No.

11:01 14         MR. KELLY:  Does anybody have any personal opinions or

11:01 15   biases you can identify with respect to an employer -- an

11:01 16   employee bringing a lawsuit against an employer under the Fair

11:01 17   Labor Standards Act?  Anything that you can identify?

11:01 18         JUROR HAIMO:  Yes.

11:01 19         MR. KELLY:  Yes?  Yes.  Could you please clarify that.

11:01 20         JUROR HAIMO:  Generally I'm on the defense side of the

11:01 21   world, and I have had FLSA cases before although not in a

11:01 22   while.  I'm generally on the defense side.

11:01 23         MR. KELLY:  But do you feel that that would -- you

11:01 24   know, given that you're an attorney and you do defense work, do

11:01 25   you think that that could -- you know, with your legal mind do

11:02  1    you think that could bias you against the plaintiffs as you

11:02  2    hear the evidence and consider the law?

11:02  3            **JUROR HAIMO:**  No.  I'd listen to the evidence.

11:02  4        **MR. KELLY:**  Anybody else?  Have you ever done any

11:02  5    plaintiff's work before?

11:02  6            **JUROR HAIMO:**  I have.

11:02  7        **MR. KELLY:**  In an employment context?

11:02  8            **JUROR HAIMO:**  No, no.

11:02  9        **MR. KELLY:**  I don't have anything further.

11:02  10       **THE COURT:**  Okay.  Mr. Kleppin, you may inquire.

11:02  11       **MR. KLEPPIN:**  With respect to the three new people

11:02  12   there, any problem following the law that the Judge may

11:02  13   instruct you on?  That's what I really want to know.  Are you

11:02  14   just going to follow the law and apply the evidence and the

11:02  15   facts that you hear to the law that the Judge instructs or do

11:02  16   you have some issue with that where you might want to find for

11:02  17   an hourly worker just to give them some money even if that is

11:03  18   against the evidence and the facts as you apply them.

11:03  19           Ever sued your employer before with the three new

11:03  20   jurors?  Okay.  Has a family member ever sued an employer of

11:03  21   theirs that you've heard about or discussed or know of?  Do the

11:03  22   three new jurors understand the difference between salary and

11:03  23   hourly pay?  Does anybody not understand that?

11:03  24           Do you think that just because someone has brought a

11:03  25   lawsuit that there must be something there?  They must have

11:03  1    some sort of merit and the plaintiffs have to be awarded at

11:03  2    least something because they brought a suit and we're all here?

11:04  3          Are you okay with that, Ms. Kalvaitis?  Where are you

11:04  4    on that?

11:04  5          **JUROR KALVAITIS:**  They have to prove their case.

11:04  6          **MR. KLEPPIN:**  Okay.  Do you want to hear the evidence

11:04  7    and apply the law to the evidence?

11:04  8          **JUROR KALVAITIS:**  Yeah.  I'd like to hear the

11:04  9    evidence, right, before I make a decision.  That's silly.

11:04  10   Yeah.

11:04  11         **MR. KLEPPIN:**  Does anyone here think that there's just

11:04  12   too many lawsuits being filed today and it's a problem, just

11:04  13   this proliferation of suits and that that would color how you

11:04  14   come out on one side or the other with respect to your

11:04  15   consideration of the evidence?

11:04  16         With respect to Mr. Haimo, the experience that you've

11:05  17   had, how many FLSA cases have you handled from the defense

11:05  18   side?

11:05  19         **JUROR HAIMO:**  Minimal.  Minimal.  Maybe one.  Maybe

11:05  20   two.

11:05  21         **MR. KLEPPIN:**  Were any of them litigated to trial?

11:05  22         **JUROR HAIMO:**  No, I don't think so.

11:05  23         **MR. KLEPPIN:**  Any of them litigated to the summary

11:05  24   judgment stage?

11:05  25         **JUROR HAIMO:**  Possibly.

| | | |
|---|---|---|
| 11:05 | 1 | **MR. KLEPPIN:** Have you won any summary judgment |
| 11:05 | 2 | rulings or do you remember what happened there? |
| 11:05 | 3 | **JUROR HAIMO:** In those particular cases? |
| 11:05 | 4 | **MR. KLEPPIN:** Yes. |
| 11:05 | 5 | **JUROR HAIMO:** I don't even remember how they went, how |
| 11:05 | 6 | they were resolved. |
| 11:05 | 7 | **MR. KLEPPIN:** Do you ever represent individuals? |
| 11:05 | 8 | **JUROR HAIMO:** Sure. |
| 11:05 | 9 | **MR. KLEPPIN:** Do you represent employees against |
| 11:05 | 10 | employers ever? |
| 11:05 | 11 | **JUROR HAIMO:** I don't do a lot of employment work, no. |
| 11:05 | 12 | **MR. KLEPPIN:** What sort of commercial litigation are |
| 11:05 | 13 | you involved in? |
| 11:05 | 14 | **JUROR HAIMO:** I do a lot of construction. |
| 11:05 | 15 | **MR. KLEPPIN:** Issues between subs and contractors? |
| 11:05 | 16 | **JUROR HAIMO:** Sure. I usually represent developers. |
| 11:06 | 17 | **MR. KLEPPIN:** No further questions at this time, Your |
| 11:06 | 18 | Honor. |
| 11:06 | 19 | **THE COURT:** Okay. You have three seconds left. |
| 11:06 | 20 | Challenges for cause for the plaintiff? |
| 11:06 | 21 | **MR. KELLY:** None for cause, Your Honor. |
| 11:06 | 22 | **THE COURT:** Challenges for cause for the defendant? |
| 11:06 | 23 | **MR. KLEPPIN:** None. |
| 11:06 | 24 | **THE COURT:** Preemptory challenges for the plaintiff? |
| 11:06 | 25 | **MR. KELLY:** I'll exercise a preemptory as to Mr. |

JURY TRIAL - VOLUME I OF VI

11:06    1    Haimo.

11:06    2         THE COURT:  Mr. Haimo, you may step down, sir.

11:06    3         You may draw one name.

11:06    4         THE CLERK:  Juror number 23, Luis Santiago,

11:06    5    S-a-n-t-i-a-g-o.

11:07    6         MR. KLEPPIN:  Your Honor, at this time I'd like to

11:07    7    raise a Batson challenge, Your Honor.

11:07    8         THE COURT:  A Batson challenge?

11:07    9         MR. KLEPPIN:  Yes.

11:07   10         THE COURT:  To whom?

11:07   11         MR. KLEPPIN:  Well, the four jurors that he struck.

11:07   12         THE COURT:  Okay.  23 is Mr. Santiago.

11:07   13         JUROR SANTIAGO:  Yes, sir.

11:07   14         THE COURT:  Okay.  All right.  Would you step up to

11:07   15    the sidebar, please.

11:11   16         **(Sidebar)**

11:11   17         MR. KLEPPIN:  Your Honor, the basis of the Batson

11:11   18    challenge is that Mr. Kelly has struck four American jurors;

11:11   19    and it's the ethnic group of Americans.  None of them that he

11:11   20    struck were born outside of the United States.  And there's a

11:11   21    number of jurors who have not been born outside of the United

11:11   22    States and identify with a Spanish or Hispanic ethnicity.  And

11:11   23    it's clear to me that he struck them because of the ethnic

11:11   24    makeup of them.

11:11   25         THE COURT:  Mr. Haimo was born outside the United

APRIL 11, 2011

11:11  1    States.

11:11  2         MR. KLEPPIN:  No.  The ones he's struck were all born

11:11  3    within the United States.

11:11  4         THE COURT:  Oh.

11:11  5         MR. KLEPPIN:  Ms. Pauling, Ms. (sic) Haimo.

11:11  6         THE COURT:  Oh, oh, oh, oh.

11:11  7         MR. KLEPPIN:  The lady that worked at Nova.

11:11  8         THE COURT:  Okay.

11:11  9         MR. KLEPPIN:  I didn't bring my sheet up here.  I can

11:11  10   tell you what their names are from my sheet.

11:11  11        THE COURT:  Hovart.

11:11  12        MR. KLEPPIN:  Hovart.

11:11  13        THE COURT:  Dittman, Haimo --

11:11  14        MR. KLEPPIN:  Right.

11:11  15        THE COURT:  -- and Sutton-Pauling.

11:11  16        MR. KLEPPIN:  Yes.

11:11  17        THE COURT:  Okay.

11:11  18        MR. KELLY:  First of all, I did confer with my client;

11:11  19   and I've got to protect my privilege.  But I have other reasons

11:11  20   where -- for example, Mr. Haimo, that's pretty clear.  I mean,

11:11  21   you know, him being a defense attorney.  And I think -- I want

11:11  22   a jury of my peers for my -- a jury of my clients' peers, for

11:11  23   example.

11:11  24        THE COURT:  Okay.

11:11  25        MR. KELLY:  I have various other reasons under the

11:11  1    attorney/client privilege.  I did not sit there and slate every

11:11  2    one of these jurors because they're not Americans; or, you

11:11  3    know, these particular ones that are sitting there, the one

11:11  4    laid had a bunch of children, you know, four children.

11:11  5            MR. KLEPPIN:  He hasn't carried his burden, Your

11:11  6    Honor.

11:11  7            MR. KELLY:  I have other reasons.

11:11  8            MR. LEIVA:  I'm not even a lawyer and I can see that

11:11  9    myself that what you're doing is totally unfair because you're

11:11  10   eliminating all the white people and educated people especially

11:11  11   people with a good education, white people.  You're eliminating

11:11  12   them.  That's unfair.

11:11  13           MR. KELLY:  I don't think that I have to -- I don't

11:11  14   think that I have to have management employees.  I don't think

11:11  15   that's a Batson issue.  I mean if I were to prefer to have

11:11  16   somebody who's a worker or somebody perhaps I like how they

11:11  17   handled themselves better.  I think they have less arrogance

11:11  18   about them.  I think that that's my decision to make, and I

11:11  19   have attorney/client privilege reasons with my clients.

11:11  20           THE COURT:  The Batson challenge will be denied.

21          MR. KELLY:  Thank you.

22       (Sidebar concluded)

23          THE COURT:  Mr. Santiago, what is your -- where is

24   your home?

25          JUROR SANTIAGO:  Hollywood.

|        |    |                                                                        |
|--------|----|------------------------------------------------------------------------|
|        | 1  | THE COURT:  Where?                                                      |
| 11:11  | 2  | JUROR SANTIAGO:  Hollywood, Florida.                                   |
| 11:11  | 3  | THE COURT:  Hollywood.  How long have you lived there.                 |
| 11:11  | 4  | JUROR SANTIAGO:  I've been living there for five                       |
| 11:11  | 5  | years.                                                                  |
| 11:11  | 6  | THE COURT:  And where were you born?                                   |
| 11:11  | 7  | JUROR SANTIAGO:  I was born in Puerto Rico.                            |
| 11:11  | 8  | THE COURT:  And when did you come to the mainland?                     |
| 11:11  | 9  | JUROR SANTIAGO:  Well, I came back in '86 to New York                  |
| 11:11  | 10 | and spent time with my family; and I'm down here now.                  |
| 11:12  | 11 | THE COURT:  What's your occupation?                                    |
| 11:12  | 12 | JUROR SANTIAGO:  I'm a landscaper.                                     |
| 11:12  | 13 | THE COURT:  Okay.  Are you self-employed or do you                     |
| 11:12  | 14 | work for somebody?                                                      |
| 11:12  | 15 | JUROR SANTIAGO:  No.  I'm self-employed.                               |
| 11:12  | 16 | THE COURT:  What's the name of your business?                          |
| 11:12  | 17 | JUROR SANTIAGO:  Luis Santiago Soil Proper.                            |
| 11:12  | 18 | THE COURT:  And how long have you been in that                         |
| 11:12  | 19 | business?                                                               |
| 11:12  | 20 | JUROR SANTIAGO:  I've been a year and a half.                          |
| 11:12  | 21 | THE COURT:  What did you do before that, Mr. Santiago?                 |
| 11:12  | 22 | JUROR SANTIAGO:  Before that I was a welder.                           |
| 11:12  | 23 | THE COURT:  Okay.  Who did you work for?                               |
| 11:12  | 24 | JUROR SANTIAGO:  American agency, Idelworks in Puerto                  |
| 11:12  | 25 | Rico.                                                                   |

11:12  1        THE COURT:  Okay.  And what is your -- are you married

11:12  2  or single?

11:12  3        JUROR SANTIAGO:  I'm married.

11:12  4        THE COURT:  What does your wife do?

11:12  5        JUROR SANTIAGO:  She's a teacher assistant at Pembroke

11:12  6  Pines Elementary.

11:12  7        THE COURT:  Do you have any children?

11:12  8        JUROR SANTIAGO:  I have seven.

11:12  9        THE COURT:  Seven children?

11:12  10       JUROR SANTIAGO:  Yes.

11:12  11       THE COURT:  How old is the oldest one?

11:12  12       JUROR SANTIAGO:  The oldest one is 30 years old.

11:12  13       THE COURT:  And the youngest?

11:12  14       JUROR SANTIAGO:  The youngest is 12.

11:12  15       THE COURT:  Okay.  How many children are living at

11:12  16  home now?

11:12  17       JUROR SANTIAGO:  Oh, just one.

11:12  18       THE COURT:  Just the 12-year-old?

11:12  19       JUROR SANTIAGO:  Yes.

11:12  20       THE COURT:  And what are the occupations of your other

11:12  21  children?

11:12  22       JUROR SANTIAGO:  Well, the biggest -- the oldest one

11:12  23  is a teacher.  The other three are housewives.  And my two

11:13  24  sons, they are students.  And the little ones, of course, are

11:13  25  still a student.

11:13  1      THE COURT:  Okay.  And have you been a juror before?

11:13  2      JUROR SANTIAGO:  No, sir.

11:13  3      THE COURT:  And what's the extent of your education?

11:13  4  How far did you go in school?

11:13  5      JUROR SANTIAGO:  I studied one year, Bachelor of Arts,

11:13  6  concentration in social work, University in Puerto Rico.  And

11:13  7  actually I just finished last year three years at Christian --

11:13  8  Christian University right here in Davie.

11:13  9      THE COURT:  Okay.  And I don't know if I asked you

11:13 10  this.  Have you been a juror before?

11:13 11      JUROR SANTIAGO:  Excuse me?

11:13 12      THE COURT:  Have you been a juror before?

11:13 13      JUROR SANTIAGO:  No.  This is the first time.  The

11:13 14  first time they called me they dismissed me.

11:13 15      THE COURT:  And you heard the questions that were

11:13 16  asked here earlier today by the lawyers.  Do you think you

11:13 17  could be a fair juror in this case?

11:13 18      JUROR SANTIAGO:  Yes, sir, I do.

11:13 19      THE COURT:  Okay.  You may inquire, Mr. Kelly.

11:13 20      MR. KELLY:  Mr. Santiago, you said you were able to be

11:14 21  a fair juror.  I just want to know generally is there anything

11:14 22  currently in your life, deadlines or other obligations that

11:14 23  might cause you to be under stress during your serving as a

11:14 24  juror that might interfere with your ability to do your job as

11:14 25  a juror?

APRIL 11, 2011

11:14  1       **JUROR SANTIAGO:**  I don't have any because my

11:14  2   conviction is different about a plaintiff that they have over

11:14  3   here, this case.  It's different.  My conviction is -- once I

11:14  4   am social worker, I learned that.

11:14  5       **MR. KELLY:**  So you don't -- do you favor either side?

11:14  6       **JUROR SANTIAGO:**  No, sir.

11:14  7       **MR. KELLY:**  But as far as maybe your family

11:14  8   obligations, your children, your job, is there anything that's

11:14  9   going to be of concern that might interfere with your ability

11:14 10   to give your full attention to this case?

11:14 11       **JUROR SANTIAGO:**  Well, I'm the only driver in the

11:14 12   family, so I have to pick up my wife at 3:00 o'clock after she

11:14 13   comes out of work and pick up my daughter.  With the exception

11:14 14   of that, nothing else.

11:14 15       **MR. KELLY:**  Thank you.

11:14 16       **THE COURT:**  I'll give you two minutes, Mr. Kleppin.

11:14 17       **MR. KLEPPIN:**  Thank you, Your Honor.  Good morning,

11:14 18   Mr. Santiago.

11:14 19       **JUROR SANTIAGO:**  Good morning, sir.

11:15 20       **MR. KLEPPIN:**  Now, you own your own business, right?

11:15 21       **JUROR SANTIAGO:**  Yes, sir.

11:15 22       **MR. KLEPPIN:**  How many employees do you employ.

11:15 23       **JUROR SANTIAGO:**  I have one.

11:15 24       **MR. KLEPPIN:**  Just one other employee?

11:15 25       **JUROR SANTIAGO:**  Yes, sir.

APRIL 11, 2011

JURY TRIAL - VOLUME I OF VI

11:15 1          MR. KLEPPIN:  And then -- and you.  And that's just

11:15 2    doing the landscaping work?

11:15 3          JUROR SANTIAGO:  Yes, sir.

11:15 4          MR. KLEPPIN:  How do you pay that employee?

11:15 5          JUROR SANTIAGO:  I pay him by check.

11:15 6          MR. KLEPPIN:  Salary?  Hourly?

11:15 7          JUROR SANTIAGO:  I pay him by a salary a day.

11:15 8          MR. KLEPPIN:  Oh, a day?

11:15 9          JUROR SANTIAGO:  Yeah.  A daily salary.  It's $80 a

11:15 10   day, and I pay him his lunch.

11:15 11         MR. KLEPPIN:  Okay.  So $80 a day plus lunch --

11:15 12         JUROR SANTIAGO:  Yes, sir.

11:15 13         MR. KLEPPIN:  -- regardless of how many hours that he

11:15 14   works?

11:15 15         JUROR SANTIAGO:  Probably -- we start at 8:00 o'clock

11:15 16   in the morning.  Most of the time I work by a schedule.  So I

11:15 17   have so many yards to do in a day.  Nine.  It could be nine.

11:15 18   It could be ten, whatever we could do.  Most of the time by

11:15 19   4:00/3:30 we are back home 'cause we do it quick.

11:15 20         MR. KLEPPIN:  Okay.

11:16 21         JUROR SANTIAGO:  We're good.

11:16 22         MR. KLEPPIN:  Get back before dinnertime?

11:16 23         JUROR SANTIAGO:  Amen.  That's good.

11:16 24         MR. KLEPPIN:  How many days a week do you work?

11:16 25         JUROR SANTIAGO:  Sometimes I work seven, mostly in the

11:16  1    summer.  You know, by season.

11:16  2         MR. KLEPPIN:  Does rain or lightning affect your

11:16  3    business at all?

11:16  4         JUROR SANTIAGO:  Yes, it does.

11:16  5         MR. KLEPPIN:  You have to stop working then obviously?

11:16  6         JUROR SANTIAGO:  Yes.  Yes, of course.  Landscapers we

11:16  7    were substitute (sic) to lightening strikes.  I believe two

11:16  8    years ago seven people died by lightning strikes, six of them

11:16  9    was landscapers.

11:16  10        MR. KLEPPIN:  So any time the weather is threatening

11:16  11   you end work and you go home?

11:16  12        JUROR SANTIAGO:  I stop.  I stop because -- for their

11:16  13   own good and my business because I can't force them to work

11:16  14   like that.

11:16  15        MR. KLEPPIN:  Thank you, sir.

11:16  16        JUROR SANTIAGO:  All right.

11:16  17        THE COURT:  Challenges for cause for the plaintiff?

11:16  18        MR. KELLY:  None, Your Honor.

11:17  19        THE COURT:  Challenges for cause for the defendant?

11:17  20        MR. KLEPPIN:  None.

11:17  21        THE COURT:  Okay.  Ladies and Gentlemen, these are the

11:17  22   eight jurors that will serve on the trial of this case.  Those

11:17  23   of you that are out there in the audience I thank you for

11:17  24   attending court today.  You are free to go at this time.

11:17  25   Please leave -- take your badges off and leave them there on

APRIL 11, 2011

11:17  1   the back bench.  Call the Code-a-Phone tonight and see if we'll

11:17  2   need you tomorrow.

11:17  3          And, thirdly, the Clerk forgot to give you your

11:17  4   certificate so you can take them to your boss and show you were

11:17  5   here today.  So please go back to the Clerk's office and pick

11:17  6   up your attendance certificate so that you'll have some proof

11:17  7   of the fact that you were in court today.  So thank you for

11:17  8   your patience and your attendance today.  And you are free to

11:17  9   go.  Leave your badges and go to the Clerk's office.  Call the

11:17 10   Code-a-Phone.

11:17 11          Those of you that are in the box before we proceed

11:17 12   with the trial I'm going to take a brief recess.  And when we

11:17 13   come back, I'll tell you what our schedule's going to be in

11:18 14   connection with the trial of this case and also tell you --

11:18 15   I'll give you some of the preliminary instructions concerning

11:18 16   your duties and responsibilities while you are serving as

11:18 17   jurors.  So please remember what seat you're in so you can sit

11:18 18   in the same chair throughout the course of the trial.

11:18 19          So you can take the jury out, Mr. Marshal, and we'll

11:18 20   be in recess for 15 minutes.  And I'd like to do opening

11:18 21   statements before we go to lunch.  Are you ready for yours?

11:18 22          **MR. KLEPPIN:**  Yes.

11:18 23          **THE COURT:**  Are you going to do yours now?

11:18 24          **MR. KLEPPIN:**  I'm sorry.  Yes.

11:18 25          **THE COURT:**  Okay.

APRIL 11, 2011

11:33  1        **(Jury Out)**

11:33  2        **(Recess)**

11:38  3              **THE LAW CLERK:**  All rise.

11:38  4              **THE COURT:**  Okay.  Mr. Marshal, would you bring in the

11:38  5        jury, please.

11:38  6              **MR. KLEPPIN:**  Do we have a certain time for opening,

11:38  7        Your Honor?

11:38  8              **THE COURT:**  As much as you need.

11:38  9              **MR. KLEPPIN:**  Okay.  Thank you, Your Honor.

11:38  10             **THE COURT:**  I may -- well, we'll see how it goes.

11:38  11       We're so close to noon I may just wait until after lunch for

11:38  12       opening statements.  I think that's what I'll do.  By the time

11:38  13       we get through here, it will be time to break.

11:39  14       **(Jury In)**

11:39  15             **THE COURT:**  Members of the Jury, would you all please

11:39  16       stand and be sworn.  Would you swear the jury.

11:39  17                        **JURY MEMBERS SWORN.**

11:39  18             **THE COURT:**  Be seated, please.  Members of the Jury,

11:39  19       at this time I'd like to give you a few preliminary

11:39  20       instructions concerning your duties and your responsibilities

11:39  21       while you're members of this jury panel and also tell you what

11:40  22       our schedule is going to in connection with the trial of this

11:40  23       case.

11:40  24             Now, having been sworn as the jury in this case, you

11:40  25       will by your verdict in this case decide the disputed issues of

11:40 1    law -- of fact, disputed issues of fact that exist between

11:40 2    these parties.

11:40 3            The Court will decide the issues of law that arise

11:40 4    during the trial.  And before you retire to deliberate at the

11:40 5    close of the trial, the Court will instruct you on the rules of

11:40 6    law that you must follow and apply in reaching your verdict.

11:40 7            You should give careful attention to the evidence and

11:40 8    the testimony as it is offered for your consideration, but you

11:40 9    should not form or express any opinion about the merits of the

11:40 10   case favoring any party until you've heard all of the evidence

11:40 11   in the case, the closing arguments of the lawyers, the Court's

11:40 12   instructions as to the law, and you have retired to the jury

11:40 13   room to deliberate your verdict.

11:40 14           From time to time during the trial the Court will be

11:40 15   called upon to make rulings of law on motions or objections by

11:40 16   the lawyers.  You should not infer from any ruling that the

11:41 17   Court may make that the Court has any opinion about the merits

11:41 18   of the case favoring any party.  The Court is entirely neutral,

11:41 19   and the issues of fact in this case will be for you to decide.

11:41 20           Also during the trial from time to time it may become

11:41 21   necessary for the Court to confer with the lawyers out of your

11:41 22   hearing with respect to scheduling matters, questions of law,

11:41 23   and other matters that require consideration by the Court

11:41 24   alone.

11:41 25           In most cases those conferences will be held here at

11:41  1  the end of the bench.  In a few cases it may be necessary to

11:41  2  excuse you back into the jury room.  It's impossible to predict

11:41  3  when such conferences may be required or how long they will

11:41  4  last.  When they do occur, they will be conducted so as to

11:41  5  consume as little of your time as is consistent with an

11:41  6  orderly, a fair, and a prompt disposition of this case.

11:41  7          Also during the trial if the Court sustains an

11:41  8  objection to a question asked and does not permit that question

11:41  9  to be answered, you should not speculate on what answer might

11:42  10 have been given nor should you draw any inference from the

11:42  11 question itself.

11:42  12         We anticipate that we should be able to conclude the

11:42  13 trial of this case this week; however, that's not a promise

11:42  14 because no one can predict the future although our best

11:42  15 estimate is that we should be able to conclude the trial this

11:42  16 week.  Now, there's special -- because of some special

11:42  17 circumstances in connection with the trial of this particular

11:42  18 case, our schedule in this case is going to be a little

11:42  19 different than normal, and it will be as follows:  I know some

11:42  20 of you think you have to leave by 3:00 o'clock, and we're going

11:42  21 to plan on recessing not later than 3:00 o'clock every

11:42  22 afternoon.  So I'll do everything I can to see that you can

11:42  23 leave here no later than 3:00 p.m.

11:42  24         We will have -- our morning session will start at 9:00

11:42  25 o'clock in the morning, and we will take a brief recess

11:43  1   sometime during the morning session.  The morning session will

11:43  2   normally run from 9:00 to 12:00 o'clock noon.  And the

11:43  3   afternoon session will normally run from 1:00 o'clock until

11:43  4   3:00 o'clock.

11:43  5          Now, again, those times are not rigid; and they're

11:43  6   subject to a lot of change; but you can count on staying --

11:43  7   like you'll be here from 9:00 till 12:00, and then we'll recess

11:43  8   for lunch and then from 1:00 to 3:00.

11:43  9          Now, tomorrow -- everything in life has an exception.

11:43  10  Tomorrow we -- what we're going to do tomorrow is we're going

11:43  11  to go from 9:00 to 1:00 and then excuse you for the day.  So

11:43  12  we'll recess tomorrow at 1:00.  So today we'll be here until

11:43  13  3:00, and the rest of the days of this -- of the week until

11:43  14  3:00 o'clock.

11:43  15         Now, when the -- when we do recess either at noon or

11:43  16  at the end of the day, you are, of course, free to separate and

11:43  17  go wherever your business may take you.  However, we do ask

11:44  18  that when you leave the courtroom or the jury room as the case

11:44  19  may be at noon or at the end of the day, that you leave this

11:44  20  floor of the building, the second floor, as promptly as you can

11:44  21  and when you return in the afternoon or the following morning,

11:44  22  that you go directly to the jury room.  We ask that you spend

11:44  23  as little time as possible coming and going because there will

11:44  24  be people out here in the lobby or out in the hall that may

11:44  25  have some interest in the case or may be discussing the case,

11:44 1   and you might see them say something or do something that would

11:44 2   not be proper for you to see or hear or consider while you're

11:44 3   on the jury.

11:44 4        Now, as you can well understand and already know,

11:44 5   neither the lawyers nor their clients can communicate with you

11:44 6   or talk to you at all in any way except here in the courtroom

11:44 7   in the presence of the Court and of each other.  So if during

11:44 8   the course of this trial you should see these gentlemen out in

11:44 9   the hall or in the lobby or wherever and they don't speak to

11:44 10  you and they don't greet you, they don't say good morning,

11:44 11  goodbye, or good luck, they don't say anything, they're not

11:44 12  being rude to you and they're not -- they're simply not allowed

11:44 13  to address you under the rules of the Court.

11:45 14       The first order of business in connection with the

11:45 15  trial of this case will be for you to hear opening statements

11:45 16  on behalf of the respective parties.  At the conclusion of the

11:45 17  trial the lawyers will again address you in what are called the

11:45 18  closing arguments.  What the lawyers will say to you in opening

11:45 19  statement or what they will say at the conclusion of the trial

11:45 20  in closing argument is not evidence in the case.  The evidence

11:45 21  in the case upon which your verdict will be based will consist

11:45 22  of the testimony of witnesses who will appear here on this

11:45 23  witness stand and will also consist of whatever items of

11:45 24  documentary evidence or physical evidence the Court marks as

11:45 25  exhibits and makes a part of the record of these proceedings.

11:45  1        Now, what the lawyers say, of course, although not

11:45  2  evidence is an important part of the case because, for example,

11:45  3  in the opening statement, it allows the parties to present to

11:45  4  you an outline or a synopsis of what they believe the evidence

11:45  5  and the testimony is going to prove or fail to prove so that

11:46  6  you can better understand the evidence and the testimony as it

11:46  7  is offered and presented for your consideration.

11:46  8        So having said all that and since we're so close to

11:46  9  noontime, I'm going to recess for lunch early today.  And when

11:46 10  we come back -- when you come back this afternoon, we'll go

11:46 11  directly into the closing arguments.  So I thank you for your

11:46 12  attention.  You are excused until 1:00 o'clock.  You'll come

11:46 13  back at 1:00 o'clock and we'll proceed with the trial of the

11:46 14  case.  Thank you for your attention.  And you may take the jury

11:46 15  out?

11:46 16        THE MARSHALL:  All rise for the jury.

11:46 17        THE COURT:  And court will be recess until 1:00

11:46 18  o'clock.

11:46 19     (Jury Out)

11:46 20        THE COURT:  So you've got the schedule, gentlemen.  It

11:46 21  will be -- well, you heard what I said.  Okay.

11:46 22        MR. KLEPPIN:  We did.  We got it, Your Honor.  Thank

11:46 23  you.

11:46 24        THE COURT:  All right.

11:46 25        MR. KLEPPIN:  Your Honor, can we leave anything here

11:46  1    overnight?

11:46  2            THE COURT:  You can leave everything here.

11:46  3            MR. KLEPPIN:  Okay.

11:46  4            THE COURT:  However, you should know that this is a

11:46  5    courthouse; and a lot of dishonest people come here every day

11:46  6    because they are dishonest.  So I take no responsibility for

11:47  7    anything you leave there.

11:47  8            MR. KLEPPIN:  But seriously practically speaking.

11:47  9            THE COURT:  You can leave everything there.

11:47  10           MR. KLEPPIN:  Okay.  But it's not like there's

11:47  11   hearings later this afternoon --

11:47  12           THE COURT:  Oh, no, no, no, no, no.  No, no.

11:47  13           MR. KLEPPIN:  -- or sentencings?

11:47  14           THE COURT:  No, no.  This is it.

11:47  15           MR. KLEPPIN:  Okay.

11:47  16           THE COURT:  You can leave everything right there.

11:47  17   Make yourself comfortable and make yourself at home.

11:47  18           MR. KLEPPIN:  Okay.  I understand the Court's not

11:47  19   giving any guarantee; but, you know, we'll --

11:47  20           THE COURT:  Okay.

11:47  21           MR. KLEPPIN:  Okay.

11:47  22           THE COURT:  Okay.  Very good.  Court's in recess till

11:47  23   1:00 o'clock.

12:57  24       **(Lunch Break)**

12:58  25           THE LAW CLERK:  All rise.

APRIL 11, 2011

12:58  1        THE COURT:  Well, all our jurors are back early.  All

12:58  2   our litigants are back early, so we'll start early.  Bring in

12:58  3   the jury.

12:58  4        MR. KELLY:  Your Honor, before we -- before we call

12:58  5   the jury in, can I ask one thing of the Court?

12:58  6        THE COURT:  Yes, sir.

12:58  7        MR. KELLY:  I just -- on behalf of my client -- they

12:58  8   requested this.  I spoke with Mr. Kleppin and Mr. Leiva just a

12:58  9   moment ago.  They do not want Mr. Leiva approaching them

12:58 10   anymore during this trial outside.  And they've asked me to --

12:58 11   and I tried to ask him politely to keep his distance from my

12:58 12   clients, and he is being a little aggressive.  And I just would

12:58 13   ask the Court.  I want it on the record.  My clients do not

12:58 14   appreciate it and actually feel a little bit pressured here.

12:58 15        THE COURT:  Did you hear what the man said?

12:58 16        MR. LEIVA:  I hear.

12:58 17        THE COURT:  You're not supposed to --

12:58 18        MR. LEIVA:  Sure.  Of course.

12:59 19        THE COURT:  -- approach these people.

12:59 20        MR. KELLY:  Thank you.

12:59 21        THE COURT:  The Court orders you not to do that.

12:59 22        MR. LEIVA:  Okay.  Yes, Your Honor.

12:59 23        MR. KLEPPIN:  Don't do it.

12:59 24        Your Honor, one other thing, are you going to use an

12:59 25   interpreter with Mr. Aguirre?  Is that why she's here?

12:59  1        MR. KELLY:  Yes.

12:59  2        MR. KLEPPIN:  We object to the use of an interpreter

12:59  3  with Mr. Aguirre.  He understands English just fine.  He didn't

12:59  4  use an interpreter at his deposition.  He communicated with

12:59  5  people there totally fully in English, and we would object to

12:59  6  that.

12:59  7        THE COURT:  Overruled.

12:59  8        Bring in the jury.

12:59  9     (Jury In)

01:00  10       THE COURT:  Ladies and Gentlemen, be seated, please.

01:00  11       Mr. Kelly, if you're ready, sir, you may proceed with

01:00  12  your own statement.

01:00  13       MR. KELLY:  Thank you, Your Honor.  Now, before I

01:00  14  start I just wanted to take a moment to thank you on behalf of

01:00  15  my clients and myself for taking your time during this trial

01:00  16  for these several days that this is going to take.  I know it

01:00  17  takes time out of your personal life; but, you know, your

01:00  18  presence here is giving them the opportunity to have a jury

01:01  19  trial by their peers which is something that they have a right

01:01  20  to ask for and thank you for that.

01:01  21       This case has been brought by several plaintiffs.

01:01  22  With me today is two of the plaintiffs.  On the right we have

01:01  23  Mario Feliciano, and on the left we have Augustin Milan.  This

01:01  24  case has been brought by the plaintiffs seeking unpaid wages

01:01  25  under the Fair Labor Standards Act, sometimes called the FLSA.

01:01  1    Obviously you might hear FLSA, Fair Labor Standards Act.

01:01  2          I'm not here to argue right now.  I'm here just to

01:01  3    introduce you to the case, and that's all I'm trying to do.

01:01  4    But just to give you an idea what we're here for today

01:01  5    basically the FLSA is a Federal law.  It's designed to protect

01:01  6    workers from unfair wage practices.

01:01  7          In this case the defendants ran a business that

01:01  8    installed hurricane shutters primarily into commercial

01:01  9    buildings.  The plaintiffs in this case worked primarily as

01:01  10   shutter installers.  They actually installed the shutters.

01:02  11   Some of them did have -- that aren't present today had some

01:02  12   office-related positions.

01:02  13         The plaintiffs Mr. Milan and Mr. Feliciano are the

01:02  14   only plaintiffs in this case that are present with us today.

01:02  15   And my understanding is that they're going to be the only ones

01:02  16   that are present with us during the duration of the trial.

01:02  17   Some of the other plaintiffs include Guillermo and Julio

01:02  18   Alborez.  Other plaintiffs include a husband and wife, Angeles

01:02  19   and Reinaldo Lamonica.  The Lamonicas reside in Chile and are

01:02  20   just unable to get here for financial reasons, so they're not

01:02  21   going to be here.

01:02  22         You know, this case just -- to give you an idea it's

01:02  23   been going on since 2007.  It's been going through litigation

01:02  24   and appeals, and I've been unable to locate the Alborez

01:02  25   plaintiffs, so that's really the extent of the plaintiffs that

APRIL 11, 2011

01:02  1  you're going to hear from.  However, we will do our best to, if

01:03  2  we can, try to to the extent possible and permissible to

01:03  3  establish the other claims of the other workers; but we will

01:03  4  only have these parties here during this trial.  But if you

01:03  5  hear about the Alborezes and the Lamonicas -- that's four other

01:03  6  plaintiffs -- I have no indication that they will be here or

01:03  7  will be able to be here during this trial, but they will --

01:03  8  these gentlemen will testify regarding their claims and other

01:03  9  important facts in the case.

01:03 10        The evidence in this case will show to you that the

01:03 11  defendants had failed to pay the plaintiffs for overtime wages

01:03 12  which is a time-and-a-half violation.  When a worker works over

01:03 13  40 hours a week, the evidence will show you that they weren't

01:03 14  paid time and a half.

01:03 15        In fact, the evidence is going to show you that

01:03 16  particularly these plaintiffs and other workers were paid for

01:03 17  40 hours a week and weren't paid anything for their hours over

01:03 18  40.  So it's a bit of an interesting claim.  The facts will

01:03 19  show you that technically there's some minimum wage violations

01:04 20  'cause if you don't pay someone anything for an hour they work,

01:04 21  that's a minimum wage violation.  They got no wages.

01:04 22        But really it's primarily focused on an overtime basis

01:04 23  because they worked more than 40 hours a week, and they're

01:04 24  entitled to time and a half for every hour worked over 40.

01:04 25        You know, the evidence will show that the plaintiffs

01:04  1  worked over 40 hours one week, but they weren't paid anything

01:04  2  for those hours over 40.  So I just want you to focus on that.

01:04  3  That's primarily what the claims are going to be.

01:04  4        You also find that the facts slow that the defendants

01:04  5  did not keep sufficient time records.  I think you may have

01:04  6  heard that during the voir dire about time records, and that's

01:04  7  something we'll argue later.  I'm here just to present what the

01:04  8  facts are expected to be; but we believe that the facts will

01:04  9  show you that the defendants or the employers in this case did

01:04  10  fail to keep accurate time records in this case, And that will

01:04  11  be something that you need to consider as the time goes on in

01:05  12  this trial and towards the end and there's argument.

01:05  13        The testimony and evidence in this matter will assist

01:05  14  you in learning of the necessary facts that will demonstrate

01:05  15  that the defendants failed to pay the plaintiffs overtime wages

01:05  16  and failed to pay them for all the hours they worked.  So

01:05  17  although you do have -- you'll have Latin time records in this

01:05  18  case you will have testimony.  And we ask you to focus on that

01:05  19  because that's -- this isn't a very complicated case.  I mean

01:05  20  it's -- procedurally it's a Federal case; however, it's really

01:05  21  focused on very limited issues.  And one of the most important

01:05  22  limited issues in this case is payment of wages.  So you don't

01:05  23  want to lose -- look at the individual trees too much in a case

01:05  24  and forget to look at the forest because it's really a case

01:05  25  about wages.  Was he paid?  Were they paid or not?  And that's

01:05  1   something that we need to focus on, the evidence.  And there

01:05  2   will be testimony and other evidence to address those issues.

01:05  3          You know, the evidence in this case will show that the

01:05  4   plaintiffs worked for the corporate defendant.  The corporate

01:06  5   defendant in this case is Safe Hurricane Shutters,

01:06  6   Incorporated.  They were doing business as Advanced Hurricane

01:06  7   Protection.  So you may see different documents.  You may hear

01:06  8   different descriptions of the corporate name, but it's -- you

01:06  9   know, generally I'll refer to them as Safe Hurricane Shutters;

01:06  10  but you may also hear them as Advanced Hurricane Protection.

01:06  11  It's like a d/b/a, doing business as.

01:06  12         The evidence will also show that not only are those

01:06  13  corporation or that corporation is a defendant because the

01:06  14  corporation was the plaintiffs -- all the plaintiffs' in this

01:06  15  case employer.  The individual defendants that are here with us

01:06  16  today are also employers of the plaintiffs, of all the

01:06  17  plaintiffs.  And we have Mr. Leiva here.  We have Mr.

01:06  18  Heidelberger and Mr. M$^{c}$Carroll, and those three gentlemen were

01:06  19  the plaintiffs' employers in this case individually.

01:06  20         The evidence will show you that it has already been

01:06  21  determined that Mr. Leiva was the plaintiffs' employer, but you

01:06  22  will need to weigh the evidence to make an actual determination

01:07  23  as to whether or not Steve Heidelberger and Mr. M$^{c}$Carroll were

01:07  24  also the employers.  So that comes into the second I'd say most

01:07  25  important part, one of the most important parts of the case,

01:07 1    determining whether these gentlemen and the other plaintiffs

01:07 2    were, in fact, not paid in accordance with the law and also

01:07 3    whether or not these other defendants, Mr. M^cCarroll and Mr.

01:07 4    Heidelberger, were actually legal employers of the plaintiffs.

01:07 5    And we believe the facts when they're all viewed in light of

01:07 6    relevant law will show that to you.

01:07 7         Basically Mr. M^cCarroll and Mr. Heidelberger's

01:07 8    argument's going to be that they were passive investors.

01:07 9    They're going to bring facts out, trying to say that they are

01:07 10   passive investors.  Basically they invested money in the

01:07 11   company.  They just step back and, here, you take care of it.

01:07 12   I'm not involved.  But that's not what the facts are going to

01:07 13   show you.

01:07 14        The facts are going to show you that they did invest

01:07 15   substantial amounts of money into this company, okay; but they

01:08 16   also paid -- played an active role in the company in their own

01:08 17   way.  And I'm not going to make legal argument.  You'll get --

01:08 18   later on the Judge will at some point in the trial give you

01:08 19   instructions as to the law.  But the facts will show that they

01:08 20   had enough significant control and input into the company that

01:08 21   they are also individual employers.  I think a theme that

01:08 22   you're going to see defensewise in this case is a presentation

01:08 23   of facts intended to cast blame on a broke corporation with no

01:08 24   money and another individual may be that can't pay.  So

01:08 25   basically it's like here, You go to the broke corporation.

APRIL 11, 2011

01:08    1    That's their employer, not us.  We're not liable.  We're just

01:08    2    passive investors; bad investment.  That's it.  But that's not

01:08    3    what happened here.

01:08    4         This is a case where we have a corporation that was

01:08    5    owned and run by three -- these three individuals; and they

01:08    6    were their employers, and they didn't pay them, and they broke

01:09    7    the law.  And that's in a nutshell what this case is about.  So

01:09    8    because the evidence will show that Mr. Heidelberger and Mr.

01:09    9    M^cCarroll exercised sufficient control, sometimes occasionally

01:09   10    but sufficient, sometimes more than occasional, the control

01:09   11    that they exercised over the company will demonstrate factually

01:09   12    that they are also along with Mr. Leiva the employers of these

01:09   13    plaintiffs and the other plaintiffs as well.

01:09   14         So I think you will find that the evidence will show

01:09   15    that Safe Hurricane Shutters or the d/b/a is no longer a viable

01:09   16    and solvent company.  And there's going to be an attempt here

01:09   17    if at all to either deny that they -- which I think is going to

01:09   18    be difficult factually -- to deny that they even owed them the

01:09   19    money but also cast the blame on an insolvent company which is

01:10   20    going to be in effect a worthless judgment.

01:10   21         In this case the evidence will show that these

01:10   22    plaintiffs deserve to be paid what they're owed.  And at the

01:10   23    end of the case we're simply going to ask you to award an

01:10   24    amount of pay that will compensate the plaintiffs for the

01:10   25    overtime and the hours that weren't paid.  So we're going to

01:10  1    try to give you as much evidence as we can.  A lot of it is

01:10  2    going to be testimonial.

01:10  3            As I said I believe the time records are -- you're

01:10  4    going to find that there's not -- the time records that should

01:10  5    have been kept haven't been, and you're just going to have to

01:10  6    take all that information.  We'll just ask you as best you can

01:10  7    based on our presentation come up with a calculation that

01:10  8    represents the fair amount that these plaintiffs are entitled

01:10  9    to and any of the other plaintiffs as well that we're going to

01:10 10    try to address during the course of the trial.  Thank you.

01:10 11            THE COURT:  Thank you, Mr. Kelly.  Mr. Kleppin, you

01:10 12    may make your opening statement.

01:10 13            MR. KLEPPIN:  Thank you, Your Honor.  Good afternoon.

01:11 14    I too wish to thank you on behalf of my clients for giving up

01:11 15    your valuable time to serve on this jury.  I will sort of

01:11 16    apologize upfront.  This is not going to be that fascinating a

01:11 17    case.  It's not about drug boats and helicopters and chases and

01:11 18    that sort of thing.  It's about what happened at a hurricane

01:11 19    shutter company five years ago and how people were paid and

01:11 20    what hours they worked and what, if anything, they might be

01:11 21    owed and whether two investors should be held liable for

01:11 22    something.  And this is rather dry.  But I do ask -- I'm going

01:11 23    to chart out in this opening all of the evidence that you're

01:11 24    going to see.  And I just ask that even though this is a little

01:11 25    dry and unexciting that you do stick with this and follow the

01:11   1   evidence that I'm going to outline in this opening.  It will be

01:11   2   a roadmap to the witness testimony that you will hear from the

01:12   3   witness stand and the documents that you will get in evidence.

01:12   4         With respect to the first issue -- and that is who has

01:12   5   sued exactly and why -- eight particular people brought a

01:12   6   lawsuit.  Six aren't here.  And the evidence is going to show

01:12   7   that that is because their claims have no merit.  It's exactly

01:12   8   what that evidence is going to show because you're going to see

01:12   9   that these plaintiffs, not Mr. Milan, but Mr. Feliciano and the

01:12  10   other plaintiffs are seeking tens of thousands of dollars in

01:12  11   overtime, tens of thousands even though this hurricane shutter

01:12  12   company was only open from May 1st of '06 to late August/early

01:12  13   September 2007, barely 70 weeks, a little more than a year.

01:13  14   But you're going to hear testimony that they think they're

01:13  15   entitled to tens of thousands of dollars.

01:13  16         And Mr. Kelly mentioned the Lamonicas from Chile.  The

01:13  17   evidence will show that if they had claims that were worth tens

01:13  18   of thousands of dollars, they'd purchase a $500 ticket from

01:13  19   Santiago, Chile, and they'd be here today.

01:13  20         With respect to who actually is sued, you are going to

01:13  21   hear and see that two entities -- two parties were sued

01:13  22   initially.  Ed Leiva was sued and Safe Hurricane Shutters was

01:13  23   sued.  That's it.  You're going to hear that later once there

01:13  24   became an issue as to whether or not a judgment could be

01:13  25   collected against Safe Hurricane Shutters and Mr. Leiva, then

01:13  1     all of a sudden the plaintiff scrambles to add Steve

01:14  2     Heidelberger and Francis M<sup>c</sup>Carroll.

01:14  3          And let me talk to you -- introduce you to Mr.

01:14  4     Heidelberger and Mr. M<sup>c</sup>Carroll and let me tell you a little bit

01:14  5     about how this company got started.  In early 2006 Mr. Leiva

01:14  6     came up with this idea of starting a hurricane shutter company

01:14  7     in Florida.  He was living in New York.  He had businesses

01:14  8     there, certain business interests.  And he's had business

01:14  9     dealings with Mr. M<sup>c</sup>Carroll for a number of years, and he's had

01:14 10     some business dealings with Mr. Heidelberger.

01:14 11          And Mr. Leiva decided to round up some of the

01:14 12     construction workers that were working for him up in New York

01:14 13     in 2004 and 2005.  And he decided, Why don't you come work for

01:14 14     this hurricane shutter company that I'm going to start in

01:14 15     Florida.  And here's how much I'm going to pay you.  And he

01:14 16     agreed to pay them salaries.  And the salaries ranged $700 a

01:14 17     week, 800, $900 a week.  And this was a number of people that

01:15 18     he brought down here.  And because those men had a good working

01:15 19     experience with Mr. Leiva and they knew that he was a good boss

01:15 20     to work for and he was honest and paid well, they came down to

01:15 21     Florida.

01:15 22          The evidence is further going to show that Mr. Leiva

01:15 23     for two, three months paid for the apartments that they stayed

01:15 24     in and paid for furniture and furnishings and all these things

01:15 25     until -- because he brought them down here in February, and the

01:15  1   business didn't actually get operational until May 1st.  Mr.

01:15  2   Leiva paid for all of that.

01:15  3        Meanwhile what was happening was that the company

01:15  4   decided to go out and seek some investment capital, and so it

01:15  5   got several investors; only two that you see here, Mr.

01:15  6   Heidelberger and Mr. M$^c$Carroll.  There's actually several

01:15  7   others.  And you're going to hear that Mr. Heidelberger owns

01:15  8   about 22-and-a-half percent of the company.  He owns 20 shares

01:16  9   of the 85 that were issued.  And Mr. M$^c$Carroll owns the exact

01:16  10  same amount of shares, 20 shares.  They're minority owners.

01:16  11  Even if you combine their two shares, the evidence is going to

01:16  12  show they're still minority owners of the company.  They're

01:16  13  just two directors.  They are not officers of the company, and

01:16  14  you're going to hear that also.

01:16  15        Mr. Leiva is the president of the company, and you're

01:16  16  going to hear how Mr. Leiva hired most of these people in New

01:16  17  York; that when Mr. Leiva hired these people, Mr. M$^c$Carroll and

01:16  18  Mr. Heidelberger had met them, didn't approve the hirings.

01:16  19  They weren't involved in any of these operational decisions.

01:16  20  And the reason that that's important is because the evidence is

01:16  21  going to show that to be individually liable -- and this is for

01:16  22  Mr. M$^c$Carroll and Mr. Heidelberger, for their liability.  To be

01:16  23  individually liable the evidence is going to show that you have

01:16  24  to be an officer with day-to-day operational control or that

01:17  25  with respect to the employee who's suing, you have authority

01:17  1   over their compensation.  That's what makes someone be liable

01:17  2   if they could have made a decision not to do something that was

01:17  3   unlawful and they didn't do it.

01:17  4        And you're going to hear in this case -- you will hear

01:17  5   over and over again -- you're going to hear it from even some

01:17  6   of the plaintiffs who aren't here today that Mr. M^cCarroll, Mr.

01:17  7   Heidelberger, they didn't have operational control of this

01:17  8   business.  They didn't have anything to do with these

01:17  9   installers.  You're going to hear it from a number of people.

01:17  10       Now, with respect to the installers -- let me just

01:17  11  briefly branch out as to how this company worked.  When it got

01:17  12  started, Mr. Leiva hired a series of managers to help him

01:17  13  manage the company because the company had various departments.

01:17  14  It had a purchasing department.  It had an installation

01:18  15  department.  It had a warehouse manager who was responsible for

01:18  16  getting the raw material for the shutters and organizing men to

01:18  17  cut them so that they could custom fit these windows of the

01:18  18  clients that the company had.

01:18  19       You're going to hear that there was a controller.  It

01:18  20  had an accounting department.  It had a sales manager that ran

01:18  21  the -- did the sales management for the four or five salesmen

01:18  22  that the company had.  None of those managers, none of them,

01:18  23  their hire, it was all by Edward Leiva.  None of their hires

01:18  24  was approved by Mr. M^cCarroll.  None of their hires was

01:18  25  approved by Mr. Heidelberger.  Mr. M^cCarroll and Heidelberger,

JURY TRIAL - VOLUME I OF VI

01:18  1    they didn't even meet these people until long after they were

01:18  2    hired and the company was functioning.  That's what the

01:18  3    evidence is going to show.

01:18  4         So the evidence is going to show that on a day-to-day

01:18  5    basis, you have Mr. Leiva at the company.  And Mr. Leiva was a

01:18  6    hands-on president.  He did delegate to these department heads

01:19  7    obviously authority over those discrete departments.  None of

01:19  8    those departments were headed by Mr. M$^c$Carroll or by Mr.

01:19  9    Heidelberger.  So day-to-day managing this business was Mr.

01:19 10    Leiva, the president, and then these particular managers.

01:19 11         Mark Shankman you'll hear was the manager of the sales

01:19 12    department.  You'll hear Tom Sullivan was the warehouse

01:19 13    manager.  You'll hear that the comptrollers -- there were two

01:19 14    of them.  Brad Bungo for a number of months and then the last

01:19 15    few months Keith Lares.  And so you're not going to hear that

01:19 16    department heads were Mr. M$^c$Carroll or Mr. Heidelberger.

01:19 17         With respect to whether or not -- and I just want to

01:19 18    make clear.  Mr. Heidelberger and Mr. M$^c$Carroll the evidence

01:19 19    will show were not officers.  They were solely directors.  The

01:19 20    articles of incorporation of the corporation state that.  No

01:19 21    one is going to be saying that they're officers.  They weren't

01:20 22    officers.  All the records -- it's listed who the officers are

01:20 23    and who the directors are.  Mr. Heidelberger and M$^c$Carroll

01:20 24    weren't officers.

01:20 25         With respect to the installation department most of

APRIL 11, 2011

01:20  1   the installers, they were all hired by Mr. Leiva; and Mr. Leiva

01:20  2   knew most of them from his ties to the construction industry.

01:20  3   But most of the installers, almost all of them really only

01:20  4   spoke Spanish.  Mr. Heidelberger and Mr. M^cCarroll don't speak

01:20  5   Spanish.

01:20  6        And so you're going to hear from some of the

01:20  7   plaintiffs, the couple that are here today.  You will hear, Oh,

01:20  8   Mr. Heidelberger and Steve M^cCarroll had some things to do with

01:20  9   us, whatever; but the truth is Mr. Heidelberger and Mr.

01:20  10  M^cCarroll couldn't even speak to these installers.  You will

01:20  11  also hear -- and this goes with whether or not Mr. Heidelberger

01:20  12  and Mr. M^cCarroll could have managed or somehow had authority

01:21  13  over these installers day to day telling them what to do.

01:21  14  You'll hear -- and it's not contradicted by anybody in the

01:21  15  record -- Mr. M^cCarroll and Mr. Heidelberger don't know how to

01:21  16  hang a hurricane shutter.  They don't know how to do it.

01:21  17  They're not construction people by trade.  They're not hands-on

01:21  18  type people, but rather they invest in companies.  They'll give

01:21  19  certain seed capital.  And then for that if there's any

01:21  20  profits, they'll get a percentage of that in the end.  This

01:21  21  particular company after 70 weeks was not profitable.  It had

01:21  22  to close.  And Mr. Heidelberger and Mr. M^cCarroll never made

01:21  23  one penny.  They didn't get one penny back of their investment,

01:21  24  and their investment was significant.  It's hundreds of

01:21  25  thousands of dollars, the investment in this business that they

01:21  1    made so that other people could work and have employment.

01:21  2            You're going to hear that with respect to the two

01:21  3    plaintiffs here, Mr. Feliciano and Mr. Milan, Mr. Milan worked

01:22  4    a lot less in terms of time than Mr. Feliciano.  The evidence

01:22  5    is going to show that Mr. Milan only worked there three months

01:22  6    or so, but three months is still long enough to have an idea of

01:22  7    who's working there.

01:22  8            And how this company worked was -- and you are going

01:22  9    to hear this in the evidence, and this is -- it's critical

01:22 10    because it goes to how many hours per week these men were

01:22 11    working.  You're going to hear that this business opened at

01:22 12    7:30 to 8:00 in the morning.  None of the installers had a key

01:22 13    to the business.  Mr. Leiva did.  A couple other office

01:22 14    managers did.  That was it.  Mr. Leiva would be the first one

01:22 15    to get there.  Mr. Leiva would be the last one to leave at the

01:22 16    end of the day as president and as -- in a general manager role

01:22 17    running the business.

01:22 18            You're going to hear that between 7:30 and 8:00 some

01:22 19    of the other office workers started to come in.  And then

01:22 20    you're going to hear at 8:30 to 9:00 that's when the crewmen,

01:23 21    the installers, would then come into the office.  You're going

01:23 22    to hear that these installers if they wanted to, could have

01:23 23    driven directly out to the job site with their own

01:23 24    transportation or if they wanted, the company said, We'll

01:23 25    provide transportation to you.  Get a ride here to the company.

01:23 1  And then once you get to the company you can go on the truck

01:23 2  with the crew and you can get there that way.  It's your

01:23 3  choice.

01:23 4        Now, there's reasons -- and you'll hear the evidence.

01:23 5  There are reasons why the crews came in at 8:30 to 9:00 because

01:23 6  you're going to hear some testimony that -- well, here's the

01:23 7  reasons why the crews would come in between 8:30 and 9:00.

01:23 8        According to the evidence that you'll hear some of the

01:23 9  business that the company had was to hang hurricane shutters in

01:23 10 very large condominium buildings, buildings like Points of

01:23 11 America.  It's 23 stories.  And Marine Towers is also a very,

01:23 12 very tall condominium.  They're made of concrete.  The men have

01:24 13 to literally drill into the concrete.

01:24 14       They have to let security let them into some of the

01:24 15 units and on the premises.  There's very significant

01:24 16 restrictions with respect to hanging hurricane shutters and

01:24 17 doing construction work at these big condos.  You can't show up

01:24 18 at 7:00 in the morning and start doing that.  You can't work at

01:24 19 those condos 6:00, 7:00, 8:00 o'clock in the evening.  That's

01:24 20 what the evidence is going to show because the people aren't

01:24 21 going to hear it.  They'd go nuts.  The drills to drill into

01:24 22 the concrete and the vibration is extremely loud and messy.

01:24 23       Now, so the evidence is -- the evidence will show that

01:24 24 Mr. Feliciano the first several months he worked for the

01:24 25 company that's all he worked was Points of America.  Then a few

APRIL 11, 2011

JURY TRIAL - VOLUME I OF VI

01:24  1    months after that he worked for Marine tower.  So he just

01:24  2    worked for two clients for a number of months, and that locks

01:24  3    in the hours that he could have worked in a work week.  And the

01:24  4    evidence will show that because of that, because of the

01:25  5    schedule of the hours at Points of America and the hours at

01:25  6    Marine Tower he didn't work overtime.  He didn't work it.  The

01:25  7    evidence will show these guys were working 30 to 35 hours, a

01:25  8    little bit more than that.  They weren't even working to 40.

01:25  9    That's what the evidence will show.

01:25  10          Now, with respect to leaving at the day Points of

01:25  11   America doesn't allow anybody there after 5:00 o'clock.  You

01:25  12   can't work.  You have to leave.  And then with respect to

01:25  13   individual days you're going to hear exactly how weather events

01:25  14   in south Florida greatly reduce the hours that hurricane

01:25  15   shutter installers can work.

01:25  16          You're going to hear that -- things that are obvious.

01:25  17   The evidence will show that so many days it rains here and the

01:25  18   rainy season, the lightening that's associated with the rain

01:25  19   and the rainy season.  You're going to hear that during the

01:25  20   winter months when Mr. Feliciano worked at Points of America

01:26  21   you're going to hear how the wind affected that crews' ability

01:26  22   to work.  They'd have to go back to the shop and quit and go

01:26  23   home for the day because it's so windy.  You can't be up 20,

01:26  24   21, 22 stories hanging hurricane shutters and installing them

01:26  25   when it gets windy down here in February and March and that

01:26  1    kind of thing when he was there.  And that's what you're going

01:26  2    -- that's what the evidence is going to show.

01:26  3          The reason why all this is important is -- and I'll

01:26  4    get to that.  Well, let me make one further point.  No work was

01:26  5    done on Sundays.  No work was done on holidays.  With respect

01:26  6    to Saturdays it was about a half a day, 9:00 to 1:00 or so.

01:26  7    There are homeowners that don't want people working after or

01:26  8    before those times on Saturday.  There's condominiums that

01:26  9    don't want -- or their rules don't allow for construction

01:26  10   workers to work other than just 9:00 to 1:00 on Saturday.

01:26  11         You'll hear that for months when Mr. Feliciano worked

01:27  12   at Marine Tower, he didn't work Saturdays at all 'cause Marine

01:27  13   Tower doesn't allow any construction work on Saturdays at that

01:27  14   condo.  That's what the evidence will show.

01:27  15         And the reason why this is important is because the

01:27  16   evidence will show that Mr. Feliciano claims he worked 66 hours

01:27  17   every week, every week.  It never varied.  He worked from 7:00

01:27  18   in the morning until 6:00 at night, and he worked from 7:00 in

01:27  19   the morning to 6:00 at night on Saturday.

01:27  20         And he wants tens of thousands of dollars, and the

01:27  21   evidence is going to show that is a gross, gross

01:27  22   overexaggeration of the real hours that he worked because you

01:27  23   will hear testimony that day after day these crews would have

01:27  24   to come back at 11:00 o'clock, 1:00 o'clock, 2:00 o'clock

01:27  25   because of the wind or the rain or lightening.

APRIL 11, 2011

01:27   1     The evidence will also show that these crews couldn't

01:27   2   work even after it rained and it's still wet, but it takes an

01:28   3   hour or whatever to dry.  They couldn't work in that hour

01:28   4   because everything that they used was electric.  It's all

01:28   5   electric tools outside.  And so they would have to wait.  It's

01:28   6   not just, Okay, it stopped pouring now.  We can immediately go

01:28   7   back to work.  It would be an hour delay anyway before they

01:28   8   could start.  And oftentimes this just necessitated the crew to

01:28   9   simply go back to the shop and quit for the day.

01:28 10     So the evidence is going to show that overtime wasn't

01:28 11   worked.  The evidence will also show that with respect to the

01:28 12   installers it was Ed Leiva that assigned the work to them.  It

01:28 13   was Ed Leiva that would tell them where to go.  Ed Leiva told

01:28 14   them what to do.  Ed Leiva will freely admit to that even

01:28 15   though it was a contested issue.  Ed testified in his

01:28 16   deposition very truthfully that, Look, I had operational

01:28 17   control of this business.  I was the president, general

01:28 18   manager.  I was running the show.  It was my show to run.

01:29 19   You're going to hear that Frank and Steve actually told Ed

01:29 20   Leiva to make changes in the business.  They begged him to

01:29 21   change the pricing structure and some other things.  Ed Leiva

01:29 22   didn't listen to them.  Ed Leiva didn't have to listen to them.

01:29 23   He's the president and general manager.  They're just two

01:29 24   minority owners.  He doesn't have to -- they don't have any

01:29 25   authority over him.  Only a majority of the board would.  And

01:29  1    that shows that they didn't have operational control.

01:29  2         You will also hear when the plaintiffs are

01:29  3    cross-examined as to the real hours that they worked because

01:29  4    it's preposterous to say that they worked 66 hours.  It's 7:00

01:29  5    in the morning in Florida.  For half the year it's dark.  By

01:29  6    6:00 in the evening and laugh the year in Florida it's dark.

01:29  7    You can't hang hurricane shutters outside in the dark.

01:29  8         You will hear that when they were cross-examined as to

01:30  9    their hours worked.  You'll hear them really say they can't

01:30  10   guess as to what their hours are.  It's a guessing game.  And

01:30  11   the evidence will show that's not enough to prove their claims.

01:30  12        Now, about the time records, you heard Mr. Kelly say

01:30  13   an awful lot about the time records.  The Fair Labor Standards

01:30  14   Act does require an employer to keep time records.  But you'll

01:30  15   hear that the evidence isn't, Okay, if you don't keep time

01:30  16   records, that's it.  You lose.  Not as far as the employer

01:30  17   goes.  Not at all.  For every work week these two gentlemen,

01:30  18   these two plaintiffs are going to have to prove to you by a

01:30  19   preponderance of the evidence that they actually worked more

01:30  20   than 40 hours without the proper pay.  They won't be able to do

01:30  21   that.  Because they're not going to be able to show the amount

01:30  22   and extent of the hours that they worked for any work week over

01:30  23   40.  And this was designed this way.

01:30  24        You know, Mr. Leiva's been in business for a long

01:31  25   time.  He's an older gentleman.  He's not some new kid on the

01:31  1    street.  This is not his first business venture.  He had it all

01:31  2    -- the evidence will show he had it all set up.  I've got a

01:31  3    schedule so these guys will never go over 40 hours.  I'm going

01:31  4    to pay them a salary that they're going to be more than happy

01:31  5    with and that will compensate them appropriately, 7, 8, $900 a

01:31  6    week.  Mr. Feliciano was paid a thousand dollars a week when

01:31  7    his pay was raised for the last few months of -- six months or

01:31  8    so of his working there.  And he knew there wouldn't be any

01:31  9    overtime violations.  No one complained.  There was no problem

01:31  10   with this at all.  There was no issues until the company went

01:31  11   under.  And then people decided, Oh, well, wow.  Let's bring a

01:31  12   suit and get some money because they don't have any more work

01:31  13   for us.

01:31  14          Someone isn't going to work and get cheated out of

01:31  15   their pay for months and months and months.  And someone if

01:31  16   they're really working 66 hours a week or anything approaching

01:32  17   that, the evidence will show will start to keep a time log of

01:32  18   their real hours and that they would produce that.

01:32  19          In the end they'd have it; and they'd say, Come on.

01:32  20   This is the hours that I really worked.  Now I want to get paid

01:32  21   for it.  Not that someone would sit there, work 66 hours every

01:32  22   single week, not say anything, and then not sue until their

01:32  23   job's gone.

01:32  24          Now, you will hear when the crews got back on average

01:32  25   -- and on average these crews would get back 3:30/4:00 o'clock,

JURY TRIAL - VOLUME I OF VI

01:32  1    3:00 o'clock some people thought.  So we're nowhere near the 40

01:32  2    hours on average, nowhere near it.

01:32  3        You will hear that they took a half an hour to an hour

01:32  4    for lunch.  Of course you'll hear the plaintiffs deny that they

01:32  5    ever took any lunchtime.  And the evidence will show that when

01:32  6    you're physically exerting yourself and you're really working

01:32  7    hard in a physical labor type of a job, you've got to hydrate

01:32  8    yourself.  You've got to eat a lunch to sustain your physical

01:33  9    body and that they really did take that type of a lunch.

01:33  10       There's an issue you heard Mr. Kelly say that, Oh,

01:33  11   these installers were really paid -- the whole salary was

01:33  12   designed to compensate for 40 hours, their first 40 hours.

01:33  13   Then all the hours after that were totally uncompensated.  The

01:33  14   evidence will show that that's not true.  The evidence will

01:33  15   show that the salary was designed to pay them and they were, in

01:33  16   fact, paid it regardless of how many hours that they worked.

01:33  17       Mr. Leiva knew that the hours would vary.  Of course

01:33  18   they're going to vary with weather and wind and amount of work

01:33  19   and everything else with hurricane installation.  And so

01:33  20   whether they worked 30 hours, 31, 32, 33, 34, 39, 40, whatever

01:33  21   they're always paid their salary.  And since these weeks they

01:33  22   didn't even work 40 hours it couldn't be that the agreement was

01:33  23   that the salary was designed to compensate for the first 40

01:33  24   hours only.

01:33  25       And the evidence that will prove this is that these

01:34    1    men seek overtime for Christmas week, Thanksgiving week, all

01:34    2    the holidays when the business was closed where there's just no

01:34    3    way -- there's no way they worked anywhere near 40 hours,

01:34    4    certainly not the 66 average.  That average doesn't even take

01:34    5    into account those weeks for those holidays when people weren't

01:34    6    working.

01:34    7         The evidence will also show that the plaintiffs and

01:34    8    their witnesses are not believable.  They didn't report the

01:34    9    income that they earned from the Safe Hurricane Shutters on

01:34   10    their income taxes.  Completely devoid of that at all.  Just

01:34   11    total failure to report the taxes and pay them.  They filed

01:34   12    returns all right but not listing that income.

01:34   13         With respect to the minimum wage claim you will hear

01:34   14    and you will see from Mr. Leiva in great detail when he's on

01:35   15    the stand of where he's -- where he did everything to pay these

01:35   16    guys at the end when the cash flow dried up, when he could no

01:35   17    longer call Mr. Heidelberger or Mr. M$^c$Carroll for another cash

01:35   18    infusion to keep the business going another few months, when he

01:35   19    couldn't call any other investor 'cause they wouldn't give any

01:35   20    more money.  You're going to see how he still was able from his

01:35   21    own pocket to pay these people often in cash in the last two,

01:35   22    three, four weeks just so his workers could get something.  And

01:35   23    you're going to see that there wasn't a minimum wage claim

01:35   24    here.

01:35   25         With respect to the Court determining Mr. Leiva as an

JURY TRIAL - VOLUME I OF VI

01:35 1 employer the Court simply determined that as a matter of law

01:35 2 Mr. Leiva had operational control of the business.  The Court

01:35 3 didn't find him liable.  The Court didn't find the company

01:35 4 liable.  Nothing like that.  Only that he had operational

01:35 5 control of the company day to day.

01:36 6      And one of the things you'll have to determine is

01:36 7 whether or not Mr. Heidelberger and Mr. M^cCarroll had that

01:36 8 day-to-day operational control, and the defendants were saying

01:36 9 that they didn't.  It's not even close.  But that's your

01:36 10 decision.

01:36 11      Can I just confer for one minute, Your Honor?

01:36 12      **THE COURT:**  Yes, sir.

01:36 13      **(Defense counsel and defendants confer sotto voce.)**

01:36 14      **MR. KLEPPIN:**  I'll just leave you with a couple of

01:36 15 final thoughts.  The evidence will show that with respect to

01:37 16 Mr. Heidelberger, Mr. Heidelberger only came to Safe Hurricane

01:37 17 Shutters seven times, seven.  He stayed for two days each time.

01:37 18 The two first times he was there was before the business was

01:37 19 even operational, a preliminary meeting in January, then one in

01:37 20 March.  So there's five times, two days each that he came to

01:37 21 this business in 70 weeks.

01:37 22      And you'll hear the evidence when he was there, he

01:37 23 wasn't running the show; not by any means.  He was just there

01:37 24 to see what was going on and to inquire as to -- you'll hear

01:37 25 that he told Mr. Leiva, You've got to change the pricing

01:37  1    structure because you're selling hurricane shutters at $17 a

01:37  2    square foot that's costing the company $19 a square foot to

01:37  3    fabricate and put up and that Mr. Leiva for whatever reason --

01:37  4    a great man, but God bless him -- wouldn't listen to that.

01:37  5    Keep the pricing structure the way it was.

01:37  6         With Mr. M$^{c}$Carroll you'll hear that he was not even

01:38  7    there a majority of the time.  He was there more than Mr.

01:38  8    Heidelberger, but he is there less -- 40 percent or less of the

01:38  9    time.  So, again, you'll see that the evidence will show that

01:38  10   these men did not have an opportunity to have day-to-day

01:38  11   operational control of this business particularly with respect

01:38  12   to these plaintiffs.  They don't know anything about

01:38  13   installation and can't possibly -- the evidence will show can't

01:38  14   possibly have exercised authority over them as to how to do

01:38  15   their job, how they should be paid, and those sorts of things.

01:38  16        Thank you.

01:38  17        **THE COURT:**  Thank you, sir.

01:38  18        Mr. Kelly, you may call your first witness.

01:38  19        **MR. LEIVA:**  Oh, no.  Wait.  Can I --

01:38  20        **THE COURT:**  Oh, I'm sorry.  Forgive me.

01:38  21        **MR. LEIVA:**  Your Honor.

01:38  22        **THE COURT:**  I'm very sorry.  You may go ahead.  If I

01:38  23   keep doing that, it's because my mind isn't what it used to be.

01:38  24   You correct me.  I'm very sorry.  I apologize.

01:38  25        **MR. LEIVA:**  First of all, I have to apologize.  I'm

JURY TRIAL - VOLUME I OF VI

01:38  1  not going to be as eloquent as these attorneys.  My name is Ed

01:39  2  Leiva.  I was the president of Hurricane Shutters.  I've got no

01:39  3  prepared statements.  I just would like to say that I started a

01:39  4  business.  In the process of doing this business, I lost all my

01:39  5  money and their money too, all the money.  Yeah.  I didn't

01:39  6  listen to them when I should have.  They advised me to stop, to

01:39  7  close the business earlier.  That was back in December 2006.

01:39  8  But I was loyal to them and -- excuse me.

01:39  9          I did everything for them.  When Mario was thrown out

01:39  10  in the street by his landlord, I paid for it.  Didn't I pay?

01:39  11  He never paid me back for that money.  I rent the apartment for

01:40  12  these people.  I bought them sheets, towels, dishes, everything

01:40  13  they needed, TV sets, couches, chairs, everything.  But they

01:40  14  was family.  They were friends.  That's why I didn't listen to

01:40  15  them.  I should have.  I paid them a thousand dollars a week,

01:40  16  $900 a week.  These people were making $10 an hour.  Mario was

01:40  17  making $400 a week and they started with seven, $800.  I got

01:40  18  them trucks, new trucks.  I paid for the gas.  I gave them gas

01:40  19  card, and I had to stop the gas card.  You know why?  Because

01:40  20  they wasn't just filling up their truck.  They're filling up

01:40  21  their car, their sister's car, their family's car.  That's how

01:40  22  they started it.  My mistake was to trust these people because

01:40  23  I didn't know him too long.  I knew him for two months.  I knew

01:41  24  him for a year-and-a-half, but most of the other people -- I

01:41  25  knew Kiko -- Reinaldo 15 years.  One of the persons that is

JURY TRIAL - VOLUME I OF VI

01:41 1    suing me, my mother raised this kid.  So I trust him like a

01:41 2    brother.  I forgave him a million times whatever he did or

01:41 3    wasn't doing.  He was arrested many times, not like he was said

01:41 4    in his deposition.  He was arrested once.  He was arrested for

01:41 5    attempted rape, and I got him out of jail.  He was arrested for

01:41 6    DUI.  He was arrested for possession, weapon possession.  I had

01:41 7    to protect him for 15 years.  I knew him.  He lived with me,

01:41 8    and now he's suing me because somebody put in his head that he

01:41 9    could make easy money.  And the only reason -- I should have

01:41 10   been the one to sue here.  Only me.  I was responsible.  I have

01:41 11   to be a man.  You know I was responsible for everything, for

01:42 12   the schedule, for the hiring.  They had nothing to do with it.

01:42 13   But you know what the problem was?  They sue me, just me.  And

01:42 14   they found out I was broke, no money.  So you know what they

01:42 15   did?  You know what he did, his firm, they added those two guys

01:42 16   because they have money.  That's the reason they're here.  I

01:42 17   should be here myself.  Like a man faces individuals and tell

01:42 18   it like it is and tell the truth because if you tell me that

01:42 19   you worked 66 hours a week, you know you're lying.  For God

01:42 20   sake how can people be so evil?  What did I do to them but

01:42 21   protect them.  Give them everything that an employer would

01:42 22   never do, never.  I know these people for 20, 30 years.  They

01:43 23   made more money with me than with anybody else.  I don't know

01:43 24   him.  I can't vouch for him.  I don't know where he's coming

01:43 25   from, but he worked for me for two months.  He worked for me

JURY TRIAL - VOLUME I OF VI

01:43 1  only a year and a half.  I want to know the people that are

01:43 2  suing me why they're not here.  Because they couldn't face me.

01:43 3  That's why they're not here.  That's why Reinaldo Lamonica is

01:43 4  not here because he couldn't face me.  That's the truth.  Thank

01:43 5  you.

01:43 6          THE COURT:  Thank you, Mr. Leiva.

01:43 7          You may call your first witness.

01:43 8          MR. KELLY:  Thank you, Your Honor.  I'm going to call

01:43 9  Mr. Yerko Aguirre.  He's out in the lobby.  I'm going to go get

01:43 10  him.

01:44 11          THE COURT:  Please raise your right hand and be sworn.

01:44 12          **YERKO AGUIRRE, PLAINTIFFS' WITNESS, SWORN.**

01:44 13          THE COURT:  Okay.  Be seated, please.  Tell us your

01:44 14  full name.

01:44 15          MR. AGUIRRE:  Yerko Aguirre.

01:44 16          THE COURT:  Can you spell your last --

01:44 17          MR. AGUIRRE:  A-g-u-i-r-r-e.

01:44 18          THE COURT:  Go ahead.

01:44 19                  **DIRECT EXAMINATION**

01:44 20  BY MR. KELLY:

01:44 21  Q.  Good afternoon, Mr. Aguirre.  Mr. Aguirre, did you ever

01:44 22  work for the defendants, Safe Hurricane Shutters?

01:45 23  A.  Yes.

01:45 24  Q.  And could you tell me when you first started working for

01:45 25  Safe Hurricane Shutters.

APRIL 11, 2011

JURY TRIAL - VOLUME I OF VI

01:45  1    A.   Since the company opened.

01:45  2    Q.   Can you recall the date, the month and the year?

01:45  3    A.   2006, approximately April.  But I was there before because

01:45  4    I had to prepare the installations for the company.  What I

01:45  5    mean is I started in March with them.

01:45  6    Q.   March of 2006?

01:46  7    A.   Yes.

01:46  8    Q.   And when you first started working for Safe Hurricane

01:46  9    Shutters, what was your title that you were hired to fulfill?

01:46  10   A.   Installer.

01:46  11   Q.   And can you tell me how long that you worked for Safe

01:46  12   Hurricane Shutters as an installer.

01:46  13   A.   Since they opened until they closed the company.

01:46  14   Q.   Can you recall the month and the year that they closed?

01:46  15   A.   Approximately September 2007.

01:47  16   Q.   Did you ever do any other job other than being an installer

01:47  17   there?

01:47  18   A.   I used to do QC, quality control, for them, for the

01:47  19   installations of the company.  And I also was starting to do

01:47  20   engineering for them.

01:47  21   Q.   And when you worked for Safe Hurricane Shutters, did you

01:47  22   work with Mr. Mario Feliciano here, the gentleman in the black

01:47  23   shirt?

01:47  24   A.   Yes.

01:47  25   Q.   So he was your co-worker?

01:48  1  A.  Yes.

01:48  2  Q.  How about Mr. Milan?  Do you recognize him?

01:48  3  A.  Yes.  He also worked for us for a while.

01:48  4  THE INTERPRETER:  The interpreter would like to give

01:48  5  the witness instructions on how to go about this.

01:48  6  MR. KLEPPIN:  Yes.

01:48  7  THE INTERPRETER:  Okay.  Thank you.

01:48  8  BY MR. KELLY:

01:48  9  Q.  So did -- who worked -- do you know who started working for

01:48  10 Safe Hurricane Shutters first, you or Mr. Feliciano?

01:49  11 A.  I.

01:49  12 Q.  Did you also start working -- were you also working for Mr.

01:49  13 -- for Safe Hurricane Shutters before Mr. Milan?

01:49  14 MR. KLEPPIN:  Objection, Your Honor; leading.

01:49  15 THE COURT:  Overruled.

01:49  16 MR. AGUIRRE:  Yes.

01:49  17 BY MR. KELLY:

01:49  18 Q.  Did -- do you know who stopped working for Safe Hurricane

01:49  19 Shutters first, you or Mr. Feliciano?

01:49  20 A.  Both at the same time.  Approximately at the same time.

01:49  21 Q.  How about Mr. Milan?

01:49  22 A.  I believe he stopped before.

01:49  23 Q.  When you first started working for -- well, let me ask you

01:50  24 this:  Are you currently involved in a lawsuit against the

01:50  25 defendants?

01:50  1   A.  Yes.

01:50  2   Q.  So you're involved in a separate lawsuit against the

01:50  3   defendants other than this one, correct?

01:50  4   A.  Yes.

01:50  5   Q.  When you first started working for Safe Hurricane Shutters,

01:50  6   could you tell me -- how much were you paid?  Were you given a

01:50  7   wage or a salary?

01:50  8   A.  Supposedly I was making $900 for 40 hours of work.

01:50  9   Q.  So when you first started working for Safe Hurricane

01:50  10  Shutters, you were given a salary of $900 a week for 40 hours

01:51  11  per week; is that correct?

01:51  12         MR. KLEPPIN:  Objection; leading.

01:51  13         THE COURT:  Overruled.

01:51  14         MR. AGUIRRE:  Yes.

01:51  15  BY MR. KELLY:

01:51  16  Q.  When you -- when Mr. Feliciano first started working at

01:51  17  Safe Hurricane Shutters, do you recall -- were you making $900

01:51  18  at that time?

01:51  19  A.  Who?  I --

01:51  20  Q.  Yes.  You.

01:51  21  A.  -- or Feliciano?  Yes.

01:51  22  Q.  And do you know how much Mr. Feliciano was making?

01:51  23  A.  No.

01:51  24  Q.  When Mr. Feliciano first started working, did you and him

01:51  25  work the same schedule?

01:52  1   A.   Yes.

01:52  2   Q.   When Mr. Feliciano first started working, could you tell me

01:52  3   on the average regularly which days of the week did you work.

01:52  4   A.   From Monday through Saturday.

01:52  5   Q.   Can you recall the exact month that Mr. Feliciano started

01:52  6   working, the month and year?

01:52  7   A.   No.

01:52  8   Q.   When you -- on Monday when you started working with Mr.

01:52  9   Feliciano, was there a normal time that you would arrive at the

01:52  10  job site?

01:53  11  A.   7:00 a.m.

01:53  12          MR. LEIVA:   Objection.   It was 7:30.   It's not true.

01:53  13          THE COURT:   What's the next question?

01:53  14  BY MR. KELLY:

01:53  15  Q.   And when you would start work at 7:00 a.m., where did you

01:53  16  first go to?

01:53  17  A.   First the paperwork was prepared.   The paperwork was to be

01:53  18  given to the people.

01:53  19  Q.   When you say "the people," who are you referring to?

01:53  20  A.   To the installers.

01:53  21  Q.   And where -- and that would -- and where would you -- where

01:53  22  would the installers first go in the morning?

01:54  23  A.   Wherever the company sent them.

01:54  24  Q.   And so would you -- you and Mr. Feliciano would both arrive

01:54  25  at the same time, at 7:00 o'clock?

01:54  1   A.  Arrival time was at 7:00 a.m. -- at 7:30 a.m.; but I always

01:54  2   got there before, at 7:00 a.m.

01:54  3   Q.  Was there a particular place that the workers would first

01:54  4   go to meet?

01:54  5   A.  The company had a big storage area where the trucks went

01:54  6   in, and they parked them and then they did the loading of the

01:55  7   material.  And then they received the information, the guide

01:55  8   where they had to go.

01:55  9   Q.  Okay.  And then from there you would go to the job site?

01:55 10   A.  Yes.

01:55 11   Q.  And when you would arrive at 7:00 a.m., would you see Mr.

01:55 12   Feliciano there as well?

01:55 13   A.  Yes.  He was already there.

01:55 14   Q.  How about Mr. Milan, the other plaintiff who's present with

01:55 15   us today?  Did you work with him as well?

01:55 16   A.  Not directly.

01:55 17   Q.  Okay.  I want to ask you.  Do you know who -- the

01:55 18   plaintiff, one of the plaintiffs, Mr. Reinaldo Lamonica is?

01:56 19   A.  Yes.  He's someone who used to work at the factory.  He was

01:56 20   related to Mr. Leiva.

01:56 21   Q.  The other -- do you know the other plaintiff, Mr.

01:56 22   Lamonica's wife, Angeles Lamonica Soler?

01:56 23   A.  Yes.

01:56 24   Q.  Did they do -- they're weren't -- were they installers?

01:56 25   A.  No.  Mr. Lamonica worked at the factory.  I don't know

01:56  1   exactly what he did, and his wife worked at the office.

01:56  2   Q.  So you worked a different schedule from those plaintiffs;

01:56  3   is that correct?

01:56  4   A.  I believe so.

01:56  5   Q.  Do you know -- do you have any idea based on your

01:56  6   independent knowledge when they would start working in the

01:57  7   morning?

01:57  8          MR. KLEPPIN:  Objection, Your Honor.

01:57  9   BY MR. KELLY:

01:57  10  Q.  Can you tell the jury?

01:57  11         MR. KLEPPIN:  Objection to that.

01:57  12         THE COURT:  Sustained.

01:57  13  BY MR. KELLY:

01:57  14  Q.  When you would arrive at the location in the morning at

01:57  15  7:00 where the trucks were loaded, were the Lamonicas normally

01:57  16  in the morning?

01:57  17         MR. KLEPPIN:  Objection, Your Honor.

01:57  18         THE COURT:  Sustained.

01:57  19  BY MR. KELLY:

01:57  20  Q.  Do you know what the Lamonicas' schedules were?

01:57  21         MR. KLEPPIN:  Objection, Your Honor.

01:57  22         THE COURT:  Overruled.

01:57  23         MR. KLEPPIN:  Asked and answered, Your Honor.

01:57  24         MR. AGUIRRE:  They were there during from -- during

01:57  25  the time the company was open, and that would be I believe from

01:57   1   8:00 in the morning till 5:00 in the afternoon or 4:00 in the

01:57   2   afternoon.

01:57   3   **BY MR. KELLY:**

01:57   4   Q.  Do you know which days of the week that they worked?

01:58   5   A.  Every day I believe.

01:58   6   Q.  Were they there -- did you see them working on Saturdays as

01:58   7   well?

01:58   8   A.  No.  I don't believe so.  It's that I worked outside the

01:58   9   company.  I would go there for a while in the morning, and then

01:58   10   I would go in the afternoon when they were already closing.  So

01:58   11   I don't know whether they were there or if they were not there

01:58   12   during the time I was working outside on the weekends because

01:58   13   they were there during the week.

01:59   14   Q.  Do you -- there are two other plaintiffs that aren't here

01:59   15   today, and I just want to ask if you know who they are.  Do you

01:59   16   know who Guillermo Alborez is?

01:59   17   A.  I recognize the name, but I don't know who he is.

01:59   18   Q.  Okay.  How about the other plaintiff, Julio Alborez?

01:59   19   A.  The same.

01:59   20   Q.  Okay.  Now, with respect to Mr. Feliciano, when you --

01:59   21   would you take a break or would you take a lunch every day?

01:59   22   A.  Nobody took a break for lunch.

01:59   23   Q.  Okay.  Did you take any breaks at all, any short breaks?

01:59   24   A.  No.

02:00   25   Q.  Did you take time to eat?

02:00  1  A.  On the run.

02:00  2  Q.  Okay.  So on Mondays you and Mr. Feliciano -- what time

02:00  3  would you -- what time would you complete working, stop

02:00  4  working?

02:00  5        THE INTERPRETER:  On Monday you said?

02:00  6        MR. KELLY:  Yes.

02:00  7        MR. AGUIRRE:  That was relative because since they

02:00  8  worked doing the installation of the hurricane shutters they

02:00  9  didn't stop working until everything was finished, and that

02:01 10  could be starting at 6:00 o'clock and later, 7:00, 7:30.

02:01 11  BY MR. KELLY:

02:01 12  Q.  So 7:00 to 7:30 p.m. is when you would normally stop?

02:01 13  A.  They would stop starting at 6:00 and on.  We are talking

02:01 14  about six different groups of installing trucks, and it

02:01 15  depends.  They went home depending on when each one of them

02:01 16  finished, and then they would -- and return the truck and went

02:01 17  home.

02:01 18  Q.  I want to talk specifically about you and Mr. Feliciano.

02:02 19  On the average on Monday, what was -- can you tell us when the

02:02 20  -- tell the jury what was the earliest time you would regularly

02:02 21  stop, the earliest time.

02:02 22  A.  6:00 p.m.

02:02 23  Q.  And what about -- would you -- what was the latest that you

02:02 24  would stop working on Mondays?

02:02 25  A.  As I said it depends on the installation.  7:00, 7:30 easy.

JURY TRIAL - VOLUME I OF VI

| | | |
|---|---|---|
| 02:02 | 1 | Q.  Would you -- would -- now, you just described your hours on |
| 02:02 | 2 | Monday.  Did you work similar hours Tuesday through Friday? |
| 02:03 | 3 | A.  Yes. |
| 02:03 | 4 | Q.  Did you work on Saturdays? |
| 02:03 | 5 | A.  Yes. |
| 02:03 | 6 | Q.  And what time did you usually start on Saturday? |
| 02:03 | 7 | A.  We started at the same time.  It was a regular day. |
| 02:03 | 8 | Q.  And what about the time that you stopped on Saturdays? |
| 02:03 | 9 | A.  The same, 5:00, 6:00. |
| 02:03 | 10 | Q.  Based on the schedule that you just described is it your |
| 02:03 | 11 | testimony that Mr. Feliciano worked those same hours as you |
| 02:03 | 12 | worked? |
| 02:03 | 13 | MR. KLEPPIN:  Objection, Your Honor. |
| 02:03 | 14 | THE COURT:  Sustained.  There's no question. |
| 02:04 | 15 | BY MR. KELLY: |
| 02:04 | 16 | Q.  Did you work with -- did you work on the same crew with Mr. |
| 02:04 | 17 | Feliciano? |
| 02:04 | 18 | A.  No. |
| 02:04 | 19 | Q.  What time did he normally start in the morning? |
| 02:04 | 20 | A.  Same time.  He had to be there at 7:30. |
| 02:04 | 21 | Q.  Did you see him -- did you see him work Monday through |
| 02:04 | 22 | Saturday? |
| 02:04 | 23 | A.  Yes. |
| 02:04 | 24 | Q.  Did you normally see when he returned back to the office? |
| 02:04 | 25 | MR. KLEPPIN:  Objection, Your Honor; leading. |

JURY TRIAL - VOLUME I OF VI

02:04  1          THE COURT:  Sustained.

02:04  2    BY MR. KELLY:

02:04  3    Q.  Do you know when Mr. Feliciano would stop working?

02:04  4    A.  That's relative.  The same.

02:04  5    Q.  Could you tell the jury what -- how many hours per week

02:05  6    during your employment did you normally work, total hours in

02:05  7    one week?

02:05  8    A.  More or less 60 hours.

02:05  9    Q.  And did you ever get paid any additional money for those 20

02:05  10   extra hours over 40?

02:05  11   A.  Never.

02:05  12   Q.  Did you ever get overtime pay?

02:05  13   A.  No.

02:05  14   Q.  Are you able to testify how many hours that Mr. Feliciano

02:05  15   would normally work?

02:05  16          MR. KLEPPIN:  Objection, Your Honor.  We've been

02:06  17   through this.  He doesn't know.

02:06  18          THE COURT:  Sustained.

02:06  19   BY MR. KELLY:

02:06  20   Q.  Did you ever get a raise from the 900?

02:06  21          THE INTERPRETER:  I'm sorry?

02:06  22   BY MR. KELLY:

02:06  23   Q.  Did you ever get a raise from the $900 per week?

02:06  24   A.  No.

02:06  25   Q.  So you were always paid $900 a week no matter how many

JURY TRIAL - VOLUME I OF VI

02:06  1  hours you worked?

02:06  2        MR. KLEPPIN:  Objection, Your Honor.

02:06  3        THE COURT:  Overruled.

02:06  4        MR. AGUIRRE:  Yes.  Always.

02:06  5  BY MR. KELLY:

02:07  6  Q.  Were there holidays that you would get off?

02:07  7  A.  Yes.  We did get days off.

02:07  8  Q.  Okay.  So what -- can you give the jury just an idea so

02:07  9  that they can get an accurate idea of the holidays, which

02:07  10  holidays you took off.

02:07  11  A.  Christmas.  I don't remember.  I don't remember anymore,

02:07  12  but --

02:07  13  Q.  Did you ever get any extended vacations or was it just one

02:07  14  day for the holiday?

02:07  15  A.  No.  I requested a week once, and I got it.

02:08  16  Q.  Do you recall the weather having any effect on the hours

02:08  17  that you worked, you know, wind, rain?

02:08  18  A.  When it rained too heavily and there was lightening,

02:08  19  sometimes we stopped.

02:08  20  Q.  Did you ever stop and then take a break and then start when

02:08  21  the weather cleared up?

02:08  22        MR. KLEPPIN:  Objection.

02:08  23        THE COURT:  I'm sorry.  Let me hear the question

02:08  24  again.

02:08  25  BY MR. KELLY:

APRIL 11, 2011

02:08  1    Q.  On an instance where it would lightening or rain and you

02:08  2    had to stop working after it stopped lightening and cleared up,

02:09  3    did you then go -- start working again?

02:09  4            THE COURT:  Overruled.

02:09  5            MR. AGUIRRE:  Yes, yes.  We started working again.

02:09  6    The end of this was to finish the installation on that day.

02:09  7    BY MR. KELLY:

02:09  8    Q.  Do you ever recall on any instances where you -- because of

02:09  9    the weather you would start working and then the crew would

02:09  10   have to quit, quit for the day?

02:09  11   A.  No, no.  It always rained maximum for one hour, and then it

02:09  12   cleared again.

02:10  13   Q.  If you look over at the defendants' table today, do you

02:10  14   recognize Mr. Frank M$^c$Carroll?

02:10  15   A.  Yes.

02:10  16   Q.  And do you recognize Mr. Leiva?

02:10  17   A.  Yes.

02:10  18   Q.  And do you recognize Mr. Steve Heidelberger?

02:10  19   A.  Yes.

02:10  20   Q.  Can you recall when you first met Mr. M$^c$Carroll?

02:10  21   A.  It was here.  Yes.  Of course I do.

02:10  22   Q.  Okay.  Do you remember where it was you met Mr. M$^c$Carroll?

02:10  23   A.  At the company's office.

02:10  24   Q.  And where was that?  Do you remember where that was, the

02:10  25   office?

02:10 1  A.  In Pompano Beach.  Andrews Avenue.  That's the name of the

02:11 2  street.

02:11 3  Q.  Do you -- can you remember the month and the year that you

02:11 4  first met Mr. M<sup>c</sup>Carroll?

02:11 5  A.  Of course.  It was during the first weeks of the company.

02:11 6  Q.  And just so we're clear, when was that?

02:11 7  A.  April.

02:11 8  Q.  April of 2006?

02:11 9  A.  Yes.

02:11 10  Q.  And when you first met Mr. M<sup>c</sup>Carroll, did you talk to him

02:11 11  about the job?

02:11 12      MR. KLEPPIN:  Objection, Your Honor.

02:11 13      THE COURT:  Overruled.

02:11 14      MR. AGUIRRE:  No, no.  We didn't talk about the job.

02:11 15  BY MR. KELLY:

02:12 16  Q.  And can you -- starting in April 2006 after you first met

02:12 17  Mr. M<sup>c</sup>Carroll did you see Mr. M<sup>c</sup>Carroll at the job, at the job

02:12 18  sites?

02:12 19      MR. KLEPPIN:  Objection.

02:12 20      THE COURT:  Overruled.

02:12 21      MR. AGUIRRE:  He spent at least two to three weeks per

02:12 22  month at the company during the time the company was opened.

02:12 23  BY MR. KELLY:

02:12 24  Q.  So you're talking from April 2006 until the company closed?

02:12 25  Is that what you're saying?

02:12   1   A.   Practically.  The last two months or the last month we
02:13   2   didn't see him again.  He never came back.
02:13   3   Q.   But prior to the last few months he was there three to four
02:13   4   times?  You saw him there two to three weeks per month?
02:13   5   A.   Yes.
02:13   6   Q.   Did you see what he was doing?
02:13   7   A.   What he did at the company?
02:13   8   Q.   Yes.  Did you witness -- can you tell the jury what you saw
02:13   9   him doing?
02:13   10   A.   Well, what he did, many times he sent people out with the
02:13   11   orders.  He worked with the orders.  He also supervised the
02:13   12   jobs that had been completed, the ones that were in process
02:14   13   like the buildings in Fort Lauderdale.  He also purchased tools
02:14   14   for the units, for the trucks.  That's about it.
02:14   15   Q.   Now, how about Mr. Heidelberger?  Do you recall when you
02:14   16   first met him?
02:14   17   A.   Not exactly because he didn't start with us.  I met him
02:14   18   later on, about two to three months later.  I didn't say he
02:14   19   didn't start.  I said I met him two to three months later.
02:15   20   Q.   After you first saw Mr. Heidelberger, can you tell the jury
02:15   21   how often you saw him at the place of business?
02:15   22   A.   A week a month.
02:15   23   Q.   One week per month?
02:15   24   A.   Yes.  One week per month.
02:15   25   Q.   Did you -- were you able to observe what he was doing, Mr.

02:15  1   Heidelberger, when he was there during those periods?

02:15  2   A.  He was in the office.  What he did I really never knew.

02:16  3   Q.  Did you ever speak to Mr. Heidelberger, ever have a meeting

02:16  4   with him?

02:16  5   A.  Yes.  Once we had a meeting with him, and they tried to

02:16  6   make a proposition to us about fixing this money problem saying

02:16  7   that they were going to take care of it during the month that

02:16  8   we were going to be working; that they were going to pay us

02:16  9   during the month the money that was missing.  Mr. Frank was

02:17  10  there, and Mr. Steve was there.

02:17  11  Q.  So when you say "they," you meant Steve Heidelberger and

02:17  12  Mr. M^cCarroll?

02:17  13  A.  Yes.

02:17  14  Q.  What was the money problem?

02:17  15  A.  That they were not paying us the salaries because there was

02:17  16  no money.  I don't know why there was no money.

02:17  17  Q.  And did they give you an explanation, Mr. M^cCarroll or Mr.

02:17  18  Heidelberger?

02:17  19  A.  Not personally to me, but they did say they were going to

02:17  20  take care of the problem.

02:17  21  Q.  And did they fix the problem?

02:18  22  A.  No.

02:18  23  Q.  Did you think about leaving the company?

02:18  24       MR. KLEPPIN:  Objection; leading.

02:18  25       THE COURT:  Sustained.

02:18  1  **BY MR. KELLY:**

02:18  2  Q.  Did you rely on the statements that were made by Mr.

02:18  3  Heidelberger and Mr. M^cCarroll about fixing the money problem?

02:18  4         MR. KLEPPIN:  Objection.

02:18  5         THE COURT:  Sustained.

02:18  6  **BY MR. KELLY:**

02:19  7  Q.  Are there any more -- anything else you can tell us about

02:19  8  Mr. Heidelberger and Mr. M^cCarroll regarding the money issue

02:19  9  you just discussed?

02:19 10  A.  No, no.  That's it.

02:19 11         MR. KELLY:  I think that's all I have for now, Your

02:19 12  Honor.

02:19 13         THE COURT:  Cross-examine.

02:19 14                    **CROSS-EXAMINATION**

02:19 15  **BY MR. KLEPPIN:**

02:20 16  Q.  Good afternoon.

02:20 17  A.  Good afternoon.

02:20 18  Q.  Now, you filed your own court case against Safe Hurricane

02:20 19  Shutters and Ed Leiva; isn't that right?

02:20 20  A.  Yes.

02:20 21  Q.  And you were deposed in that case in about April of 2009?

02:20 22  Do you remember that?

02:20 23  A.  Yes.

02:20 24  Q.  And at that deposition you didn't need an interpreter, did

02:20 25  you?

JURY TRIAL - VOLUME I OF VI

02:20  1  A.  No.

02:20  2  Q.  Now, with respect --

02:20  3  A.  At the same time I didn't understand what you were telling

02:21  4  me very well.

02:21  5  Q.  I didn't take your deposition, number one.

02:21  6  A.  No.  It wasn't you.

02:21  7  Q.  I have your whole deposition right here.  You never asked

02:21  8  one time in this deposition, Can you restate the question.  I'm

02:21  9  not communicating effectively with you.  Did you?

02:21  10  A.  Yes.

02:21  11  Q.  Now, you started to work for Safe Hurricane Shutters.  That

02:21  12  company became operational May 1st of 2006, correct?

02:21  13  A.  I don't know exactly.

02:21  14        MR. KLEPPIN:  May I approach the witness, Your Honor?

02:21  15        THE COURT:  Yes, sir.

02:21  16  BY MR. KLEPPIN:

02:22  17  Q.  Could you -- I've got your deposition on page 6; and you

02:22  18  said you remembered giving that on April 23rd, 2009, correct?

02:22  19  A.  I don't remember exactly what it was.

02:22  20  Q.  Well, take a look at the second page.  Don't take my word

02:22  21  for it.  It will say April 23rd, 2009.

02:22  22  A.  Okay.

02:22  23  Q.  Do you agree?  You were sworn to tell the truth, correct?

02:23  24  A.  Yes, yes.

02:23  25  Q.  You see on line 6, page 12, on page -- line 8 you were --

APRIL 11, 2011

02:23 1   on page 6, line 8 you were -- I'm sorry.  Page 6, line 6 you

02:23 2   were asked, Okay.  What hurricane company did you work for?

02:23 3   And then you're asked when the company started.  And then did

02:23 4   you see on line 12:  Question, How long did you work there?

02:23 5   Answer, Since they started.  Question, When would that be?

02:23 6   Answer, around May 1st.  About.  Question, What year?  Answer,

02:23 7   2006.

02:24 8            That is what you said in your deposition, correct?

02:24 9   A.  Okay.

02:24 10  Q.  You agree with me that's what you said in your deposition?

02:24 11  A.  Yes.

02:24 12  Q.  Now, you did construction work in New York in 2005 and

02:24 13  early 2006, correct?

02:24 14  A.  Yes.

02:24 15  Q.  You did handyman work, right?

02:24 16  A.  Yes.

02:24 17  Q.  You worked on a building that Ed Leiva was involved in

02:24 18  managing or had some ownership interest in, correct?

02:24 19  A.  Yes.

02:25 20  Q.  And a man by the name of Rolando Ibacache, he worked with

02:25 21  you?

02:25 22  A.  Yes.

02:25 23  Q.  Now, you actually -- you rented -- you were a tenant in the

02:25 24  building that Mr. Leiva had an interest in in New York; is that

02:25 25  true?

JURY TRIAL - VOLUME I OF VI

02:25  1    A.   Yes.

02:25  2    Q.   And this was a number of months that you worked for Mr.

02:25  3    Leiva up in New York; isn't that true?

02:25  4    A.   Yes.

02:25  5    Q.   And then one day Mr. Leiva came and offered you the job in

02:25  6    Miami to work for Safe Hurricane Shutters, correct?

02:25  7    A.   Yes.

02:25  8    Q.   He said that he was going to open up a company down in

02:25  9    south Florida?

02:25  10   A.   Yes.

02:26  11   Q.   And you accepted the offer of employment, correct?

02:26  12   A.   Yes, yes.

02:26  13   Q.   And that's because you knew that Mr. Leiva paid you fairly?

02:26  14   A.   Yes.

02:26  15   Q.   You had no problems with how Mr. Leiva paid you while --

02:26  16   when you worked with him in New York, correct?

02:26  17   A.   No.  No problem.

02:26  18   Q.   And you knew he was an honest man.  That's why you came

02:26  19   down here to Florida and accepted the job, correct?

02:26  20   A.   Yes.

02:26  21   Q.   And your opening salary initially $900 a week, correct?

02:27  22   A.   No.

02:27  23   Q.   That's not correct?

02:27  24   A.   No, it is not correct.

02:27  25   Q.   He didn't offer you $900?

JURY TRIAL - VOLUME I OF VI

02:27  1    A.  Once we worked at the company at Hurricane Shutters.

02:27  2    Q.  Okay.  Did he offer you $900 when you started or not?

02:27  3    A.  I don't recall.

02:27  4    Q.  Do you remember if you started at $700 a week?

02:27  5    A.  That was for the construction we did at the office.

02:27  6    Q.  Okay.  Was it $900 for the construction you did at the

02:27  7    office or $700 a week?  Was that what he paid you for the

02:28  8    construction at the office?  Just which is that?

02:28  9    A.  700 for the construction.

02:28  10   Q.  Okay.  And then 900 once you started with the hurricane

02:28  11   company, correct?

02:28  12   A.  Yes.  Practically.

02:28  13   Q.  So that was your weekly salary once -- starting May 1st,

02:28  14   2006, once the hurricane company started, correct?

02:28  15   A.  Yes.

02:28  16   Q.  He never mentioned anything about any partners or anything

02:28  17   like that, correct?

02:28  18   A.  Yes.  From the beginning.

02:28  19   Q.  And he was the person who put these teams or crews

02:28  20   together, correct?

02:28  21   A.  Yes.

02:28  22   Q.  And he hired all these installers, correct?

02:29  23   A.  Yes.

02:29  24   Q.  He hired you?

02:29  25   A.  Yes.

02:29  1   Q.  And you didn't meet any of these partners at all in New

02:29  2   York; isn't that true?

02:29  3   A.  No, not in New York.  I worked for him personally.  Not for

02:29  4   the other people.  Even when I got here.

02:29  5   Q.  Yes.  You worked for Mr. Leiva, correct?

02:29  6   A.  In the construction of the office premises.

02:29  7   Q.  Now, with respect to Mr. Ibacache would it be fair to say

02:29  8   he was your assistant in New York?

02:30  9   A.  He worked with me.  He was not my assistant, but he worked

02:30 10   with me.

02:30 11   Q.  Would it be fair to say he assisted you on the work that

02:30 12   you were doing for Mr. Leiva?

02:30 13   A.  No.  I did sheet work and he did painting.

02:30 14   Q.  With respect to your relationship with Mr. Ibacache, is it

02:30 15   true that Mr. Leiva would pay you; and then from that you would

02:30 16   pay whatever Mr. Ibacache might be owed?

02:31 17   A.  I gave him his money, yes.

02:31 18   Q.  So it was sort of like Mr. Ibacache was really working for

02:31 19   you on projects that you were working for Mr. Leiva on?

02:31 20   A.  No.  He would ask for me the money he wanted to make, and

02:31 21   that's what I was paying him.

02:31 22   Q.  Now, with respect to your lawsuit that you filed against

02:31 23   Mr. Leiva and Safe Hurricane Shutters you did not sue Steve

02:31 24   Heidelberger and Frank M$^c$Carroll initially; isn't that true?

02:32 25   A.  My attorney has that information.

02:32  1    Q.  If I showed you the complaint, would that refresh your

02:32  2    recollection as to who's in the caption as to who you sued,

02:32  3    sir?

02:32  4    A.  Okay.

02:32  5        MR. KLEPPIN:  May I approach, Your Honor?

02:32  6        THE COURT:  Yes, sir.

02:32  7        MR. AGUIRRE:  Okay.  Yeah.  It was just him.

02:32  8    BY MR. KLEPPIN:

02:32  9    Q.  When you say "it was just him," in other words, the initial

02:32 10    lawsuit named Safe Hurricane Shutters, Inc. and Ed Leiva as

02:32 11    defendants, correct, only?

02:32 12    A.  The company.

02:32 13    Q.  Yes.  In other words initially -- do you remember there

02:33 14    being a time when you amended your lawsuit to add Steve

02:33 15    Heidelberger and Frank M$^c$Carroll?

02:33 16    A.  If I remember when it was?

02:33 17    Q.  Do you remember -- let me ask you this question:  Isn't it

02:33 18    true that you only sued Mr. Leiva originally because he was the

02:33 19    guy that there was there in the business running it day to day?

02:33 20    A.  Yes, yes.

02:33 21    Q.  And you acknowledge then Mr. M$^c$Carroll wasn't there every

02:33 22    day with day-to-day control of the business, correct?

02:34 23    A.  Not daily.  But he spent also two to three weeks at the

02:34 24    company, and he supervised everything.

02:34 25        MR. KLEPPIN:  May I approach the witness, Your Honor?

02:34  1      **THE COURT:**  Yes, sir.

02:34  2  **BY MR. KLEPPIN:**

02:34  3  Q.  May 22 of your deposition, Mr. Aguirre, line 11, you're

02:34  4  asked, But the initial lawsuit was filed before after you guys

02:34  5  had left why, didn't you have them in the original lawsuit,

02:34  6  meaning Heidelberger and M$^c$Carroll.  Answer, I believe because

02:34  7  we used to actually talk or whatever with Mr. Leiva.  He was

02:35  8  actually the head of what it was there, and actually we speak

02:35  9  more to Mr. Leiva; but Mr. M$^c$Carroll, Francis M$^c$Carroll, he was

02:35  10  there also.

02:35  11      Did I say -- did I read into the record accurately

02:35  12  your former testimony from your deposition?

02:36  13  A.  Yes.  That is true.

02:36  14  Q.  So Mr. Leiva was running it every day.  Mr. M$^c$Carroll was

02:36  15  just there.  That's why he wasn't in the original lawsuit as a

02:36  16  party; isn't that true?

02:36  17      **MR. KELLY:**  Objection; mischaracterization, legal

02:36  18  conclusion.

02:36  19      **THE COURT:**  Overruled.

02:36  20      **MR. AGUIRRE:**  He was there.  He was there.  Many times

02:36  21  he gave me jobs that needed to be done, and he gave these

02:36  22  instructions to the people in the trucks.  Now, the person who

02:36  23  always was up front was Mr. Leiva.

02:36  24  Q.  Mr. M$^c$Carroll wasn't there enough and involved enough for

02:37  25  you to have sued him originally; isn't that true?

02:37  1    A.   Originally we dealt more with Mr. Leiva than with Mr.

02:37  2    M<sup>c</sup>Carroll, but many times he gave me work to do.

02:37  3    Q.   Is the answer to that question yes with that explanation?

02:37  4    A.   The one in the book?

02:37  5    Q.   No.  I just asked you a certain question, and you didn't

02:37  6    say yes or no.  You gave that explanation.

02:37  7    A.   He was also there.

02:37  8    Q.   Is the answer to the question, though, yes with the

02:38  9    explanation you gave or is it no with the explanation you gave?

02:38 10    A.   Yes, with the explanation I gave.  He was there.

02:38 11    Q.   Now, conspicuously absent from your answer in your

02:38 12    deposition that we read in is any mention of Steve

02:38 13    Heidelberger; isn't that true?

02:38 14    A.   No.  He was more concerned about the office.  He spent more

02:38 15    time in the office.

02:38 16    Q.   The question is in your answer when you're asked, Why

02:38 17    didn't you sue Heidelberger and M<sup>c</sup>Carroll initially, you said,

02:38 18    Well, Leiva was really running it.  That's why.  Mr. M<sup>c</sup>Carroll,

02:38 19    he was there too.

02:38 20         There was no mention in that answer, none, of Steve

02:39 21    Heidelberger; isn't that true?

02:39 22    A.   Okay.  I didn't mention him because I don't know.  Maybe

02:39 23    too rushed.

02:39 24    Q.   Is the answer yes with that explanation?  You were in a

02:39 25    rush?

02:39   1   A.   Because that's the way it was done.  I don't know how it

02:39   2   was done like that.

02:39   3   Q.   Neither M^cCarroll nor Heidelberger had anything to do with

02:40   4   you being hired by Safe Hurricane Shutters, correct?

02:40   5   A.   I believe that if Mr. Steve or Mr. Frank at a certain point

02:40   6   wouldn't have wanted me to work for them, they would have fired

02:40   7   me.

02:40   8   Q.   That's just what you believe.  You don't know one way or

02:40   9   the other; isn't that true?

02:40   10   A.   It's logical.

02:40   11   Q.   It's logical because Steve Heidelberger is a minority owner

02:40   12   of the company?

02:40   13   A.   I don't know how the company is divided.

02:40   14   Q.   So you have no idea what Mr. Heidelberger's ownership

02:41   15   interest in the company is, do you?

02:41   16   A.   Not exactly.

02:41   17   Q.   You have no idea what Mr. McCarroll's ownership interest in

02:41   18   the company was, correct?

02:41   19   A.   I believe that it was enough for him to spend two to three

02:41   20   weeks with us.

02:41   21   Q.   The question was you don't know what ownership interest he

02:41   22   has.  You have no idea?

02:41   23   A.   No.

02:41   24   Q.   He didn't have a job title, correct?

02:41   25   A.   He supervised the people.  He gave orders to the people to

02:42  1   go out and work.  Many times he supervised.  I don't know up to

02:42  2   what degree.

02:42  3   Q.  He didn't have a job title was the question; isn't that

02:42  4   true?

02:42  5   A.  I don't know.

02:42  6   Q.  Now, you have volunteered on numerous times when I've

02:42  7   questioned you and Mr. Kelly elicited from you that Mr.

02:42  8   M^cCarroll was at Safe Hurricane Shutters two to three weeks

02:42  9   every month; isn't that true?  I've heard that at least half a

02:42 10   dozen times.

02:43 11   A.  Uh-huh (affirmative).

02:43 12   Q.  Is that a yes for the record?

02:43 13   A.  Sorry.  Yes.

02:43 14   Q.  Could you turn to page 46, please, of your deposition.  Do

02:43 15   you see on line 16 I asked you, Question, Mr. M^cCarroll -- I'm

02:43 16   sorry.  Lloyd Glasser, my partner, asked you, Question, Mr.

02:43 17   M^cCarroll, he wasn't there as much as Leiva?  Answer, Out of

02:43 18   the month, he will be there two weeks.

02:43 19   A.  Yes.

02:43 20   Q.  Did I read your testimony into the record accurately?

02:44 21   A.  Yes, yes.

02:44 22   Q.  So it's half the time or less Mr. M^cCarroll was there;

02:44 23   isn't that true?

02:44 24   A.  It is not half of whatever you said.  It's one-third of the

02:44 25   time.  There were weeks when he spent there more time.  That

02:44  1  was normal.  That was normal.  Two to three weeks.  I cannot

02:44  2  tell you exactly during the year and a half.

02:44  3  Q.  Okay.  So now it's two to three weeks?  You're going to

02:44  4  stick with two to three to get him there, that extra week and a

02:45  5  month?

02:45  6  A.  I'm going to maintain what I said.  That is not exact.  It

02:45  7  wasn't exactly three weeks.  It was a minimum two weeks.

02:45  8  Q.  How about -- okay.  Not what you said in your deposition

02:45  9  when you had the opportunity on April 23rd, 2009, though, is it?

02:45  10  A.  To me it sounds the same.

02:45  11  Q.  Now, you had speculated a moment ago that, oh, Mr. Leiva,

02:45  12  he would need to get Mr. Heidelberger McCarroll's approval to

02:45  13  hire people I think.  Do you remember saying that?

02:46  14  A.  I don't know about that.

02:46  15  Q.  Okay.  Do you remember the sailing trip that Mr. M$^c$Carroll

02:46  16  took where he was out on a sailboat for four to five weeks and

02:46  17  he was halfway around the world and nowhere near Safe Hurricane

02:46  18  Shutters that whole period of time?

02:46  19  A.  I didn't know that he was out for such a long time.

02:46  20  Q.  You don't remember there being a big period of time there

02:46  21  where you didn't see Mr. M$^c$Carroll?

02:46  22  A.  No, no.  I don't remember that.

02:46  23  Q.  Could that have happened and you just don't recall?

02:46  24  A.  It's possible because I arrived early at 7:00 or 7:30 a.m.,

02:47  25  and I arrived later on at 6 p.m.  If he was there or if he was

02:47 1  not there at a certain point.

02:47 2  Q.  So there's periods of time then because you got in so early

02:47 3  and you left so late Mr. M<sup>c</sup>Carroll could have been there a

02:47 4  whole bunch of days.  You just don't know.  You didn't see him

02:47 5  because your hours -- the way your hours worked?

02:47 6  A.  It is possible.

02:47 7  Q.  I have in my notes that you had said on direct that the

02:47 8  last months of the company there were these money troubles and

02:48 9  other things.  You never saw Mr. M<sup>c</sup>Carroll again.  Did you tell

02:48 10  Mr. Kelly that a few minutes ago?

02:48 11  A.  Yes.  I said so.

02:48 12  Q.  How many months were those last months?  Is it four?  Is it

02:48 13  three, two?

02:48 14  A.  I would say three weeks to a month.

02:48 15  Q.  Well, you said months, plural, so we know it's at least two

02:48 16  months.  And I'm wondering is it two, three, four, five?  Where

02:48 17  does it stop?  That's the question.

02:49 18  A.  I don't remember exactly.  It was three years ago.

02:49 19  Q.  So you can't give us any better description then.  It was

02:49 20  just months.  Those last months you never saw him again.  And

02:49 21  however many months that was, you can't be any more specific

02:49 22  than that is what I think I hear you saying, correct?

02:49 23  A.  One month.

02:49 24  Q.  Okay.  So we're going the other direction.  It's now, He

02:49 25  was just gone for one month.  You're changing your testimony

02:49  1    where you said before it was the last months.  Now, it's just

02:49  2    the last month.  Is that what you're telling us now?

02:50  3    A.  It is that.  Exactly it is from the last week in August to

02:50  4    the first weeks of September.  It goes from -- it covers two

02:50  5    months.  But if you measure the time, it is like one month.

02:50  6    Q.  Do you remember in your lawsuit your lawyer added Steve

02:50  7    Heidelberger and Frank M$^c$Carroll as party defendants that

02:50  8    you're now suing?

02:50  9    A.  Yes.

02:50  10   Q.  And do you remember giving an affidavit in support of

02:50  11   adding them as party defendants to your suit?

02:50  12   A.  I don't remember having done that.

02:51  13   Q.  Obviously if that's something I showed -- if I were to show

02:51  14   you, wouldn't that refresh your recollection?

02:51  15   A.  Of course it will.

02:51  16   Q.  Okay.  And just before I walk up there and do that, isn't

02:51  17   it true that Mr. Heidelberger -- you only remember seeing him

02:51  18   at Safe Hurricane Shutters at most once a month for a couple of

02:51  19   days?

02:51  20   A.  Yes.

02:51  21   Q.  Have you had an opportunity to review the affidavit of

02:52  22   Yerko Aguirre signed on March 10th, 2009, in your lawsuit?

02:52  23   A.  Yes, yes.

02:52  24   Q.  Does this refresh your recollection that you gave an

02:52  25   affidavit, sir, to add Mr. Heidelberger and Mr. M$^c$Carroll to

02:52  1     the suit?

02:52  2     A.   Yes.

02:52  3     Q.   Could you take a look at Paragraph 4 for me, please.  Do

02:52  4     you see where it states --

02:52  5          THE INTERPRETER:   The interpreter needs to read this

02:52  6     to the witness.

02:52  7          MR. KLEPPIN:   I just direct his attention, Your Honor,

02:52  8     to a word that's in the middle of a paragraph.  It would be

02:52  9     easier if I would just walk up there.

02:52 10          THE COURT:   Yeah.  Go ahead.

02:52 11          MR. KLEPPIN:   Can I have continuing permission to

02:52 12     approach, Your Honor?

02:52 13          THE COURT:   Yes.  Go ahead.

02:53 14          MR. AGUIRRE:   During, yes.

02:53 15     BY MR. KLEPPIN:

02:53 16     Q.   During my employment Steve Heidelberger gave me

02:53 17     instructions, and I saw him at least one time per month.  Did I

02:53 18     read that statement into the record accurately?

02:53 19     A.   Yes, you did.

02:53 20     Q.   The next sentence is, However, near the end of my

02:53 21     employment Steve Heidelberger was present more frequently and

02:53 22     was present on job sites to receive business issues.

02:54 23     A.   Okay.

02:54 24     Q.   Did I read that statement into the record accurately?

02:54 25     A.   Yes.

02:54    1    Q.   Because when I just asked you a minute ago how often you

02:54    2    saw Steve Heidelberger, you readily admitted it was just once a

02:54    3    month.   But in your affidavit --

02:54    4    A.   What I said here.

02:54    5    Q.   But in your affidavit it's at least one time a month, and

02:54    6    then he was there a lot more frequently towards the end.   Very

02:54    7    different, isn't it?

02:54    8    A.   Where does it say here it was at the end?

02:54    9         THE INTERPRETER:   The interpreter needs to read this

02:55   10    to the witness.

02:55   11         MR. AGUIRRE:   Yes, he did that once.   Yes.

02:55   12    BY MR. KLEPPIN:

02:55   13    Q.   Then on Paragraph 5 I want to direct your attention where

02:55   14    you're talking about Frank M$^c$Carroll.   And it states, During my

02:55   15    employment Francis M$^c$Carroll gave me instructions often and was

02:55   16    almost always present.   That's what you said in your affidavit;

02:56   17    isn't that true?

02:56   18    A.   Yes, yes.

02:56   19    Q.   Could you look at Paragraph 7, please.   Paragraph 7 states,

02:56   20    Along with Edward Leiva both Steve Heidelberger and Francis

02:56   21    M$^c$Carroll made sure I had enough experience to work and to

02:56   22    ensure I had the necessary skills for the job.   Did I read that

02:56   23    paragraph from your affidavit into the record accurately?

02:56   24    A.   Yes.

02:56   25    Q.   And as we've already been through, you remember that those

APRIL 11, 2011

02:57 1  gentlemen didn't have anything to do with you being hired.  Mr.

02:57 2  Leiva hired you back from New York because he knew you, and you

02:57 3  came down here and hadn't even met them, Heidelberger and

02:57 4  M<sup>c</sup>Carroll; isn't that true?

02:57 5  A.  Yes, it is true.

02:57 6        THE COURT:  Okay.

02:57 7        MR. AGUIRRE:  But I don't know whether he was

02:57 8  consulting with them if he could hire me or not.

02:57 9        THE COURT:  Okay.  Let's stop right there.  As I told

02:57 10 you this morning, Ladies and Gentlemen, we're going to recess

02:57 11 today at 3:00 o'clock.  And you will be excused now until

02:57 12 tomorrow morning at 9:00 a.m.  If you'd report back to the jury

02:57 13 room tomorrow morning at 9:00 o'clock, we'll continue the

02:57 14 cross-examination of Mr. Aguirre.  I will again remind you not

02:57 15 to discuss the case among yourselves or with anyone else nor

02:58 16 permit it to be discussed in your presence.  And further --

02:58 17 yes, sir?

02:58 18        MR. KELLY:  I'm sorry, Your Honor.  But Mr. Kleppin is

02:58 19 aware as well.  He's leaving for Virginia.  I think he can tell

02:58 20 you, but he's leaving.  He was here for a short window of time.

02:58 21 I don't know if he can come later in the week or not, but today

02:58 22 was just a short window of time that he has to testify.  He's

02:58 23 leaving the state this evening.

02:58 24        MR. KLEPPIN:  I have no objection to taking him out of

02:58 25 turn or having him come back later in the week.  It doesn't

02:58   1   have to resume tomorrow morning if he has something very

02:58   2   important in his life.  We don't object to that.  I would

02:58   3   rather not.  I'd rather complete him in the morning.

02:58   4           THE COURT:  I understand.

02:58   5           MR. KLEPPIN:  But I will accommodate the witness in

02:58   6   that regard, Your Honor.

02:58   7           MR. LEIVA:  I would like to --

02:58   8           MR. KELLY:  I'd like to ask him when he can actually

02:58   9   come back when it's physically possible 'cause I'm not really

02:58  10   sure about that.

02:58  11           THE COURT:  Okay.  Ask him.

02:58  12           MR. KELLY:  Mr. Aguirre, are you leaving to go out of

02:58  13   state today?

02:58  14           MR. AGUIRRE:  Yes.

02:58  15           MR. KELLY:  Is there any way that you can guarantee

02:58  16   the Court under normal circumstances you could come back

02:59  17   sometime later in the week to testify?

02:59  18           MR. AGUIRRE:  I will be back on Saturday.

02:59  19           MR. LEIVA:  No.  Well, as far as I'm concerned, I need

02:59  20   a chance to cross-examine.

02:59  21           THE COURT:  I understand.  But just stay calm.  Go

02:59  22   ahead.

02:59  23           MR. KLEPPIN:  Is there any way whatever your business

02:59  24   is up in Virginia that you can either postpone it a day and can

02:59  25   we finish your examination first thing in the morning and get

02:59  1    you up there or can you come back a little early on Friday,

02:59  2    perhaps Friday morning, and can we finish you up then or for

03:00  3    that matter any time Friday.  I just need an hour and a half

03:00  4    before 3:30.

03:00  5            MR. AGUIRRE:  I can't do it because I have that job

03:00  6    scheduled.  I've had it for two weeks.  I have it scheduled for

03:00  7    two weeks already.

03:00  8            THE COURT:  Okay.  Go ahead.  Come back tomorrow

03:00  9    morning at 9:00 o'clock.  And also you should refrain from

03:00  10   reading anything about this case if it should appear in the

03:00  11   newspaper.  And you should further refrain from trying to

03:00  12   research the case or finding anything else about the case on

03:00  13   the internet.  That's a recurring problem.  Jurors now go out

03:00  14   and the first thing they do when they go home is go to Facebook

03:00  15   and see if they can read anything about this.  Please do not do

03:00  16   that because it's important that your verdict in this case be

03:00  17   based upon what you hear in the courtroom and not someplace

03:00  18   else because the parties have the right to hear everything

03:01  19   that's being said.  So thank you for your patience and your

03:01  20   attention, and you are excused until tomorrow morning at 9:00

03:01  21   o'clock.  Please come back.  And don't forget that tomorrow

03:01  22   we're going to recess at 1:00.  So we're going to go from 9:00,

03:01  23   take a brief recess halfway through the morning, and then quit

03:01  24   for the day at 1:00.  So have a pleasant event.

03:01  25           THE MARSHALL:  All rise for the jury.

APRIL 11, 2011

03:01   1        THE COURT:  You can take the jury out.

03:01   2     **(Jury Out)**

03:01   3        THE COURT:  All right.  So what are we going to do?

03:01   4        MR. KLEPPIN:  Well, first of all, can Mr. Heidelberger

03:01   5  be immediately excused to go to his appointment, Your Honor?

03:01   6        THE COURT:  Oh, yes, Mr. Heidelberger.  Absolutely.

03:01   7  Please.

03:01   8        MR. KLEPPIN:  Thank you.

03:01   9        THE COURT:  Good luck.

03:01  10        MR. HEIDELBERGER:  Thank you.

03:01  11        THE COURT:  All right.

03:01  12        MR. KLEPPIN:  Here's what happened, Your Honor:  I

03:01  13  asked Mr. Kelly the other day on Friday what his order of

03:01  14  witnesses was going to be, and he said he's going to call

03:02  15  M^cCarroll, Heidelberger, and Leiva first.  And then he let me

03:02  16  know today that he's going to call Yerko Aguirre.  And, of

03:02  17  course, he said it's because he found out Mr. Aguirre has a

03:02  18  scheduling thing.

03:02  19        And I said that's fine.  I have no problem with that

03:02  20  at all.  Call him first.  Let's try to finish him, you know.

03:02  21  And I -- you know, we have tried.  We weren't able to finish

03:02  22  him.  I have what I would characterize as very, very important

03:02  23  testimony yet to go.  I've certainly scratched the surface; but

03:02  24  I have some things that I really need to ask him about his

03:02  25  testimony in this case.  And it's been -- it's significant what

03:02  1  he has said on direct, and I need to rebut that as I'm sure you

03:02  2  know.  And I have no problem accommodating this man as best I

03:02  3  can.  I really would like to finish him first thing in the

03:02  4  morning; but, you know, I understand if it is until later in

03:02  5  the week, that's okay.  On behalf of the defendants, I'm not

03:03  6  going to object to that; but it just can't be, Well, you know

03:03  7  --

03:03  8          THE COURT:  Well, you have to finish your

03:03  9  cross-examination.  It's as simple as that.

03:03  10         MR. KLEPPIN:  Right.  And I would rather not have the

03:03  11 case bleed into next week and this kind of thing.  Although if

03:03  12 it does, I would just ask that we could somehow finish this up

03:03  13 very first thing Monday morning.  I don't know that the case is

03:03  14 even going to go continuously through there.  I suspect it's

03:03  15 going to end Thursday sometime or Friday morning at the latest.

03:03  16 We'll probably have a gap of a half a day or a day where there

03:03  17 won't be anything going on until he can finish Monday.  I have

03:03  18 no objection to that either.

03:03  19         THE COURT:  Can we get him back Monday?

03:03  20         MR. KLEPPIN:  Sir, can you come back first thing

03:03  21 Monday at 9:00 o'clock to resume your testimony?

03:03  22         MR. AGUIRRE:  Yes, I can be here.

03:03  23         MR. KLEPPIN:  The defense has no objection to that

03:03  24 under the circumstances.  It's not that we prefer that.

03:03  25         THE COURT:  All right.  What we will do is we will --

03:03  1  don't fall down.  We will postpone or we will continue the

03:04  2  cross-examination of this witness until Monday.  However,

03:04  3  understand that if he doesn't come here on Monday, we're going

03:04  4  to have a mistrial because we can't go unless we finish the

03:04  5  cross-examination.

03:04  6       MR. KLEPPIN:  I understand.

03:04  7       MR. LEIVA:  What is not fair to me is that I'm not a

03:04  8  lawyer.  And just like him, I'm a limo driver.  I used to have

03:04  9  company.  I depend on my income.  I make about a hundred

03:04  10  dollars a day, maybe 150 a day.  And I've got to pay my bills.

03:04  11  I'm a limo driver.  I'm not a lawyer.  I'm not a -- I wish I

03:04  12  was in his shoes even though at one point I was up there.  You

03:04  13  know, I'm not.  So for me it presents a problem when the longer

03:04  14  you get, the more income I lose; and I don't make much.

03:04  15       THE COURT:  I understand.

03:04  16       MR. LEIVA:  You know, and I would like to talk to him.

03:05  17  I'm dying to.

03:05  18       MR. KLEPPIN:  Mr. Kelly actually represents Mr.

03:05  19  Aguirre, Your Honor, in this other case.  And I would certainly

03:05  20  trust Mr. Kelly since there's an attorney/client relationship

03:05  21  there to assure Mr. Aguirre's presence here Monday morning.

03:05  22  Can't we agree on that, Mr. Kelly?

03:05  23       MR. KELLY:  What I would like to do right now that we

03:05  24  have Mr. Aguirre here is just to be sure that -- I want it on

03:05  25  the record.  I know he's my client.  But I want him to be clear

03:05  1   that if he's saying that he's going to be here on Monday and he

03:05  2   doesn't show up, that this whole trial is going to get thrown

03:05  3   out and we're going to have to re-try it again.  And I don't

03:05  4   want him to --

03:05  5          THE COURT:  That's exactly right.

03:05  6          MR. KELLY:  I don't want him to agree to anything, you

03:05  7   know, without him knowing that.  All right.

03:05  8          MR. AGUIRRE:  I'll be here.

03:05  9          MR. KLEPPIN:  Okay.

03:05 10          MR. LEIVA:  Also, Mr. Aguirre, I've been communicating

03:06 11   with you in English for, what, five/six years and we never had

03:06 12   a problem with English.  And I wish -- I think you'd speak

03:06 13   better if it'd be in English.

03:06 14          THE COURT:  But what are you asking?

03:06 15          MR. LEIVA:  I don't want a translator.  I want to

03:06 16   speak to him in English the way I've done it for six, seven,

03:06 17   eight years already.

03:06 18          THE COURT:  Well, let me tell you -- explain something

03:06 19   to you --

03:06 20          MR. LEIVA:  Please do, Your Honor.

03:06 21          THE COURT:  -- Mr. Leiva.  You know who runs this

03:06 22   court?

03:06 23          MR. LEIVA:  Your Honor do.  Of course.

03:06 24          THE COURT:  Please understand that.

03:06 25          MR. LEIVA:  But I'm asking you if it's possible to

03:06  1   communicate with him the same way I've done it for so many

03:06  2   years.  And he speaks perfect English, really well.

03:06  3        THE COURT:  Well, you can ask him those questions when

03:06  4   you get to cross-examination.

03:06  5        MR. LEIVA:  Oh, Your Honor.  Thank you very much, sir.

03:06  6        THE COURT:  But if he wishes to use an interpreter,

03:06  7   he's perfectly entitled to do that.

03:06  8        MR. LEIVA:  Oh, so obviously he must have lost some of

03:06  9   his skills over this time.  Okay.  Appreciate it, Your Honor.

03:06  10       THE COURT:  Okay.  All right.  Who will be your next

03:07  11  witness, Mr. Kelly?

03:07  12       MR. KELLY:  I will call Mr. M$^c$Carroll tomorrow.

03:07  13       THE COURT:  Okay.  So we'll be in recess until

03:07  14  tomorrow morning at 9:00 o'clock.  At that time we'll hear from

03:07  15  Mr. M$^c$Carroll.  And then we'll proceed from there, and we'll go

03:07  16  straight through and we'll recess at 1:00.

03:07  17       MR. KLEPPIN:  Thank you, Your Honor.

03:07  18       THE COURT:  Okay.  Court's in recess then until 9:00

03:07  19  a.m.

03:07  20       MR. KELLY:  Thank you.

03:07  21       THE COURT:  And we will -- the record should reflect

03:07  22  that we will continue the cross-examination of Mr. Aguirre

03:07  23  until Monday understanding that if he doesn't come back on

03:07  24  Monday, I'm going to declare a mistrial in this case because

03:07  25  that will the deprive the defendants of their right to

APRIL 11, 2011

03:07  1  cross-examine this witness.  Does everybody understand that?

03:07  2          MR. KELLY:  Yes, Your Honor.

03:07  3          THE COURT:  And we will have to start all over again.

03:07  4          MR. KLEPPIN:  Well, I would hope, though, Your Honor,

03:07  5  if he doesn't come Monday, that you would at least look into

03:07  6  what's going on with why he isn't here.  You've seen him

03:07  7  clearly say he's going to come, you know.

03:08  8          THE COURT:  Well, I don't know.  He says he's going to

03:08  9  come.  I take him at his word.  If he doesn't come, then we'll

03:08  10  --

03:08  11          MR. KLEPPIN:  We'll deal with it then.

03:08  12          THE COURT:  -- have to deal with it if that happens.

03:08  13  All right.  Court's in recess till 9:00 o'clock.

14          **(Adjourned)**

15

16                  C E R T I F I C A T E

17

18          I hereby certify that the foregoing is an accurate

19  transcription of proceedings in the above-entitled matter.

20

21
   6/22/11                    /s/ Jill Michelle Hardy-Hobbs
22   -------                  ---------------------------------------
     DATE                     JILL MICHELLE HARDY-HOBBS, CCR, FPR
23                            *OFFICIAL UNITED STATES COURT REPORTER*
                              400 NORTH MIAMI AVENUE, SUITE 08S33
24                            MIAMI, FL  33128     T: 305.523.5022
                              jill_hardy-hobbs@flsd.uscourts.gov
25

                         APRIL 11, 2011

JURY TRIAL - VOLUME I OF VI

## $

**$10** [1] - 113:16
**$17** [1] - 112:1
**$19** [1] - 112:2
**$400** [1] - 113:17
**$500** [1] - 96:18
**$700** [2] - 97:16, 135:4, 135:7
**$80** [2] - 77:9, 77:11
**$800** [1] - 113:17
**$900** [12] - 97:17, 108:5, 113:16, 118:8, 118:10, 118:17, 125:23, 125:25, 134:21, 134:25, 135:2, 135:6

## '

**'06** [1] - 96:12
**'86** [1] - 73:9

## /

**/s** [1] - 155:21

## 0

**07-61295-CIV-GONZALEZ/COHN** [1] - 1:3
**07-61295-civil** [1] - 10:11
**08S33** [2] - 2:4, 155:23

## 1

**1** [6] - 1:11, 8:3, 12:1, 37:3, 58:18, 59:2
**10** [5] - 9:17, 9:24, 10:1, 11:20
**10th** [1] - 144:22
**11** [5] - 1:9, 19:23, 38:8, 138:3
**113** [1] - 3:7
**115** [1] - 3:14
**11:00** [1] - 105:24
**12** [5] - 11:21, 19:23, 74:14, 132:25, 133:4
**12-year-old** [1] - 74:18
**12:00** [2] - 83:2, 83:7
**13** [2] - 21:13, 24:20
**131** [1] - 3:15

**14** [1] - 11:21
**15** [7] - 9:13, 37:8, 45:22, 45:25, 79:20, 113:25, 114:7
**150** [1] - 152:10
**16** [4] - 20:16, 20:25, 38:8, 141:15
**17** [1] - 11:25
**19** [1] - 12:2
**1962** [1] - 44:3
**1971** [1] - 20:20
**1973** [1] - 15:1
**1980** [1] - 41:21
**1992** [1] - 25:1
**19th** [1] - 14:13
**1:00** [14] - 83:3, 83:8, 83:11, 83:12, 85:12, 85:13, 85:17, 86:23, 105:6, 105:10, 105:24, 149:22, 149:24, 154:16
**1st** [5] - 96:12, 98:1, 132:12, 133:6, 135:13

## 2

**2** [1] - 37:9
**20** [12] - 9:13, 9:15, 9:16, 9:17, 16:13, 25:16, 46:25, 98:8, 98:10, 104:23, 114:22, 125:9
**2004** [2] - 97:13
**2005** [2] - 97:13, 133:12
**2006** [11] - 97:5, 113:7, 116:3, 116:6, 128:8, 128:16, 128:24, 132:12, 133:7, 133:13, 135:14
**2007** [3] - 89:23, 96:13, 116:15
**2009** [6] - 39:5, 131:21, 132:18, 132:21, 142:9, 144:22
**2011** [1] - 1:9
**21** [1] - 104:24
**22** [4] - 40:1, 59:19, 104:24, 138:3
**22-and-a-half** [1] - 98:8
**23** [7] - 17:19, 21:12, 37:25, 61:22, 70:4, 70:12, 103:11
**23rd** [2] - 132:18, 132:21, 142:9
**25** [2] - 37:11, 41:12
**26** [2] - 18:23, 47:7
**28** [1] - 59:20

**28/29** [1] - 60:4
**2:00** [3] - 32:8, 32:9, 105:24
**2:30** [1] - 32:2

## 3

**3** [1] - 11:19
**30** [4] - 74:12, 104:7, 109:20, 114:22
**300** [1] - 1:18
**305.523.5022** [2] - 2:4, 155:24
**305.865.6766** [1] - 1:19
**305.865.7167** [1] - 1:19
**31** [1] - 109:20
**32** [1] - 109:20
**33** [2] - 22:1, 109:20
**33128** [2] - 2:4, 155:24
**33141** [1] - 1:18
**33324** [1] - 1:22
**34** [1] - 109:20
**35** [1] - 104:7
**37** [2] - 14:19, 65:3
**39** [1] - 109:20
**3:00** [17] - 5:14, 5:16, 5:24, 6:9, 6:10, 33:17, 33:20, 76:12, 82:20, 82:21, 82:23, 83:4, 83:8, 83:13, 83:14, 109:1, 147:11
**3:20/3:30** [1] - 5:16
**3:30** [3] - 32:6, 33:18, 149:4
**3:30/4:00** [1] - 108:25

## 4

**4** [2] - 45:15, 145:3
**40** [26] - 12:13, 49:18, 64:2, 64:14, 90:13, 90:17, 90:18, 90:23, 90:24, 91:1, 91:2, 104:8, 107:20, 107:23, 108:3, 109:1, 109:12, 109:20, 109:22, 109:23, 110:3, 112:8, 118:8, 118:10, 125:10
**400** [2] - 2:4, 155:23
**46** [1] - 141:14
**4:00** [1] - 122:1
**4:00/3:30** [1] - 77:19

## 5

**5** [4] - 8:4, 11:4, 37:10, 146:13
**50/50** [1] - 9:10
**5018** [1] - 14:13
**5:00** [3] - 104:11, 122:1, 124:9

## 6

**6** [6] - 132:17, 132:25, 133:1, 142:25
**6/22/11** [1] - 155:21
**60** [1] - 125:8
**605** [1] - 1:18
**66** [6] - 105:16, 107:4, 108:16, 108:21, 110:4, 114:19
**6:00** [8] - 103:19, 105:18, 105:19, 107:6, 123:10, 123:13, 123:22, 124:9

## 7

**7** [6] - 19:23, 59:21, 59:24, 108:5, 146:19
**70** [4] - 3:4, 96:13, 101:21, 111:21
**700** [1] - 135:9
**71st** [1] - 1:18
**75** [2] - 56:20
**7:00** [16] - 103:18, 103:19, 105:17, 105:18, 107:4, 119:11, 119:15, 119:25, 120:1, 120:2, 120:11, 121:15, 123:10, 123:12, 123:25, 142:24
**7:30** [9] - 102:12, 102:18, 119:12, 120:1, 123:10, 123:12, 123:25, 124:20, 142:24

## 8

**8** [3] - 108:5, 132:25, 133:1
**800** [1] - 97:17
**85** [1] - 98:9
**8751** [1] - 1:22
**88** [2] - 3:5, 21:2
**8:00** [5] - 77:15, 102:12, 102:18,

**103:19, 122:1**
**8:30** [3] - 102:20, 103:5, 103:7

## 9

**9** [1] - 11:15
**900** [2] - 125:20, 135:10
**91** [1] - 16:17
**95** [1] - 3:6
**954.424.1933** [1] - 1:23
**954.474.7405** [1] - 1:23
**9:00** [18] - 82:24, 83:2, 83:7, 83:11, 102:20, 103:5, 103:7, 105:6, 105:10, 147:12, 147:13, 149:9, 149:20, 149:22, 151:21, 154:14, 154:18, 155:13

## A

**A&M** [1] - 22:9
**A-g-u-i-r-r-e** [1] - 115:17
**a.m** [9] - 119:11, 119:15, 120:1, 120:2, 120:11, 142:24, 147:12, 154:19
**Abby** [1] - 59:21
**ability** [11] - 31:16, 35:25, 38:25, 39:8, 41:1, 51:15, 65:23, 66:8, 75:24, 76:9, 104:21
**able** [11] - 46:12, 75:20, 82:12, 82:15, 90:7, 107:20, 107:21, 110:20, 125:14, 129:25, 150:21
**above-entitled** [1] - 155:19
**absent** [1] - 139:11
**absolutely** [1] - 150:6
**accepted** [3] - 8:25, 134:11, 134:19
**accident** [3] - 39:3, 39:4, 54:8
**accommodate** [2] - 5:20, 148:5
**accommodating** [1] - 151:2
**accordance** [1] -

93:2

**according** [1] - 103:8
**account** [1] - 110:5
**accounting** [6] - 16:20, 44:10, 44:19, 50:12, 50:14, 99:20
**accounts** [2] - 50:20
**accurate** [6] - 28:3, 49:24, 50:5, 91:10, 126:9, 155:18
**accurately** [6] - 28:13, 138:11, 141:20, 145:18, 145:24, 146:23
**acknowledge** [1] - 137:21
**acquainted** [1] - 14:5
**Act** [8] - 12:10, 12:11, 12:16, 12:19, 26:8, 66:17, 88:25, 89:1
**act** [2] - 27:10, 107:14
**action** [1] - 12:16
**active** [1] - 93:16
**actual** [1] - 92:22
**Adam** [1] - 59:19
**add** [4] - 66:2, 97:1, 137:14, 144:25
**added** [2] - 114:15, 144:6
**adding** [1] - 144:11
**additional** [2] - 6:25, 125:9
**address** [7] - 9:10, 13:6, 14:15, 84:13, 84:17, 92:2, 95:10
**Adjourned** [1] - 155:14
**adjustments** [1] - 28:8
**administration** [2] - 21:20, 22:8
**admit** [1] - 106:14
**admitted** [1] - 146:2
**Adorno** [1] - 61:4
**Adriana** [1] - 11:21
**advanced** [2] - 92:6, 92:10
**advantage** [1] - 26:22
**advised** [1] - 113:6
**affect** [4] - 39:7, 39:8, 51:15, 78:2
**affected** [1] - 104:21
**affidavit** [7] - 144:10, 144:21, 144:25, 146:3, 146:5, 146:16, 146:23
**affirmative)** [3] -

20:2, 56:17, 141:11
**afford** [1] - 35:13
**afternoon** [7] - 7:16, 82:22, 83:3, 83:21, 85:10, 86:11, 95:13, 115:21, 122:1, 122:2, 122:10, 131:16, 131:17
**agency** [1] - 73:24
**aggressive** [1] - 87:12
**ago** [16] - 45:1, 45:2, 45:7, 50:19, 51:25, 61:3, 63:4, 63:5, 63:16, 78:8, 87:9, 95:19, 142:11, 143:10, 143:18, 146:1
**agree** [6] - 26:25, 52:8, 132:23, 133:10, 152:22, 153:6
**agreed** [1] - 97:16
**agreement** [4] - 29:10, 29:11, 29:15, 109:22
**Aguirre** [16] - 87:25, 88:3, 115:9, 115:15, 115:21, 138:3, 144:22, 147:14, 148:12, 150:16, 150:17, 152:19, 152:24, 153:10, 154:22
**AGUIRRE** [22] - 3:13, 115:12, 115:15, 115:17, 117:16, 118:14, 121:24, 123:7, 126:4, 127:5, 128:14, 128:21, 137:7, 138:20, 145:14, 146:11, 147:7, 148:14, 148:18, 149:5, 151:22, 153:8
**Aguirre's** [1] - 152:21
**ahead** [7] - 59:15, 112:22, 115:18, 145:10, 145:13, 148:22, 149:8
**aid** [1] - 46:8
**al** [3] - 4:3, 10:12, 12:6
**Alabama** [1] - 60:6
**Alborez** [4] - 89:18, 89:24, 122:16, 122:18
**ALBOREZ** [2] - 1:6, 1:6
**Alborezes** [1] - 90:5
**algebra** [1] - 22:23
**allege** [1] - 12:14

**allow** [4] - 9:13, 104:11, 105:9, 105:13
**allowed** [1] - 84:12
**allows** [1] - 85:3
**almost** [2] - 101:3, 146:16
**alone** [2] - 33:5, 53:11, 81:24
**Amen** [1] - 77:23
**amended** [1] - 137:14
**America** [1] - 103:11, 103:25, 104:5, 104:11, 104:20
**American** [3] - 37:22, 70:18, 73:24
**Americans** [2] - 70:19, 72:2
**amount** [6] - 32:15, 94:24, 95:8, 98:10, 107:21, 109:18
**amounts** [2] - 27:25, 93:15
**analyst** [1] - 22:11
**Andrews** [1] - 128:1
**Angeles** [2] - 89:18, 120:22
**ANGELES** [1] - 1:5
**Anniston** [1] - 60:6
**announce** [2] - 8:22, 36:3
**Answer** [4] - 133:6, 138:6, 141:17
**answer** [12] - 48:17, 53:10, 55:20, 55:22, 82:9, 133:5, 139:3, 139:8, 139:11, 139:16, 139:20, 139:24
**answered** [2] - 82:9, 121:23
**answers** [2] - 55:25, 56:1
**anticipate** [3] - 6:22, 6:23, 82:12
**anyway** [1] - 106:7
**apartment** [1] - 113:11
**apartments** [1] - 97:23
**apologize** [3] - 95:16, 112:24, 112:25
**appeals** [1] - 89:24
**appear** [2] - 84:22, 149:10
**appearances** [2] - 1:15, 4:4
**apply** [4] - 67:14, 67:18, 68:7, 81:6
**appointment** [2] -

5:15, 150:5
**appreciate** [2] - 87:14, 154:9
**approach** [5] - 87:19, 132:14, 137:5, 137:25, 145:12
**approaching** [2] - 87:9, 108:16
**appropriately** [1] - 108:5
**approval** [1] - 142:12
**approve** [1] - 98:18
**approved** [2] - 99:24, 99:25
**APRIL** [1] - 1:9
**April** [9] - 116:3, 128:7, 128:8, 128:16, 128:24, 131:21, 132:18, 132:21, 142:9
**area** [2] - 32:12, 120:5
**argue** [1] - 89:2, 91:7
**argument** [2] - 29:3, 84:20, 91:12, 93:17
**argument's** [1] - 93:8
**arguments** [3] - 81:11, 84:18, 85:11
**arise** [1] - 81:3
**arranged** [1] - 5:12
**arrested** [5] - 114:3, 114:4, 114:5, 114:6
**arrival** [1] - 120:1
**arrive** [4] - 119:9, 119:24, 120:11, 121:14
**arrived** [2] - 142:24, 142:25
**arriving** [1] - 26:13
**arrogance** [1] - 72:17
**art** [1] - 24:13
**articles** [1] - 100:20
**Arts** [1] - 75:5
**assets** [1] - 62:15
**assigned** [1] - 106:12
**assist** [1] - 91:13
**assistant** [6] - 16:3, 23:16, 48:2, 74:5, 136:8, 136:9
**assisted** [1] - 136:11
**associate** [1] - 15:5
**associated** [1] - 104:18
**associates** [2] - 17:11, 44:15
**assure** [1] - 152:21
**Atlantic** [2] - 18:6, 18:11
**attempt** [1] - 94:16

**attempted** [1] - 114:5
**attend** [2] - 35:24, 60:13
**attendance** [2] - 79:6, 79:8
**attending** [1] - 78:24
**attention** [13] - 5:8, 31:17, 31:19, 40:25, 65:24, 66:9, 76:10, 81:7, 85:12, 85:14, 145:7, 146:13, 149:20
**attorney** [7] - 60:8, 61:1, 65:25, 66:3, 66:24, 71:21, 136:25
**attorney/client** [3] - 72:1, 72:19, 152:20
**attorneys** [1] - 113:1
**audience** [1] - 78:23
**August** [1] - 144:3
**August/early** [1] - 96:12
**Augustin** [2] - 13:7, 88:23
**AUGUSTIN** [1] - 1:4
**authority** [5] - 98:25, 100:7, 101:12, 106:25, 112:14
**available** [1] - 32:14
**Aventura** [1] - 62:9
**Avenue** [3] - 2:4, 14:13, 128:1
**AVENUE** [1] - 155:23
**average** [7] - 108:24, 108:25, 109:2, 110:4, 119:3, 123:19
**award** [2] - 57:2, 94:23
**awarded** [1] - 68:1
**aware** [1] - 147:19
**awful** [1] - 107:13

**B**

**B-a-r-t-l-e-y** [1] - 37:10
**B-r-u-c-e** [1] - 37:9
**Bachelor** [1] - 75:5
**bachelor** [1] - 63:13
**bachelor's** [5] - 20:8, 38:16, 38:18, 65:8, 65:11
**background** [1] - 50:13
**backstriking** [2] - 8:25, 36:13
**bad** [2] - 62:17, 94:2
**badges** [2] - 78:25, 79:9
**bank** [2] - 62:11,

62:14
**banking** [2] - 62:7, 62:24
**Bar** [1] - 30:25
**barely** [1] - 96:13
**Bartley** [5] - 37:10, 41:7, 43:8, 45:12, 45:14
**BARTLEY** [26] - 41:8, 41:10, 41:12, 41:14, 41:16, 41:18, 41:21, 41:23, 42:1, 42:3, 42:6, 42:8, 42:10, 42:12, 42:14, 42:16, 42:18, 42:20, 42:22, 42:25, 43:2, 43:4, 43:6, 43:10, 43:15, 43:17
**based** [8] - 26:10, 26:14, 30:21, 84:21, 95:7, 121:5, 124:10, 149:17
**basis** [5] - 30:2, 30:6, 70:17, 90:22, 100:5
**Batson** [6] - 3:4, 70:7, 70:8, 70:17, 72:15, 72:20
**BCC** [1] - 17:11
**Beach** [5] - 1:18, 14:16, 21:24, 47:5, 128:1
**beach** [2] - 14:14, 22:21
**Beachside** [1] - 16:24
**bearing** [1] - 38:25
**became** [3] - 47:17, 96:24, 132:12
**become** [1] - 81:20
**begged** [1] - 106:20
**begin** [1] - 14:11
**beginning** [2] - 11:1, 135:18
**begins** [1] - 34:1
**behalf** [10] - 4:6, 4:9, 4:12, 5:1, 26:18, 84:16, 87:7, 88:14, 95:14, 151:5
**behind** [1] - 20:12
**beliefs** [1] - 51:14
**believable** [1] - 110:8
**bell** [1] - 28:23
**bench** [2] - 79:1, 82:1
**best** [5] - 39:12, 82:14, 90:1, 95:6, 151:2
**better** [4] - 72:17, 85:6, 143:19, 153:13

**between** [9] - 25:3, 33:25, 51:25, 54:22, 67:22, 69:15, 81:1, 102:18, 103:7
**beyond** [2] - 30:16, 30:19
**bias** [1] - 67:1
**biases** [1] - 66:15
**big** [4] - 28:8, 103:17, 120:5, 142:20
**biggest** [1] - 74:22
**bills** [1] - 152:10
**bilzin** [1] - 60:11
**bioinformatics** [1] - 18:24
**bit** [18] - 5:21, 31:6, 31:7, 31:8, 34:7, 34:9, 34:11, 35:1, 35:8, 52:7, 52:10, 53:2, 54:12, 58:11, 87:14, 90:18, 97:4, 104:8
**black** [1] - 116:22
**blame** [2] - 93:23, 94:19
**bleed** [1] - 151:11
**bless** [1] - 112:4
**board** [1] - 106:25
**boats** [1] - 95:17
**body** [1] - 109:9
**Bogota** [1] - 24:24
**book** [1] - 139:4
**Boreth** [1] - 1:21
**born** [24] - 14:20, 16:14, 17:20, 19:8, 20:17, 22:2, 23:13, 24:21, 37:18, 37:19, 40:2, 41:13, 43:23, 46:1, 47:8, 60:5, 61:23, 64:3, 70:20, 70:21, 70:25, 71:2, 73:6, 73:7
**boss** [4] - 43:11, 43:13, 79:4, 97:19
**bought** [1] - 113:12
**Boulevard** [1] - 1:22
**box** [6] - 8:2, 9:1, 11:1, 11:9, 11:12, 79:11
**boy** [1] - 23:2
**boys** [1] - 24:7, 47:23
**Brad** [1] - 100:14
**branch** [1] - 99:11
**Brandeis** [1] - 60:19
**breadwinner** [1] - 52:20
**break** [4] - 80:13, 122:21, 122:22, 126:20
**Break** [1] - 86:24

**breaks** [2] - 122:23
**brief** [3] - 79:12, 82:25, 149:23
**briefly** [1] - 99:11
**bring** [12] - 5:8, 8:2, 10:2, 12:16, 14:7, 38:24, 40:25, 71:9, 80:4, 88:8, 93:9, 108:11
**Bring** [1] - 87:2
**bringing** [2] - 34:3, 66:16
**broke** [4] - 93:23, 93:25, 94:6, 114:14
**Bronx** [1] - 62:1
**brother** [1] - 114:2
**brought** [12] - 12:9, 33:12, 33:21, 57:22, 65:22, 67:24, 68:2, 88:21, 88:24, 96:5, 97:18, 97:25
**Broward** [3] - 1:22, 38:10, 64:9
**Bruce** [6] - 37:9, 39:23, 56:18, 59:16, 59:17
**BRUCE** [24] - 39:24, 40:1, 40:3, 40:5, 40:9, 40:11, 40:13, 40:15, 40:18, 40:20, 40:22, 41:3, 41:6, 56:19, 57:4, 57:7, 57:10, 57:13, 57:15, 57:18, 57:20, 57:25, 58:10, 58:12
**building** [3] - 83:20, 133:17, 133:24
**buildings** [4] - 89:9, 103:10, 129:13
**bulb** [1] - 28:24
**bunch** [2] - 72:4, 143:4
**Bungo** [1] - 100:14
**burden** [3] - 28:2, 56:25, 72:5
**burdens** [1] - 30:12
**business** [48] - 16:18, 17:13, 17:22, 19:10, 21:19, 25:20, 41:22, 54:21, 64:5, 73:16, 73:19, 76:20, 78:3, 78:13, 83:17, 84:14, 89:7, 92:6, 92:11, 97:8, 97:10, 98:1, 99:8, 100:9, 101:25, 102:11, 102:13, 102:17, 103:9, 106:17, 106:20, 107:24, 108:1, 110:2, 110:18,

111:2, 111:18, 111:21, 112:11, 113:4, 113:7, 129:21, 137:19, 137:22, 145:22, 148:23
**businesses** [1] - 97:7
**businessmen** [2] - 54:6, 54:21
**busy** [2] - 62:19, 62:20
**BY** [27] - 2:2, 117:8, 117:17, 118:15, 119:14, 121:9, 121:13, 121:19, 122:3, 123:11, 124:15, 125:2, 125:19, 125:22, 126:5, 126:25, 127:7, 128:15, 128:23, 131:1, 131:6, 131:15, 132:16, 137:8, 138:2, 145:15, 146:12

**C**

**cabinetmaker** [3] - 41:23, 42:5, 42:9
**calculate** [1] - 56:15
**calculated** [2] - 50:25, 51:3
**calculation** [1] - 95:7
**calm** [1] - 148:21
**cancels** [1] - 53:15
**Candelaria** [1] - 11:15
**cannot** [2] - 35:13, 142:1
**capacity** [1] - 29:4
**capital** [2] - 98:4, 101:19
**caption** [1] - 137:2
**car** [3] - 113:21
**card** [2] - 113:19
**Care** [1] - 23:19
**care** [7] - 31:24, 33:20, 56:21, 56:23, 93:11, 130:7, 130:20
**careful** [1] - 81:7
**carried** [1] - 72:5
**case** [147] - 1:3, 7:9, 7:19, 7:20, 7:21, 7:23, 10:10, 11:6, 11:7, 12:5, 12:7, 12:8, 12:9, 12:14, 12:23, 12:24, 13:1, 13:6, 13:8, 13:9, 13:14, 13:24, 14:4, 14:9, 26:1, 26:3, 26:4, 26:12, 26:13, 26:14,

27:4, 27:10, 30:12, 30:13, 30:14, 30:15, 30:20, 31:3, 31:4, 31:8, 31:11, 33:7, 33:8, 33:25, 34:1, 34:2, 34:8, 34:10, 35:12, 39:1, 39:8, 41:2, 41:5, 43:9, 43:12, 45:3, 45:4, 45:10, 48:12, 48:20, 52:4, 52:7, 52:10, 53:8, 53:19, 53:25, 54:5, 54:7, 56:15, 57:16, 61:14, 63:6, 63:7, 63:20, 65:17, 65:24, 66:9, 68:5, 75:17, 76:3, 76:10, 78:22, 79:14, 80:23, 80:24, 80:25, 81:10, 81:11, 81:18, 81:19, 82:6, 82:13, 82:18, 83:18, 83:25, 84:15, 84:20, 84:21, 85:2, 85:14, 88:21, 88:24, 89:3, 89:7, 89:9, 89:14, 89:22, 90:9, 90:10, 91:9, 91:10, 91:18, 91:19, 91:20, 91:22, 91:23, 91:24, 92:3, 92:5, 92:15, 92:19, 92:25, 93:22, 94:4, 94:7, 94:21, 94:23, 95:17, 99:4, 131:18, 131:21, 147:15, 149:10, 149:12, 149:16, 150:25, 151:11, 151:13, 152:19, 154:24
**cases** [6] - 30:16, 66:21, 68:17, 69:3, 81:25, 82:1
**cash** [3] - 110:16, 110:17, 110:21
**cast** [2] - 93:23, 94:19
**CCR** [2] - 2:3, 155:22
**ccRC** [1] - 22:14
**cede** [1] - 9:19
**Center** [1] - 15:14
**center** [1] - 15:15
**certain** [8] - 32:14, 52:5, 80:6, 97:8, 101:19, 139:5, 140:5, 143:1
**certainly** [7] - 7:9, 7:10, 52:3, 52:5, 110:4, 150:23, 152:19
**certificate** [2] - 79:4, 79:6

JURY TRIAL - VOLUME I OF VI

**certify** [1] - 155:18
**chair** [1] - 79:18
**chairs** [5] - 8:4, 8:6, 11:3, 11:6, 113:13
**challenge** [7] - 3:4, 36:1, 59:3, 70:7, 70:8, 70:18, 72:20
**challenged** [1] - 9:2
**challenges** [19] - 8:19, 8:20, 8:22, 8:23, 35:21, 36:2, 36:3, 36:5, 36:7, 37:1, 58:19, 59:1, 59:5, 59:7, 69:20, 69:22, 69:24, 78:17, 78:19
**challenging** [1] - 66:5
**chance** [1] - 148:20
**change** [3] - 83:6, 106:21, 111:25
**changes** [1] - 106:20
**changing** [1] - 143:25
**chapel** [1] - 38:10
**characterize** [1] - 150:22
**charge** [1] - 49:15
**charged** [1] - 34:5
**charges** [1] - 34:3
**chart** [1] - 95:23
**chases** [1] - 95:17
**cheated** [1] - 108:14
**check** [1] - 77:5
**chief** [1] - 23:17
**children** [23] - 15:16, 17:3, 18:18, 19:20, 21:7, 22:24, 24:3, 25:13, 33:18, 38:5, 42:17, 47:20, 61:7, 62:21, 64:24, 65:1, 72:4, 74:7, 74:9, 74:15, 74:21, 76:8
**Chile** [3] - 89:19, 96:16, 96:19
**choice** [1] - 103:3
**CHRIS** [1] - 1:21
**Chris** [3] - 4:9, 13:18, 26:2
**Christian** [2] - 75:7, 75:8
**Christmas** [2] - 110:1, 126:11
**chuckling** [1] - 33:4
**Cienfuegos** [1] - 44:1
**circle** [1] - 21:2
**circumstances** [5] - 14:7, 35:13, 82:17, 148:16, 151:24
**City** [1] - 61:25

**civil** [11] - 11:7, 24:11, 30:12, 30:14, 30:15, 30:20, 31:3, 45:3, 63:7, 63:8, 63:9
**claim** [4] - 51:6, 90:18, 110:13, 110:23
**claims** [3] - 50:23, 90:3, 90:8, 91:3, 96:7, 96:17, 105:16, 107:11
**Clarendon** [2] - 41:16, 41:18
**clarify** [1] - 66:19
**clear** [7] - 55:4, 55:17, 70:23, 71:20, 100:18, 128:6, 152:25
**cleared** [2] - 126:21, 127:2, 127:12
**clearly** [1] - 155:7
**clerk** [6] - 10:2, 10:3, 11:13, 20:22, 40:5, 79:3
**CLERK** [12] - 10:22, 11:15, 11:19, 11:25, 37:8, 45:15, 46:25, 59:19, 59:24, 70:4, 80:3, 86:25
**clerk's** [2] - 79:5, 79:9
**client** [5] - 36:17, 66:4, 71:18, 87:7, 152:25
**clients** [12] - 13:2, 26:19, 36:4, 58:21, 72:19, 84:5, 87:12, 87:13, 88:15, 95:14, 99:18, 104:2
**clients'** [1] - 71:22
**clock** [3] - 28:7, 28:9
**clocked** [1] - 56:20
**close** [9] - 31:4, 31:9, 31:11, 80:11, 81:5, 85:8, 101:22, 111:9, 113:7
**closed** [4] - 110:2, 116:13, 116:14, 128:24
**closer** [1] - 45:23
**closing** [5] - 81:11, 84:18, 84:20, 85:11, 122:10
**clothing** [1] - 47:13
**co** [1] - 116:25
**co-worker** [1] - 116:25
**Code** [2] - 79:1, 79:10
**Code-a-Phone** [2] - 79:1, 79:10
**Coleman** [1] - 19:25
**collected** [1] - 96:25

**collectively** [2] - 9:7, 25:24
**college** [1] - 24:11
**Colombia** [3] - 16:15, 24:22, 24:24
**color** [1] - 68:13
**combine** [1] - 98:11
**comfortable** [4] - 35:14, 35:18, 58:18, 86:17
**coming** [2] - 83:23, 114:24
**commanded** [1] - 27:4
**commercial** [4] - 60:10, 61:6, 69:12, 89:8
**communicate** [2] - 84:5, 154:1
**communicated** [1] - 88:4
**communicating** [2] - 132:9, 153:10
**communications** [1] - 38:19
**comp** [1] - 25:6
**companies** [1] - 101:18
**company** [66] - 5:13, 28:7, 93:11, 93:15, 93:16, 93:20, 94:11, 94:16, 94:19, 95:19, 96:12, 97:5, 97:6, 97:14, 98:3, 98:8, 98:12, 98:13, 98:15, 99:11, 99:13, 99:18, 99:22, 100:2, 100:5, 101:21, 102:8, 102:24, 102:25, 103:1, 103:9, 103:25, 108:10, 111:3, 111:5, 112:2, 116:1, 116:4, 116:13, 116:19, 119:23, 120:5, 121:25, 122:9, 128:5, 128:22, 128:24, 129:7, 130:23, 132:12, 133:2, 133:3, 134:8, 135:1, 135:11, 135:14, 137:12, 137:24, 140:12, 140:13, 140:15, 140:18, 143:8, 143:8, 152:9
**company's** [1] - 127:23
**compensate** [4] - 94:24, 108:5, 109:12, 109:23
**compensation** [1] - 99:1

**competition** [1] - 33:25
**complained** [2] - 29:5, 108:9
**complaint** [1] - 137:1
**complete** [4] - 49:24, 50:5, 123:3, 148:3
**completed** [1] - 129:12
**completely** [1] - 110:10
**complicated** [1] - 91:19
**comptrollers** [1] - 100:13
**computer** [1] - 49:16
**concentration** [1] - 75:6
**concern** [1] - 76:9
**concerned** [2] - 139:14, 148:19
**concerning** [4] - 13:23, 41:1, 79:15, 80:20
**concerns** [2] - 35:23
**conclude** [5] - 7:1, 7:11, 7:16, 82:12, 82:15
**concluded** [1] - 72:22
**conclusion** [4] - 8:18, 84:16, 84:19, 138:18
**concrete** [3] - 103:12, 103:13, 103:22
**condo** [1] - 105:14
**condominium** [2] - 103:10, 103:12
**condominiums** [1] - 105:8
**condos** [2] - 103:17, 103:19
**conduct** [1] - 8:7
**conducted** [1] - 82:4
**confer** [10] - 8:21, 10:3, 36:17, 36:21, 58:21, 58:24, 71:18, 81:21, 111:11, 111:13
**conferences** [2] - 81:25, 82:3
**conflict** [2] - 33:20, 33:21
**Connecticut** [4] - 17:21, 64:4, 65:8, 65:13
**connection** [5] - 13:15, 79:14, 80:22, 82:17, 84:14
**conscientious** [1] -

26:10
**consequence** [1] - 12:17
**consider** [4] - 50:6, 67:2, 84:2, 91:11
**consideration** [6] - 11:7, 12:5, 68:15, 81:8, 81:23, 85:7
**consist** [4] - 11:8, 18:3, 84:21, 84:23
**consistent** [1] - 82:5
**conspicuously** [1] - 139:11
**construction** [13] - 69:14, 97:12, 101:2, 101:17, 103:17, 105:9, 105:13, 133:12, 135:5, 135:6, 135:8, 135:9, 136:6
**consulting** [1] - 147:8
**consume** [1] - 82:5
**CONTENTS** [1] - 3:1
**contested** [1] - 106:15
**context** [1] - 67:7
**continue** [3] - 147:13, 152:1, 154:22
**continuing** [1] - 145:11
**continuously** [1] - 151:14
**contractors** [1] - 69:15
**contradicted** [1] - 101:14
**control** [13] - 93:20, 94:9, 94:10, 98:24, 99:7, 106:17, 107:1, 111:2, 111:5, 111:8, 112:11, 116:18, 137:22
**controller** [1] - 99:19
**conviction** [2] - 76:2, 76:3
**convictions** [4] - 26:10, 27:3, 27:5, 27:7
**cook** [2] - 15:14, 15:15
**coral** [1] - 23:8
**Coral** [3] - 17:16, 23:21, 61:20
**corporate** [2] - 92:4, 92:8
**Corporation** [1] - 16:19
**corporation** [9] - 28:16, 28:19, 92:13, 92:14, 93:23, 93:25,

94:4, 100:20
**corporations** [1] - 28:22
**correct** [33] - 7:10, 27:13, 50:13, 51:4, 112:24, 118:3, 118:11, 121:3, 132:12, 132:18, 132:23, 133:8, 133:13, 133:18, 134:6, 134:11, 134:16, 134:19, 134:21, 134:23, 134:24, 135:11, 135:14, 135:17, 135:20, 135:22, 136:5, 137:11, 137:22, 140:4, 140:18, 140:24, 143:22
**correctly** [5] - 49:14, 50:25, 51:4, 51:7, 51:9
**costing** [1] - 112:2
**couches** [1] - 113:13
**counsel** [3] - 36:21, 58:24, 111:13
**count** [1] - 83:6
**country** [6] - 16:16, 20:19, 24:25, 42:11, 44:2, 46:6
**County** [1] - 64:10
**couple** [7] - 5:7, 55:19, 63:16, 101:7, 102:13, 111:14, 144:18
**course** [18] - 9:23, 26:15, 32:24, 74:24, 78:6, 79:18, 83:16, 84:8, 85:1, 87:18, 95:10, 109:4, 109:17, 127:21, 128:5, 144:15, 150:17, 153:23
**Court** [33] - 2:3, 4:1, 4:8, 5:22, 8:7, 8:19, 10:3, 10:11, 10:20, 13:17, 13:22, 14:3, 30:13, 34:1, 52:9, 57:23, 81:3, 81:5, 81:14, 81:17, 81:18, 81:21, 81:23, 82:7, 84:7, 84:24, 87:5, 87:21, 111:1, 111:2, 111:3, 148:16
**court** [15] - 13:2, 26:2, 29:7, 33:25, 53:7, 53:25, 63:2, 78:24, 79:7, 84:13, 85:17, 87:13, 110:25,

131:18, 153:22
**COURT** [506] - 1:1, 4:2, 4:7, 4:11, 4:13, 4:15, 4:19, 4:21, 4:23, 4:25, 5:3, 5:5, 5:9, 5:17, 5:19, 5:24, 6:1, 6:3, 6:6, 6:9, 6:12, 6:18, 6:21, 7:1, 7:6, 7:12, 7:14, 7:17, 7:24, 8:1, 8:13, 8:15, 8:17, 9:5, 9:8, 9:12, 9:15, 9:17, 9:21, 9:23, 10:5, 10:8, 10:10, 10:17, 10:19, 10:24, 11:17, 11:23, 12:4, 13:8, 13:13, 13:21, 14:15, 14:18, 14:20, 14:22, 14:24, 15:2, 15:4, 15:6, 15:8, 15:11, 15:13, 15:16, 15:18, 15:20, 15:24, 16:1, 16:4, 16:6, 16:9, 16:12, 16:14, 16:16, 16:18, 16:21, 16:23, 17:1, 17:3, 17:5, 17:7, 17:9, 17:12, 17:14, 17:17, 17:20, 17:22, 17:25, 18:2, 18:5, 18:7, 18:12, 18:14, 18:18, 18:20, 18:22, 18:25, 19:2, 19:5, 19:8, 19:10, 19:12, 19:14, 19:16, 19:18, 19:20, 19:22, 19:24, 20:1, 20:4, 20:6, 20:9, 20:11, 20:15, 20:17, 20:19, 20:21, 20:24, 21:1, 21:3, 21:5, 21:7, 21:9, 21:11, 21:14, 21:17, 21:22, 21:25, 22:2, 22:4, 22:7, 22:10, 22:12, 22:15, 22:17, 22:19, 22:22, 22:24, 23:1, 23:4, 23:6, 23:9, 23:13, 23:15, 23:18, 23:20, 23:23, 24:1, 24:3, 24:5, 24:7, 24:9, 24:14, 24:16, 24:19, 24:21, 24:23, 24:25, 25:2, 25:5, 25:7, 25:9, 25:11, 25:13, 25:15, 25:17, 25:19, 25:21, 25:23, 30:25, 32:20, 32:24, 35:20, 36:1, 36:7, 36:9, 36:12, 36:15, 36:19, 36:23, 37:1, 37:5, 37:12, 37:14, 37:16, 37:18, 37:20, 37:24, 38:1, 38:3, 38:5, 38:7, 38:9,

38:12, 38:14, 38:18, 38:20, 38:22, 39:6, 39:10, 39:13, 39:16, 39:19, 39:22, 39:25, 40:2, 40:4, 40:7, 40:10, 40:12, 40:14, 40:17, 40:19, 40:21, 40:23, 41:4, 41:7, 41:9, 41:11, 41:13, 41:15, 41:17, 41:19, 41:22, 41:24, 42:2, 42:5, 42:7, 42:9, 42:11, 42:13, 42:15, 42:17, 42:19, 42:21, 42:24, 43:1, 43:3, 43:5, 43:7, 43:13, 43:16, 43:19, 43:22, 43:25, 44:2, 44:4, 44:6, 44:9, 44:11, 44:13, 44:16, 44:18, 44:20, 44:22, 44:24, 45:1, 45:3, 45:6, 45:8, 45:12, 45:17, 45:19, 45:21, 45:23, 46:1, 46:3, 46:5, 46:8, 46:10, 46:12, 46:15, 46:18, 46:20, 47:1, 47:3, 47:6, 47:8, 47:10, 47:12, 47:15, 47:18, 47:20, 47:22, 47:24, 48:3, 48:5, 48:8, 48:10, 48:14, 49:2, 49:5, 49:7, 51:19, 51:22, 53:10, 53:14, 55:9, 55:12, 55:14, 55:20, 55:23, 58:13, 58:15, 58:19, 58:23, 59:1, 59:3, 59:7, 59:10, 59:15, 59:17, 59:22, 59:25, 60:2, 60:5, 60:7, 60:9, 60:12, 60:16, 60:20, 60:23, 60:25, 61:2, 61:5, 61:7, 61:9, 61:11, 61:13, 61:16, 61:19, 61:21, 61:23, 61:25, 62:2, 62:4, 62:6, 62:8, 62:10, 62:13, 62:16, 62:19, 62:21, 62:23, 63:1, 63:4, 63:6, 63:9, 63:12, 63:15, 63:18, 63:22, 63:25, 64:3, 64:5, 64:8, 64:11, 64:13, 64:16, 64:18, 64:20, 64:22, 64:24, 65:1, 65:6, 65:11, 65:16, 65:19, 67:10, 69:19, 69:22, 69:24, 70:2, 70:8, 70:10, 70:12, 70:14, 70:25,

71:4, 71:6, 71:8, 71:11, 71:13, 71:15, 71:17, 71:24, 72:20, 72:23, 73:1, 73:3, 73:6, 73:8, 73:11, 73:13, 73:16, 73:18, 73:21, 73:23, 74:1, 74:4, 74:7, 74:9, 74:11, 74:13, 74:15, 74:18, 74:20, 75:1, 75:3, 75:9, 75:12, 75:15, 75:19, 76:16, 78:17, 78:19, 78:21, 79:23, 79:25, 80:4, 80:8, 80:10, 80:15, 80:18, 85:17, 85:20, 85:24, 86:2, 86:4, 86:9, 86:12, 86:14, 86:16, 86:20, 86:22, 87:1, 87:6, 87:15, 87:17, 87:19, 87:21, 88:7, 88:10, 95:11, 111:12, 112:17, 112:20, 112:22, 115:6, 115:11, 115:13, 115:16, 115:18, 117:15, 118:13, 119:13, 121:12, 121:18, 121:22, 124:14, 125:1, 125:18, 126:3, 126:23, 127:4, 128:13, 128:20, 130:25, 131:5, 131:13, 132:15, 137:6, 138:1, 138:19, 145:10, 145:13, 147:6, 147:9, 148:4, 148:11, 148:21, 149:8, 150:1, 150:3, 150:6, 150:9, 150:11, 151:8, 151:19, 151:25, 152:15, 153:5, 153:14, 153:18, 153:21, 153:24, 154:3, 154:6, 154:10, 154:13, 154:18, 154:21, 155:3, 155:8, 155:12, 155:23
**Court's** [5] - 81:11, 86:18, 86:22, 154:18, 155:13
**courthouse** [1] - 86:5
**courtroom** [12] - 36:10, 36:16, 36:24, 37:6, 45:13, 46:23, 57:23, 59:11, 59:18, 83:18, 84:6, 149:17
**COURTROOM** [1] -

1:4
**covers** [1] - 144:4
**crew** [4] - 103:2, 106:8, 124:16, 127:9
**crewmen** [1] - 102:20
**crews** [7] - 103:5, 103:7, 105:23, 106:1, 108:24, 108:25, 135:19
**crews'** [1] - 104:21
**criminal** [7] - 30:13, 30:14, 30:16, 34:2, 34:3, 45:4, 63:7
**criminally** [1] - 30:18
**critical** [1] - 102:9
**Cross** - 3:15
**cross** [11] - 107:3, 107:8, 131:13, 147:14, 148:20, 151:9, 152:2, 152:5, 154:4, 154:22, 155:1
**CROSS** [1] - 131:14
**cross-examination** [6] - 147:14, 151:9, 152:2, 152:5, 154:4, 154:22
**CROSS-EXAMINATION** [1] - 131:14
**Cross-examination** [1] - 3:15
**cross-examine** [3] - 131:13, 148:20, 155:1
**cross-examined** [2] - 107:3, 107:8
**crucial** [1] - 32:14
**Cuba** [2] - 43:24, 43:25
**current** [2] - 48:18, 49:8
**custom** [1] - 99:17
**customer** [1] - 16:20
**cut** [1] - 99:17

**D**

**D-i-t-t-m-a-n** [1] - 11:20
**D.C** [1] - 40:3
**d/b/a** [2] - 92:11, 94:15
**Dade** [1] - 44:17
**daily** [2] - 77:9, 137:23
**damages** [1] - 12:16
**dark** [3] - 107:5, 107:6, 107:7
**Date** [1] - 155:22

**date** [1] - 116:2
**daughter** [8] - 18:20, 25:14, 32:9, 42:19, 48:1, 48:2, 65:3, 76:13
**Dave** [1] - 13:4
**DAVID** [1] - 1:17
**David** [4] - 4:5, 12:24, 54:16, 54:20
**david.kelly@rocketmail.com** [1] - 1:19
**Davie** [2] - 60:1, 75:8
**day-to-day** [6] - 98:24, 100:4, 100:9, 111:8, 112:10, 137:22
**days** [13] - 39:14, 77:24, 83:13, 88:16, 104:13, 104:17, 111:17, 111:20, 119:3, 122:4, 126:7, 143:4, 144:19
**deadlines** [3] - 65:25, 66:4, 75:22
**deal** [3] - 27:22, 155:11, 155:12
**dealing** [1] - 54:4
**dealings** [2] - 97:9, 97:10
**dealt** [1] - 139:1
**December** [1] - 113:7
**decide** [3] - 80:25, 81:3, 81:19
**decided** [4] - 97:11, 97:13, 98:4, 108:11
**decision** [6] - 48:19, 51:16, 68:9, 72:18, 99:2, 111:10
**decisions** [1] - 98:19
**declare** [1] - 154:24
**Deerfield** [1] - 20:3
**defendant** [14] - 5:5, 8:20, 9:17, 13:14, 26:4, 31:9, 33:9, 59:1, 59:8, 69:22, 78:19, 92:4, 92:5, 92:13
**DEFENDANT** [1] - 2:1
**defendants** [37] - 5:6, 6:24, 8:24, 10:13, 10:17, 12:8, 12:14, 12:18, 13:8, 13:9, 13:16, 13:19, 26:3, 28:16, 31:10, 32:19, 33:7, 36:2, 36:4, 37:2, 89:7, 90:11, 91:4, 91:9, 91:15, 92:15, 93:3, 111:8, 111:13, 115:22, 117:25,

118:3, 137:11, 144:7, 144:11, 151:5, 154:25
**DEFENDANTS** [1] - 1:20
**Defendants** [1] - 1:11
**defendants'** [1] - 127:13
**defending** [1] - 35:12
**defense** [11] - 8:23, 9:6, 13:11, 36:6, 37:3, 66:20, 66:22, 66:24, 68:17, 71:21, 151:23
**Defense** [1] - 111:13
**defensewise** [1] - 93:22
**degree** [7] - 17:11, 20:8, 22:6, 38:18, 38:20, 44:15, 141:2
**delay** [1] - 106:7
**delegate** [1] - 100:6
**deliberate** [2] - 81:4, 81:13
**deliberating** [1] - 54:11
**demonstrate** [2] - 91:14, 94:11
**denied** [3] - 36:1, 59:4, 72:20
**deny** [5] - 12:18, 94:17, 94:18, 109:4
**department** [7] - 99:14, 99:15, 99:20, 100:6, 100:12, 100:16, 100:25
**departments** [3] - 99:13, 100:7, 100:8
**deposed** [1] - 131:21
**deposition** [15] - 88:4, 106:16, 114:4, 131:24, 132:5, 132:7, 132:8, 132:17, 133:8, 133:10, 138:3, 138:12, 139:12, 141:14, 142:8
**deprive** [1] - 154:25
**described** [2] - 124:1, 124:10
**description** [1] - 143:19
**descriptions** [1] - 92:8
**deserve** [1] - 94:22
**design** [1] - 24:12
**designed** [8] - 14:1, 14:2, 14:3, 89:5, 107:23, 109:12, 109:15, 109:23
**detail** [1] - 110:14
**detailing** [1] - 47:25

**determination** [1] - 92:22
**determine** [1] - 111:6
**determined** [2] - 92:21, 111:1
**determining** [2] - 93:1, 110:25
**developers** [1] - 69:16
**devoid** [1] - 110:10
**dialysis** [1] - 5:11
**died** [1] - 78:8
**difference** [2] - 30:12, 67:22
**different** [13] - 52:12, 52:14, 62:12, 76:2, 76:3, 82:19, 92:7, 92:8, 121:2, 123:14, 146:7
**difficult** [1] - 94:18
**difficulty** [1] - 28:15
**digestive** [1] - 23:19
**dinnertime** [1] - 77:22
**diploma** [1] - 48:7
**dire** [4] - 6:15, 8:7, 9:9, 91:6
**Direct** [1] - 3:14
**direct** [4] - 143:7, 145:7, 146:13, 151:1
**DIRECT** [1] - 115:19
**direction** [1] - 143:24
**directly** [7] - 20:12, 26:21, 51:13, 83:22, 85:11, 102:23, 120:16
**director** [1] - 65:4
**directors** [3] - 98:13, 100:19, 100:23
**disabled** [3] - 38:4, 39:2, 54:8
**discrete** [1] - 100:7
**discuss** [1] - 147:15
**discussed** [3] - 67:21, 131:9, 147:16
**discussing** [1] - 83:25
**dishes** [1] - 113:12
**dishonest** [2] - 86:5, 86:6
**dislike** [1] - 55:25
**dismissed** [1] - 75:14
**disposition** [1] - 82:6
**dispute** [8] - 29:3, 29:6, 34:12, 43:11, 43:16, 51:25, 53:1, 54:22
**disputed** [2] - 80:25, 81:1
**disputes** [3] - 27:22,

28:9, 49:9
**distance** [1] - 87:11
**distracted** [1] - 51:16
**DISTRICT** [3] - 1:1, 1:1, 1:14
**district** [1] - 19:19
**District** [4] - 10:11, 10:12, 10:20
**dittman** [1] - 35:22
**DITTMAN** [15] - 17:16, 17:19, 17:21, 17:23, 18:1, 18:4, 18:6, 18:9, 18:13, 18:15, 18:19, 18:21, 18:23, 19:1, 32:11
**Dittman** [5] - 11:20, 10:15, 36:8, 36:9, 71:13
**divert** [1] - 31:18
**divided** [1] - 140:13
**DIVISION** [1] - 1:2
**divorced** [4] - 17:2, 24:2, 25:12, 64:23
**doctorate** [3] - 17:23, 65:10, 65:15
**documentary** [1] - 84:24
**documented** [1] - 49:14
**documents** [2] - 92:7, 96:3
**dollars** [8] - 96:10, 96:15, 96:18, 101:25, 105:20, 108:6, 113:15, 152:10
**Dominican** [1] - 20:18
**done** [9] - 67:4, 105:5, 138:21, 140:1, 140:2, 144:12, 153:16, 154:1
**double** [2] - 4:17, 4:22
**doubt** [2] - 30:16, 30:19
**down** [24] - 11:11, 36:10, 36:16, 36:23, 37:5, 39:23, 45:13, 46:21, 59:10, 59:18, 61:17, 63:3, 65:9, 65:15, 70:2, 73:10, 97:18, 97:20, 97:25, 104:25, 134:8, 134:19, 147:3, 152:1
**dozen** [1] - 141:10
**Dr** [1] - 36:9
**Draw** [1] - 59:12
**draw** [6] - 11:14, 37:7, 45:14, 46:24, 70:3, 82:10

28:9, 49:9
**dried** [1] - 110:16
**drill** [2] - 103:13, 103:21
**drills** [1] - 103:21
**driven** [1] - 102:23
**driver** [3] - 76:11, 152:8, 152:11
**driving** [1] - 32:2
**drug** [1] - 95:17
**dry** [3] - 95:22, 95:25, 106:3
**due** [1] - 39:4
**DUI** [1] - 114:6
**duration** [1] - 89:16
**During** [1] - 145:14
**during** [26] - 26:15, 75:23, 81:4, 81:14, 81:20, 82:7, 83:1, 84:7, 87:10, 88:15, 89:16, 90:4, 90:7, 91:6, 95:10, 104:19, 121:24, 122:12, 122:13, 125:6, 128:5, 128:22, 130:1, 130:7, 130:9, 142:2, 145:16, 146:14
**duties** [2] - 79:16, 80:20
**duty** [1] - 28:3
**dying** [1] - 152:17

**E**

**earliest** [2] - 123:20, 123:21
**early** [11] - 6:7, 43:7, 85:9, 87:1, 87:2, 97:5, 133:13, 142:24, 143:2, 149:1
**earned** [1] - 110:9
**earner** [1] - 34:12
**easier** [1] - 145:9
**easy** [2] - 114:9, 123:25
**eat** [2] - 109:8, 122:25
**Ed** [14] - 6:13, 96:22, 106:12, 106:13, 106:14, 106:15, 106:19, 106:21, 106:22, 113:1, 131:19, 133:17, 137:10
**educated** [1] - 72:10
**education** [16] - 16:2, 17:10, 18:3, 18:8, 20:7, 21:18, 22:5, 24:10, 38:15, 40:14, 44:14, 48:6,

JURY TRIAL - VOLUME I OF VI

63:12, 63:13, 72:11, 75:3

**EDWARD** [1] - 1:10
**edward** [2] - 2:1, 4:12
**Edward** [8] - 2:1, 4:12, 5:1, 12:8, 35:11, 99:23, 146:20
**effect** [2] - 94:20, 126:16
**effectively** [1] - 132:9
**Eight** [1] - 24:6
**eight** [8] - 8:2, 9:3, 10:6, 11:8, 11:14, 78:22, 96:5, 153:17
**either** [6] - 26:1, 76:5, 83:15, 94:17, 148:24, 151:18
**electric** [2] - 106:4, 106:5
**electrician** [1] - 42:23
**elementary** [2] - 38:11, 74:6
**elicited** [1] - 141:7
**eliminating** [2] - 72:10, 72:11
**Ellys** [1] - 12:2
**eloquent** [1] - 113:1
**embarrass** [1] - 14:1
**employ** [1] - 76:22
**employed** [5] - 16:23, 25:5, 41:24, 73:13, 73:15
**employee** [16] - 29:4, 29:10, 29:23, 49:5, 50:4, 51:6, 52:1, 52:8, 52:13, 52:14, 52:25, 53:1, 66:16, 76:24, 77:4, 98:25
**employee's** [1] - 27:25
**employees** [10] - 27:19, 28:4, 28:6, 49:9, 51:1, 53:25, 54:13, 69:9, 72:14, 76:22
**employer** [35] - 29:3, 29:10, 29:23, 33:1, 33:2, 33:3, 34:13, 44:11, 50:3, 50:6, 50:7, 51:7, 51:25, 52:17, 52:18, 52:19, 52:22, 52:25, 54:1, 54:6, 56:25, 57:12, 57:14, 66:15, 66:16, 67:19, 67:20, 92:15, 92:21, 94:1, 107:14, 107:16, 111:1, 114:21

**employer's** [3] - 28:2, 49:23, 56:23
**employers** [10] - 12:11, 69:10, 91:9, 92:16, 92:19, 92:24, 93:4, 93:21, 94:6, 94:12
**employment** [8] - 67:7, 69:11, 102:1, 125:6, 134:11, 145:16, 145:21, 146:15
**end** [16] - 39:5, 78:11, 82:1, 83:16, 83:19, 91:12, 94:23, 101:20, 102:16, 108:19, 110:16, 127:6, 145:20, 146:6, 146:8, 151:15
**engineering** [2] - 24:12, 116:20
**English** [7] - 88:3, 88:5, 153:11, 153:12, 153:13, 153:16, 154:2
**ensure** [1] - 146:22
**entering** [1] - 31:10
**entire** [3] - 7:8, 28:14, 53:22
**entirely** [1] - 81:18
**entities** [1] - 96:21
**entitled** [6] - 33:14, 90:24, 95:8, 96:15, 154:7, 155:19
**equal** [1] - 52:24
**especially** [1] - 72:10
**ESQ** [2] - 1:17, 1:21
**establish** [1] - 90:3
**estimate** [1] - 82:15
**et** [4] - 4:3, 10:12, 12:6
**ethnic** [2] - 70:19, 70:23
**ethnicity** [1] - 70:22
**evening** [3] - 103:19, 107:6, 147:23
**event** [1] - 149:24
**events** [2] - 33:24, 104:13
**eventually** [1] - 13:14
**evidence** [92] - 26:12, 26:14, 27:11, 28:15, 28:17, 28:19, 30:21, 30:23, 30:24, 34:8, 34:11, 49:17, 52:1, 55:16, 58:8, 67:2, 67:3, 67:14, 67:18, 68:6, 68:7, 68:9, 68:15, 81:7, 81:10, 84:20, 84:24,

85:2, 85:4, 85:6, 90:10, 90:13, 90:15, 90:25, 91:13, 92:1, 92:2, 92:3, 92:12, 92:20, 92:22, 94:8, 94:14, 94:21, 95:1, 95:23, 96:1, 96:3, 96:6, 96:8, 96:17, 97:22, 98:11, 98:20, 98:23, 100:3, 100:4, 100:18, 102:4, 102:9, 103:4, 103:8, 103:20, 103:23, 104:4, 104:7, 104:9, 104:17, 105:2, 105:14, 105:16, 105:21, 106:1, 106:10, 106:11, 107:11, 107:15, 107:19, 108:2, 108:17, 109:5, 109:14, 109:25, 110:7, 111:15, 111:22, 112:9, 112:13
**evil** [1] - 114:20
**exact** [3] - 98:9, 119:5, 142:6
**exactly** [15] - 55:21, 62:13, 96:5, 96:7, 104:13, 121:1, 129:17, 132:13, 132:19, 140:16, 142:2, 142:7, 143:18, 144:3, 153:5
**exam** [1] - 31:1
**EXAMINATION** [3] - 3:11, 115:19, 131:14
**examination** [10] - 3:14, 3:15, 8:8, 147:14, 148:25, 151:9, 152:2, 152:5, 154:4, 154:22
**examine** [4] - 58:15, 131:13, 148:20, 155:1
**examined** [2] - 107:3, 107:8
**examining** [1] - 6:16
**example** [4] - 31:5, 71:20, 71:23, 85:2
**exceed** [1] - 12:13
**except** [3] - 14:9, 26:8, 84:6
**exception** [2] - 76:13, 83:9
**excuse** [9] - 16:5, 45:13, 46:22, 51:2, 55:10, 55:24, 82:2, 83:11, 113:8
**Excuse** [1] - 75:11
**excused** [4] - 85:12, 147:11, 149:20, 150:5

**executive** [1] - 23:16
**exercise** [1] - 69:25
**exercised** [3] - 94:9, 94:11, 112:14
**exerting** [1] - 109:6
**exhibits** [1] - 84:25
**exist** [1] - 81:1
**expect** [2] - 7:1, 7:15
**expected** [1] - 91:8
**expend** [1] - 32:14
**experience** [14] - 39:7, 39:11, 52:9, 52:11, 52:12, 52:22, 52:23, 53:5, 53:17, 53:22, 56:22, 68:16, 97:19, 146:21
**experiences** [2] - 52:3, 55:6
**explain** [1] - 153:18
**explained** [1] - 30:13
**explanation** [7] - 130:17, 139:3, 139:6, 139:9, 139:10, 139:24
**express** [2] - 31:14, 81:9
**Express** [1] - 37:22
**extended** [1] - 126:13
**extending** [1] - 5:21
**extent** [15] - 16:1, 17:9, 20:6, 21:17, 22:4, 24:9, 38:14, 40:14, 44:13, 48:5, 63:12, 75:3, 89:25, 90:2, 107:22
**extra** [2] - 125:10, 142:4
**extremely** [2] - 53:22, 103:22

**F**

**fabricate** [1] - 112:3
**face** [2] - 115:2, 115:4
**facebook** [1] - 149:14
**faces** [1] - 114:17
**fact** [9] - 14:4, 14:5, 79:7, 81:1, 81:19, 90:15, 93:2, 109:16
**factory** [2] - 120:19, 120:25
**facts** [15] - 14:7, 67:15, 67:18, 90:9, 90:18, 91:4, 91:8, 91:14, 93:5, 93:9, 93:12, 93:14, 93:19, 93:23

**factually** [2] - 94:11, 94:18
**fail** [2] - 85:5, 91:10
**failed** [3] - 90:11, 91:15, 91:16
**failure** [1] - 110:11
**fair** [27] - 14:4, 14:10, 34:16, 41:4, 43:8, 45:10, 48:12, 49:1, 49:25, 51:16, 52:16, 53:2, 53:4, 53:16, 54:11, 61:14, 61:15, 63:19, 65:17, 75:17, 75:21, 82:6, 88:25, 95:8, 136:7, 136:11, 152:7
**Fair** [7] - 12:10, 12:15, 26:8, 66:16, 89:1, 107:13
**fairly** [1] - 134:13
**fairness** [1] - 31:17
**fall** [1] - 152:1
**familiar** [1] - 26:7
**family** [11] - 19:17, 33:1, 52:11, 52:16, 52:17, 57:11, 67:20, 73:10, 76:7, 76:12, 113:14
**family's** [1] - 113:21
**far** [6] - 42:24, 53:12, 75:4, 76:7, 107:16, 148:19
**fascinating** [1] - 95:16
**fashion** [1] - 9:2
**fast** [1] - 31:20
**FAU** [1] - 65:15
**favor** [4] - 31:6, 31:7, 52:13, 76:5
**favorable** [2] - 52:22, 52:24
**favoring** [2] - 81:10, 81:18
**FBI** [1] - 18:17
**February** [2] - 97:25, 104:25
**Federal** [5] - 5:22, 18:16, 57:23, 89:5, 91:20
**feelings** [3] - 34:4, 52:5, 54:3
**FELICIANO** [1] - 1:5
**Feliciano** [30] - 13:7, 88:23, 89:13, 96:9, 102:3, 102:4, 103:24, 104:20, 105:11, 105:16, 108:6, 116:22, 117:10, 117:19, 118:16, 118:21, 118:22,

118:24, 119:2, 119:5, 119:9, 119:24, 120:12, 122:20, 123:2, 123:18, 124:11, 124:17, 125:3, 125:14

**few** [10] - 26:19, 51:25, 80:19, 82:1, 100:15, 103:25, 108:7, 110:18, 129:3, 143:10

**filed** [6] - 8:6, 68:12, 110:11, 131:18, 136:22, 138:4

**fill** [4] - 8:4, 8:5, 11:5

**filled** [2] - 11:3, 11:5

**filling** [3] - 11:2, 113:20

**final** [1] - 111:15

**finance** [1] - 38:21

**financed** [1] - 54:22

**financial** [2] - 22:11, 89:20

**fine** [3] - 66:11, 88:3, 150:19

**finish** [10] - 127:6, 148:25, 149:2, 150:20, 150:21, 151:3, 151:8, 151:12, 151:17, 152:4

**finished** [3] - 75:7, 123:9, 123:16

**fired** [1] - 140:6

**firm** [1] - 114:15

**First** [1] - 112:25

**first** [53] - 5:10, 8:3, 8:5, 8:18, 11:1, 11:4, 11:17, 11:23, 25:24, 34:19, 71:18, 75:13, 75:14, 84:14, 96:4, 102:14, 103:24, 108:1, 109:12, 109:23, 111:18, 112:18, 115:7, 115:24, 116:8, 117:10, 117:19, 117:23, 118:5, 118:9, 118:16, 118:24, 119:2, 119:16, 119:17, 119:22, 120:3, 127:20, 128:4, 128:5, 128:10, 128:16, 129:16, 129:20, 144:4, 148:25, 149:14, 150:4, 150:15, 150:20, 151:3, 151:13, 151:20

**fit** [1] - 99:17

**FIU** [1] - 18:24

**five** [10] - 9:20, 30:2, 30:6, 39:15, 73:4, 95:19, 99:21, 111:20, 142:16, 143:16

**five/six** [1] - 153:11

**fix** [1] - 130:21

**fixing** [2] - 130:6, 131:3

**FL** [4] - 1:18, 1:22, 2:4, 155:24

**floor** [2] - 83:20

**Florida** [27] - 10:12, 10:21, 16:7, 16:12, 17:18, 18:6, 18:11, 19:5, 20:15, 22:9, 22:13, 23:10, 24:19, 25:18, 38:17, 47:5, 60:4, 64:1, 73:2, 97:7, 97:15, 97:21, 104:14, 107:5, 107:6, 134:9, 134:19

**FLORIDA** [2] - 1:1, 1:7

**flow** [1] - 110:16

**FLSA** [5] - 66:21, 68:17, 88:25, 89:1, 89:5

**focus** [4] - 66:5, 91:2, 91:18, 92:1

**focused** [2] - 90:22, 91:21

**follow** [6] - 27:4, 27:5, 27:6, 67:14, 81:6, 95:25

**following** [3] - 27:1, 67:12, 83:21

**follows** [1] - 82:19

**foot** [2] - 112:2

**FOR** [3] - 1:16, 1:20, 2:1

**force** [3] - 18:16, 18:17, 78:13

**Ford** [1] - 37:13

**fore** [1] - 54:4

**foregoing** [1] - 155:18

**forest** [1] - 91:24

**forgave** [1] - 114:2

**forget** [2] - 91:24, 149:21

**Forgive** [1] - 112:20

**forgot** [2] - 28:9, 79:3

**form** [1] - 81:9

**formal** [9] - 16:1, 17:9, 18:3, 20:6, 21:18, 24:10, 38:14, 44:13, 48:6

**former** [2] - 52:18, 138:12

**FORT** [2] - 1:2, 1:7

**Fort** [7] - 18:16, 22:3, 24:13, 42:3, 63:24, 65:5, 129:13

**forth** [1] - 28:22

**forward** [1] - 10:25

**four** [28] - 7:3, 8:4, 8:6, 8:24, 9:7, 11:3, 11:6, 15:7, 17:6, 19:6, 19:21, 22:16, 31:24, 36:11, 37:7, 47:23, 61:10, 70:11, 70:18, 72:4, 90:5, 99:21, 110:22, 129:3, 142:16, 143:12, 143:16

**four-day** [1] - 7:3

**FPR** [2] - 2:3, 155:22

**FRANCIS** [1] - 1:10

**Francis** [5] - 1:22, 97:2, 138:9, 146:15, 146:20

**Frank** [4] - 4:10, 13:20, 106:19, 127:14, 130:9, 136:24, 137:15, 140:5, 144:7, 146:14

**free** [4] - 35:15, 78:24, 79:8, 83:16

**freely** [1] - 106:14

**frequently** [2] - 145:21, 146:6

**Friday** [7] - 7:5, 124:2, 149:1, 149:2, 149:3, 150:13, 151:15

**friends** [1] - 113:14

**front** [4] - 8:3, 11:2, 11:17, 138:23

**fulfill** [1] - 116:9

**full** [4] - 26:22, 65:24, 76:10, 115:14

**fully** [1] - 88:5

**functioning** [1] - 100:2

**furnishings** [1] - 97:24

**furniture** [1] - 97:24

**future** [2] - 32:12, 82:14

### G

**Gail** [1] - 12:1

**game** [2] - 34:1, 107:10

**gap** [1] - 151:16

**gas** [3] - 113:18, 113:19

**gate** [2] - 11:9, 11:10

**general** [9] - 28:14, 31:12, 31:21, 53:7, 53:24, 65:20, 102:16, 106:17, 106:23

**generally** [4] - 66:20, 66:22, 75:21, 92:9

**gentleman** [4] - 12:25, 13:10, 107:25, 116:22

**gentlemen** [8] - 8:1, 84:8, 85:20, 90:8, 92:18, 93:1, 107:17, 147:1

**Gentlemen** [6] - 10:19, 10:24, 13:22, 78:21, 88:10, 147:10

**girl** [1] - 23:3

**girls** [3] - 24:7, 38:6, 47:23

**given** [7] - 30:21, 31:3, 66:24, 82:10, 118:6, 118:10, 119:18

**glabor@aol.com** [1] - 1:23

**Glasser** [2] - 1:21, 141:16

**God** [2] - 112:4, 114:19

**Goliath** [3] - 54:16, 54:20, 54:24

**GONZALEZ** [1] - 1:13

**goodbye** [1] - 84:11

**goodness** [1] - 44:6

**google** [1] - 31:2

**Government's** [1] - 34:3

**grade** [1] - 21:16

**graduated** [1] - 21:20

**granby** [1] - 48:9

**granddaughter** [1] - 62:22

**grandfather's** [1] - 42:7

**great** [2] - 110:14, 112:4

**greatly** [1] - 104:14

**greet** [1] - 84:10

**gross** [2] - 105:21

**grounds** [1] - 26:11

**group** [3] - 23:17, 23:18, 70:19

**groups** [1] - 123:14

**guarantee** [2] - 86:19, 148:15

**guess** [1] - 107:10

**guessing** [1] - 107:10

**guidance** [1] - 65:4

**guide** [1] - 120:7

**GUILLERMO** [1] - 1:6

**Guillermo** [2] - 89:17, 122:16

**guilty** [3] - 34:5, 35:17, 35:18

**guy** [2] - 60:16, 137:19

**guys** [5] - 104:7, 108:3, 110:16, 114:15, 138:4

### H

**H-a-i-m-o** [1] - 59:19

**H-o-v-a-r-t** [1] - 11:21

**HAIMO** [31] - 60:1, 60:3, 60:6, 60:8, 60:10, 60:14, 60:19, 60:22, 60:24, 61:1, 61:3, 61:6, 61:8, 61:10, 61:12, 61:15, 66:3, 66:18, 66:20, 67:3, 67:6, 67:8, 68:19, 68:22, 68:25, 69:3, 69:5, 69:8, 69:11, 69:14, 69:16

**Haimo** [10] - 59:19, 59:25, 66:2, 68:16, 70:1, 70:2, 70:25, 71:5, 71:13, 71:20

**hairdresser** [1] - 21:21

**half** [18] - 16:22, 23:25, 39:14, 73:20, 90:12, 90:14, 90:24, 105:6, 107:5, 109:3, 113:24, 115:1, 141:9, 141:22, 141:24, 142:2, 149:3, 151:16

**halfway** [2] - 142:17, 149:23

**hall** [2] - 83:24, 84:9

**hallandale** [1] - 16:11

**hand** [9] - 10:22, 29:2, 30:7, 30:8, 30:11, 31:14, 31:22, 33:22, 115:11

**handled** [2] - 68:17, 72:17

**hands** [8] - 26:23, 27:6, 27:7, 30:1, 33:4, 33:15, 100:6, 101:17

**hands-on** [2] - 100:6, 101:17

**handyman** [1] - 133:15

JURY TRIAL - VOLUME I OF VI

hang [3] - 101:16, 103:9, 107:7
hanging [2] - 103:16, 104:24
happy [1] - 108:4
hard [2] - 60:17, 109:7
harder [1] - 60:20
HARDY [2] - 2:3, 155:22
Hardy [1] - 155:21
HARDY-HOBBS [2] - 2:3, 155:22
Hardy-Hobbs [1] - 155:21
harm [1] - 30:22
Hartford [1] - 65:14
head [4] - 51:20, 56:12, 114:8, 138:8
headed [1] - 100:8
heads [2] - 100:6, 100:16
hear [85] - 8:19, 12:20, 26:14, 27:10, 34:8, 34:11, 34:15, 34:18, 34:25, 46:12, 52:1, 52:25, 54:11, 54:23, 54:25, 55:5, 55:16, 58:8, 67:2, 67:15, 68:6, 68:8, 84:2, 84:15, 87:15, 87:16, 89:1, 90:1, 90:5, 92:7, 92:10, 96:2, 96:14, 96:21, 96:23, 98:7, 98:14, 98:16, 99:4, 99:5, 99:9, 99:19, 100:11, 100:12, 100:13, 100:15, 101:6, 101:7, 101:11, 101:14, 102:2, 102:9, 102:11, 102:18, 102:20, 102:22, 103:4, 103:6, 103:8, 103:21, 104:13, 104:16, 104:19, 104:21, 105:11, 105:23, 106:19, 107:2, 107:8, 107:9, 107:15, 108:24, 109:3, 109:4, 110:13, 111:22, 111:24, 112:6, 126:23, 143:22, 149:17, 149:18, 154:14
heard [21] - 28:22, 30:16, 33:16, 38:22, 40:23, 43:7, 45:8, 48:10, 56:8, 61:13, 63:18, 65:16, 65:21,

67:21, 75:15, 81:10, 85:21, 91:6, 107:12, 109:10, 141:9
hearing [4] - 46:6, 46:8, 46:16, 81:22
hearings [1] - 86:11
heavily [1] - 126:18
HEIDELBERGER [2] - 1:10, 150:10
Heidelberger [63] - 1:22, 4:10, 5:10, 13:19, 26:5, 92:18, 92:23, 93:4, 94:8, 97:2, 97:4, 97:10, 98:6, 98:7, 98:18, 98:22, 99:7, 99:25, 100:9, 100:16, 100:18, 100:23, 101:4, 101:8, 101:9, 101:11, 101:15, 101:22, 110:17, 111:7, 111:16, 112:8, 127:18, 129:15, 129:20, 130:1, 130:3, 130:11, 130:18, 131:3, 131:8, 136:24, 137:15, 138:6, 139:13, 139:17, 139:21, 140:3, 140:11, 142:12, 144:7, 144:17, 144:25, 145:16, 145:21, 146:2, 146:20, 147:3, 150:4, 150:6, 150:15
Heidelberger's [2] - 93:7, 140:14
held [3] - 29:11, 81:25, 95:21
helicopters [1] - 95:17
hello [1] - 35:11
help [1] - 99:12
Herbert [1] - 37:9
hereby [1] - 155:18
hesitated [1] - 48:21
hesitation [1] - 48:18
high [3] - 42:25, 48:7, 48:8
High [1] - 48:9
himself [2] - 6:14, 13:15
hire [3] - 99:23, 142:13, 147:8
hired [11] - 98:16, 98:17, 99:12, 100:2, 101:1, 116:9, 135:22, 135:24, 140:4, 147:1, 147:2
hires [2] - 99:23,

99:24
hiring [1] - 114:12
hirings [1] - 98:18
Hispanic [1] - 70:22
history [1] - 25:20
Hobbs [1] - 155:21
HOBBS [2] - 2:3, 155:22
hobbs@flsd.uscourts.gov [2] - 2:5, 155:24
holding [1] - 57:5
holiday [1] - 126:14
holidays [6] - 105:5, 110:2, 110:5, 126:6, 126:9, 126:10
hollywood [3] - 20:14, 72:25, 73:3
Hollywood [2] - 23:14, 73:2
home [16] - 16:10, 17:15, 19:3, 19:11, 21:23, 23:7, 59:25, 72:24, 74:16, 77:19, 78:11, 86:17, 104:23, 123:15, 123:17, 149:14
homemaker [2] - 19:12, 62:3
homeowners [1] - 105:7
honest [2] - 97:20, 134:18
Honor [84] - 4:5, 4:8, 4:17, 5:4, 5:8, 5:25, 6:2, 6:11, 7:4, 7:7, 7:23, 8:14, 9:4, 9:24, 10:4, 10:15, 10:18, 13:5, 13:18, 26:17, 32:22, 35:22, 36:5, 36:6, 36:8, 36:18, 36:22, 37:4, 51:23, 58:6, 59:9, 59:13, 60:1, 69:18, 69:21, 70:6, 70:7, 70:17, 72:6, 76:17, 78:18, 80:7, 80:9, 85:22, 85:25, 87:4, 87:22, 87:24, 88:13, 95:13, 111:11, 112:21, 115:8, 117:14, 121:8, 121:17, 121:21, 121:23, 124:13, 124:25, 125:16, 126:2, 128:12, 131:12, 132:14, 137:5, 137:25, 145:7, 145:12, 147:18, 148:6, 150:5, 150:12,

152:19, 153:20, 153:23, 154:5, 154:9, 154:17, 155:2, 155:4
honor [1] - 59:2
HONORABLE [1] - 1:13
hope [1] - 155:4
hoping [1] - 7:5
Hospital [1] - 37:19
hour [10] - 90:20, 90:24, 106:3, 106:7, 109:3, 113:16, 127:11, 149:3
hourly [11] - 27:16, 30:2, 30:4, 30:5, 30:6, 48:24, 48:25, 54:23, 67:17, 67:23, 77:6
hours [67] - 5:21, 12:13, 28:4, 28:13, 29:5, 49:9, 49:13, 49:19, 50:24, 51:8, 56:20, 56:23, 77:13, 90:13, 90:17, 90:23, 91:1, 91:2, 91:16, 94:25, 95:20, 102:10, 104:3, 104:5, 104:7, 104:14, 105:16, 105:22, 107:3, 107:4, 107:9, 107:10, 107:20, 107:22, 108:3, 108:16, 108:18, 108:20, 108:21, 109:2, 109:12, 109:13, 109:16, 109:17, 109:20, 109:22, 109:24, 110:3, 114:19, 118:8, 118:10, 124:1, 124:2, 124:11, 125:5, 125:6, 125:8, 125:10, 125:14, 126:1, 126:16, 143:5
house [1] - 52:21
housewives [1] - 74:23
HOVART [15] - 19:4, 19:6, 19:9, 19:11, 19:13, 19:15, 19:17, 19:19, 19:21, 19:23, 19:25, 20:2, 20:5, 20:8, 20:10
Hovart [6] - 11:21, 19:3, 36:22, 36:23, 71:11, 71:12
Howard [1] - 37:10
hundred [1] - 152:9
hundreds [1] - 101:24
Hurricane [32] - 1:21,

4:3, 4:9, 10:13, 12:7, 92:5, 92:9, 94:15, 96:22, 96:25, 110:9, 111:16, 115:22, 115:25, 116:8, 116:12, 116:21, 117:10, 117:13, 117:18, 118:5, 118:9, 118:17, 131:18, 132:11, 134:6, 136:23, 137:10, 140:4, 141:8, 142:17, 144:18
HURRICANE [1] - 1:9
hurricane [21] - 89:8, 92:6, 92:10, 95:18, 96:11, 97:6, 97:14, 101:16, 103:9, 103:16, 104:14, 104:24, 107:7, 109:19, 112:1, 113:2, 123:8, 133:2, 135:1, 135:10, 135:14
hurt [2] - 54:7
husband [12] - 15:13, 18:14, 18:15, 22:19, 38:3, 39:2, 52:9, 52:17, 52:18, 53:20, 62:6, 89:18
husband's [4] - 19:16, 38:4, 52:11, 53:8
hydrate [1] - 109:7
hyphen [1] - 12:2

**I**

IB [1] - 22:23
Ibacache [5] - 133:20, 136:7, 136:14, 136:16, 136:18
idea [12] - 7:18, 26:19, 89:4, 89:22, 97:6, 102:6, 121:5, 126:8, 126:9, 140:14, 140:17, 140:22
idelworks [1] - 73:24
identify [7] - 34:9, 34:16, 55:16, 65:23, 66:15, 66:17, 70:22
ignore [1] - 27:6
immediately [2] - 106:6, 150:5
impact [2] - 7:3, 31:16
impaneling [1] - 10:6
impartial [2] - 14:4,

JURY TRIAL - VOLUME I OF VI

14:10
**important** [12] -
35:24, 85:2, 90:9,
91:21, 92:25, 98:20,
105:3, 105:15, 148:2,
149:16, 150:22
**impossible** [1] - 82:2
**IN** [1] - 4:24
**inaudible** [1] - 16:7
**Inaudible)** [1] - 14:23
**INC** [1] - 1:9
**Inc** [6] - 1:21, 4:4,
4:9, 10:13, 12:7,
137:10
**include** [2] - 89:17,
89:18
**income** [5] - 110:9,
110:10, 110:12,
152:9, 152:14
**Incorporated** [1] -
92:6
**incorporation** [2] -
42:4, 100:20
**independent** [1] -
121:6
**INDEX** [1] - 3:11
**indication** [1] - 90:6
**individual** [6] - 6:24,
28:16, 34:3, 91:23,
92:15, 93:21, 93:24,
104:13
**individually** [3] -
92:19, 98:21, 98:23
**individuals** [4] -
28:18, 69:7, 94:5,
114:17
**industry** [1] - 101:2
**infer** [1] - 81:16
**inference** [1] - 82:10
**influence** [1] - 48:19
**informally** [2] - 29:7,
50:23
**information** [3] -
95:6, 120:7, 136:25
**infusion** [1] - 110:18
**inhibitions** [1] -
31:13
**initial** [2] - 137:9,
138:4
**input** [1] - 93:20
**inquire** [9] - 13:23,
26:16, 32:20, 48:14,
51:22, 65:19, 67:10,
75:19, 111:24
**inquiry** [3] - 8:9,
8:10, 8:18
**insolvent** [1] - 94:19
**installation** [7] -
99:14, 100:25,
109:19, 112:13,

123:8, 123:25, 127:6
**installations** [2] -
116:4, 116:19
**installed** [2] - 89:8,
89:10
**installer** [3] - 116:10,
116:12, 116:16
**installers** [17] -
89:10, 99:9, 99:10,
101:1, 101:3, 101:10,
101:13, 102:12,
102:21, 102:22,
104:15, 106:12,
109:11, 119:20,
119:22, 120:24,
135:22
**installing** [2] -
104:24, 123:14
**instance** [2] - 27:9,
127:1
**instances** [1] - 127:8
**institute** [2] - 16:8,
24:13
**institution** [1] - 18:5
**instruct** [2] - 67:13,
81:5
**instructions** [8] -
79:15, 80:20, 81:12,
93:19, 117:5, 138:22,
145:17, 146:15
**instructs** [1] - 67:15
**intend** [1] - 7:20
**intended** [2] - 30:22,
93:23
**interest** [7] - 14:8,
83:25, 133:18,
133:24, 140:15,
140:17, 140:21
**interesting** [1] -
90:18
**interests** [1] - 97:8
**interfere** [6] - 33:17,
35:25, 65:23, 66:8,
75:24, 76:9
**interior** [1] - 24:12
**internet** [1] - 149:13
**interpreter** [8] -
87:25, 88:2, 88:4,
117:4, 131:24, 145:5,
146:9, 154:6
**INTERPRETER** [6] -
117:4, 117:7, 123:5,
125:21, 145:5, 146:9
**introduce** [5] -
12:21, 13:2, 13:16,
89:3, 97:3
**introduced** [1] - 26:5
**invest** [2] - 93:14,
101:18
**invested** [1] - 93:10

**investment** [5] -
94:2, 98:4, 101:23,
101:24, 101:25
**investor** [1] - 110:19
**investors** [5] - 93:8,
93:10, 94:2, 95:21,
98:5
**involved** [11] - 49:7,
49:12, 50:15, 50:22,
69:13, 93:12, 98:19,
117:24, 118:2,
133:17, 138:24
**Island** [2] - 18:10,
21:20
**isles** [1] - 16:25
**issue** [11] - 6:13,
32:11, 33:2, 51:9,
67:16, 72:15, 96:4,
96:24, 106:15,
109:10, 131:8
**issued** [1] - 98:9
**issues** [10] - 69:15,
80:25, 81:1, 81:3,
81:19, 91:21, 91:22,
92:2, 108:10, 145:22
**it'd** [1] - 153:13
**items** [1] - 84:23
**itself** [1] - 82:11

## J

**J.H** [2] - 1:17, 4:6
**jail** [2] - 30:17, 114:5
**jamaica** [1] - 41:14
**Jamaica** [5] - 41:15,
41:16, 42:6, 43:2,
43:3
**January** [1] - 111:19
**Jennifer** [1] - 11:25
**jlLL** [1] - 2:3
**Jill** [1] - 155:21
**JILL** [1] - 155:22
**jill_hardy** [2] - 2:5,
155:24
jill_hardy-hobbs@
flsd.uscourts.gov [2]
- 2:5, 155:24
**JM** [2] - 19:17, 62:25
**job** [22] - 25:4, 30:3,
50:21, 75:24, 76:8,
102:23, 109:7,
112:15, 116:16,
119:10, 120:9,
128:11, 128:14,
128:17, 134:5,
134:19, 140:24,
141:3, 145:22,
146:22, 149:5
**job's** [1] - 108:23

**jobs** [3] - 25:3,
129:12, 138:21
**John** [1] - 22:13
**JOSE** [1] - 1:13
**JR** [1] - 1:13
**Judge** [4] - 51:12,
67:12, 67:15, 93:18
**JUDGE** [1] - 1:14
**judging** [1] - 55:7
**judgment** [6] - 31:10,
49:20, 68:24, 69:1,
94:20, 96:24
**Julio** [2] - 89:17,
122:18
**JULIO** [1] - 1:6
**Juror** [2] - 11:4,
11:20
**JUROR** [345] - 14:13,
14:17, 14:19, 14:21,
14:23, 15:3, 15:5,
15:9, 15:12, 15:17,
15:22, 15:25, 16:3,
16:7, 16:11, 16:13,
16:15, 16:17, 16:19,
16:22, 16:24, 17:2,
17:4, 17:6, 17:8,
17:11, 17:13, 17:16,
17:19, 17:21, 17:23,
18:1, 18:4, 18:6, 18:9,
18:13, 18:15, 18:19,
18:21, 18:23, 19:1,
20:14, 20:16, 20:18,
20:20, 20:22, 20:25,
21:2, 21:4, 21:6, 21:8,
21:10, 21:12, 21:15,
21:19, 21:24, 22:1,
22:3, 22:6, 22:8,
22:11, 22:13, 22:16,
22:18, 22:20, 22:23,
22:25, 23:2, 23:5,
23:8, 23:11, 23:14,
23:16, 23:19, 23:21,
23:25, 24:2, 24:4,
24:6, 24:8, 24:11,
24:15, 24:18, 24:20,
24:22, 24:24, 25:1,
25:3, 25:6, 25:8,
25:10, 25:12, 25:14,
25:16, 25:18, 25:20,
25:22, 27:14, 27:17,
27:20, 27:23, 28:5,
28:12, 29:14, 29:17,
29:20, 29:24, 30:4,
30:21, 31:2, 31:24,
32:2, 32:5, 32:8,
32:16, 34:18, 34:21,
34:23, 35:3, 35:5,
35:7, 35:10, 37:13,
37:15, 37:19, 37:22,
38:2, 38:6, 38:10,

38:13, 38:16, 38:19,
39:2, 39:9, 39:11,
39:14, 39:17, 39:21,
39:24, 40:1, 40:5,
40:9, 40:11, 40:13,
40:18, 40:20, 40:22,
41:3, 41:8, 41:10,
41:12, 41:14, 41:16,
41:18, 41:21, 41:23,
42:3, 42:6, 42:8,
42:10, 42:12, 42:14,
42:18, 42:20, 42:22,
43:2, 43:4, 43:6,
43:10, 43:15, 43:17,
43:21, 43:24, 44:1,
44:3, 44:8, 44:10,
44:12, 44:15, 44:17,
44:19, 44:21, 45:2,
45:5, 45:11, 45:18,
45:22, 45:25, 46:2,
46:4, 46:7, 46:9,
46:14, 46:17, 46:19,
47:5, 47:7, 47:9,
47:11, 47:13, 47:16,
47:19, 47:21, 47:23,
47:25, 48:3, 48:4,
48:7, 48:9, 48:12,
48:13, 48:21, 48:23,
49:4, 49:6, 49:11,
49:15, 49:21, 50:1,
50:8, 50:10, 50:14,
50:17, 50:19, 51:1,
51:8, 51:18, 51:20,
52:19, 53:3, 53:9,
53:18, 53:21, 54:2,
54:15, 54:19, 56:12,
56:17, 57:4, 57:7,
57:10, 57:13, 57:15,
57:20, 57:25, 58:2,
58:4, 58:7, 58:12,
60:1, 60:3, 60:6, 60:8,
60:10, 60:14, 60:19,
60:22, 60:24, 61:1,
61:3, 61:6, 61:12,
61:15, 61:18, 61:20,
61:22, 61:24, 62:1,
62:3, 62:5, 62:9,
62:11, 62:17, 62:20,
62:22, 62:24, 63:2,
63:5, 63:10, 63:13,
63:16, 63:21, 63:24,
64:2, 64:6, 64:9,
64:12, 64:14, 64:19,
65:8, 65:13, 65:18,
66:3, 66:6, 66:11,
66:13, 66:18, 66:20,
67:3, 67:6, 68:5,
68:19, 68:22, 68:25,
69:5, 69:8, 69:14,
70:13, 72:25, 73:2,
73:7, 73:9, 73:12,

JURY TRIAL - VOLUME I OF VI

73:15, 73:17, 73:20, 73:22, 73:24, 74:3, 74:8, 74:10, 74:12, 74:14, 74:17, 74:19, 74:22, 75:2, 75:11, 75:13, 75:18, 76:6, 76:11, 76:19, 76:21, 76:25, 77:9, 77:12, 77:15, 77:21, 77:23, 77:25, 78:4, 78:6, 78:12, 78:16

**juror** [105] - 8:3, 8:4, 8:25, 9:1, 11:15, 11:19, 11:20, 11:21, 11:25, 12:1, 12:2, 14:5, 15:1, 15:7, 15:14, 15:19, 15:24, 16:5, 17:7, 18:25, 20:4, 23:4, 24:14, 25:21, 26:12, 31:16, 37:3, 37:8, 37:9, 37:10, 37:17, 37:25, 38:4, 38:8, 38:12, 38:21, 39:1, 40:3, 40:15, 40:21, 41:2, 41:4, 41:6, 42:1, 42:16, 42:25, 43:5, 43:9, 44:5, 44:23, 44:24, 44:25, 45:7, 45:10, 45:20, 46:11, 46:25, 47:2, 51:15, 52:11, 57:18, 58:10, 58:18, 59:2, 59:19, 59:20, 61:8, 61:10, 61:11, 61:14, 62:7, 62:15, 63:1, 63:8, 63:19, 64:4, 64:17, 64:21, 64:23, 64:25, 65:3, 65:17, 67:8, 68:8, 69:3, 69:11, 69:16, 70:4, 73:4, 74:5, 75:1, 75:5, 75:10, 75:12, 75:17, 75:21, 75:24, 75:25, 76:1, 76:23, 77:3, 77:5, 77:7

**jurors** [17] - 6:16, 8:2, 8:8, 9:3, 10:7, 13:24, 26:20, 65:22, 67:20, 67:22, 70:11, 70:18, 70:21, 72:2, 78:22, 79:17, 87:1

**Jurors** [2] - 10:9, 149:13

**JURY** [3] - 1:13, 10:23, 80:17

**Jury** [2] - 80:1, 80:14, 80:15, 80:18, 85:19, 88:9, 150:2

**jury** [42] - 9:10, 10:2,

11:1, 11:6, 11:8, 11:9, 11:12, 12:5, 13:3, 13:17, 26:24, 39:15, 45:15, 54:5, 71:22, 79:19, 80:5, 80:16, 80:21, 80:24, 81:12, 82:2, 83:18, 83:22, 84:3, 85:14, 85:16, 87:3, 87:5, 88:8, 88:18, 95:15, 121:10, 123:20, 125:5, 126:8, 129:8, 129:20, 147:12, 149:25, 150:1

**justified** [3] - 28:15, 28:17, 28:20

## K

**K-a-l-v-a-i-t-i-s** [1] - 59:20

**K-o-c-i-j-a-n** [1] - 45:16

**Kalvaitis** [3] - 59:20, 63:23, 68:3

**KALVAITIS** [20] - 63:24, 64:2, 64:4, 64:6, 64:9, 64:12, 64:14, 64:17, 64:19, 64:21, 64:23, 64:25, 65:3, 65:8, 65:13, 65:18, 66:6, 66:11, 68:5, 68:8

**keep** [14] - 28:3, 28:6, 50:4, 50:10, 56:25, 87:11, 91:5, 91:10, 107:14, 107:15, 108:17, 110:18, 112:5, 112:23

**keeping** [2] - 27:25, 49:12

**Keith** [1] - 100:15

**Kelly** [29] - 4:5, 6:22, 7:7, 8:9, 12:24, 12:25, 13:3, 13:4, 25:25, 26:16, 33:21, 48:14, 56:8, 65:19, 70:18, 75:19, 88:11, 95:11, 96:16, 107:12, 109:10, 112:18, 141:7, 143:10, 150:13, 152:18, 152:20, 152:22, 154:11

**KELLY** [118] - 1:17, 4:5, 5:4, 6:23, 7:2, 10:15, 13:4, 26:17, 27:15, 27:18, 27:21, 27:24, 28:10, 28:13, 29:16, 29:19, 29:21, 30:1, 30:5, 30:24,

31:3, 32:1, 32:4, 32:7, 32:10, 32:13, 32:18, 34:20, 34:22, 34:24, 35:4, 35:6, 35:8, 35:22, 36:8, 36:11, 36:14, 36:17, 36:20, 36:22, 36:25, 48:16, 48:22, 49:12, 49:17, 49:22, 50:2, 50:9, 50:12, 50:15, 50:18, 50:22, 51:5, 51:10, 51:21, 58:21, 58:25, 59:6, 65:20, 66:7, 66:12, 66:14, 66:19, 66:23, 67:4, 67:7, 67:9, 69:21, 69:25, 71:18, 71:25, 72:7, 72:13, 72:21, 75:20, 76:5, 76:7, 76:15, 78:18, 87:4, 87:7, 87:20, 88:1, 88:13, 115:8, 115:20, 117:8, 117:17, 118:15, 119:14, 121:9, 121:13, 121:19, 122:3, 123:6, 123:11, 124:15, 125:2, 125:19, 125:22, 126:5, 126:25, 127:7, 128:15, 128:23, 131:1, 131:6, 131:11, 138:17, 147:18, 148:8, 148:12, 148:15, 152:23, 153:6, 154:12, 154:20, 155:2

**Kelly's** [2] - 7:20, 7:22

**Kelly** ..................... [1] - 3:14

**kelly** ..................... [1] - 3:5

**Kelly** ..................... [1] - 3:6

**kept** [3] - 28:11, 57:1, 95:5

**key** [1] - 102:12

**kid** [2] - 107:25, 114:1

**kids** [1] - 31:24

**Kiko** [1] - 113:25

**kind** [5] - 53:15, 54:21, 63:6, 105:1, 151:11

**KLE** [1] - 4:17

**KLEPPIN** [178] - 1:21, 4:8, 4:17, 4:20, 4:22, 4:24, 5:7, 5:10, 5:18, 5:20, 5:25, 6:2, 6:4, 6:8, 6:11, 6:13,

6:19, 7:7, 7:13, 7:15, 7:19, 7:25, 9:4, 9:6, 9:9, 9:13, 9:16, 9:19, 9:22, 9:24, 10:4, 10:6, 10:18, 13:18, 33:22, 32:25, 36:5, 37:3, 51:23, 52:16, 52:23, 53:7, 53:12, 53:16, 53:19, 53:24, 54:3, 54:18, 54:20, 55:2, 55:4, 55:11, 55:13, 55:15, 55:25, 56:13, 56:18, 56:24, 57:5, 57:8, 57:11, 57:14, 57:16, 57:19, 57:21, 58:1, 58:3, 58:5, 58:8, 58:11, 58:14, 59:2, 59:9, 59:13, 59:16, 67:11, 68:6, 68:11, 68:21, 68:23, 69:1, 69:4, 69:7, 69:9, 69:12, 69:15, 69:17, 69:23, 70:6, 70:9, 70:11, 70:17, 71:2, 71:5, 71:7, 71:9, 71:12, 71:14, 71:16, 72:5, 76:17, 76:20, 76:22, 76:24, 77:1, 77:4, 77:6, 77:8, 77:11, 77:13, 77:20, 77:22, 77:24, 78:2, 78:5, 78:10, 78:15, 78:20, 79:22, 79:24, 80:6, 80:9, 85:22, 85:25, 86:3, 86:8, 86:10, 86:13, 86:15, 86:18, 86:21, 87:23, 88:2, 95:13, 111:14, 117:6, 117:14, 118:12, 121:8, 121:11, 121:17, 121:21, 121:23, 124:13, 124:25, 125:16, 126:2, 126:22, 128:12, 128:19, 130:24, 131:4, 131:15, 132:14, 132:16, 137:5, 137:8, 137:25, 138:2, 145:7, 145:11, 145:15, 146:12, 147:24, 148:5, 148:23, 150:4, 150:8, 150:12, 151:10, 151:20, 151:23, 152:6, 152:18, 153:9, 154:17, 155:4, 155:11

**Kleppin** [17] - 1:21, 4:9, 8:10, 8:21, 8:22, 13:10, 13:16, 13:17, 13:18, 26:2, 32:20,

51:22, 67:10, 76:16, 87:8, 95:11, 147:18

**Kleppin** .................. .. [1] - 3:15

**Kleppin** .................. ... [1] - 3:4

**knowing** [1] - 153:7

**knowledge** [2] - 14:7, 121:6

**Knox** [1] - 22:13

**Kocijan** [3] - 45:15, 45:17, 46:23

**KOCIJAN** [12] - 45:18, 45:20, 45:22, 45:25, 46:2, 46:4, 46:7, 46:9, 46:11, 46:14, 46:17, 46:19

## L

**labor** [2] - 107:13, 109:7

**Labor** [7] - 12:10, 12:15, 26:8, 66:17, 88:25, 89:1

**laborer** [1] - 34:12

**Ladies** [7] - 10:19, 10:24, 13:21, 25:23, 78:21, 88:10, 147:10

**lady** [1] - 71:7

**laid** [1] - 72:4

**Lakes** [1] - 41:10

**Lamonica** [8] - 4:3, 10:12, 12:6, 89:19, 115:3, 120:18, 120:22, 120:25

**LAMONICA** [2] - 1:4, 1:5

**Lamonica's** [1] - 120:22

**Lamonicas** [4] - 89:19, 90:5, 96:16, 121:15

**Lamonicas'** [1] - 121:20

**landlord** [1] - 113:10

**landscaper** [1] - 73:12

**Landscapers** [1] - 78:6

**landscapers** [1] - 78:9

**landscaping** [1] - 77:2

**language** [1] - 46:18

**Lares** [1] - 100:15

**large** [1] - 103:10

**last** [27] - 4:15, 5:13, 5:15, 25:5, 30:2, 30:6,

JURY TRIAL - VOLUME I OF VI

44:11, 50:21, 51:24, 59:22, 63:10, 75:7, 82:4, 100:14, 102:15, 108:7, 110:21, 115:16, 129:1, 129:3, 143:8, 143:12, 143:20, 144:1, 144:2, 144:3
**late** [2] - 96:12, 143:3
**latest** [2] - 123:23, 151:15
**Latin** [1] - 91:17
**Lauderdale** [8] - 18:16, 22:3, 24:13, 41:10, 42:3, 63:24, 65:5, 129:13
**LAUDERDALE** [2] - 1:2, 1:7
**laugh** [1] - 107:6
**law** [38] - 10:3, 26:14, 26:24, 27:1, 27:2, 27:4, 27:5, 27:6, 28:1, 29:12, 29:13, 29:17, 29:22, 29:25, 49:23, 56:6, 56:10, 56:13, 56:25, 60:12, 61:5, 67:2, 67:12, 67:14, 67:15, 68:7, 81:1, 81:3, 81:6, 81:12, 81:15, 81:22, 89:5, 93:2, 93:6, 93:19, 94:7, 111:1
**LAW** [2] - 80:3, 86:25
**laws** [1] - 50:3
**lawsuit** [16] - 33:12, 50:23, 57:22, 66:16, 67:25, 96:6, 117:24, 118:2, 136:22, 137:10, 137:14, 138:4, 138:5, 138:15, 144:6, 144:22
**lawsuits** [1] - 68:12
**lawyer** [10] - 35:12, 35:13, 53:14, 55:19, 60:10, 60:21, 72:8, 144:6, 152:8, 152:11
**lawyers** [13] - 12:22, 13:22, 38:23, 40:24, 53:9, 75:16, 81:11, 81:16, 81:21, 84:5, 84:17, 84:18, 85:1
**LE** [2] - 4:20, 4:21
**lead** [1] - 52:24
**leading** [4] - 117:14, 118:12, 124:25, 130:24
**learn** [1] - 42:5
**learned** [1] - 76:4
**learning** [2] - 42:23, 91:14

**least** [8] - 52:18, 68:2, 128:21, 141:9, 143:15, 145:17, 146:5, 155:5
**leave** [19] - 5:15, 6:6, 7:4, 33:5, 78:25, 79:9, 82:20, 82:23, 83:18, 83:19, 85:25, 86:2, 86:7, 86:9, 86:16, 102:15, 104:12, 111:14
**leaving** [6] - 104:10, 130:23, 147:19, 147:20, 147:23, 148:12
**lectern** [1] - 11:10
**Lee** [1] - 59:20
**left** [5] - 11:11, 69:19, 88:23, 138:5, 143:3
**legal** [4] - 66:25, 93:4, 93:17, 138:17
**legitimate** [1] - 52:6
**Leiva** [94] - 2:1, 4:12, 5:1, 6:13, 8:11, 8:13, 8:14, 8:15, 8:17, 8:18, 8:21, 9:11, 9:19, 12:8, 13:11, 13:12, 13:13, 13:14, 26:3, 35:11, 35:20, 36:4, 58:15, 87:8, 87:9, 92:17, 92:21, 94:12, 96:22, 96:25, 97:5, 97:11, 97:19, 97:22, 98:2, 98:15, 98:16, 98:17, 99:12, 99:23, 100:5, 100:10, 101:1, 102:13, 102:14, 102:15, 106:12, 106:13, 106:14, 106:20, 106:21, 106:22, 109:17, 110:14, 110:25, 111:2, 111:25, 112:3, 113:2, 115:6, 120:20, 127:16, 131:19, 133:17, 133:24, 134:3, 134:5, 134:13, 134:15, 136:5, 136:12, 136:15, 136:19, 136:23, 137:10, 137:18, 138:7, 138:9, 138:14, 138:23, 139:1, 139:18, 141:17, 142:11, 146:20, 147:2, 150:15, 153:21
**LEIVA** [30] - 1:10, 2:1, 4:12, 4:14, 5:1, 8:12, 8:14, 8:16,

13:12, 35:11, 58:17, 72:8, 87:16, 87:18, 87:22, 112:19, 112:21, 112:25, 119:12, 148:7, 148:19, 152:7, 152:16, 153:10, 153:15, 153:20, 153:23, 153:25, 154:5, 154:8
**Leiva's** [1] - 107:24
**Leiva....................** [1] - 3:7
**length** [1] - 7:8
**less** [7] - 7:22, 72:17, 102:4, 112:8, 125:8, 141:22
**lesser** [1] - 30:18
**letting** [1] - 9:10
**Lexus** [1] - 62:25
**liability** [1] - 98:22
**liable** [9] - 28:16, 30:18, 94:1, 95:21, 98:21, 98:23, 99:1, 111:3, 111:4
**lie** [2] - 35:16, 35:19
**life** [7] - 14:2, 37:17, 51:14, 75:22, 83:9, 88:17, 148:2
**life's** [2] - 52:3, 55:6
**light** [2] - 28:24, 93:15
**lightening** [6] - 78:7, 104:18, 105:25, 126:18, 127:1, 127:2
**Lighthouse** [2] - 15:9, 15:10
**lighthouse** [1] - 19:4
**lightning** [2] - 78:2, 78:8
**likely** [1] - 30:22
**limited** [2] - 91:21, 91:22
**limo** [2] - 152:8, 152:11
**line** [7] - 132:25, 133:1, 133:4, 138:3, 141:15
**listed** [1] - 100:22
**listen** [6] - 67:3, 106:22, 112:4, 113:6, 113:14
**listening** [1] - 26:12
**listing** [1] - 110:12
**literally** [1] - 103:13
**litigants** [2] - 14:3, 87:2
**litigated** [2] - 68:21, 68:23
**litigation** [4] - 60:10, 61:6, 69:12, 89:23

**live** [14] - 14:12, 14:13, 14:16, 20:13, 24:17, 37:14, 39:23, 39:24, 41:9, 44:4, 45:19, 47:4, 61:19, 63:23
**lived** [20] - 14:18, 16:12, 17:17, 19:5, 20:15, 21:25, 23:9, 24:19, 37:16, 39:25, 41:11, 45:21, 45:24, 47:6, 60:2, 60:3, 61:21, 63:25, 73:3, 114:7
**lives** [1] - 31:22
**living** [3] - 73:4, 74:15, 97:7
**Lloyd** [1] - 141:16
**loaded** [1] - 121:15
**loading** [1] - 120:6
**loan** [1] - 18:16
**loans** [1] - 62:18
**lobby** [3] - 83:24, 84:9, 115:9
**locate** [1] - 89:24
**located** [1] - 23:20
**location** [1] - 121:14
**locks** [1] - 104:2
**log** [1] - 108:17
**logical** [2] - 140:10, 140:11
**look** [8] - 91:23, 91:24, 106:16, 127:13, 132:20, 145:3, 146:19, 155:5
**looking** [2] - 25:4, 34:15
**lose** [3] - 91:23, 107:16, 152:14
**lost** [2] - 113:4, 154:8
**loud** [1] - 103:22
**Louis** [1] - 60:15
**low** [1] - 54:23
**loyal** [1] - 113:8
**Lucie** [1] - 65:4
**luck** [2] - 84:11, 150:9
**luis** [1] - 73:17
**Luis** [1] - 70:4
**lunch** [1] - 77:10, 77:11, 79:21, 80:11, 83:8, 85:9, 109:4, 109:8, 109:9, 122:21, 122:22
**Lunch** [1] - 86:24
**lunchtime** [1] - 109:5
**lying** [1] - 114:19

**M**

**M-i-c-h-e-l-s** [1] - 37:9
**ma'am** [2] - 23:6, 36:15
**madam** [2] - 10:2, 11:13
**mainland** [1] - 73:8
**maintain** [3] - 28:3, 49:24, 142:6
**major** [1] - 52:20
**majority** [2] - 106:25, 112:7
**makeup** [1] - 70:24
**man** [8] - 62:19, 87:15, 112:4, 114:11, 114:17, 133:20, 134:18, 151:2
**manage** [2] - 27:18, 99:13
**managed** [1] - 101:12
**management** [6] - 17:13, 44:12, 49:3, 50:16, 72:14, 99:21
**manager** [14] - 19:19, 25:8, 27:13, 28:5, 37:23, 47:17, 54:22, 99:15, 99:20, 100:11, 100:13, 102:16, 106:18, 106:23
**managers** [4] - 99:12, 99:22, 100:10, 102:14
**managing** [2] - 100:9, 133:18
**March** [5] - 104:25, 111:20, 116:5, 116:6, 144:22
**Maria** [1] - 37:11
**marine** [5] - 103:11, 104:1, 104:6, 105:12
**Mario** [5] - 13:7, 88:23, 113:9, 113:16, 116:22
**MARIO** [1] - 1:5
**mark** [1] - 100:11
**market** [1] - 16:19
**marketing** [1] - 20:8
**marks** [1] - 84:24
**married** [28] - 15:11, 15:12, 15:22, 17:1, 18:12, 18:13, 19:14, 21:3, 21:5, 22:17, 24:1, 25:9, 25:11, 38:1, 38:2, 40:10, 40:12, 42:13, 42:15,

44:20, 44:22, 47:18,
60:23, 60:24, 62:4,
64:22, 74:1, 74:3
  **Marshal** [2] - 79:19,
80:4
  **MARSHALL** [2] -
85:16, 149:25
  **mass** [1] - 38:19
  **master's** [6] - 18:10,
18:23, 38:17, 38:20,
65:9, 65:14
  **Master's** [1] - 22:6
  **material** [2] - 99:16,
120:7
  **matter** [8] - 5:22,
13:15, 35:24, 91:13,
111:1, 125:25, 149:3,
155:19
  **matters** [3] - 5:8,
81:22, 81:23
  **maximum** [1] -
127:11
  **maxx** [2] - 15:3, 15:9
  **McCarroll** [73] - 1:10,
1:22, 4:10, 13:20,
26:5, 92:18, 92:23,
93:3, 93:7, 94:9, 97:2,
97:4, 97:9, 98:6, 98:9,
98:17, 98:22, 99:6,
99:24, 99:25, 100:8,
100:16, 100:18,
100:23, 101:4, 101:8,
101:10, 101:12,
101:15, 101:22,
110:17, 111:7, 112:6,
127:14, 127:20,
127:22, 128:4,
128:10, 128:17,
130:12, 130:17,
131:3, 131:8, 136:24,
137:15, 137:21,
138:6, 138:9, 138:14,
138:24, 139:2,
139:17, 139:18,
140:3, 141:8, 141:15,
141:17, 141:22,
142:15, 142:21,
143:3, 143:9, 144:7,
144:25, 146:14,
146:15, 146:21,
147:4, 150:15,
154:12, 154:15
  **McCarroll's** [2] -
140:17, 142:12
  **mean** [10] - 28:21,
39:14, 52:20, 52:21,
62:16, 71:20, 72:15,
91:19, 116:5
  **meaning** [1] - 138:6
  **means** [1] - 111:23

**meant** [1] - 130:11
  **meanwhile** [1] - 98:3
  **measure** [1] - 144:5
  **mechanic** [1] - 48:2
  **medical** [4] - 15:14,
15:15, 16:3, 23:17
  **meet** [4] - 12:11,
100:1, 120:4, 136:1
  **meeting** [3] - 111:19,
130:3, 130:5
  **member** [1] - 33:1,
57:11, 67:20
  **Members** [2] - 80:15,
80:18
  **MEMBERS** [2] -
10:23, 80:17
  **members** [4] - 11:8,
12:4, 48:15, 80:21
  **Memorial** [1] - 37:19
  **men** [6] - 97:18,
99:16, 102:10,
103:12, 110:1, 112:10
  **mention** [3] - 139:12,
139:20, 139:22
  **mentioned** [2] -
66:16, 135:16
  **merit** [3] - 57:22,
68:1, 96:7
  **merits** [2] - 81:9,
81:17
  **messy** [1] - 103:22
  **met** [10] - 98:18,
127:20, 127:22,
128:4, 128:10,
128:16, 129:16,
129:17, 129:19, 147:3
  **mexico** [1] - 14:21
  **Mexico** [1] - 14:22
  **MIAMI** [2] - 155:23,
155:24
  **Miami** [9] - 1:18, 2:4,
2:4, 24:12, 44:17,
45:2, 60:11, 63:14,
134:6
  **Miami-Dade** [1] -
44:17
  **Michaels** [1] - 37:12
  **Michelle** [1] - 155:21
  **MICHELLE** [2] - 2:3,
155:22
  **Michels** [7] - 37:8,
37:12, 37:13, 51:24,
59:2, 59:9, 59:10
  **MICHELS** [34] -
37:13, 37:15, 37:17,
37:19, 37:22, 37:25,
38:2, 38:4, 38:6, 38:8,
38:10, 38:13, 38:16,
38:19, 38:21, 39:2,
39:9, 39:11, 39:14,

39:17, 39:21, 52:11,
52:19, 53:3, 53:9,
53:18, 53:21, 54:2,
54:15, 54:19, 55:1,
55:3, 55:18, 55:21
  **Michels-Ford** [1] -
37:13
  **Michigan** [1] - 19:9
  **middle** [2] - 11:10,
145:8
  **Middle** [1] - 20:3
  **might** [24] - 6:15,
26:20, 27:9, 27:10,
28:24, 31:15, 35:25,
48:19, 49:23, 51:6,
53:11, 65:23, 66:7,
66:8, 66:10, 67:16,
75:23, 75:24, 76:9,
82:9, 84:1, 89:1,
95:20, 136:16
  **MILAN** [1] - 1:4
  **Milan** [11] - 13:7,
88:23, 89:13, 96:9,
102:3, 102:5, 117:2,
117:13, 117:21,
120:14
  **million** [1] - 114:2
  **mind** [5] - 28:23,
38:24, 40:25, 66:25,
112:23
  **minimal** [1] - 68:19
  **minimum** [6] - 12:12,
90:19, 90:21, 110:13,
110:23, 142:7
  **minority** [4] - 98:10,
98:12, 106:24, 140:11
  **minute** [2] - 111:11,
146:1
  **minutes** [11] - 9:13,
9:15, 9:16, 9:17, 9:20,
9:25, 10:1, 51:25,
76:16, 79:20, 143:10
  **mischaracterizatio
n** [1] - 138:17
  **miss** [2] - 64:16,
64:20
  **missing** [1] - 130:9
  **mistake** [1] - 113:22
  **mistaken** [1] - 7:10
  **mistrial** [2] - 152:4,
154:24
  **moment** [7] - 25:3,
36:17, 48:17, 58:22,
87:9, 88:14, 142:11
  **moments** [1] - 26:19
  **Monday** [18] - 5:12,
119:4, 119:8, 123:5,
123:19, 124:2,
124:21, 151:13,
151:17, 151:19,

151:21, 152:2, 152:3,
152:21, 153:1,
154:23, 154:24, 155:5
  **Mondays** [2] - 123:2,
123:24
  **money** [30] - 12:16,
50:10, 54:9, 57:24,
67:17, 93:10, 93:15,
93:24, 94:19, 108:12,
110:20, 113:5,
113:11, 114:9,
114:14, 114:16,
114:23, 125:9, 130:6,
130:9, 130:14,
130:16, 131:3, 131:8,
136:17, 136:20, 143:8
  **Monica** [1] - 11:21
  **month** [25] - 116:2,
116:14, 119:5, 119:6,
128:3, 128:22, 129:1,
129:4, 129:22,
129:23, 129:24,
130:7, 130:9, 141:9,
141:18, 142:5,
143:14, 143:23,
143:25, 144:2, 144:5,
144:18, 145:17,
146:3, 146:5
  **months** [34] - 43:18,
97:23, 100:14,
100:15, 102:5, 102:6,
103:24, 104:1, 104:2,
104:20, 105:11,
108:7, 108:15,
110:18, 113:23,
114:25, 129:1, 129:3,
129:18, 129:19,
134:2, 143:8, 143:12,
143:15, 143:16,
143:20, 143:21,
144:1, 144:5
  **morning** [53] - 4:2,
4:5, 13:4, 13:25, 14:8,
26:17, 32:25, 38:23,
43:8, 45:17, 45:18,
48:11, 51:23, 60:1,
61:18, 65:17, 76:17,
76:19, 77:16, 82:24,
82:25, 83:1, 83:21,
84:10, 102:12,
103:18, 105:18,
105:19, 107:5,
119:22, 121:7,
121:14, 121:16,
122:1, 122:9, 124:19,
147:10, 147:12,
147:13, 148:1, 148:3,
148:25, 149:2, 149:9,
149:20, 149:23,
151:4, 151:13,

151:15, 152:21,
154:14
  **most** [12] - 51:4,
77:16, 81:25, 91:21,
92:24, 92:25, 98:16,
100:25, 101:2, 101:3,
113:24, 144:18
  **Most** [1] - 77:18
  **mostly** [1] - 77:25
  **mother** [1] - 114:1
  **motions** [1] - 81:15
  **Mount** [1] - 48:1
  **mouth** [1] - 53:4
  **moved** [1] - 35:8
  **MR** [344] - 4:5, 4:8,
4:12, 4:14, 4:17, 4:20,
4:22, 4:24, 5:1, 5:4,
5:7, 5:10, 5:18, 5:20,
5:25, 6:2, 6:4, 6:8,
6:11, 6:13, 6:19, 6:23,
7:2, 7:7, 7:13, 7:15,
7:19, 7:25, 8:12, 8:14,
8:16, 9:4, 9:6, 9:9,
9:13, 9:16, 9:19, 9:22,
9:24, 10:4, 10:6,
10:15, 10:18, 13:4,
13:12, 13:18, 26:17,
27:15, 27:18, 27:21,
27:24, 28:10, 28:13,
29:16, 29:19, 29:21,
30:1, 30:5, 30:24,
31:3, 32:1, 32:4, 32:7,
32:10, 32:13, 32:18,
32:22, 32:25, 34:20,
34:22, 34:24, 35:4,
35:6, 35:8, 35:11,
35:22, 36:5, 36:8,
36:11, 36:14, 36:17,
36:20, 36:22, 36:25,
37:3, 48:16, 48:22,
49:12, 49:17, 49:22,
50:2, 50:9, 50:12,
50:15, 50:18, 50:22,
51:5, 51:10, 51:21,
51:23, 52:16, 52:23,
53:7, 53:12, 53:16,
53:19, 53:24, 54:3,
54:18, 54:20, 55:2,
55:4, 55:11, 55:13,
55:15, 55:25, 56:13,
56:18, 56:19, 56:24,
57:5, 57:8, 57:11,
57:14, 57:16, 57:19,
57:21, 58:1, 58:3,
58:5, 58:8, 58:11,
58:14, 58:17, 58:21,
58:25, 59:2, 59:6,
59:9, 59:13, 59:16,
65:20, 66:7, 66:12,
66:14, 66:19, 66:23,

67:4, 67:7, 67:9,
67:11, 68:6, 68:11,
68:21, 68:23, 69:1,
69:4, 69:7, 69:9,
69:12, 69:15, 69:17,
69:21, 69:23, 69:25,
70:6, 70:9, 70:11,
70:17, 71:2, 71:5,
71:7, 71:9, 71:12,
71:14, 71:16, 71:18,
71:25, 72:5, 72:7,
72:8, 72:13, 72:21,
75:20, 76:5, 76:7,
76:15, 76:17, 76:20,
76:22, 76:24, 77:1,
77:4, 77:6, 77:8,
77:11, 77:13, 77:20,
77:22, 77:24, 78:2,
78:5, 78:10, 78:15,
78:18, 78:20, 79:22,
79:24, 80:6, 80:9,
85:22, 85:25, 86:3,
86:8, 86:10, 86:13,
86:15, 86:18, 86:21,
87:4, 87:7, 87:16,
87:18, 87:20, 87:22,
87:23, 88:1, 88:2,
88:13, 95:13, 111:14,
112:19, 112:21,
112:25, 115:8,
115:15, 115:17,
115:20, 117:6, 117:8,
117:14, 117:16,
117:17, 118:12,
118:14, 118:15,
119:12, 119:14,
121:8, 121:9, 121:11,
121:13, 121:17,
121:19, 121:21,
121:23, 121:24,
122:3, 123:6, 123:7,
123:11, 124:13,
124:15, 124:25,
125:2, 125:16,
125:19, 125:22,
126:2, 126:4, 126:5,
126:22, 126:25,
127:5, 127:7, 128:12,
128:14, 128:15,
128:19, 128:21,
128:23, 130:24,
131:1, 131:4, 131:6,
131:11, 131:15,
132:14, 132:16,
137:5, 137:7, 137:8,
137:25, 138:2,
138:17, 138:20,
145:7, 145:11,
145:14, 145:15,
146:11, 146:12,
147:7, 147:18,

147:24, 148:5, 148:7,
148:8, 148:12,
148:14, 148:15,
148:18, 148:19,
148:23, 149:5, 150:4,
150:8, 150:10,
150:12, 151:10,
151:20, 151:22,
151:23, 152:6, 152:7,
152:16, 152:18,
152:23, 153:6, 153:8,
153:9, 153:10,
153:15, 153:20,
153:23, 153:25,
154:5, 154:8, 154:12,
154:17, 154:20,
155:2, 155:4, 155:11
**MS** [19] - 19:4, 19:6,
19:9, 19:11, 19:13,
19:15, 19:17, 19:19,
19:21, 19:23, 19:25,
20:2, 20:5, 20:8,
20:10, 55:1, 55:3,
55:18, 55:21
**must** [13] - 33:12,
33:13, 33:14, 56:7,
57:22, 57:23, 58:6,
61:6, 67:25, 81:6,
154:8
**mutual** [1] - 29:14

**N**

**name** [17] - 4:15,
13:4, 23:18, 35:11,
45:14, 46:24, 59:12,
62:12, 70:3, 73:16,
92:8, 113:1, 115:14,
122:17, 128:1, 133:20
**named** [1] - 137:10
**names** [4] - 10:25,
11:14, 37:7, 71:10
**Nancy** [1] - 4:24
**near** [6] - 33:19,
109:1, 109:2, 110:3,
142:17, 145:20
**necessary** [4] -
81:21, 82:1, 91:14,
146:22
**necessitated** [1] -
106:8
**need** [18] - 5:11,
5:12, 6:4, 6:6, 14:15,
29:25, 50:10, 79:2,
80:8, 91:11, 92:1,
92:22, 131:24,
142:12, 148:19,
149:3, 150:24, 151:1
**needed** [3] - 33:18,
113:13, 138:21

**needs** [3] - 5:11,
145:5, 146:9
**negative** [2] - 53:17,
53:22
**negatively** [2] - 50:6,
56:12
**negatively)** [1] -
51:20
**neutral** [1] - 81:18
**never** [15] - 56:22,
101:22, 105:17,
108:3, 113:11,
114:22, 125:11,
129:2, 130:2, 132:7,
135:16, 143:9,
143:20, 153:11
**nevertheless** [2] -
54:8, 55:8
**New** [14] - 61:24,
61:25, 73:9, 97:7,
97:12, 98:16, 133:12,
133:24, 134:3,
134:16, 136:1, 136:3,
136:8, 147:2
**new** [6] - 48:15,
67:11, 67:19, 67:22,
107:25, 113:18
**newport** [1] - 16:24
**Newport** [1] - 18:10
**newspaper** [1] -
149:11
**next** [7] - 13:20,
25:23, 33:23, 119:13,
145:20, 151:11,
154:10
**night** [2] - 105:18,
105:19
**Nine** [1] - 77:17
**nine** [2] - 24:6, 77:17
**nobody** [1] - 122:22
**None** [2] - 69:21,
78:20
**none** [10] - 69:23,
70:19, 78:18, 99:22,
99:23, 99:24, 100:7,
102:12, 139:20
**noon** [4] - 80:11,
83:2, 83:15, 83:19
**noontime** [1] - 85:9
**Norfolk** [2] - 47:9,
48:9
**norfolk** [1] - 47:11
**normal** [5] - 82:19,
119:9, 142:1, 148:16
**normally** [8] - 83:2,
83:3, 121:15, 123:12,
124:19, 124:24,
125:6, 125:15
**North** [1] - 2:4
**NORTH** [1] - 155:23

**Northeast** [1] - 14:13
**northern** [1] - 65:4
**northwestern** [1] -
44:12
**notes** [1] - 143:7
**nothing** [4] - 52:3,
76:14, 111:4, 114:12
**Nova** [7] - 17:23,
38:17, 40:5, 40:8,
40:9, 40:15, 71:7
**nowhere** [1] - 109:1,
109:2, 142:17
**Number** [1] - 1:3
**number** [36] - 8:3,
8:4, 10:10, 11:4,
11:15, 11:19, 11:20,
11:21, 11:25, 12:1,
12:2, 12:19, 37:3,
37:8, 37:9, 37:10,
45:15, 46:25, 58:18,
59:2, 59:19, 59:20,
59:21, 59:22, 66:3,
70:4, 70:21, 97:9,
97:17, 99:9, 100:14,
104:2, 132:5, 134:2
**numerous** [1] -
141:6
**nurse's** [1] - 48:1
**nursing** [2] - 17:23,
18:4
**nuts** [1] - 103:21
**nutshell** [1] - 94:7

**O**

**o'clock** [34] - 5:14,
32:8, 32:9, 33:17,
33:20, 76:12, 77:15,
82:20, 82:21, 82:25,
83:2, 83:3, 83:4,
83:14, 85:12, 85:13,
85:18, 86:23, 103:19,
104:11, 105:24,
108:25, 109:1,
119:25, 123:10,
147:11, 147:13,
149:9, 149:21,
151:21, 154:14,
155:13
**O-b-e-y** [1] - 46:25
**oath** [2] - 35:16,
35:19
**Obey** [3] - 46:25,
47:1, 48:16
**obey** [11] - 47:1,
47:2, 47:3, 48:11,
51:11, 51:19, 56:11,
58:1, 59:16, 59:17
**OBEY** [29] - 47:2,

47:5, 47:7, 47:9,
47:11, 47:13, 47:16,
47:19, 47:21, 47:23,
47:25, 48:4, 48:7,
48:9, 48:13, 48:21,
48:23, 49:4, 49:6,
49:11, 49:15, 49:21,
50:1, 50:8, 50:10,
51:20, 56:12, 56:17,
58:2
**object** [4] - 88:2,
88:5, 148:2, 151:6
**objection** [22] -
46:20, 82:8, 117:14,
118:12, 119:12,
121:8, 121:11,
121:17, 121:21,
124:13, 124:25,
125:16, 126:2,
126:22, 128:12,
128:19, 130:24,
131:4, 138:17,
147:24, 151:18,
151:23
**objections** [1] -
81:15
**obligations** [3] -
66:4, 75:22, 76:8
**observe** [1] - 129:25
**obvious** [1] - 104:16
**Obviously** [1] - 89:1
**obviously** [5] - 66:4,
78:5, 100:7, 144:13,
154:8
**occasional** [1] -
94:10
**occasionally** [1] -
94:9
**occupation** [20] -
15:2, 16:18, 17:22,
19:10, 19:16, 20:21,
22:10, 23:15, 25:2,
37:21, 40:4, 41:22,
42:7, 44:7, 47:12,
60:7, 60:25, 62:2,
64:5, 73:11
**occupations** [2] -
15:21, 74:20
**occupy** [1] - 11:4
**occur** [1] - 82:4
**occurred** [1] - 39:4
**OF** [4] - 1:1, 1:13,
3:1, 3:11
**offer** [3] - 134:11,
134:25, 135:2
**offered** [3] - 81:8,
85:7, 134:5
**office** [18] - 23:21,
79:5, 79:9, 89:12,
102:13, 102:19,

JURY TRIAL - VOLUME I OF VI

102:21, 121:1, 124:24, 127:23, 127:25, 130:2, 135:5, 135:7, 135:8, 136:6, 139:14, 139:15
**office-related** [1] - 89:12
**officer** [3] - 18:15, 23:17, 98:24
**officers** [6] - 98:13, 100:19, 100:21, 100:22, 100:24
**OFFICIAL** [1] - 155:23
**Official** [1] - 2:3
**often** [5] - 34:4, 110:21, 129:21, 146:1, 146:15
**oftentimes** [1] - 106:8
**old** [12] - 17:5, 19:22, 21:11, 23:1, 23:2, 23:3, 24:5, 25:15, 38:7, 61:9, 74:11, 74:12
**older** [1] - 107:25
**oldest** [5] - 21:12, 21:15, 74:11, 74:12, 74:22
**once** [15] - 8:25, 36:11, 76:3, 96:23, 103:1, 114:4, 126:15, 130:5, 135:1, 135:10, 135:13, 135:14, 144:18, 146:2, 146:11
**one** [89] - 5:10, 9:4, 12:6, 15:22, 15:23, 17:4, 18:19, 20:3, 21:12, 21:13, 21:15, 21:16, 24:7, 24:8, 25:14, 26:20, 29:22, 30:22, 32:6, 33:5, 35:8, 36:25, 42:18, 45:14, 49:19, 51:13, 52:2, 52:4, 57:17, 58:9, 59:6, 59:12, 59:23, 62:22, 62:24, 63:2, 63:10, 63:11, 68:14, 68:19, 70:3, 72:2, 72:3, 74:11, 74:12, 74:17, 74:22, 75:5, 76:23, 76:24, 82:14, 87:5, 87:24, 91:1, 91:21, 92:25, 100:21, 101:23, 102:14, 102:15, 105:4, 108:9, 111:6, 111:11, 111:19, 113:25, 114:10, 118:3, 120:18,

123:15, 125:7, 126:13, 127:11, 129:23, 129:24, 132:5, 132:8, 134:5, 139:4, 140:8, 141:24, 143:23, 143:25, 144:5, 145:17, 146:5, 152:12
**one's** [1] - 54:7
**one-third** [1] - 141:24
**ones** [5] - 71:2, 72:3, 74:24, 89:15, 129:12
**open** [3] - 96:12, 121:25, 134:8
**opened** [4] - 102:11, 116:1, 116:13, 128:22
**Opening** [3] - 3:5, 3:6, 3:7
**opening** [11] - 6:14, 79:20, 80:6, 80:12, 84:15, 84:18, 85:3, 95:12, 95:23, 96:1, 134:21
**operating** [1] - 23:17
**operational** [2] - 98:1, 98:19, 98:24, 99:7, 106:16, 107:1, 111:2, 111:4, 111:8, 111:19, 112:11, 132:12
**operations** [3] - 25:8, 27:13, 28:5
**opinion** [2] - 81:9, 81:17
**opinions** [1] - 66:14
**opportunities** [1] - 26:21
**opportunity** [5] - 13:22, 88:18, 112:10, 142:9, 144:21
**order** [3] - 11:8, 84:14, 150:13
**Order** [1] - 4:1
**orderly** [1] - 82:6
**orders** [4] - 87:21, 129:11, 140:25
**organizing** [1] - 99:16
**original** [2] - 138:5, 138:15
**originally** [3] - 137:18, 138:25, 139:1
**outcome** [3] - 14:9, 39:17, 53:23
**outline** [1] - 85:4, 96:1
**outside** [9] - 29:17, 70:20, 70:21, 70:25, 87:10, 106:5, 107:7,

122:8, 122:12
**overall** [1] - 52:22
**overexaggeration** [1] - 105:22
**overnight** [1] - 86:1
**Overruled** [1] - 138:19
**overruled** [8] - 88:7, 117:15, 118:13, 121:22, 126:3, 127:4, 128:13, 128:20
**overshadow** [1] - 27:3
**overtime** [14] - 12:12, 56:15, 56:21, 57:3, 90:11, 90:22, 91:15, 94:25, 96:11, 104:6, 106:10, 108:9, 110:1, 125:12
**owed** [5] - 57:24, 94:18, 94:22, 95:21, 136:16
**own** [10] - 31:22, 35:14, 76:20, 78:13, 88:12, 93:16, 102:23, 110:21, 131:18
**owned** [1] - 94:5
**owner** [1] - 140:11
**owners** [3] - 98:10, 98:12, 106:24
**ownership** [4] - 133:18, 140:14, 140:17, 140:21
**owns** [4] - 9:24, 98:7, 98:8, 98:9

## P

**P-a-u-l-i-n-g** [1] - 12:2
**P-o-r-t-u-g-a-l** [1] - 11:16
**P-u-i-g** [1] - 37:11
**p.m** [4] - 82:23, 123:12, 123:22, 142:25
**PA** [2] - 1:17, 4:6
**Packers** [2] - 34:6, 34:7
**PAGE** [2] - 3:2, 3:12
**page** [7] - 132:17, 132:20, 132:25, 133:1, 141:14
**Pages** [1] - 1:11
**paid** [41] - 27:15, 28:1, 30:2, 30:6, 30:8, 49:19, 50:25, 51:7, 51:9, 54:23, 90:14, 90:16, 90:17, 91:1,

91:25, 93:2, 93:16, 94:22, 94:25, 95:19, 97:20, 97:23, 97:24, 98:2, 108:6, 108:20, 109:11, 109:16, 109:21, 112:15, 113:10, 113:11, 113:15, 113:18, 118:6, 125:9, 125:25, 134:13, 134:15, 135:7
**pain** [1] - 54:1
**painting** [1] - 136:13
**Palm** [1] - 22:20
**panel** [3] - 48:15, 51:24, 80:21
**PANEL** [1] - 10:23
**Paola** [1] - 11:19
**paperwork** [2] - 119:17
**Paragraph** [4] - 145:3, 146:13, 146:19
**paragraph** [2] - 145:8, 146:23
**parked** [1] - 120:6
**part** [4] - 47:16, 84:25, 85:2, 92:25
**part-time** [1] - 47:16
**particular** [10] - 13:24, 14:4, 48:20, 69:3, 72:3, 82:17, 96:5, 100:10, 101:21, 120:3
**particularly** [2] - 90:16, 112:11
**parties** [10] - 8:25, 12:22, 12:23, 14:6, 81:2, 84:16, 85:3, 90:4, 96:21, 149:18
**partner** [1] - 141:16
**partners** [2] - 135:16, 136:1
**parts** [1] - 92:25
**party** [6] - 30:22, 81:10, 81:18, 138:16, 144:7, 144:11
**pass** [8] - 8:8, 8:9, 8:10, 8:17, 16:9, 20:11, 30:25, 43:20
**passive** [3] - 93:8, 93:10, 94:2
**past** [2] - 11:10
**patience** [2] - 79:8, 149:19
**Patricia** [1] - 11:20
**Paul** [2] - 4:18, 4:22
**PAULING** [23] - 21:24, 22:1, 22:3, 22:6, 22:8, 22:11, 22:13, 22:16, 22:18, 22:20, 22:23, 22:25,

23:2, 23:5, 29:14, 29:17, 29:20, 29:24, 30:4, 35:3, 35:5, 35:7, 35:10
**Pauling** [7] - 12:1, 21:23, 29:9, 36:14, 36:15, 71:5, 71:15
**pay** [33] - 12:12, 49:9, 50:24, 54:23, 67:23, 77:4, 77:5, 77:7, 77:10, 90:11, 90:20, 91:15, 91:16, 93:24, 94:6, 94:24, 97:15, 97:16, 107:20, 108:4, 108:7, 108:15, 109:15, 110:11, 110:15, 110:21, 113:10, 125:12, 130:8, 136:15, 136:16, 152:10
**payable** [1] - 50:20
**paying** [2] - 130:15, 136:21
**payment** [1] - 91:22
**payroll** [1] - 50:19
**peers** [3] - 71:22, 88:19
**pembroke** [1] - 24:18
**Pembroke** [6] - 37:15, 37:18, 39:24, 44:5, 44:7, 74:5
**penny** [2] - 101:23
**people** [47] - 28:8, 33:18, 33:19, 33:25, 54:9, 57:24, 67:11, 72:10, 72:11, 78:8, 83:24, 86:5, 87:19, 88:5, 95:19, 96:5, 97:17, 98:16, 98:17, 99:9, 100:1, 101:17, 101:18, 102:1, 103:20, 105:7, 108:11, 109:1, 110:5, 110:21, 113:12, 113:16, 113:22, 113:24, 114:20, 114:22, 115:1, 119:18, 119:19, 129:10, 136:4, 138:22, 140:25, 142:13
**per** [9] - 102:10, 118:11, 125:5, 125:23, 128:21, 129:4, 129:23, 129:24, 145:17
**percent** [2] - 98:8, 112:8
**percentage** [1] - 101:20

JURY TRIAL - VOLUME I OF VI

**peremptories** [3] - 9:7, 58:25, 59:14

**perfect** [1] - 154:2

**perfectly** [1] - 154:7

**perhaps** [6] - 27:1, 28:22, 30:18, 31:4, 72:16, 149:2

**period** [3] - 39:3, 142:18, 142:20

**periods** [2] - 130:1, 143:2

**perjury** [2] - 35:17, 35:18

**permissible** [1] - 90:2

**permission** [1] - 145:11

**permit** [2] - 82:8, 147:16

**person** [4] - 6:24, 39:15, 135:19, 138:22

**personal** [13] - 14:1, 14:2, 26:11, 27:3, 27:5, 27:7, 28:18, 51:5, 51:14, 66:8, 66:14, 88:17

**personally** [5] - 26:25, 28:1, 29:6, 130:19, 136:3

**persons** [1] - 113:25

**PhD** [1] - 18:4

**philosophical** [1] - 26:11

**Phone** [2] - 79:1, 79:10

**physical** [3] - 84:24, 109:7, 109:8

**physically** [3] - 54:8, 109:6, 148:9

**pick** [6] - 32:5, 32:8, 33:18, 76:12, 76:13, 79:5

**Pines** [7] - 24:18, 37:15, 37:18, 39:24, 44:5, 44:7, 74:6

**place** [3] - 43:13, 120:3, 129:21

**plaintiff** [27] - 4:3, 5:3, 8:20, 8:24, 9:12, 10:12, 10:14, 12:23, 33:6, 33:8, 34:10, 49:18, 54:25, 55:5, 56:7, 57:1, 57:9, 59:5, 69:20, 69:24, 76:2, 78:17, 97:1, 120:14, 120:18, 120:21, 122:18

**plaintiff's** [1] - 67:5

**Plaintiffs** [2] - 1:7, 1:16

**plaintiffs** [65] - 4:6, 5:4, 6:24, 10:15, 12:7, 12:14, 12:24, 13:1, 13:6, 25:25, 26:1, 31:5, 33:13, 34:16, 35:1, 35:21, 36:7, 36:21, 55:17, 56:9, 56:14, 58:20, 58:24, 67:1, 68:1, 88:21, 88:22, 88:24, 89:9, 89:13, 89:14, 89:17, 89:18, 89:25, 90:6, 90:11, 90:16, 90:25, 91:15, 92:4, 92:14, 92:16, 92:17, 93:1, 93:4, 94:13, 94:22, 94:24, 95:8, 95:9, 96:9, 96:10, 99:6, 101:7, 102:3, 107:2, 107:18, 109:4, 110:7, 112:12, 120:18, 121:2, 122:14

**Plaintiffs'** [2] - 36:21, 58:24

**PLAINTIFFS'** [2] - 3:11, 115:12

**plaintiffs'** [4] - 12:25, 92:14, 92:19, 92:21

**plan** [2] - 10:6, 82:21

**Plantation** [1] - 1:22

**played** [1] - 93:16

**playing** [1] - 34:6

**pleasant** [1] - 149:24

**plural** [1] - 143:15

**plus** [1] - 77:11

**pocket** [1] - 110:21

**podium** [1] - 32:23

**point** [10] - 6:19, 15:9, 15:10, 19:4, 46:19, 93:18, 105:4, 140:5, 143:1, 152:12

**pointed** [2] - 29:1, 51:12

**points** [5] - 103:10, 103:25, 104:5, 104:10, 104:20

**police** [1] - 18:15

**politely** [1] - 87:11

**Pompano** [7] - 14:14, 14:16, 19:25, 21:24, 45:20, 47:5, 128:1

**pool** [3] - 26:24, 28:14, 65:23

**Port** [1] - 65:4

**Portugal** [4] - 11:15, 14:12, 34:24, 37:5

**PORTUGAL** [19] - 14:13, 14:17, 14:19, 14:21, 14:23, 15:1, 15:3, 15:5, 15:7, 15:9, 15:12, 15:14, 15:17, 15:19, 15:22, 15:25, 16:3, 16:5, 16:7

**position** [7] - 27:19, 27:21, 48:19, 49:3, 49:8, 50:16

**positions** [2] - 49:8, 89:12

**possession** [2] - 114:6

**possible** [6] - 83:23, 90:2, 142:24, 143:6, 148:9, 153:25

**possibly** [3] - 68:25, 112:13, 112:14

**postpone** [2] - 148:24, 152:1

**potential** [1] - 6:16

**pouring** [1] - 106:6

**practically** [2] - 86:8, 129:1, 135:12

**practice** [3] - 60:9, 61:2, 61:5

**practices** [1] - 89:6

**pre** [1] - 22:23

**pre-algebra** [1] - 22:23

**preconditions** [1] - 12:11

**predict** [2] - 82:2, 82:14

**preemptory** [8] - 8:22, 8:23, 36:7, 37:1, 59:5, 59:7, 69:24, 69:25

**prefer** [2] - 72:15, 151:24

**preliminary** [5] - 5:8, 8:7, 79:15, 80:19, 111:19

**premises** [2] - 103:15, 136:6

**prepare** [1] - 116:4

**prepared** [2] - 113:3, 119:17

**Preponderance** [1] - 30:23

**preponderance** [3] - 30:24, 31:6, 107:19

**preposterous** [1] - 107:4

**preschool** [1] - 63:17

**presence** [4] - 84:7, 88:18, 147:16, 152:21

**present** [10] - 26:2, 85:3, 89:11, 89:14, 89:16, 91:7, 120:14, 145:21, 145:22, 146:16

**presentation** [2] - 93:22, 95:7

**presented** [1] - 85:7

**presenting** [1] - 52:12

**presents** [1] - 152:13

**president** [7] - 98:15, 100:6, 100:10, 102:16, 106:17, 106:23, 113:2

**pressured** [1] - 87:14

**pretty** [2] - 28:11, 71:20

**prevent** [1] - 26:11

**previous** [1] - 49:8

**previously** [1] - 27:12

**pricing** [3] - 106:21, 111:25, 112:5

**primarily** [4] - 89:8, 89:9, 90:22, 91:3

**principal** [1] - 23:21

**privilege** [3] - 71:19, 72:1, 72:19

**PRO** [1] - 2:1

**pro** [1] - 5:2

**problem** [29] - 27:1, 28:2, 28:18, 28:24, 29:8, 31:4, 31:10, 33:9, 34:19, 46:15, 46:18, 46:21, 49:23, 57:5, 67:12, 68:12, 108:9, 114:13, 130:6, 130:14, 130:20, 130:21, 131:3, 134:17, 149:13, 150:19, 151:2, 152:13, 153:12

**problems** [2] - 28:8, 134:15

**procedurally** [1] - 91:20

**proceed** [5] - 9:2, 79:11, 85:13, 88:11, 154:15

**proceeding** [1] - 30:15

**proceedings** [2] - 84:25, 155:19

**process** [3] - 32:15, 113:4, 129:12

**produce** [1] - 108:18

**professional** [3] - 35:12, 35:23, 35:24

**professor** [2] - 17:25, 32:12

**profitable** [1] - 101:21

**profits** [1] - 101:20

**progresses** [1] - 12:20

**projects** [1] - 136:19

**proliferation** [1] - 68:13

**promise** [1] - 82:13

**promoted** [1] - 49:2

**prompt** [1] - 82:6

**promptly** [1] - 83:20

**proof** [4] - 30:12, 33:10, 57:9, 79:6

**proper** [3] - 73:17, 84:2, 107:20

**proposition** [1] - 130:6

**prospective** [4] - 8:8, 10:9, 12:5, 26:20

**PROSPECTIVE** [7] - 30:21, 31:2, 31:24, 32:2, 32:5, 32:8, 32:16

**protect** [4] - 71:19, 89:5, 114:7, 114:21

**protection** [2] - 92:7, 92:10

**prove** [11] - 33:6, 33:7, 56:14, 56:16, 57:2, 68:5, 85:5, 107:11, 107:18, 109:25

**proved** [1] - 31:8

**proves** [1] - 33:8

**provide** [2] - 12:12, 102:25

**Providence** [1] - 21:20

**provides** [1] - 5:13

**provisions** [2] - 12:15, 26:8

**pry** [1] - 14:2

**public** [1] - 22:8

**Publix** [3] - 20:22, 20:24, 21:16

**Puerto** [3] - 73:7, 73:24, 75:6

**PUIG** [26] - 43:21, 43:24, 44:1, 44:3, 44:5, 44:8, 44:10, 44:12, 44:15, 44:17, 44:19, 44:21, 44:23, 44:25, 45:2, 45:5, 45:7, 45:11, 50:14, 50:17, 50:19, 51:1, 51:8, 51:18, 58:4, 58:7

**Puig** [7] - 37:11, 43:20, 43:22, 50:12, 51:11, 58:3

**puig** [1] - 43:21

**purchase** [1] - 96:18

**purchased** [1] - 129:13
**purchasing** [1] - 99:14
**pursuant** [1] - 12:10
**put** [8] - 8:2, 13:25, 25:24, 45:23, 53:3, 112:3, 114:8, 135:19
**Put** [1] - 47:10
**putting** [1] - 49:15

## Q

**QC** [1] - 116:18
**qualifications** [1] - 13:23
**quality** [1] - 116:18
**questioned** [1] - 141:7
**questioning** [1] - 8:19
**questions** [23] - 13:25, 14:1, 25:24, 33:22, 38:22, 38:24, 40:23, 40:25, 43:7, 45:9, 46:13, 48:10, 56:2, 56:4, 58:16, 58:17, 61:13, 63:18, 65:16, 69:17, 75:15, 81:22, 154:3
**quick** [1] - 77:19
**quit** [6] - 5:24, 104:22, 106:9, 127:10, 149:23
**quite** [4] - 52:7, 52:10, 52:17, 53:17

## R

**R-o-d-r-i-g-u-e-z** [1] - 12:3
**rain** [5] - 78:2, 104:18, 105:25, 126:17, 127:1
**rained** [3] - 106:2, 126:18, 127:11
**rains** [1] - 104:17
**rainy** [2] - 104:18, 104:19
**raise** [12] - 10:22, 29:2, 30:7, 30:8, 30:10, 31:14, 33:22, 35:23, 70:7, 115:11, 125:20, 125:23
**Raise** [1] - 31:22
**raised** [2] - 108:7, 114:1
**RAMON** [1] - 1:4
**Ramon** [2] - 4:3, 12:6

**ran** [2] - 89:7, 99:20
**ranged** [1] - 97:16
**rape** [1] - 114:5
**rather** [5] - 95:22, 101:18, 148:3, 151:10
**raw** [1] - 99:16
**re** [2] - 54:1, 153:3
**re-try** [1] - 153:3
**re-visit** [1] - 54:1
**reach** [1] - 63:9
**reached** [1] - 63:11
**reaching** [1] - 81:6
**read** [9] - 138:11, 139:12, 141:20, 145:5, 145:18, 145:24, 146:9, 146:22, 149:15
**readily** [1] - 146:2
**reading** [1] - 149:10
**ready** [8] - 5:3, 5:5, 5:6, 10:14, 10:16, 10:17, 79:21, 88:11
**real** [4] - 31:9, 105:22, 107:3, 108:18
**really** [29] - 6:2, 28:9, 35:14, 39:11, 39:17, 42:8, 51:2, 53:13, 54:15, 54:25, 67:13, 89:25, 90:22, 91:20, 91:24, 101:3, 107:9, 108:16, 108:20, 109:6, 109:9, 109:11, 130:2, 136:18, 139:18, 148:9, 150:24, 151:3, 154:2
**realm** [1] - 33:19
**realtor** [1] - 65:5
**reason** [12] - 11:7, 14:5, 34:8, 51:17, 55:7, 66:7, 98:20, 105:3, 105:15, 112:3, 114:9, 114:16
**reasonable** [2] - 30:16, 30:19
**reasoning** [1] - 48:20
**reasons** [9] - 12:19, 71:19, 71:25, 72:7, 72:19, 89:20, 103:4, 103:5, 103:7
**rebut** [1] - 151:1
**receivable** [1] - 50:20
**receive** [1] - 145:22
**received** [1] - 120:7
**recently** [1] - 49:2
**recess** [16] - 79:12, 79:20, 82:25, 83:7, 83:12, 83:15, 85:9, 85:17, 86:22, 147:10, 149:22, 149:23,

154:13, 154:16, 154:18, 155:13
**Recess** [1] - 80:2
**recessing** [1] - 82:21
**recognize** [5] - 117:2, 122:17, 127:14, 127:16, 127:18
**recollection** [3] - 137:2, 144:14, 144:24
**record** [11] - 84:25, 87:13, 101:15, 138:11, 141:12, 141:20, 145:18, 145:24, 146:23, 152:25, 154:21
**records** [23] - 28:3, 49:24, 50:4, 56:5, 56:6, 56:7, 56:8, 56:10, 56:14, 56:25, 57:1, 57:9, 91:5, 91:6, 91:10, 91:17, 95:3, 95:4, 100:22, 107:12, 107:13, 107:14, 107:16
**recover** [1] - 12:16
**recurring** [1] - 149:13
**reduce** [1] - 104:14
**refer** [1] - 92:9
**referring** [1] - 119:19
**reflect** [1] - 154:21
**refrain** [2] - 149:9, 149:11
**refresh** [3] - 137:1, 144:14, 144:24
**regard** [1] - 148:6
**regarding** [4] - 29:4, 48:18, 90:8, 131:8
**regardless** [5] - 36:13, 56:24, 77:13, 109:16
**Regina** [1] - 18:9
**register** [1] - 48:1
**regular** [1] - 124:7
**regularly** [2] - 119:3, 123:20
**REINALDO** [1] - 1:4
**Reinaldo** [6] - 4:2, 12:6, 89:19, 113:25, 115:3, 120:18
**reiterate** [1] - 51:12
**relate** [1] - 32:1
**related** [4] - 14:6, 39:3, 89:12, 120:20
**relationship** [3] - 37:23, 136:14, 152:20
**relative** [2] - 123:7, 125:4
**released** [1] - 63:10

**relevant** [1] - 93:6
**religious** [1] - 26:10
**relocation** [1] - 23:12
**rely** [2] - 32:6, 131:2
**remain** [1] - 9:1
**remember** [25] - 45:5, 69:2, 69:5, 79:17, 126:11, 127:22, 127:24, 128:3, 131:22, 132:19, 135:4, 137:13, 137:16, 137:17, 142:13, 142:15, 142:20, 142:22, 143:18, 144:6, 144:10, 144:12, 144:17, 146:25
**remembered** [1] - 132:18
**remind** [1] - 147:14
**Renee** [1] - 37:8
**rent** [1] - 113:11
**rented** [1] - 133:23
**report** [3] - 110:8, 110:11, 147:12
**REPORTED** [1] - 2:2
**REPORTER** [1] - 155:23
**Reporter** [1] - 2:3
**represent** [4] - 54:6, 69:7, 69:9, 69:16
**represented** [3] - 12:24, 13:9, 13:10
**representing** [3] - 6:14, 12:22, 13:19
**represents** [7] - 13:1, 13:15, 13:16, 25:25, 26:3, 95:8, 152:18
**Republic** [1] - 20:18
**requested** [2] - 87:8, 126:15
**require** [2] - 81:23, 107:14
**required** [2] - 50:3, 82:3
**requires** [1] - 12:11
**research** [1] - 149:12
**reservations** [1] - 51:5
**reserve** [2] - 36:25, 59:6
**reside** [1] - 89:19
**resolved** [1] - 69:6
**Resort** [1] - 16:24
**respect** [32] - 9:9, 27:24, 31:17, 33:16, 51:6, 66:15, 67:11, 68:14, 68:16, 81:22,

96:4, 96:20, 98:25, 99:10, 100:17, 100:25, 102:2, 103:16, 104:10, 104:12, 105:5, 106:11, 110:13, 110:25, 111:15, 112:11, 122:20, 132:2, 136:7, 136:14, 136:22
**respective** [3] - 12:22, 36:3, 84:16
**responsibilities** [2] - 79:16, 80:20
**responsibility** [3] - 49:24, 56:23, 86:6
**responsible** [4] - 28:18, 99:15, 114:10, 114:11
**rest** [1] - 83:13
**restate** [1] - 132:8
**restrictions** [1] - 103:16
**resume** [2] - 148:1, 151:21
**Retail** [1] - 47:13
**retire** [1] - 81:4
**retired** [5] - 64:6, 64:13, 64:15, 66:6, 81:12
**return** [2] - 83:21, 123:16
**returned** [2] - 14:10, 124:24
**returns** [1] - 110:12
**review** [1] - 144:21
**reword** [1] - 50:1
**Rhode** [2] - 18:10, 21:20
**Rico** [3] - 73:7, 73:25, 75:6
**ride** [1] - 102:25
**rigid** [1] - 83:5
**rings** [1] - 28:23
**rise** [4] - 80:3, 85:16, 86:25, 149:25
**roadmap** [1] - 96:2
**RODRIGUEZ** [17] - 20:14, 20:16, 20:18, 20:20, 20:22, 20:25, 21:2, 21:4, 21:6, 21:8, 21:10, 21:12, 21:15, 21:19, 34:18, 34:21, 34:23
**Rodriguez** [4] - 12:2, 20:12, 20:13, 34:14
**Rolando** [1] - 133:20
**role** [2] - 93:16, 102:16
**roll** [1] - 8:5

**room** [5] - 81:13, 82:2, 83:18, 83:22, 147:13
**round** [2] - 8:18, 97:11
**row** [5] - 8:3, 11:2, 11:5, 11:17, 11:24
**rude** [1] - 84:12
**rules** [3] - 81:5, 84:13, 105:9
**ruling** [1] - 81:16
**rulings** [2] - 69:2, 81:15
**run** [5] - 83:2, 83:3, 94:5, 106:18, 123:1
**running** [6] - 102:17, 106:18, 111:23, 137:19, 138:14, 139:18
**runs** [1] - 153:21
**rush** [1] - 139:23
**rushed** [1] - 139:23

**S**

**S-a-n-t-i-a-g-o** [1] - 70:5
**S-m-i-l-e-y** [1] - 59:21
**SAFE** [1] - 1:9
**Safe** [32] - 1:21, 4:3, 4:9, 10:13, 12:7, 92:5, 92:9, 94:15, 96:22, 96:25, 110:9, 111:16, 115:22, 115:25, 116:8, 116:11, 116:21, 117:10, 117:13, 117:18, 118:5, 118:9, 118:17, 131:18, 132:11, 134:6, 136:23, 137:10, 140:4, 141:8, 142:17, 144:18
**sailboat** [1] - 142:16
**sailing** [1] - 142:15
**Saint** [1] - 19:25
**sake** [1] - 114:20
**salaried** [1] - 49:5
**salaries** [3] - 97:16, 130:15
**salary** [17] - 27:15, 27:17, 30:8, 30:9, 67:22, 77:6, 77:7, 77:9, 108:4, 109:11, 109:15, 109:21, 109:23, 118:7, 118:10, 134:21, 135:13
**sales** [4] - 15:5,

99:20, 99:21, 100:11
**salesmen** [1] - 99:21
**Salve** [1] - 18:9
**Santiago** [8] - 70:4, 70:12, 72:23, 73:17, 73:21, 75:20, 76:18, 96:19
**SANTIAGO** [46] - 70:13, 72:25, 73:2, 73:4, 73:7, 73:9, 73:12, 73:15, 73:17, 73:20, 73:22, 73:24, 74:3, 74:5, 74:8, 74:10, 74:12, 74:14, 74:17, 74:19, 74:22, 75:2, 75:5, 75:11, 75:13, 75:18, 76:1, 76:6, 76:11, 76:19, 76:21, 76:23, 76:25, 77:3, 77:5, 77:7, 77:9, 77:12, 77:15, 77:21, 77:23, 77:25, 78:4, 78:6, 78:12, 78:16
**satisfied** [1] - 39:19
**satisfy** [1] - 14:3
**Saturday** [7] - 105:8, 105:10, 105:19, 119:4, 124:6, 124:22, 148:18
**Saturdays** [7] - 49:16, 105:6, 105:12, 105:13, 122:6, 124:4, 124:8
**save** [1] - 55:9
**saw** [9] - 51:24, 129:4, 129:8, 129:20, 129:21, 143:9, 143:20, 145:17, 146:2
**scales** [2] - 31:5, 31:9
**schedule** [10] - 77:16, 80:22, 82:18, 85:20, 104:5, 108:3, 114:12, 118:25, 121:2, 124:10
**schedule's** [1] - 79:13
**scheduled** [2] - 149:6
**schedules** [1] - 121:20
**scheduling** [2] - 81:22, 150:18
**School** [1] - 48:9
**school** [14] - 16:6, 19:24, 21:16, 32:9, 38:9, 42:22, 42:24, 42:25, 48:7, 48:8, 60:13, 60:18, 65:12, 75:4

**schools** [1] - 64:9
**science** [1] - 40:18
**Science** [1] - 64:12
**scrambles** [1] - 97:1
**scratched** [1] - 150:23
**SE** [1] - 2:1
**se** [1] - 5:2
**season** [3] - 78:1, 104:18, 104:19
**seat** [17] - 8:3, 8:5, 11:1, 11:4, 11:17, 11:23, 36:10, 36:16, 36:24, 37:6, 45:13, 46:22, 59:11, 59:18, 79:17
**seated** [5] - 4:2, 10:24, 80:18, 88:10, 115:13
**seating** [1] - 39:15
**second** [5] - 11:6, 40:20, 83:20, 92:24, 132:20
**seconds** [2] - 69:19
**security** [1] - 103:14
**see** [41] - 14:9, 30:7, 33:14, 34:14, 43:19, 54:21, 55:3, 56:2, 72:8, 79:1, 80:10, 82:22, 84:1, 84:2, 84:8, 92:7, 93:22, 95:24, 96:8, 96:21, 98:5, 110:14, 110:20, 110:23, 111:24, 112:9, 120:11, 122:6, 124:21, 124:24, 128:17, 129:2, 129:6, 132:25, 133:4, 141:15, 142:21, 143:4, 145:4, 149:15
**See** [1] - 53:14
**seed** [1] - 101:19
**seeing** [1] - 144:17
**seek** [2] - 98:4, 110:1
**seeking** [2] - 88:24, 96:10
**seem** [1] - 49:25
**selected** [1] - 9:3
**selecting** [1] - 32:12
**self** [1] - 41:24, 73:13, 73:15
**self-employed** [3] - 41:24, 73:13, 73:15
**selling** [1] - 112:1
**send** [1] - 30:17
**SENIOR** [1] - 1:14
**sent** [2] - 119:23, 129:10
**sentence** [1] - 145:20

**sentencings** [1] - 86:13
**separate** [2] - 83:16, 118:2
**September** [3] - 96:13, 116:15, 144:4
**series** [2] - 25:23, 99:12
**seriously** [1] - 86:8
**serve** [9] - 9:3, 13:24, 26:20, 31:16, 39:1, 41:2, 51:15, 78:22, 95:15
**service** [1] - 16:20
**serving** [3] - 26:12, 75:23, 79:16
**session** [4] - 82:24, 83:1, 83:3
**set** [3] - 11:6, 35:15, 108:2
**sets** [1] - 113:13
**Seven** [1] - 74:9
**seven** [9] - 23:2, 47:16, 74:8, 77:25, 78:8, 111:17, 113:17, 153:16
**seven-year-old** [1] - 23:2
**seventh** [1] - 21:16
**several** [6] - 64:9, 88:16, 88:21, 98:5, 98:6, 103:24
**shakes** [1] - 51:20, 56:12
**Shankman** [1] - 100:11
**share** [2] - 38:25, 41:1
**shares** [4] - 98:8, 98:10, 98:11
**sheet** [3] - 71:9, 71:10, 136:13
**sheets** [1] - 113:12
**shirt** [1] - 116:23
**shoes** [1] - 152:12
**shop** [2] - 104:22, 106:9
**short** [4] - 7:4, 122:23, 147:20, 147:22
**show** [64] - 26:23, 27:6, 27:7, 30:1, 33:14, 49:18, 79:4, 90:10, 90:13, 90:15, 90:19, 90:25, 91:9, 92:3, 92:12, 92:20, 93:6, 93:13, 93:14, 93:19, 94:8, 94:14, 94:21, 96:6, 96:8, 96:17, 97:22, 98:12,

98:21, 98:23, 100:3, 100:4, 100:19, 102:5, 103:17, 103:20, 103:23, 104:4, 104:7, 104:9, 104:17, 105:2, 105:14, 105:16, 105:21, 106:1, 106:10, 106:11, 106:18, 107:11, 107:21, 108:2, 108:17, 109:5, 109:14, 109:15, 110:7, 111:15, 111:23, 112:9, 112:13, 144:13, 153:2
**showed** [2] - 137:1, 144:13
**shows** [1] - 107:1
**shutter** [7] - 89:10, 95:19, 96:11, 97:6, 97:14, 101:16, 104:15
**SHUTTERS** [1] - 1:9
**shutters** [11] - 89:8, 89:10, 99:16, 103:9, 103:16, 104:24, 107:7, 112:1, 113:2, 123:8, 135:1
**Shutters** [32] - 1:21, 4:4, 4:9, 10:13, 12:7, 92:5, 92:9, 94:15, 96:22, 96:25, 110:9, 111:17, 115:22, 115:25, 116:9, 116:12, 116:21, 117:10, 117:13, 117:19, 118:5, 118:10, 118:17, 131:19, 132:11, 134:6, 136:23, 137:10, 140:4, 141:8, 142:18, 144:18
**shy** [1] - 27:8
**sic** [2] - 71:5, 78:7
**side** [21] - 31:8, 34:7, 34:9, 34:12, 35:1, 35:9, 52:2, 52:4, 52:8, 53:1, 54:13, 54:24, 55:4, 55:16, 57:17, 58:9, 66:20, 66:22, 68:14, 68:18, 76:5
**sidebar** [1] - 70:15
**Sidebar** [2] - 70:16, 72:22
**sides** [1] - 53:14
**signed** [1] - 144:22
**significant** [4] - 93:20, 101:24, 103:15, 150:25
**silly** [1] - 68:9
**similar** [1] - 124:2

JURY TRIAL - VOLUME I OF VI

**simple** [1] - 151:9
**simply** [4] - 84:12, 94:23, 106:9, 111:1
**Sinai** [1] - 48:1
**single** [20] - 15:11, 15:23, 18:12, 21:3, 21:4, 24:1, 25:9, 25:10, 38:1, 40:10, 40:11, 42:13, 42:14, 44:20, 44:21, 47:18, 60:23, 64:22, 74:2, 108:22
**sister's** [1] - 113:21
**sit** [4] - 39:8, 72:1, 79:17, 108:21
**site** [3] - 102:23, 119:10, 120:9
**sites** [2] - 128:18, 145:22
**sitting** [2] - 54:5, 72:3
**situation** [1] - 52:15
**six** [9] - 6:25, 39:15, 40:9, 43:17, 78:8, 96:6, 108:7, 123:14, 153:16
**six-person** [1] - 39:15
**skills** [2] - 146:22, 154:9
**slate** [1] - 72:1
**Slovenia** [2] - 46:2, 46:4
**slow** [1] - 91:4
**smart** [1] - 60:16
**smiley** [1] - 66:12
**Smiley** [3] - 59:21, 61:17, 61:19
**SMILEY** [23] - 61:18, 61:20, 61:22, 61:24, 62:1, 62:3, 62:5, 62:7, 62:9, 62:11, 62:15, 62:17, 62:20, 62:22, 62:24, 63:2, 63:5, 63:8, 63:10, 63:13, 63:16, 63:21, 66:13
**social** [2] - 75:6, 76:4
**soil** [1] - 73:17
**solely** [1] - 100:19
**SOLER** [1] - 1:5
**Soler** [1] - 120:22
**solvent** [1] - 94:16
**someone** [10] - 33:11, 57:21, 58:5, 67:24, 90:20, 99:1, 108:14, 108:15, 108:21, 120:19
**someplace** [1] - 149:17
**sometime** [3] - 83:1,

148:17, 151:15
**sometimes** [8] - 27:3, 33:23, 34:2, 77:25, 88:25, 94:9, 94:10, 126:19
**son** [9] - 18:20, 18:21, 32:5, 42:19, 47:25, 48:2, 62:24, 62:25, 65:5
**Son** [1] - 42:20
**sons** [3] - 62:22, 62:23, 74:24
**sorry** [18] - 4:13, 7:5, 13:13, 34:17, 35:4, 53:9, 59:15, 59:22, 79:24, 112:20, 112:22, 112:24, 125:21, 126:23, 133:1, 141:13, 141:16, 147:18
**sort** [7] - 33:24, 34:16, 68:1, 69:12, 95:15, 95:18, 136:18
**sorts** [1] - 112:15
**sotto** [4] - 10:3, 36:21, 58:24, 111:13
**sounds** [1] - 142:10
**south** [10] - 16:12, 19:5, 20:15, 23:9, 24:19, 38:17, 60:3, 63:25, 104:14, 134:9
**South** [1] - 17:17
**Southeast** [1] - 19:17
**Southeastern** [1] - 17:24
**Southern** [2] - 10:12, 10:20
**sOUTHERN** [1] - 1:1
**Spain** [1] - 42:11
**Spanish** [3] - 70:22, 101:4, 101:5
**speaking** [1] - 86:8
**speaks** [1] - 154:2
**special** [3] - 62:15, 82:16
**specialty** [1] - 32:12
**specific** [2] - 39:13, 143:21
**specifically** [1] - 123:18
**speculate** [1] - 82:9
**speculated** [1] - 142:11
**spell** [2] - 4:15, 115:16
**spend** [2] - 83:22, 140:19
**spent** [5] - 73:10, 128:21, 137:23,

139:14, 141:25
**split** [1] - 9:10
**sporting** [1] - 33:24
**Springs** [4] - 17:16, 23:8, 23:22, 61:20
**square** [2] - 112:2
**St** [2] - 60:14, 65:4
**stage** [1] - 68:24
**stand** [5] - 10:21, 80:16, 84:23, 96:3, 110:15
**standard** [3] - 30:20, 33:9, 57:6
**Standards** [8] - 12:10, 12:11, 12:15, 26:8, 66:17, 88:25, 89:1, 107:13
**standing** [2] - 12:25, 13:10
**start** [21] - 34:11, 65:20, 77:15, 82:24, 87:2, 88:14, 97:14, 103:18, 106:8, 108:17, 117:12, 119:15, 121:6, 124:6, 124:19, 126:20, 127:3, 127:9, 129:17, 129:19, 155:3
**started** [29] - 42:6, 43:2, 97:5, 99:12, 102:19, 113:3, 113:17, 113:22, 115:24, 116:5, 116:8, 117:9, 117:23, 118:5, 118:9, 118:16, 118:24, 119:2, 119:5, 119:8, 124:7, 127:5, 132:11, 133:3, 133:5, 135:2, 135:4, 135:10, 135:14
**starting** [6] - 97:6, 116:19, 123:10, 123:13, 128:16, 135:13
**starts** [3] - 52:4, 52:7, 57:16
**state** [3] - 100:20, 147:23, 148:13
**statement** [10] - 3:5, 3:6, 3:7, 6:15, 84:19, 85:3, 88:12, 95:12, 145:18, 145:24
**statements** [5] - 79:21, 80:12, 84:15, 113:3, 131:2
**States** [9] - 2:3, 10:11, 10:20, 14:25, 41:20, 70:20, 70:22, 71:1, 71:3
**states** [3] - 145:4,

146:14, 146:19
**STATES** [3] - 1:1, 1:14, 155:23
**stay** [2] - 19:11, 148:21
**stayed** [2] - 97:23, 111:17
**staying** [1] - 83:6
**Steelers** [1] - 34:6
**step** [11] - 36:9, 36:16, 36:23, 37:5, 45:13, 46:21, 59:10, 59:18, 70:2, 70:14, 93:11
**Steve** [21] - 1:22, 4:10, 13:19, 92:23, 97:1, 101:8, 106:19, 127:18, 130:10, 130:11, 136:23, 137:14, 139:12, 139:20, 140:5, 140:11, 144:6, 145:16, 145:21, 146:2, 146:20
**STEVE** [1] - 1:10
**stick** [2] - 95:25, 142:4
**still** [6] - 52:20, 74:25, 98:12, 102:6, 106:2, 110:20
**stock** [1] - 20:22
**stone** [1] - 16:19
**stop** [18] - 33:16, 33:20, 78:5, 78:12, 113:6, 113:19, 123:3, 123:9, 123:12, 123:13, 123:21, 123:24, 125:3, 126:20, 127:2, 143:17, 147:9
**stopped** [6] - 106:6, 117:18, 117:22, 124:8, 126:19, 127:2
**stops** [1] - 33:17
**storage** [1] - 120:5
**store** [3] - 15:8, 21:1, 47:14
**stories** [2] - 103:11, 104:24
**straight** [2] - 13:13, 154:16
**street** [4] - 63:3, 108:1, 113:10, 128:2
**Street** [1] - 1:18
**stress** [1] - 75:23
**strike** [1] - 37:3
**strikes** [2] - 78:7, 78:8
**struck** [5] - 70:11, 70:18, 70:20, 70:23,

71:2
**structure** [3] - 106:21, 112:1, 112:5
**student** [4] - 15:22, 18:23, 40:15, 74:25
**students** [1] - 74:24
**studied** [2] - 24:11, 75:5
**study** [2] - 17:12, 44:18
**studying** [2] - 25:19, 40:17
**styled** [1] - 12:6
**subject** [1] - 83:6
**subs** [1] - 69:15
**substantial** [1] - 93:15
**substitute** [1] - 78:7
**sudden** [1] - 97:1
**sue** [5] - 108:22, 114:10, 114:13, 136:23, 139:17
**sued** [15] - 33:1, 33:2, 57:12, 57:14, 58:6, 67:19, 67:20, 96:5, 96:20, 96:21, 96:22, 96:23, 137:2, 137:18, 138:25
**suffered** [1] - 12:17
**sufficient** [3] - 91:5, 94:9, 94:10
**suing** [9] - 33:3, 53:25, 54:9, 54:24, 98:25, 114:1, 114:8, 115:2, 144:8
**suit** [4] - 68:2, 108:12, 144:11, 145:1
**Suite** [2] - 1:18, 2:4
**SUITE** [1] - 155:23
**suits** [1] - 68:13
**Sullivan** [1] - 100:12
**Sumberg** [1] - 60:11
**summary** [2] - 68:23, 69:1
**summer** [1] - 78:1
**Sundays** [1] - 105:5
**Sunny** [1] - 16:24
**SunTrust** [1] - 62:25
**supermarket** [1] - 20:23
**supervise** [1] - 27:19
**supervised** [4] - 129:11, 137:24, 140:25, 141:1
**supervisor** [2] - 29:4, 29:6
**supervisory** [1] - 50:16
**support** [1] - 144:10
**supposed** [3] - 28:1,

JURY TRIAL - VOLUME I OF VI

28:4, 87:17

**supposedly** [1] - 118:8

**surface** [1] - 150:23

**surprised** [1] - 7:13

**suspect** [1] - 151:14

**sustain** [1] - 109:8

**sustained** [7] - 121:12, 121:18, 124:14, 125:1, 125:18, 130:25, 131:5

**sustains** [1] - 82:7

**Sutton** [3] - 12:1, 21:23, 71:15

**SUTTON** [24] - 12:1, 21:24, 22:1, 22:3, 22:6, 22:8, 22:11, 22:13, 22:16, 22:18, 22:20, 22:23, 22:25, 23:2, 23:5, 29:14, 29:17, 29:20, 29:24, 30:4, 35:3, 35:5, 35:7, 35:10

**SUTTON-PAULING** [23] - 21:24, 22:1, 22:3, 22:6, 22:8, 22:11, 22:13, 22:16, 22:18, 22:20, 22:23, 22:25, 23:2, 23:5, 29:14, 29:17, 29:20, 29:24, 30:4, 35:3, 35:5, 35:7, 35:10

**Sutton-Pauling** [3] - 12:1, 21:23, 71:15

**swear** [1] - 80:16

**sworn** [5] - 10:21, 80:16, 80:24, 115:11, 132:23

**SWORN** [3] - 10:23, 80:17, 115:12

**sympathize** [1] - 54:13

**synopsis** [1] - 85:4

**system** [1] - 28:10

**T**

**table** [4] - 3:1, 13:1, 13:11, 127:13

**tall** [1] - 103:12

**Tampa** [1] - 20:10

**task** [2] - 18:16, 18:17

**taught** [2] - 63:16, 64:14

**taxes** [2] - 110:10, 110:11

**teach** [4] - 22:22, 63:15, 64:8, 64:11

**teacher** [4] - 22:20, 64:7, 74:5, 74:23

**teacher's** [2] - 48:2, 65:7

**teaches** [1] - 22:23

**teaching** [1] - 64:16

**teams** [1] - 135:19

**technically** [1] - 90:19

**ten** [5] - 19:7, 23:12, 39:3, 60:22, 77:18

**ten-year** [2] - 23:12, 39:3

**tenant** [1] - 133:23

**tens** [5] - 96:10, 96:11, 96:15, 96:17, 105:20

**terms** [2] - 7:22, 102:4

**terrorism** [1] - 18:17

**testified** [1] - 106:15

**testify** [4] - 90:8, 125:14, 147:22, 148:17

**testimonial** [1] - 95:2

**testimony** [20] - 26:13, 39:15, 81:8, 84:22, 85:5, 85:6, 91:13, 91:18, 92:2, 96:2, 96:14, 103:6, 105:23, 124:11, 138:12, 141:20, 143:25, 150:23, 150:25, 151:21

**Thanksgiving** [1] - 110:1

**THE** [527] - 1:13, 1:16, 1:20, 2:1, 4:2, 4:7, 4:11, 4:13, 4:15, 4:19, 4:21, 4:23, 4:25, 5:3, 5:5, 5:9, 5:17, 5:19, 5:24, 6:1, 6:3, 6:6, 6:9, 6:12, 6:18, 6:21, 7:1, 7:6, 7:12, 7:14, 7:17, 7:24, 8:1, 8:13, 8:15, 8:17, 9:5, 9:8, 9:12, 9:15, 9:17, 9:21, 9:23, 10:5, 10:8, 10:10, 10:17, 10:19, 10:22, 10:24, 11:17, 11:19, 11:23, 11:25, 12:4, 13:8, 13:13, 13:21, 14:15, 14:18, 14:20, 14:22, 14:24, 15:2, 15:4, 15:6, 15:8, 15:11, 15:13, 15:16, 15:18, 15:20, 15:24, 16:1, 16:4, 16:6, 16:9, 16:12, 16:14, 16:16, 16:18, 16:21, 16:23,

17:1, 17:3, 17:5, 17:7, 17:9, 17:12, 17:14, 17:17, 17:20, 17:22, 17:25, 18:2, 18:5, 18:7, 18:12, 18:14, 18:18, 18:20, 18:22, 18:25, 19:2, 19:5, 19:8, 19:10, 19:12, 19:14, 19:16, 19:18, 19:20, 19:22, 19:24, 20:1, 20:4, 20:6, 20:9, 20:11, 20:15, 20:17, 20:19, 20:21, 20:24, 21:1, 21:3, 21:5, 21:7, 21:9, 21:11, 21:14, 21:17, 21:22, 21:25, 22:2, 22:4, 22:7, 22:10, 22:12, 22:15, 22:17, 22:19, 22:22, 22:24, 23:1, 23:4, 23:6, 23:9, 23:13, 23:15, 23:18, 23:20, 23:23, 24:1, 24:3, 24:5, 24:7, 24:9, 24:14, 24:16, 24:19, 24:21, 24:23, 24:25, 25:2, 25:5, 25:7, 25:9, 25:11, 25:13, 25:15, 25:17, 25:19, 25:21, 25:23, 30:25, 32:20, 32:24, 35:20, 36:1, 36:7, 36:9, 36:12, 36:15, 36:19, 36:23, 37:1, 37:5, 37:8, 37:12, 37:14, 37:16, 37:18, 37:20, 37:24, 38:1, 38:3, 38:5, 38:7, 38:9, 38:12, 38:14, 38:18, 38:20, 38:22, 39:6, 39:10, 39:13, 39:16, 39:19, 39:22, 39:25, 40:2, 40:4, 40:7, 40:10, 40:12, 40:14, 40:17, 40:19, 40:21, 40:23, 41:4, 41:7, 41:9, 41:11, 41:13, 41:15, 41:17, 41:19, 41:22, 41:24, 42:2, 42:5, 42:7, 42:9, 42:11, 42:13, 42:15, 42:17, 42:19, 42:21, 42:24, 43:1, 43:3, 43:5, 43:7, 43:13, 43:16, 43:19, 43:22, 43:25, 44:2, 44:4, 44:6, 44:9, 44:11, 44:13, 44:16, 44:18, 44:20, 44:22, 44:24, 45:1, 45:3, 45:6, 45:8, 45:12, 45:15, 45:17, 45:19, 45:21, 45:23,

46:1, 46:3, 46:5, 46:8, 46:10, 46:12, 46:15, 46:18, 46:20, 46:25, 47:1, 47:3, 47:6, 47:8, 47:10, 47:12, 47:15, 47:18, 47:20, 47:22, 47:24, 48:3, 48:5, 48:8, 48:10, 48:14, 49:2, 49:5, 49:7, 51:19, 51:22, 53:10, 53:14, 55:9, 55:12, 55:14, 55:20, 55:23, 58:13, 58:15, 58:19, 58:23, 59:1, 59:3, 59:7, 59:10, 59:15, 59:17, 59:19, 59:22, 59:24, 59:25, 60:2, 60:5, 60:7, 60:9, 60:12, 60:16, 60:20, 60:23, 60:25, 61:2, 61:5, 61:7, 61:9, 61:11, 61:13, 61:16, 61:19, 61:21, 61:23, 61:25, 62:2, 62:4, 62:6, 62:8, 62:10, 62:13, 62:16, 62:19, 62:21, 62:23, 63:1, 63:4, 63:6, 63:9, 63:12, 63:15, 63:18, 63:22, 63:25, 64:3, 64:5, 64:8, 64:11, 64:13, 64:16, 64:18, 64:20, 64:22, 64:24, 65:1, 65:6, 65:11, 65:16, 65:19, 67:10, 69:19, 69:22, 69:24, 70:2, 70:4, 70:8, 70:10, 70:12, 70:14, 70:25, 71:4, 71:6, 71:8, 71:11, 71:13, 71:15, 71:17, 71:24, 72:20, 72:23, 73:1, 73:3, 73:6, 73:8, 73:11, 73:13, 73:16, 73:18, 73:21, 73:23, 74:1, 74:4, 74:7, 74:9, 74:11, 74:13, 74:15, 74:18, 74:20, 75:1, 75:3, 75:9, 75:12, 75:15, 75:19, 76:16, 78:17, 78:19, 78:21, 79:23, 79:25, 80:3, 80:4, 80:8, 80:10, 80:15, 80:18, 85:16, 85:17, 85:20, 85:24, 86:2, 86:4, 86:9, 86:12, 86:14, 86:16, 86:20, 86:22, 86:25, 87:1, 87:6, 87:15, 87:17, 87:19, 87:21, 88:7, 88:10, 95:11,

111:12, 112:17, 112:20, 112:22, 115:6, 115:11, 115:13, 115:16, 115:18, 117:4, 117:7, 117:15, 118:13, 119:13, 121:12, 121:18, 121:22, 123:5, 124:14, 125:1, 125:18, 125:21, 126:3, 126:23, 127:4, 128:13, 128:20, 130:25, 131:5, 131:13, 132:15, 137:6, 138:1, 138:19, 145:5, 145:10, 145:13, 146:9, 147:6, 147:9, 148:4, 148:11, 148:21, 149:8, 149:25, 150:1, 150:3, 150:6, 150:9, 150:11, 151:8, 151:19, 151:25, 152:15, 153:5, 153:14, 153:18, 153:21, 153:24, 154:3, 154:6, 154:10, 154:13, 154:18, 154:21, 155:3, 155:8, 155:12

**theirs** [1] - 67:21

**theme** [1] - 93:21

**themselves** [2] - 12:23, 72:17

**thereafter** [2] - 9:1

**they've** [2] - 34:5, 87:10

**thinking** [1] - 34:14

**third** [1] - 141:24

**thirdly** [1] - 79:3

**thoughts** [1] - 111:15

**thousand** [2] - 108:6, 113:15

**thousands** [6] - 96:10, 96:11, 96:15, 96:18, 101:25, 105:20

**threatening** [1] - 78:10

**three** [34] - 7:2, 15:19, 20:2, 23:3, 23:11, 67:11, 67:19, 67:22, 69:19, 74:23, 75:7, 92:18, 94:5, 97:23, 102:5, 102:6, 110:22, 128:21, 129:3, 129:4, 129:18, 129:19, 137:23, 140:19, 141:8, 142:1, 142:3, 142:4, 142:7, 143:13, 143:14,

JURY TRIAL - VOLUME I OF VI

143:16, 143:18
**three-year-old** [1] - 23:3
**throughout** [1] - 79:18
**throw** [1] - 9:25
**thrown** [2] - 113:9, 153:2
**Thursday** [2] - 7:16, 151:15
**ticket** [1] - 96:18
**ties** [1] - 101:2
**time-and-a-half** [1] - 90:12
**timecard** [3] - 51:3, 56:21
**tip** [1] - 31:5
**title** [3] - 116:9, 140:24, 141:3
**TJ** [2] - 15:3, 15:9
**TO** [1] - 3:11
**today** [37] - 5:18, 5:24, 6:9, 7:4, 11:7, 12:5, 13:5, 13:6, 26:18, 30:14, 43:7, 46:13, 53:12, 63:19, 68:12, 75:16, 78:24, 79:5, 79:7, 79:8, 83:12, 85:9, 88:22, 89:4, 89:11, 89:14, 92:16, 96:19, 99:6, 101:7, 120:15, 122:15, 127:13, 147:11, 147:21, 148:13, 150:16
**together** [2] - 14:8, 135:20
**tom** [1] - 100:12
**tomorrow** [13] - 79:2, 83:9, 83:10, 83:12, 147:12, 147:13, 148:1, 149:8, 149:20, 149:21, 154:12, 154:14
**tonight** [1] - 79:1
**took** [5] - 109:3, 109:5, 122:22, 126:10, 142:16
**tools** [2] - 106:5, 129:13
**total** [3] - 66:9, 110:11, 125:6
**totally** [4] - 52:21, 72:9, 88:5, 109:13
**toward** [1] - 50:6
**towards** [3] - 35:8, 91:12, 146:6
**towels** [1] - 113:12
**tower** [3] - 104:1, 104:6, 105:12

**Tower** [1] - 105:13
**towers** [1] - 103:11
**Toyota** [1] - 19:17
**track** [7] - 27:25, 28:3, 28:6, 28:11, 49:13, 50:4, 50:11
**trade** [1] - 101:17
**trail** [1] - 38:10
**training** [2] - 16:4, 65:7
**transcription** [1] - 155:19
**translator** [1] - 153:15
**transportation** [2] - 102:24, 102:25
**treatment** [3] - 5:11, 5:12, 5:13
**trees** [1] - 91:23
**TRIAL** [1] - 1:13
**trial** [39] - 7:3, 7:8, 7:10, 9:3, 12:20, 13:24, 26:15, 31:19, 33:17, 39:4, 68:21, 78:22, 79:12, 79:14, 79:18, 80:22, 81:4, 81:5, 81:14, 81:20, 82:7, 82:13, 82:15, 82:17, 84:8, 84:15, 84:17, 84:19, 85:13, 87:10, 88:15, 88:19, 89:16, 90:4, 90:7, 91:12, 93:18, 95:10, 153:2
**tried** [3] - 87:11, 130:5, 150:21
**trip** [1] - 142:15
**trouble** [1] - 46:6
**troubles** [1] - 143:8
**truck** [3] - 103:1, 113:20, 123:16
**trucks** [7] - 113:18, 120:5, 121:15, 123:14, 129:14, 138:22
**true** [22] - 54:25, 109:14, 119:12, 133:25, 134:3, 136:2, 136:15, 136:24, 137:18, 138:13, 138:16, 138:25, 139:13, 139:21, 140:9, 141:4, 141:9, 141:23, 144:17, 146:17, 147:4, 147:5
**trust** [3] - 113:22, 114:1, 152:20
**truth** [5] - 35:15, 101:9, 114:18, 115:4, 132:23

**truthful** [1] - 53:10
**truthfully** [1] - 106:16
**try** [6] - 26:22, 90:2, 95:1, 95:10, 150:20, 153:3
**trying** [5] - 53:3, 56:2, 89:3, 93:9, 149:11
**Tuesday** [3] - 6:5, 6:6, 124:2
**turn** [5] - 32:18, 53:19, 53:21, 141:14, 147:25
**Turnberry** [1] - 62:11
**TV** [1] - 113:13
**two** [61] - 6:23, 6:24, 21:10, 22:25, 23:25, 38:6, 39:14, 47:23, 61:8, 61:10, 62:22, 63:5, 64:15, 64:25, 68:20, 74:23, 76:16, 78:7, 88:22, 95:21, 96:21, 97:23, 98:5, 98:11, 98:13, 100:13, 102:2, 104:2, 106:23, 107:17, 107:18, 110:21, 111:17, 111:18, 111:20, 113:23, 114:15, 114:25, 122:14, 128:21, 129:1, 129:4, 129:18, 129:19, 137:23, 140:19, 141:8, 141:18, 142:1, 142:3, 142:4, 142:7, 143:13, 143:15, 143:16, 144:4, 149:6, 149:7
**two-and-a-half** [2] - 23:25, 39:14
**type** [9] - 30:3, 44:9, 49:8, 50:15, 50:23, 61:5, 101:18, 109:7, 109:9

## U

**unable** [2] - 89:20, 89:24
**uncompensated** [1] - 109:13
**under** [11] - 28:1, 35:16, 35:19, 66:16, 71:25, 75:23, 84:13, 88:25, 108:11, 148:16, 151:24
**undergraduate** [4] - 18:8, 18:9, 40:15, 60:17

**unemployed** [1] - 44:8
**unexciting** [1] - 95:25
**unfair** [5] - 49:25, 50:7, 72:9, 72:12, 89:6
**unfortunate** [1] - 48:25
**unfortunately** [1] - 32:6
**UNITED** [2] - 1:1, 155:23
**United** [10] - 2:3, 10:11, 10:20, 14:24, 41:19, 47:13, 70:20, 70:21, 70:25, 71:3
**uNITED** [1] - 1:14
**units** [2] - 103:15, 129:14
**University** [14] - 17:24, 18:6, 18:11, 20:10, 24:12, 25:18, 38:17, 40:6, 40:16, 60:14, 63:14, 65:13, 65:14, 75:8
**university** [3] - 18:10, 22:9, 75:6
**unlawful** [1] - 99:3
**unless** [1] - 152:4
**unnecessarily** [1] - 31:20
**unpaid** [1] - 88:24
**up** [41] - 11:2, 11:5, 32:5, 32:8, 33:4, 33:18, 34:15, 45:23, 47:10, 65:14, 70:14, 71:9, 76:12, 76:13, 79:6, 95:7, 95:14, 97:6, 97:11, 97:12, 103:17, 104:23, 108:2, 110:16, 112:3, 113:20, 126:21, 127:2, 134:3, 134:8, 138:23, 141:1, 144:16, 145:9, 148:24, 149:1, 149:2, 151:12, 152:12, 153:2
**upfront** [1] - 95:16
**upset** [2] - 52:17, 52:21
**USA** [1] - 25:6

## V

**V-e-a-s-e-y** [1] - 12:1
**V-e-l-a-s-c-o** [1] - 11:22
**V-e-r-d-e** [1] - 11:19

**vacations** [1] - 126:13
**valuable** [1] - 95:15
**varied** [1] - 105:17
**various** [2] - 71:25, 99:13
**vary** [2] - 109:17, 109:18
**VEASEY** [13] - 23:8, 23:11, 23:14, 23:16, 23:19, 23:21, 23:25, 24:2, 24:4, 24:6, 24:8, 24:11, 24:15
**Veasey** [2] - 11:25, 23:7
**VELASCO** [21] - 24:18, 24:20, 24:22, 24:24, 25:1, 25:3, 25:6, 25:8, 25:10, 25:12, 25:14, 25:16, 25:18, 25:20, 25:22, 27:14, 27:17, 27:20, 27:23, 28:5, 28:12
**Velasco** [3] - 11:22, 24:16, 27:12
**venire** [1] - 8:2
**venture** [1] - 108:1
**verde** [1] - 16:10
**Verde** [1] - 11:19
**VERDE** [13] - 16:11, 16:13, 16:15, 16:17, 16:19, 16:22, 16:24, 17:2, 17:4, 17:6, 17:8, 17:11, 17:13
**verdict** [9] - 14:10, 26:13, 63:9, 63:11, 80:25, 81:6, 81:13, 84:21, 149:16
**verses** [3] - 30:12, 30:13, 52:13
**versus** [3] - 4:3, 10:13, 12:7
**VI** [1] - 1:13
**viable** [1] - 94:15
**vibration** [1] - 103:22
**Vickie** [1] - 46:25
**viewed** [1] - 93:5
**village** [1] - 22:13
**violation** [3] - 12:19, 90:12, 90:21
**violations** [3] - 12:15, 90:19, 108:9
**Virginia** [5] - 47:9, 47:11, 48:9, 147:19, 148:24
**visit** [1] - 54:1
**Vladimir** [1] - 45:15
**voce** [4] - 10:3, 36:21, 58:24, 111:13
**voir** [4] - 6:15, 8:7,

9:9, 91:6
**VOLUME** [1] - 1:13
**volunteered** [1] - 141:6
**vouch** [1] - 114:24
**vs** [1] - 1:8

## W

**wage** [8] - 12:12, 34:12, 89:6, 90:19, 90:21, 110:13, 110:23, 118:7
**wages** [10] - 27:22, 27:25, 28:19, 29:4, 88:24, 90:11, 90:21, 91:15, 91:22, 91:25
**wait** [9] - 34:18, 34:19, 34:20, 34:21, 34:23, 35:3, 35:6, 80:11, 106:5
**Wait** [2] - 35:5, 112:19
**walk** [3] - 11:11, 144:16, 145:9
**wants** [3] - 10:1, 55:22, 105:20
**warehouse** [3] - 40:5, 99:15, 100:12
**Washington** [2] - 40:3, 60:14
**weapon** [1] - 114:6
**weather** [6] - 78:10, 104:13, 109:18, 126:16, 126:21, 127:9
**Wednesday** [6] - 5:12, 5:17, 5:18, 6:3, 6:9, 7:5
**week** [57] - 7:11, 12:13, 32:12, 35:25, 49:19, 56:15, 57:2, 61:3, 77:24, 82:13, 82:16, 83:13, 90:13, 90:17, 90:23, 91:1, 97:17, 102:10, 104:3, 105:17, 107:17, 107:22, 108:6, 108:16, 108:22, 110:1, 113:15, 113:16, 113:17, 114:19, 118:10, 118:11, 119:3, 122:4, 122:13, 125:5, 125:7, 125:23, 125:25, 126:15, 129:22, 129:23, 129:24, 134:21, 135:4, 135:7, 142:4, 144:3, 147:21, 147:25, 148:17, 151:5, 151:11

**weekends** [1] - 122:12
**weekly** [1] - 135:13
**weeks** [24] - 39:15, 96:13, 101:21, 109:21, 110:5, 110:22, 111:21, 128:5, 128:21, 129:4, 137:23, 140:20, 141:8, 141:18, 141:25, 142:1, 142:3, 142:7, 142:16, 143:14, 144:4, 149:6, 149:7
**weigh** [1] - 92:22
**welcome** [1] - 10:19
**welder** [1] - 73:22
**West** [1] - 22:20
**west** [1] - 38:10
**wet** [1] - 106:2
**whatsoever** [1] - 14:9
**white** [2] - 72:10, 72:11
**whole** [7] - 37:17, 53:5, 109:11, 132:7, 142:18, 143:4, 153:2
**widow** [1] - 47:19
**wife** [5] - 74:4, 76:12, 89:18, 120:22, 121:1
**wife's** [1] - 60:25
**wind** [4] - 104:21, 105:25, 109:18, 126:17
**window** [2] - 147:20, 147:22
**windows** [1] - 99:17
**windy** [2] - 104:23, 104:25
**wins** [1] - 57:1
**winter** [1] - 104:20
**wish** [3] - 95:14, 152:11, 153:12
**wishes** [1] - 154:6
**witness** [15] - 84:23, 96:2, 96:3, 112:18, 115:7, 117:5, 129:8, 132:14, 137:25, 145:6, 146:10, 148:5, 152:2, 154:11, 155:1
**WITNESS** [1] - 115:12
**WITNESSES** [1] - 3:11
**witnesses** [7] - 6:16, 6:21, 6:25, 7:21, 84:22, 110:8, 150:14
**women** [1] - 47:13
**won** [1] - 69:1
**wondering** [1] -

143:16
**woodwork** [1] - 42:3
**word** [3] - 132:20, 145:8, 155:9
**words** [3] - 53:4, 137:9, 137:13
**work-related** [1] - 39:3
**worker** [9] - 48:24, 48:25, 49:18, 49:20, 67:17, 72:16, 76:4, 90:12, 116:25
**workers** [13] - 12:12, 12:13, 28:19, 50:24, 54:24, 89:6, 90:3, 90:16, 97:12, 102:19, 105:10, 110:22, 120:3
**workers'** [1] - 49:13
**works** [8] - 19:17, 21:15, 47:25, 62:9, 62:24, 62:25, 77:14, 90:12
**world** [2] - 66:21, 142:17
**worse** [1] - 30:17
**worth** [1] - 96:17
**worthless** [1] - 94:20
**wow** [2] - 60:16, 108:11

## Y

**yards** [1] - 77:17
**year** [24] - 16:22, 20:3, 21:19, 23:2, 23:3, 23:12, 39:3, 40:19, 40:20, 60:3, 73:20, 75:5, 75:7, 96:13, 107:5, 107:6, 113:24, 115:1, 116:2, 116:14, 119:6, 128:3, 133:6, 142:2
**year-and-a-half** [1] - 113:24
**years** [45] - 14:19, 15:7, 16:13, 17:19, 19:6, 20:16, 20:25, 22:1, 22:16, 23:11, 23:25, 24:20, 30:2, 30:6, 37:25, 40:1, 40:9, 41:12, 45:2, 45:22, 45:25, 47:7, 47:16, 50:19, 60:4, 60:22, 61:22, 63:5, 63:16, 64:2, 64:14, 64:15, 73:5, 74:12, 75:7, 78:8, 95:19, 97:9, 113:25, 114:7, 114:22, 143:18,

153:11, 153:17, 154:2
**yERKO** [1] - 115:12
**Yerko** [5] - 3:13, 115:9, 115:15, 144:22, 150:16
**York** [14] - 61:24, 61:25, 73:9, 97:7, 97:12, 98:17, 133:12, 133:24, 134:3, 134:16, 136:2, 136:3, 136:8, 147:2
**Yoss** [1] - 61:4
**young** [1] - 21:2
**youngest** [4] - 21:12, 21:16, 74:13, 74:14
**yourself** [6] - 33:2, 57:14, 86:17, 109:6, 109:8
**yourselves** [1] - 147:15
**Yugoslavia** [1] - 46:4

## Z

**Zidell** [2] - 1:17, 4:6