UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIO FELICIANO and<br>AUGUSTIN MILAN,<br>    Plaintiffs,<br>vs.<br><br>SAFE HURRICANE SHUTTERS, INC. a<br>FLORIDA CORPORATION d/b/a<br>ADVANCED HURRICANE PROTECTION,<br>EDWARD LEIVA, THE ESTATE OF<br>STEVE HEIDELBERGER, and FRANCIS<br>MCCARROLL<br>    Defendants | Case No.: 07-61295 CIV COHN/SELTZER |

## JOINT STATUS REPORT DUE 6/5/15

This Joint Status Report is filed in compliance with [DE 342] to provide the Court with a status of the estate proceedings.

Mediation has been scheduled to occur on 7/1/15 with mediator Kimberly Gilmour, Esq.

Defendant Ed Leiva was served with process and is therefore expected to be present, as the Defendants believe that his presence is necessary for an appropriate and effective mediation.

DATED THIS _5th_____ DAY OF ___June_____, 2015.

        J. H. ZIDELL, P.A.
        ATTORNEYS FOR PLAINTIFF
        300-71ST STREET, SUITE 605
        MIAMI BEACH, FL 33141

        By:_/s/ K. David Kelly_____
        K. David Kelly, Esquire
        Florida Bar No.: 0123870
        PH: 305-865-6766
        FAX: 305-865-7167

        GLASSER & KLEPPIN, P.A.
        8751 W. BROWARD BLVD.
        STE. 105
        PLANTATION, FL 33324

        By:_/s/ Chris Kleppin __
        Chris Kleppin, Esquire
        Florida Bar No.: 625485
        PH: 954.424.1933
        FAX: 954.474.7405

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
BY:__/s/ K. David Kelly_____
**K. DAVID KELLY, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT TO THE FOLLOWING SUBSEQUENT TO ELECTRONIC FILING AS FOLLOWS ON __6/5/15_____:**

**(VIA CM/ECF)**
**ALL COUNSEL LISTED IN CM/ECF**
**GLASSER & KLEPPIN**
**8751 W. BROWARD BLVD.**
**STE. 105**
**PLANTATION, FL 33324**
**FAX: 954.4747405**

**(VIA U.S. MAIL)**

**EDWARD LEIVA, PRO SE**
**7715 SOUTHAMPTON TERRACE**
**UNIT 213**
**TAMARAC, FL 33321**
**ELEIVA@AOL.COM**

**(VIA CM/ECF)**
**ALL COUNSEL OF RECORD**
**BURR & SMITH**
**442 KENNEDY BLVD., STE. 300**
**TAMPA, FL 33606**

**(VIA EMAIL)**
**PERSONAL REPRESENTATIVE JOHN REID**

**BY:___/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**